WM 16-350 TO
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-------------------------------------------------------------------------X
ANTHONY BURDEN and LEEVERDIA BURDEN,                    Index No.: EF007223/16

                                              Plaintiffs,

          -against-                                     **VERIFIED ANSWER**

WAL-MART STORES EAST, LP,
WAL-MART STORES EAST, INC., and
NEWBURGH WALMART SUPERCENTER
STORE #2104,

                                              Defendants.
-------------------------------------------------------------------------X

The defendant, WAL-MART STORES EAST, LP i/s/h/a "WAL-MART STORES

EAST, LP, WAL-MART STORES EAST, INC., and NEWBURGH WALMART SUPERCENTER

STORE #2104", by its attorneys, BRODY, O'CONNOR & O'CONNOR, ESQS., answering the

Verified Complaint herein states upon information and belief:

## AS TO THE FIRST CAUSE OF ACTION

FIRST: Defendant denies having knowledge or information sufficient to form a belief

as to the allegations set forth in paragraphs marked "1", and "2", and each and every part thereof.

SECOND: Defendant denies the allegations set forth in paragraphs marked "3", "4",

"5", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22",

"23", "24", "25", and "26", except admits that WAL-MART STORES EAST, LP is a foreign limited

partnership registered to do and doing business in the State of New York, is the operator of the

Newburgh Wal-Mart, and is a sublessee of that portion of the premises comprising the Newburgh

Wal-Mart, leaving all other questions to the Court.

THIRD: Defendant denies the allegations set forth in paragraph marked "27", except admits that WAL-MART STORES EAST, LP offered soap and hair products for sale.

FOURTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "28", and "30", and each and every part thereof.

FIFTH: Defendant denies the allegations set forth in paragraphs marked "31", and "32", and each and every part thereof.

SIXTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraph marked "33", and each and every part thereof.

SEVENTH: Defendant denies the allegations set forth in paragraphs marked "34", and "35", and each and every part thereof.

EIGHTH: Defendant denies the allegations set forth in paragraph marked "36", and respectfully refers all questions of law to the trial Court.

NINTH: Defendant denies the allegations set forth in paragraphs marked "37", and "38", and each and every part thereof.

## AS TO THE SECOND CAUSE OF ACTION

TENTH: Defendant repeats and reiterates each and every denial in answer to paragraphs numbered "1" through "38", of the Complaint as if more particularly hereinafter set forth in answer to paragraph numbered "39", and each and every part thereof.

ELEVENTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraph marked "40", and each and every part thereof.

TWELFTH: Defendant denies the allegations set forth in paragraphs marked "41", "42", and "43", and each and every part thereof.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

THIRTEENTH: The plaintiff was guilty of culpable conduct, including contributory negligence and/or assumption of risk, and should an award be made to plaintiff, same should be diminished in the proportion which the culpable conduct and/or contributory negligence and/or assumption of risk attributable to the plaintiff bears to the culpable conduct and/or negligence which caused the damages.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

FOURTEENTH:  In the event that plaintiff recovers judgment against this answering defendant and it is determined that plaintiff's damages were caused in whole or in part by two or more joint tortfeasors, then defendant's liability herein for non-economic loss may not exceed its equitable share of said damages in accordance with its relative culpability, as provided by Section 1601 of the CPLR.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

FIFTEENTH:  Plaintiff's recovery, if any, shall be reduced by the amount of any collateral payments received, in accordance with CPLR Section 4545.

WHEREFORE, defendant, WAL-MART STORES EAST, LP i/s/h/a "WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., and NEWBURGH WALMART SUPERCENTER STORE #2104", requests judgment dismissing the Complaint herein, together with costs and disbursements of this action.

Dated: Northport, New York
       November 2, 2016

Yours, etc.

BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant


By: _____
PATRICIA A. O'CONNOR
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778
File No.: WM 16-350 TO


TO:   SOBO & SOBO, LLP
      Attorneys for Plaintiffs
      One Dolson Avenue
      Middletown, New York 10940
      (845) 343-7626

## AFFIRMATION BY ATTORNEY

The undersigned, an attorney admitted to practice in the Courts of the State of New York, shows:

That affirmant is the attorney for the defendant in the within action; that affirmant has read the foregoing Verified Answer and knows the contents thereof; that the same is true to the affirmant's knowledge, except as to the matters therein stated to be alleged on information and belief; and that as to those matters, affirmant believes it to be true.

Affirmant further says that the reason this Verification is made by deponent and not by the defendant is that defendant is a foreign limited partnership.

The grounds of belief as to all matters not stated upon deponent's knowledge are documents, correspondence and records maintained in your deponent's files and conversations and conferences had with the defendant.

The undersigned affirms that the foregoing statements are true under the penalties of perjury.

Dated: Northport, New York
       November 2, 2016

_____
PATRICIA A. O'CONNOR

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF SUFFOLK    )

        DEBRA SANACORA, being duly sworn, deposes and says:

        That your deponent is not a party to this action, is over 18 years of age and resides at Ronkonkoma, New York.

        That on the 3 day of November, 2016, deponent served the within VERIFIED ANSWER and AFFIRMATION BY ATTORNEY

UPON:

        SOBO & SOBO, LLP
        Attorneys for Plaintiffs
        One Dolson Avenue
        Middletown, New York 10940
        (845) 343-7626

        The address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
DEBRA SANACORA

Sworn to before me this
3 day of November, 2016.

_____
NOTARY PUBLIC

Index No. EF007223/16          Year 20

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

ANTHONY BURDEN and LEEVERDIA BURDEN,

Plaintiffs,

-against-

WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., and NEWBURGH
WALMART SUPERCENTER STORE #2104,

Defendants.

VERIFIED ANSWER and AFFIRMATION BY ATTORNEY

**BRODY, O'CONNOR & O'CONNOR, ESQS.**

Attorneys for

Defendant/WAL-MART STORES EAST, LP
7 BAYVIEW AVENUE
NORTHPORT, NEW YORK 11768
(631) 261-7778
FAX (631) 261-6411

Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.

Dated: .................................    Signature ........................................................................

                                         Print Signer's Name ..........................................................

Service of a copy of the within                                    is hereby admitted.

Dated:

................................................ Attorney(s) for ................................................

PLEASE TAKE NOTICE

☐ that the within is a (certified) true copy of a
NOTICE OF    entered in the office of the clerk of the within-named Court on                    20
ENTRY

☐ that an Order of which the within is a true copy will be presented for settlement to the
NOTICE OF    Hon.                                    , one of the judges of the within-named Court,
SETTLEMENT   at
             on                    20        , at                M.

Dated:

                                        **BRODY, O'CONNOR & O'CONNOR, ESQS.**

                    Attorneys for

                                        7 BAYVIEW AVENUE
                                        NORTHPORT, NEW YORK 11768
                                        (631) 261-7778
To:                                     FAX (631) 261-6411

Attorney(s) for