UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
ANTHONY BURDEN and LEEVERDIA BURDEN,

                              PLAINTIFFS,

              -against-             Case No.:
                                    17-CV-01289

WAL-MART STORES EAST, LP,

                              DEFENDANT.
---------------------------------------------X

                    DATE:  October 18, 2017

                    TIME:  11:40 A.M.


          DEPOSITION of the Plaintiff, ANTHONY D. BURDEN, taken by the Defendant, pursuant to a Court Order and the Federal Rules of Civil Procedure, held at the offices of Diamond Reporting & Legal Video, 50 Main Street, Suite 345, White Plains, New York 10606, before Evanguelia Galarza, a Notary Public of the State of New York.

A P P E A R A N C E S:


SOBO & SOBO, LLP
    Attorneys for the Plaintiffs
    ANTHONY BURDEN and LEEVERDIA BURDEN
    One Dolson Avenue
    Middletown, New York 10490
    BY:  STUART W. MOSBACHER, ESQ.


BRODY, O'CONNOR & O'CONNOR, ESQS.
    Attorneys for the Defendant
    WAL-MART STORES EAST, LP
    7 Bayview Avenue
    Northport, New York 11768
    BY:  THOMAS O'CONNOR, ESQ.
    File #:  WM 16-350 TO


ALSO PRESENT:

    LEEVERDIA BURDEN

    TASHAWN MALLORY


                    *          *          *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

                    *       *       *       *

A. BURDEN

A N T H O N Y    D.    B U R D E N , called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. O'CONNOR:

Q.    Please state your name for the record.

A.    Anthony D. Burden.

Q.    What is your address?

A.    52 Johnston Street, Apartment 2B, Newburgh, New York 12550.

Q.    Mr. Burden, my name is Thomas O'Connor.  I am going to be asking you a series of questions today regarding an incident which occurred back in May/June 2014.

If you don't understand my questions or if you don't hear them, please, let me know and I will repeat it, rephrase it, do whatever it takes to accommodate you so that we can move forward in this question and answer period of time,

A. BURDEN

okay?

A.   Yes.

Q.   While I am asking questions I would ask but two favors of you, one is that you let me complete my question before you answer.

And the second is that you verbalize all of your responses.  Both of those requests are really to accommodate our Court Reporter.

A.   Yes.

Q.   Who can't take down our computing voices and who can't take down body gestures, such as a wave of the hand or a nod of the head.

A.   Okay.

Q.   The address that you previously gave to the Court Reporter, how long have you resided at that address?

A.   20 years.

Q.   You gave an apartment number, could you just give me that apartment number again?

A.   Apartment two.

A. BURDEN

Q.   Is it apartment 2-B?

A.   2-B.

Q.   In May/June 2014, who, if anyone, did you live with?

A.   My wife Leeverdia Burden.

Q.   When were you married, sir?

A.   '93.

Q.   Are you currently employed?

A.   No, sir.

Q.   When was the last time you were employed?

A.   Back in '93.

Q.   What type of job did you have in 1993?

A.   Hudson Valley Tree Factory.

Q.   What is your date of birth?

A.   XX/XX/1966.

MR. MOSBACHER:  For the record, if we could just cancel the month and the year.  Make that the month and the day, leave the year.

Q.   What is your Social Security number?

A.   XXX-XX-XXXX.

A. BURDEN

MR. MOSBACHER:  Request that be struck from the record, Xs.

Q.   Do you have children, sir?

A.   Yes.

Q.   How many children?

A.   Seven.

Q.   How old is the oldest?

A.   35.

Q.   How old is the youngest?

A.   25.

Q.   What, if anything, did you do for the Hudson Valley Tree Factory back in 1993 when you left their employment?

A.   I was working on the assembly line.

Q.   Sir, do you suffer from any chronic medical conditions?

A.   I got diabetes.

Q.   When were you diagnosed with diabetes?

A.   Back in probably like '84.

Q.   Is it Type 1 or Type 2?

A.   Type 2.

Q.   Do you have a regular treating

A. BURDEN

physician for your diabetic condition?

A.    I don't understand that.

Q.    Do you have one particular doctor that you see regularly for your diabetic condition?

A.    Yes, sir.

Q.    What is that doctor's name?

A.    Dr. Uticia Belfield.

Q.    Sir, could you say that again?

A.    Uticia Belfield.  I don't know how to really pronounce her name.

Q.    Do you have a spelling, by any chance?

MR. MOSBACHER:  My guess would be Uticia is, U-T-I-C-I-A.  Could you say the first name again?

THE WITNESS:  Belfield.

MR. MOSBACHER:  Belfield, is that correct?

THE WITNESS:  Yes.

MR. MOSBACHER:  Off the record.

(Whereupon, an off-the-record discussion was held.)

Q.    Where is Dr. Belfield located?

A. BURDEN

A.   407 Gidney Avenue, with a G.

Q.   What town?

A.   Newburgh.

Q.   How long have you been going to Dr. Belfield at that address?

A.   Like four years.

Q.   Sir, were you involved in some type of incident in a Wal-Mart store back in May or June 2014?

A.   Yes, sir.

Q.   Which store did the incident happen at?

A.   On Union Avenue.

Q.   In which town?

A.   Newburgh.

Q.   What date did the accident happen on?

A.   June 2nd, June the 2nd, June 2nd.

Q.   Approximately what time of day?

A.   It was Sunday in the afternoon.

Q.   Closer to lunch or closer to dinner?

A.   Closer to dinner time.

A. BURDEN

Q.   How long had you been in the store prior to the accident?

A.   I figure I was in the store, like, close to, like, an hour.

Q.   How did you get to the store that day?

A.   Me and my wife, we take a cab there.

Q.   Did that cab pick you up at your apartment?

A.   Yes.

Q.   Was that the address that you previously gave to the Court Reporter?

A.   Yes.

Q.   Did that cab take you from your apartment directly to Wal-Mart?

A.   Yes.

Q.   When you arrived at Wal-Mart, did you discharge the cab, let the cab go?

A.   Yes.

Q.   What was the purpose of visiting Wal-Mart that day?

A.   We went shopping.

Q.   Was there any particular item

A. BURDEN

or items that you were looking for?

A.    Well, we was going grocery shopping, but I was going to shop for the bathroom body wash.

Q.    Did you and your wife enter the store together?

A.    Yes.

Q.    When you entered the store, what area of the store did you enter into?

A.    We entered the main lobby.

Q.    What merchandise did you observe when you entered the store?

A.    The bathroom body wash.

Q.    Were you operating off of any type of shopping list?

A.    No, sir.

Q.    What was the first area or department that you shopped in when you arrived that day?

A.    We went by the bath and body wash area, soap aisle.

Q.    Prior to going to that aisle, did you obtain a basket or a shopping cart or something else?

A. BURDEN

A.   I was trying to get it off the shelf.

Q.   But before getting to that department, did you get a shopping cart to add merchandise into as you were shopping?

A.   Yes.

Q.   Were you pushing the cart or did you obtain the cart or did your wife obtain the cart?

A.   My wife obtained the cart.

Q.   Where did she obtain it from, outside, inside, someplace else?

A.   The middle aisles where they had all the shopping carts at.

Q.   Inside the store?

A.   Yes.

Q.   After obtaining the cart, did you and your wife then go to the health and beauty aids area?

A.   Yes.

Q.   Your wife was with you the entire time?

A.   No, not at first.

Q.   Did there come a point in time

A. BURDEN

after obtaining -- after your wife obtained the cart that the two of you separated?

A.    Yes.

Q.    Where, if anyplace, did your wife go?

A.    Like, right around by me, by the soap aisle.

Q.    Your wife went to the soap aisle?

A.    It is right there.

Q.    Where did you go?

A.    By the bathroom body wash aisle.

Q.    Was it her intention to select some type of soap product?

A.    No, mines.

Q.    Sorry, sir?

A.    It was my intention.

Q.    So she was just going in that direction because, were you were looking for a particular item?

A.    Yes.

Q.    What particular item were you looking for?

A. BURDEN

A.    I was looking for the bath and body wash.

Q.    Any particular brand?

A.    No, not really.

Q.    Did you locate these items?

A.    Yes.

Q.    Were they in the health and beauty aids aisle?

A.    Yes.

Q.    Did you go down that aisle before your accident occurred?

A.    No.

Q.    Were you in the aisle when the accident occurred?

A.    Yes, yes.

Q.    That was your first time in the aisle that day?

A.    Yes.

Q.    When you went into that aisle, were you able to see your wife?

A.    If I looked back this way, I could see her.

MR. MOSBACHER:  He seems to be indicating looking towards the left.

A. BURDEN

Is that correct, sir.

A.    Yes.

Q.    Did your wife enter that aisle at any time before your accident?

A.    After.

Q.    My question is before, did she enter that aisle at any time before your accident?

A.    Yes.

Q.    Was your wife an eyewitness to your accident?

A.    Yes, after she came there.

Q.    After entering the aisle, what, if anything, did you do?

A.    I tried to grab the shampoo bottle off the shelf.

Q.    Did you identify a particular body wash that you wanted to purchase?

A.    Yeah, I grabbed it right there off the shelf, but it was like this on the shelf.

Q.    You're making an indication with your arm out?

A.    Yes.

A. BURDEN

Q.    What was the name of the item?

A.    I can't remember the name of it offhand.

Q.    How tall are you, sir?

A.    5'2.

Q.    And the item that you were looking to select, was that at waist level, chest level, head level, above your head, something else?

A.    Above my head.

Q.    How far above your head was this item?

A.    It was like this.  My head is right here, it's like this (indicating).

Q.    Was it within the reach of your outstretched arm?

A.    It's like this.  If I am standing out the wheelchair, it is like this (indicating).

Q.    Were you able to reach that item by extending your arm above your head?

A.    Not really.

Q.    When you say "not really" it's either you could or you couldn't?

A. BURDEN

A.    No, I couldn't.

Q.    Were you able to touch the item?

A.    Like my fingertips, I would say.  Like the ends of my fingertips.

Q.    On that day, did you touch the item with your fingertips?

A.    Not really.

Q.    Again, you did not touch it or did you touch it?

A.    Yes, I touched it.

Q.    What, if anything, did you do in terms of touching it; were you trying to pull it off the shelf?

A.    I tried to pull it off the shelf, but I couldn't pull it off the shelf.

Q.    What, if anything, happened when you were trying to pull it off the shelf?

A.    It fell.

Q.    The item that you were touching?

A.    Yes.

A. BURDEN

Q.   Did anything else fall?

A.   No, just the shampoo bottle.

Q.   That is the one that you were touching?

A.   Yes.

Q.   That shampoo bottle that fell, did it hit any part of your body on its way to the floor?

A.   Yes, it hit my toe.

Q.   Which toe?

A.   The middle toe.

Q.   Of which foot?

A.   My right foot.

Q.   That particular bottle that fell on your foot, how was that bottle situated on the shelf; was it standing upright, something else?

A.   Upright.

Q.   The moment that the bottle fell from the shelf, where was your wife?

A.   She was standing next to me.

Q.   How tall is your wife?

A.   I am not sure.

Q.   Is she taller than you?

A. BURDEN

A.   Yes, she's taller than me though.

Q.   On the date of your accident, were you having any trouble walking?

A.   No, sir.

Q.   Were you having any problem standing?

A.   No, sir.

Q.   After that bottle struck your foot, where did the bottle ultimately end up?

A.   On the floor.

Q.   Was it the floor immediately in front of you, floor to the left, floor to the right?

A.   In front of me.

Q.   Did it break?

A.   No, it was a plastic bottle.

Q.   Did you attempt to pick that bottle up?

A.   No.

Q.   Did you attempt to select another bottle?

A.   No.

A. BURDEN

Q.    Was there anyone else in the aisle, other than your wife, at the time of your accident?

A.    No, sir.

Q.    How long did you stay in the aisle after that bottle struck your foot?

A.    Like ten to 15 minutes at the most.

Q.    What, if anything, did you do during that ten to 15 minute period of time?

A.    I told her, let's go, I got to go home because my -- the bottle had fell and hit my foot.

Q.    Other than telling your wife that you wanted to go home, did you do anything else at that ten to 15 minute period of time?

A.    No, sir, because I was in pain.

Q.    Other than your wife, are you aware of any witnesses to that accident?

A.    No.

Q.    During that ten to 15 minute period of time after the accident, did any

A. BURDEN

Wal-Mart employees enter the aisle?

A.   No, sir.

Q.   What, if anything, did your wife do for you during that ten to 15-minute period of time?

A.   She looked, she had looked, was looking at my feet.

Q.   What type of shoes were you wearing?

A.   Sneakers, New Balance sneakers.

Q.   Did you have socks?

A.   Yes, I had one of those booty socks on.

Q.   While you were in the aisle, did you take your sneaker off?

A.   No, I took it off when I got outside in the car.

Q.   While in the aisle, you didn't take your sock or shoe off?

A.   No, I just -- I seen the blood through my sneaker.

Q.   Did you have a cell phone with you on the day of the accident?

A.   No, sir.

A. BURDEN

Q. Did your wife have a cell phone?

A. No, sir.

Q. How did you get home from the store that day?

A. A cab.

Q. How were you able to contact the cab?

A. Outside, they got the phones outside.

Q. Did you select any items for purchase that day?

A. No.

Q. How long were you at the store after your accident, but before a cab came to pick you up?

A. Like a half an hour, like half an hour.

Q. At any point after the accident up until the time that a cab arrived, did you speak with any Wal-Mart employees about your accident?

A. No, sir.

Q. Did your wife speak to any

A. BURDEN

Wal-Mart employees about your accident?

A.    No, sir.

Q.    At any point after the accident and up until the time the cab picked you up, did you see Wal-Mart employees?

A.    No, sir.

Q.    At any point after the accident, any point, did you report your accident to that particular store?

A.    No, sir.

Q.    Did your wife ever report the accident to anybody at the store?

A.    No, sir.

Q.    Is there any particular reason why you didn't report the accident?

A.    Because we just left and went to the doctor, went home to the doctor.

Q.    After having gone to the doctor, is there any reason why you didn't contact the store to let them know you had an accident?

A.    No.

Q.    What was the name of the cab company that picked you up?

A. BURDEN

A.   Perusa.

Q.   Can you spell that?

A.   No.  I am not good at spelling.

Q.   Is that a cab company that you regularly use?

A.   Yes.

Q.   How did you pay for the cab to get there; cash, credit card, something else?

A.   Cash.

Q.   How did you pay the cab to get home, cash, credit card?

A.   Cash.

Q.   The phone call that was made, did you use coins to make the phone call?

A.   Yes.

Q.   After the cab picked you up, did the cab also pick your wife up?

A.   Yes.

Q.   So you left together?

A.   Yes.

Q.   Where did the cab take you?

A.   Took us home first.

Q.   What, if anything, did you do

A. BURDEN

when you got home?

A.    We got home, we called the doctor to make an appointment.

Q.    What doctor did you call?

A.    Dr. Fishman, foot doctor.

Q.    Did you call Dr. Fishman the day of your accident?

A.    Yes.

Q.    What phone did you utilize to call Dr. Fishman?

A.    My house phone.

Q.    What is your house telephone number?

A.    I don't know it off hand.  It was a different number back then.

Q.    When you called Dr. Fishman's office, did you speak with the receptionist or a nurse, a doctor, something else?

A.    Receptionist.

Q.    Did you make the call yourself?

A.    No, my wife made it.

Q.    Did you hear your wife make that phone call?

A.    Yes, I was right there by her

A. BURDEN

side, because I was sitting down in pain.

Q.   Did she attempt to get you an appointment that day?

A.   Yes.

Q.   Were they able to see you that day?

A.   No, I had to come the next day.

Q.   Were you able to go to Dr. Fishman the day after your accident?

A.   Yes.

Q.   Where is Dr. Fishman located?

A.   Cornwall.

Q.   Is there any particular street in Cornwall?

A.   No.

Q.   Not that you remember?

A.   No, I can't remember.

Q.   Had you been treated by Dr. Fishman prior to this visit?

A.   No, that was the first time.

Q.   The first time?

A.   I was meeting him.

Q.   Did someone recommend you to Dr. Fishman?

A. BURDEN

A. No, we looked in the phone book. My wife looked in the phone book, and it was recommended like that.

Q. Other than calling Dr. Fishman to make an appointment, did you attempt to get any other first-aid on the date of the accident?

A. Other than a Band-Aid to wrap it up.

Q. In terms of first-aid I mean by going to an emergency room, a walk-in clinic or anything of that nature?

A. No.

Q. So, no other medical treatment?

A. No other medical treatment.

Q. What first-aid did you apply from your home?

A. A Band-Aid.

Q. Did the Band-Aid stop the bleeding?

A. No, not really.

Q. When did the bleeding stop?

A. When I went to Dr. Fishman he treated it.

A. BURDEN

Q.   Dr. Fishman was able to stop the bleeding?

A.   Yes.

Q.   That was the next day?

A.   Yes.

Q.   What time of day did you go to Dr. Fishman's?

A.   Like in the afternoon.

Q.   What complaints, if any, did you make to Dr. Fishman at that first visit?

A.   I told him what had happened at Wal-Mart.

Q.   What did he do for you?

A.   He cleaned it up at first and then he looked at it and he told me to go to St. Luke's.

Q.   St. Luke's --

A.   Hospital.

Q.   -- hospital?

Did he want you to go right away?

A.   Yes.

Q.   Did you, in fact, go from Dr.

A. BURDEN

Fishman's office to St. Luke's?

A.    Yes.

Q.    Did you go to the emergency room?

A.    Yes.

Q.    What complaints, if anything, did you make to the emergency room personnel when you arrived?

A.    They had me wait until Dr. Fishman come in there.

Q.    Dr. Fishman met you at the emergency room?

A.    Yes.

Q.    What, if anything, did Dr. Fishman do for you at the emergency room of St. Luke's Cornwall Hospital?

A.    He treated it.

Q.    What type of treatment did he provide at the hospital?

A.    He washed it at first, and then he looked at it, and then he told me it caught gangrene.

Q.    Were you admitted to the hospital?

A. BURDEN

A.    Yes, he admitted me.

Q.    How long did you remain in the hospital?

A.    That same night.

Q.    One day?

A.    Yeah.

Q.    What, if anything, did they for you while you were in the hospital that one day?

A.    He treated me, he told me, like, they got to operate on my foot.  That I have to amputate it, the toe, I meant.

Q.    This was within one day after your accident at Wal-Mart?

A.    No.

Q.    That's what I want to get to.

You said you went to Dr. Fishman the day after your accident at Wal-Mart, and he told you to go right to the hospital?

A.    Yes.

Q.    Then Dr. Fishman met you at emergency room at the hospital?

A.    Yes.

A. BURDEN

Q. And they wanted you to be admitted?

A. Yes.

Q. And you stayed one day?

A. No, I stayed like six days.

Q. During that six-day period of time, your toe was amputated?

A. No, he was treating it, he was treating it, cause at first he tried to save it.

Q. Was he and to save the toe?

A. No.

Q. When was the toe amputated?

A. I think like three days after, like four or five days after.

Q. Was that while you were still in the hospital?

A. Yeah.

Q. Which toe was amputated?

A. In the middle at first. Then it spread to the rest of my toes, and they had to cut them all off.

Q. Did the shampoo bottle strike any other toes?

A. BURDEN

A.    It struck the middle toe.

Q.    But ultimately all your toes were amputated?

A.    Yes.

Q.    The hospital stay at St. Luke's, that lasted for approximately six days immediately following the accident.

During that stay, only one toe was amputated?

A.    All of them.

Q.    You were released from the hospital six days later?

A.    No, I had to stay a whole month.

Q.    When were you released from the hospital?

A.    July.

Q.    July 2014?

A.    Yes.

Q.    By that time five of your toes had been amputated?

A.    Yes.

Q.    When you were released from the hospital, did you get any instructions with

A. BURDEN

respect to follow-up care?

A.    Treatment.

Q.    Did they give you a name of a doctor or facility that they wanted you to have that treatment?

A.    Dr. Fishman.

Q.    So you returned to Dr. Fishman's office?

A.    Yes.

Q.    How often did you see Dr. Fishman?

A.    Every Monday.

Q.    Since you were released from the hospital?

A.    Yes, every Monday.

Q.    Do you still Dr. Fishman every Monday?

A.    No, not now.  I had to go to a program.

Q.    Over what period of time did you see Dr. Fishman every Monday; was it for a month, was it for three months, SIX months?

A.    It's, like, two-and-a-half

A. BURDEN

months.

Q.    Did the frequency of your visits change then after two-and-a-half months to Dr. Fishman; did it become like every other week, once a month, something else?

A.    Every other Monday.

Q.    How long a period of time did you treat with Dr. Fishman every other Monday?

A.    For like two-and-a-half, three months.

Q.    What did the treatment consist of?

A.    Rehabilitation to get me to learn how to walk again.

Q.    During this period of time, did you have to use any type of device to help you walk around; such as a cane, crutches?

A.    A walker.

Q.    How long did you use a walker?

A.    Still.  Like two or three months and then I had crutches.

Q.    How long did you use crutches?

A. BURDEN

A.   I still got my crutches right now.

Q.   Let's say over the period of the last month, how often have you used the walker; is that something you use every day, once a week, something else?

A.   Every other day, besides sitting in my wheelchair.

Q.   How often did you use the crutches in the past month?

A.   I got to use them wherever I go.

Q.   You're here today with a wheelchair?

A.   Yeah, I got to use a wheelchair.

Q.   When did you get a wheelchair?

A.   After it happened they gave me the wheelchair.

Q.   Is that back in July of 2014?

A.   Yes.

Q.   Other than Dr. Fishman, did you see any other doctors or health care providers for the injuries you sustained at

A. BURDEN

Wal-Mart?

        A.    No, just Fishman.

        Q.    During this period of time, have you followed up with the physician Dr. Belfield, have you seen Dr. Belfield?

        A.    Yes.

        Q.    When, for the first time, following your accident at Wal-Mart, did you see Dr. Belfield?

        A.    Back in June I was seeing her.

        Q.    Sometime in June 2014 you saw Dr. Belfield?

        A.    Yes.

        Q.    What complaints, if any, did you make to Dr. Belfield when you first went to see her after your accident?

        A.    That was for my sugar I see her.

        Q.    That is just for the general diabetic condition you see her?

        A.    Yes, sir.

        Q.    Did you ever complain about the accident or the injuries you sustained in the accident?

A. BURDEN

A.   No, I just see her for my sugar, diabetes.

Q.   Have you ever advised Dr. Belfield about the injuries you sustained at Wal-Mart?

A.   No.

Q.   Have you seen any other doctors or health care providers for the injuries you sustained at Wal-Mart?

A.   No, sir.

Q.   When was the last time you saw Dr. Fishman?

A.   I seen him last month to make another follow-up with the feet to make sure it's closed.

Q.   Did you generally see him approximately once a month now?

A.   No, only when I get ready to go to therapy, then I go see him.

Q.   How often do you go to therapy?

A.   I didn't start it yet.  I got to wait.

Q.   What are you waiting for?

A.   He said wait and make sure it's

A. BURDEN

really, really closed.  So I guess I could start back walking again.

Q.    Has the wound not closed since June 2014?

A.    Yes, it's closed.

Q.    When did it close?

A.    It closed -- last month it closed.

Q.    Are you scheduled to start therapy?

A.    He don't want me to get on it yet.

Q.    Do you have a start date?

A.    No, I got to make the appointment because I am still going to my doctor, Dr. Belfield.

Q.    When is your next appointment to see Dr. Fishman?

A.    This week.

Q.    What is the purpose of that visit, to give you a start date for therapy?

A.    Yes.

Q.    Do you know where you're going

A. BURDEN

to have that therapy done?

A.    In Cornwall.

Q.    Any particular facility in Cornwall?

A.    The hospital, I don't know the name -- the number of the hospital though.

Q.    It is going to be at St. Luke's Cornwall Hospital?

A.    Yes.

Q.    Have you incurred medical bills as a result of the treatment that you received?

A.    Yes, they send me a lot of bills.

Q.    Do you have any type of insurance that covered these bills?

A.    I got Medicare, Affinity.

Q.    You think you have Medicare?

A.    Medicare, which one I got? Which one I got?

MR. O'CONNOR:  Off the record.

(Whereupon, an off-the-record discussion was held.)

Q.    Mr. Burden, you said you think

A. BURDEN

you have Medicare, is it Medicaid that you have?

A.    Medicaid.

Q.    Do you also have health benefits through Infinity?

A.    Yes.

MR. MOSBACHER:  I think it is Affinity.

A.    Affinity, yes.

Q.    Do you know what the cost of your medical treatment has been?

A.    No, sir.

Q.    Have you had to lay out money yourself out of your own pocket?

A.    No, sir.

Q.    No?

A.    Uh-uh.  Co-payments.

Q.    How many co-payments have you made?

A.    Like if I go, co-payment be like $6, $3 sometimes.

Q.    Have you been back to that particular Wal-Mart store since your accident occurred?

A. BURDEN

A.    Yes, we still go, but I don't go in.

Q.    Have you ever been back inside the store since your accident?

A.    One time.

Q.    When was that?

A.    It's, like, when I went shopping with my wife.

Q.    Was it within a month after the accident?

A.    Within a month.

Q.    Prior to your accident, how often did you shop at Wal-Mart?

A.    We used to go, like, every other day.

Q.    The purchases that you made at Wal-Mart, did you do that by cash, credit card, combination of the two, something else?

A.    Cash.

Q.    Was it always cash?

A.    No.

Q.    What other type of payments did you make?

A. BURDEN

A.    Food stamps.

Q.    Did you ever pay by check?

A.    No, sir.

Q.    I am going to show you, sir, two photographs, which have been marked as Plaintiff's Exhibits 1 and 2 for the purpose of today's deposition.

I would ask that you take a moment if you can, to look at those photographs.  Let me know when you're finished looking.

A.    Yes.

Q.    You indicated earlier that you have some problem with your vision?

A.    Yes.

Q.    Do you have some problems with your vision, sir?

A.    Yeah, but I could see that right there though.

Q.    Do you have the ability to visualize what is depicted in these two photographs?

A.    Yeah.

Q.    Do you recognize what is

A. BURDEN

depicted in Plaintiff's Exhibit 1?

Q.    This is the bath and body wash.

A.    This is the bath and body wash.

Q.    Is that the aisle where your accident occurred?

A.    Yeah.

Q.    Is that the aisle in the Newburgh store?

A.    Yeah.

Q.    Do you know when this photograph was taken?

A.    No, I can't tell when it was taken.

Q.    Do you know who took that photograph?

A.    No -- yes, Stuart.

Q.    You believe that your attorney took that photograph?

A.    Yeah, I think so.

Q.    Were you with him when that photograph was taken?

A.    No, uh-uh.

Q.    How is it that you know that Stuart took that photograph then?

A.    I don't know.

A. BURDEN

Q.   How many times had you been in that particular store prior to your accident; was it more than 20 times?

A.   Yes, more.  We used to go in and shop.

Q.   On any occasion that you were in the store prior to the accident, did you ever see anyone stocking the shelves in that aisle?

A.   Uh-uh.

Q.   No?

A.   No, not to my knowledge.

Q.   You indicated earlier that you believe you were there on a Sunday when your accident happened, correct?

A.   Yeah.

Q.   How would you describe the volume of people there; was the store empty, was it crowded, was it in between?

A.   Crowded.

Q.   Crowded?

A.   Yes, crowded.

Q.   Sir, did you see any Wal-Mart employee stocking the shelves in that aisle

A. BURDEN

prior to your accident?

A. No, sir.

Q. Did you see any employees of other companies stocking the shelves in this aisle?

A. No, sir.

Q. Do you know who stocked the shelf in the aisle on or about the day of your accident?

A. No, sir.

Q. Had you ever shopped in that aisle prior to the date of your accident?

Had you ever been in that aisle shopping before the day of your accident?

A. No.

Q. Prior to your accident, had you ever complained to anyone at Wal-Mart about the manner in which the aisles or the shelving were stocked?

A. No.

Q. You were present earlier today when an employee of Wal-Mart testified?

A. I don't understand.

Q. Earlier today a large gentleman

A. BURDEN

seated across the table from you?

A.    Yes, I seen him today, but I don't know him.

Q.    You were here when he was testifying earlier?

A.    Yes, I was here, yeah.

Q.    Your attorney was asking him questions about the stocking of the shelves, yes?

A.    Yes.

Q.    In particular in Plaintiff's Exhibit 1 and 2 near the upper left-hand corner of Plaintiff's 1, there appears to be an item that is stacked on its side as opposed to up and down, do you see that item?

A.    This one?

Q.    Yes, all way up here in this corner, do you see that?

If you can't see it, say you can't?

A.    No.

Q.    And you can't see it because you're having difficulty with your sight?

A. BURDEN

A.    Yes.

Q.    On the day of your accident, sir, you indicated that the bottle that you were trying to catch with your fingertip, that bottle was standing upright?

A.    Yes.

Q.    Were there any bottles stacked on top of that bottle?

A.    No.

MR. MOSBACHER:  Could you read back the question and his answer.

(Whereupon, the referred-to question and answer was read back by the Reporter.)

Q.    Sir, you indicated earlier that you believe the accident happened on June 2nd, correct?

A.    Yes.

Q.    What makes you think it happened on June 2nd as opposed to a day in May?

A.    It was summertime.  It was summertime.

(Whereupon, a short recess was

A. BURDEN

taken.)

Q.    Sir, do you take medication on a daily basis?

A.    Yes.

Q.    What type of medications have you taken today?

A.    High blood pressure.

Q.    Anything else?

A.    And my insulin.

Q.    Do you know the name of your high blood pressure medication?

A.    Not offhand.  My wife knows.

Q.    We will get to her later.

If you don't know, you can tell us you don't know.

A.    I don't know.

Q.    Insulin, how often do you take insulin?

A.    Morning and evening.

Q.    Do these medications have any side-effects, that you are aware of?

A.    No, not that I am aware of.

Q.    Prior to your accident at Wal-Mart, did you have any problems

A. BURDEN

ambulating or walking around?

A.    No, sir.

Q.    Since your accident at Wal-Mart, have you had problems with that?

A.    Yes, I really can't walk.

Q.    And the physical therapy that Dr. Fishman is about to schedule for you, is that to assist you in your ability to walk?

A.    Yes, they have to teach me how to walk again.

Q.    So, you indicated earlier that you haven't worked since 1993.

Is there a reason why you haven't worked since 1993?

A.    Because of my feet.

Q.    Because of your feet?

A.    Yes.  No toes.

Q.    No, no, since 1993, you said you hadn't worked since 1993, you last worked on an assembly line in 1993?

A.    Yes, that is the last time I worked.

Q.    Is there a reason why you

A. BURDEN

haven't worked since 1993?

A.    I got a letter of disable.

Q.    Are you on Social Security Disability?

A.    Yes.

Q.    When did you obtain Social Security Disability?

A.    Back in '84.

MR. O'CONNOR:  I have no further questions for Mr. Burden.

(Whereupon, at 12:42 P.M., the Examination of this Witness was concluded.)

°        °        °        °

A. BURDEN

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_____
ANTHONY D. BURDEN

Subscribed and sworn to before me this _____ day of _____ 20____.

_____
NOTARY PUBLIC

                         A. BURDEN

                      E X H I B I T S


DEFENDANT EXHIBITS


EXHIBIT    EXHIBIT                          PAGE

LETTER     DESCRIPTION

(None)


                      I N D E X


EXAMINATION BY                             PAGE

MR. O'CONNOR                               4




   INFORMATION AND/OR DOCUMENTS REQUESTED

INFORMATION AND/OR DOCUMENTS        PAGE

(None)



        QUESTIONS MARKED FOR RULINGS

PAGE LINE QUESTION

(None)

A. BURDEN

C E R T I F I C A T E

STATE OF NEW YORK        )
                         :  SS.:
COUNTY OF NEW YORK       )

I, EVANGUELIA GALARZA, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of November 2017.

_____
EVANGUELIA GALARZA

A. BURDEN

## '

**'84** [2] - 7:22, 50:9
**'93** [2] - 6:8, 6:13

## 1

**1** [4] - 3:17, 7:23, 42:7, 46:14
**10490** [1] - 2:6
**10606** [1] - 1:21
**11768** [1] - 2:11
**11:40** [1] - 1:12
**12550** [1] - 4:14
**12:42** [1] - 50:12
**15** [4] - 20:8, 20:11, 20:18, 20:24
**15-minute** [1] - 21:6
**16-350** [1] - 2:12
**17-CV-01289** [1] - 1:6
**18** [1] - 1:11
**1993** [8] - 6:15, 7:14, 49:14, 49:16, 49:20, 49:21, 49:22, 50:2

## 2

**2** [4] - 7:23, 7:24, 42:7, 46:13
**2-B** [2] - 6:2, 6:3
**20** [2] - 5:21, 44:4
**2014** [7] - 4:19, 6:4, 9:10, 32:19, 35:21, 36:12, 38:5
**2017** [2] - 1:11, 53:21
**20___** [1] - 51:19
**25** [1] - 7:11
**2B** [1] - 4:14
**2nd** [5] - 9:19, 9:20, 47:18, 47:21

## 3

**3** [1] - 40:22
**30** [1] - 3:16
**345** [1] - 1:20
**35** [1] - 7:9
**3rd** [1] - 53:21

## 4

**4** [1] - 52:13
**407** [1] - 9:2

## 5

**5'2** [1] - 16:6
**50** [1] - 1:20
**52** [1] - 4:13

## 6

**6** [1] - 40:22

## 7

**7** [1] - 2:10

## A

**A.M** [1] - 1:12
**ability** [2] - 42:21, 49:9
**able** [7] - 14:21, 16:21, 17:3, 22:8, 26:6, 26:9, 28:2
**about** [8] - 22:22, 23:2, 36:23, 37:5, 45:9, 45:18, 46:9, 49:8
**above** [5] - 16:9, 16:11, 16:12, 16:22, 51:6
**accident** [49] - 9:17, 10:3, 14:12, 14:15, 15:5, 15:9, 15:12, 19:4, 20:4, 20:22, 20:25, 21:24, 22:16, 22:20, 22:23, 23:2, 23:4, 23:9, 23:10, 23:13, 23:16, 23:22, 25:8, 26:10, 27:8, 30:15, 30:19, 32:8, 36:9, 36:17, 36:24, 36:25, 40:25, 41:5, 41:11, 41:13, 43:5, 44:4, 44:8, 44:16, 45:2, 45:10, 45:13, 45:15, 45:17, 47:3, 47:17, 48:24, 49:4
**accommodate** [2] - 4:24, 5:10
**across** [1] - 46:2
**action** [1] - 53:17
**add** [1] - 12:6
**address** [5] - 4:12, 5:18, 5:20, 9:6, 10:13
**administer** [1] - 3:11
**admitted** [3] - 29:24, 30:2, 31:3
**advised** [1] - 37:4
**Affinity** [3] - 39:18, 40:9, 40:10
**after** [25] - 3:16, 12:18, 13:2, 15:6, 15:13, 15:14, 19:10, 20:7, 20:25, 22:16, 22:20, 23:4, 23:8, 23:19, 24:18, 26:10, 30:14, 30:19, 31:15, 31:16, 34:4, 35:19, 36:17, 41:10
**afternoon** [2] - 9:22, 28:9
**again** [7] - 5:24, 8:10, 8:17, 17:10, 34:17, 38:3, 49:12
**against** [1] - 1:6
**AGREED** [2] - 3:5, 3:20
**aid** [3] - 27:7, 27:11, 27:17
**Aid** [3] - 27:9, 27:19, 27:20
**aids** [2] - 12:20, 14:9
**aisle** [26] - 11:22, 11:23, 13:8, 13:10, 13:14, 14:9, 14:11, 14:14, 14:18, 14:20, 15:4, 15:8, 15:14, 20:3, 20:7,

21:2, 21:15, 21:19, 43:4, 43:7, 44:10, 44:25, 45:6, 45:9, 45:13, 45:14
**aisles** [2] - 12:14, 45:19
**all** [7] - 3:21, 5:9, 12:15, 31:23, 32:3, 32:11, 46:19
**ALSO** [1] - 2:14
**also** [2] - 24:19, 40:5
**always** [1] - 41:22
**am** [10] - 4:16, 5:4, 16:18, 18:24, 24:4, 38:16, 42:5, 48:23, 53:15, 53:18
**ambulating** [1] - 49:2
**amputate** [1] - 30:13
**amputated** [6] - 31:8, 31:14, 31:20, 32:4, 32:10, 32:22
**AND** [2] - 3:5, 3:20
**AND/OR** [2] - 52:16, 52:17
**another** [2] - 19:24, 37:15
**answer** [4] - 4:25, 5:7, 47:12, 47:14
**Anthony** [1] - 4:11
**ANTHONY** [4] - 1:3, 1:16, 2:5, 51:15
**any** [39] - 7:17, 8:13, 10:25, 11:15, 14:4, 15:5, 15:8, 18:8, 19:5, 19:7, 20:22, 20:25, 22:12, 22:20, 22:22, 22:25, 23:4, 23:8, 23:9, 23:15, 23:20, 26:14, 27:7, 28:10, 31:25, 32:25, 34:19, 35:24, 36:15, 37:8, 39:4, 39:16, 44:7, 44:24, 45:4, 47:8, 48:21, 48:25, 53:16
**anybody** [1] - 23:13
**anyone** [5] - 3:11, 6:5, 20:2, 44:9, 45:18
**anyplace** [1] - 13:5
**anything** [14] - 7:12, 15:15, 17:13, 17:19, 18:2, 20:10, 20:18, 21:4, 24:25, 27:13, 29:7, 29:15, 30:8, 48:9
**apartment** [6] - 5:22, 5:23, 5:25, 6:2, 10:11, 10:17
**Apartment** [1] - 4:13
**appears** [1] - 46:14
**apply** [1] - 27:17
**appointment** [5] - 25:4, 26:4, 27:6, 38:16, 38:18
**approximately** [3] - 9:21, 32:7, 37:18
**are** [8] - 3:21, 5:10, 6:9, 16:5, 20:21, 38:10, 48:22, 50:4
**area** [4] - 11:10, 11:18, 11:22, 12:20
**arm** [3] - 15:24, 16:17, 16:22
**around** [3] - 13:7, 34:20,

49:2
**arrived** [4] - 10:19, 11:20, 22:21, 29:9
**as** [12] - 3:12, 3:15, 3:21, 4:3, 4:5, 5:15, 12:6, 34:20, 39:12, 42:6, 46:15, 47:21
**ask** [2] - 5:5, 42:9
**asking** [3] - 4:16, 5:4, 46:8
**assembly** [2] - 7:15, 49:22
**assist** [1] - 49:9
**at** [50] - 1:18, 5:20, 9:6, 9:13, 10:10, 10:19, 12:15, 12:24, 15:5, 15:8, 16:8, 20:3, 20:8, 20:18, 21:8, 22:15, 22:20, 23:4, 23:8, 23:13, 24:4, 28:11, 28:13, 28:16, 28:17, 29:12, 29:16, 29:20, 29:21, 29:22, 30:15, 30:19, 30:23, 30:24, 31:10, 31:21, 32:6, 35:25, 36:9, 37:6, 37:10, 39:8, 41:14, 41:17, 42:10, 45:18, 48:24, 49:4, 50:12, 51:10
**attempt** [4] - 19:20, 19:23, 26:3, 27:6
**attorney** [2] - 43:17, 46:8
**Attorneys** [2] - 2:4, 2:9
**authorized** [1] - 3:11
**Avenue** [4] - 2:5, 2:10, 9:2, 9:14
**aware** [3] - 20:22, 48:22, 48:23
**away** [1] - 28:23

## B

**B** [2] - 4:2, 52:2
**back** [15] - 4:18, 6:13, 7:13, 7:22, 9:9, 14:22, 25:16, 35:21, 36:11, 38:3, 40:23, 41:4, 47:12, 47:14, 50:9
**Balance** [1] - 21:11
**Band** [3] - 27:9, 27:19, 27:20
**Band-Aid** [3] - 27:9, 27:19, 27:20
**basis** [1] - 48:4
**basket** [1] - 11:24
**bath** [3] - 11:21, 14:2, 43:3
**bathroom** [3] - 11:5, 11:14, 13:13
**Bayview** [1] - 2:10
**be** [11] - 3:8, 3:10, 3:14, 4:16, 7:2, 8:16, 14:24, 31:2, 39:8, 40:21, 46:15
**beauty** [2] - 12:20, 14:9
**because** [9] - 13:21, 20:14, 20:20, 23:17, 26:2, 38:16, 46:24, 49:17, 49:18
**become** [1] - 34:5

A. BURDEN

**been** [12] - 4:3, 9:5, 10:2, 26:19, 32:22, 40:12, 40:23, 41:4, 42:6, 44:2, 45:14, 51:4

**before** [12] - 1:21, 3:11, 3:13, 5:6, 12:4, 14:12, 15:5, 15:7, 15:8, 22:16, 45:15, 51:18

**Belfield** [13] - 8:9, 8:11, 8:18, 8:19, 8:25, 9:6, 36:6, 36:10, 36:13, 36:16, 37:5, 38:17

**believe** [3] - 43:17, 44:15, 47:17

**benefits** [1] - 40:6

**besides** [1] - 35:8

**between** [2] - 3:6, 44:20

**bills** [3] - 39:11, 39:15, 39:17

**birth** [1] - 6:17

**bleeding** [3] - 27:21, 27:23, 28:3

**blood** [4] - 21:21, 48:8, 48:12, 53:17

**body** [9] - 5:15, 11:5, 11:14, 11:21, 13:13, 14:3, 15:19, 18:8, 43:3

**book** [2] - 27:3

**booty** [1] - 21:13

**both** [1] - 5:9

**bottle** [17] - 15:17, 18:3, 18:7, 18:15, 18:16, 18:20, 19:10, 19:11, 19:19, 19:21, 19:24, 20:7, 20:14, 31:24, 47:4, 47:6, 47:9

**bottles** [1] - 47:8

**brand** [1] - 14:4

**break** [1] - 19:18

**BRODY** [1] - 2:9

**BURDEN** [7] - 1:3, 1:16, 2:5, 2:15, 51:15

**Burden** [5] - 4:11, 4:15, 6:6, 39:25, 50:11

**but** [10] - 5:5, 11:4, 12:4, 15:21, 17:17, 22:16, 32:3, 41:2, 42:19, 46:3

**BY** [4] - 2:6, 2:11, 4:7, 52:12

**by** [22] - 1:16, 3:5, 3:10, 3:16, 4:4, 8:13, 11:21, 13:7, 13:13, 16:22, 25:25, 26:19, 27:11, 32:21, 41:18, 42:3, 47:14, 51:10, 53:14, 53:17

## C

**C** [5] - 2:2, 8:16, 51:2, 53:2

**cab** [17] - 10:8, 10:10, 10:16, 10:20, 22:7, 22:9, 22:16, 22:21, 23:5, 23:24, 24:5, 24:8, 24:12, 24:18,

24:19, 24:23

**call** [7] - 24:15, 24:16, 25:5, 25:7, 25:11, 25:21, 25:24

**called** [3] - 4:2, 25:3, 25:17

**calling** [1] - 27:5

**came** [2] - 15:13, 22:16

**can** [3] - 4:24, 42:10, 48:15

**can you** [1] - 24:3

**can't** [9] - 5:13, 5:14, 16:3, 26:18, 43:12, 46:21, 46:22, 46:24, 49:6

**cancel** [1] - 6:20

**cane** [1] - 34:20

**car** [1] - 21:18

**card** [3] - 24:9, 24:13, 41:19

**care** [3] - 33:2, 35:24, 37:9

**cart** [8] - 11:24, 12:5, 12:8, 12:9, 12:10, 12:11, 12:18, 13:3

**carts** [1] - 12:15

**Case** [1] - 1:6

**cash** [7] - 24:9, 24:11, 24:13, 24:14, 41:18, 41:21, 41:22

**catch** [1] - 47:5

**caught** [1] - 29:23

**cause** [1] - 31:10

**cell** [2] - 21:23, 22:2

**certification** [1] - 3:8

**certify** [3] - 51:4, 53:10, 53:15

**CERTIFY** [1] - 51:8

**chance** [1] - 8:14

**change** [1] - 34:4

**check** [1] - 42:3

**chest** [1] - 16:9

**children** [2] - 7:4, 7:6

**chronic** [1] - 7:18

**Civil** [1] - 1:18

**cleaned** [1] - 28:16

**clinic** [1] - 27:13

**close** [2] - 10:5, 38:7

**closed** [6] - 37:16, 38:2, 38:4, 38:6, 38:8, 38:9

**closer** [3] - 9:23, 9:25

**co** [3] - 40:18, 40:19, 40:21

**co-payment** [1] - 40:21

**co-payments** [2] - 40:18, 40:19

**coins** [1] - 24:16

**combination** [1] - 41:19

**come** [3] - 12:25, 26:8, 29:11

**companies** [1] - 45:5

**company** [2] - 23:25, 24:5

**complain** [1] - 36:23

**complained** [1] - 45:18

**complaints** [3] - 28:10, 29:7, 36:15

**complete** [1] - 5:6

**computing** [1] - 5:14

**concluded** [1] - 50:14

**condition** [3] - 8:2, 8:6, 36:21

**conditions** [1] - 7:18

**consist** [1] - 34:14

**contact** [2] - 22:8, 23:21

**copy** [2] - 3:14, 3:17

**corner** [2] - 46:14, 46:20

**Cornwall** [6] - 26:13, 26:15, 29:17, 39:3, 39:5, 39:9

**correct** [5] - 8:20, 15:2, 44:16, 47:18, 51:9

**cost** [1] - 40:11

**could** [9] - 5:23, 6:20, 8:10, 8:16, 14:23, 16:25, 38:2, 42:19, 47:11

**couldn't** [3] - 16:25, 17:2, 17:17

**counsel** [2] - 3:6, 3:17

**COUNTY** [1] - 53:5

**COURT** [1] - 1:2

**Court** [5] - 1:17, 3:13, 5:11, 5:19, 10:14

**covered** [1] - 39:17

**credit** [3] - 24:9, 24:13, 41:18

**crowded** [4] - 44:20, 44:21, 44:22, 44:23

**crutches** [5] - 34:20, 34:24, 34:25, 35:2, 35:11

**currently** [1] - 6:9

**cut** [1] - 31:23

## D

**D** [8] - 1:16, 3:2, 4:2, 4:11, 51:2, 51:15, 52:10

**daily** [1] - 48:4

**DATE** [1] - 1:11

**date** [7] - 6:17, 9:17, 19:4, 27:7, 38:14, 38:22, 45:13

**day** [32] - 6:22, 9:21, 10:7, 10:23, 11:20, 14:18, 17:7, 21:24, 22:6, 22:13, 25:8, 26:4, 26:7, 26:8, 26:10, 28:5, 28:7, 30:6, 30:10, 30:14, 30:19, 31:5, 31:7, 35:7, 35:8, 41:16, 45:9, 45:15, 47:3, 47:21, 51:19, 53:21

**days** [6] - 3:16, 31:6, 31:15, 31:16, 32:8, 32:13

**DEFENDANT** [2] - 1:9, 52:4

**Defendant** [2] - 1:16, 2:9

**department** [2] - 11:19, 12:5

**depicted** [2] - 42:22, 43:2

**DEPOSITION** [1] - 1:15

**deposition** [4] - 3:8, 3:9,

3:14, 42:8

**describe** [1] - 44:18

**DESCRIPTION** [1] - 52:7

**device** [1] - 34:19

**diabetes** [3] - 7:19, 7:21, 37:3

**diabetic** [3] - 8:2, 8:6, 36:21

**diagnosed** [1] - 7:20

**Diamond** [1] - 1:19

**did** [23] - 9:12, 9:17, 10:10, 10:16, 12:9, 12:25, 13:5, 15:4, 17:10, 18:2, 19:11, 20:25, 21:4, 22:2, 22:25, 23:12, 24:19, 24:23, 26:24, 27:20, 29:15, 31:24, 34:3

**did he** [2] - 28:22, 29:19

**did it** [3] - 18:8, 19:18, 34:5

**did she** [3] - 12:12, 15:7, 26:3

**did they** [2] - 30:8, 33:4

**did you** [68] - 6:5, 6:14, 7:12, 10:20, 11:6, 11:10, 11:12, 11:24, 12:5, 12:9, 12:18, 13:12, 14:6, 14:11, 15:15, 15:18, 17:7, 17:11, 17:13, 19:20, 19:23, 20:6, 20:10, 20:17, 21:12, 21:16, 21:23, 22:12, 22:21, 23:6, 23:9, 24:16, 24:25, 25:5, 25:7, 25:10, 25:18, 25:21, 25:23, 27:6, 27:17, 28:7, 28:10, 28:25, 29:4, 29:8, 30:3, 32:25, 33:11, 33:21, 34:9, 34:18, 34:22, 34:25, 35:10, 35:23, 36:9, 36:15, 36:23, 37:17, 41:14, 41:18, 41:24, 42:3, 44:8, 44:24, 45:4, 48:25

**didn't** [4] - 21:19, 23:16, 23:20, 37:22

**different** [1] - 25:16

**difficulty** [1] - 46:25

**dinner** [2] - 9:24, 9:25

**direction** [1] - 13:21

**directly** [1] - 10:17

**Disability** [2] - 50:5, 50:8

**disable** [1] - 50:3

**discharge** [1] - 10:20

**discussion** [2] - 8:24, 39:24

**DISTRICT** [2] - 1:2, 1:2

**do** [13] - 4:23, 7:12, 15:15, 17:13, 20:10, 20:17, 21:5, 24:25, 28:15, 29:16, 41:18, 48:21, 53:10

**do you** [23] - 7:4, 7:17, 7:25, 8:4, 8:13, 33:17, 37:21, 38:14, 38:25, 39:16, 40:5, 40:11, 42:17, 42:21, 42:25, 43:10, 43:14, 45:8, 46:16, 46:20, 48:3, 48:11, 48:18

**doctor** [10] - 8:5, 23:18, 23:20, 25:4, 25:5, 25:6, 25:19, 33:5, 38:17
**doctor's** [1] - 8:8
**doctors** [2] - 35:24, 37:8
**DOCUMENTS** [2] - 52:16, 52:17
**Dolson** [1] - 2:5
**don't** [14] - 4:20, 4:21, 8:3, 8:11, 25:15, 38:12, 39:6, 41:2, 43:25, 45:24, 46:4, 48:15, 48:16, 48:17
**done** [1] - 39:2
**down** [5] - 5:13, 5:14, 14:11, 26:2, 46:16
**Dr** [40] - 8:9, 8:25, 9:6, 25:6, 25:7, 25:11, 25:17, 26:10, 26:12, 26:20, 26:25, 27:5, 27:24, 28:2, 28:8, 28:11, 28:25, 29:11, 29:12, 29:16, 30:19, 30:23, 33:7, 33:8, 33:12, 33:17, 33:22, 34:5, 34:10, 35:23, 36:5, 36:6, 36:10, 36:13, 36:16, 37:4, 37:13, 38:17, 38:19, 49:8
**duly** [3] - 4:3, 51:5, 53:12
**during** [7] - 20:11, 20:24, 21:5, 31:7, 32:9, 34:18, 36:4

## E

**E** [10] - 2:2, 3:2, 4:2, 51:2, 52:2, 52:10, 53:2
**earlier** [7] - 42:14, 44:14, 45:22, 45:25, 46:6, 47:16, 49:13
**EAST** [2] - 1:8, 2:10
**effect** [2] - 3:12, 3:15
**effects** [1] - 48:22
**either** [1] - 16:25
**else** [13] - 11:25, 12:13, 16:10, 18:2, 18:18, 20:2, 20:18, 24:10, 25:19, 34:7, 35:7, 41:20, 48:9
**emergency** [6] - 27:12, 29:4, 29:8, 29:13, 29:16, 30:24
**employed** [2] - 6:9, 6:12
**employee** [2] - 44:25, 45:23
**employees** [5] - 21:2, 22:22, 23:2, 23:6, 45:4
**employment** [1] - 7:14
**empty** [1] - 44:20
**end** [1] - 19:11
**ends** [1] - 17:6
**enter** [5] - 11:6, 11:10, 15:4, 15:8, 21:2
**entered** [3] - 11:9, 11:11, 11:13
**entering** [1] - 15:14

**entire** [1] - 12:23
**ESQ** [2] - 2:6, 2:11
**ESQS** [1] - 2:9
**EVANGUELIA** [2] - 53:8, 53:24
**Evanguelia** [1] - 1:21
**evening** [1] - 48:20
**ever** [9] - 23:12, 36:23, 37:4, 41:4, 42:3, 44:9, 45:12, 45:14, 45:18
**every** [10] - 33:13, 33:16, 33:17, 33:22, 34:6, 34:8, 34:10, 35:6, 35:8, 41:15
**EXAMINATION** [2] - 4:7, 52:12
**examination** [2] - 53:11, 53:13
**Examination** [1] - 50:13
**examined** [1] - 4:5
**except** [1] - 3:21
**EXHIBIT** [2] - 52:6
**Exhibit 1** [2] - 43:2, 46:13
**EXHIBITS** [1] - 52:4
**Exhibits** [1] - 42:7
**extending** [1] - 16:22
**eyewitness** [1] - 15:11

## F

**F** [2] - 3:2, 53:2
**facility** [2] - 33:5, 39:4
**fact** [1] - 28:25
**Factory** [2] - 6:16, 7:13
**fall** [1] - 18:2
**far** [1] - 16:12
**favors** [1] - 5:5
**Federal** [1] - 1:17
**feet** [4] - 21:8, 37:15, 49:17, 49:18
**fell** [5] - 17:22, 18:7, 18:16, 18:20, 20:14
**figure** [1] - 10:4
**File** [1] - 2:12
**filing** [1] - 3:7
**fingertip** [1] - 47:5
**fingertips** [3] - 17:5, 17:6, 17:8
**finished** [1] - 42:12
**first** [19] - 4:3, 8:17, 11:18, 12:24, 14:17, 24:24, 26:21, 26:22, 27:7, 27:11, 27:17, 28:11, 28:16, 29:21, 31:10, 31:21, 36:8, 36:16, 51:5
**first-aid** [3] - 27:7, 27:11, 27:17
**Fishman** [27] - 25:6, 25:7, 25:11, 26:10, 26:12, 26:20, 26:25, 27:5, 27:24, 28:2, 28:11, 29:11, 29:12, 29:16, 30:19, 30:23, 33:7, 33:12,

33:17, 33:22, 34:5, 34:10, 35:23, 36:3, 37:13, 38:19, 49:8
**Fishman's** [4] - 25:17, 28:8, 29:2, 33:9
**five** [2] - 31:16, 32:21
**floor** [5] - 18:9, 19:13, 19:14, 19:15
**follow** [2] - 33:2, 37:15
**follow-up** [2] - 33:2, 37:15
**followed** [1] - 36:5
**following** [2] - 32:8, 36:9
**follows** [1] - 4:6
**food** [1] - 42:2
**foot** [8] - 18:13, 18:14, 18:16, 19:11, 20:7, 20:15, 25:6, 30:12
**for** [36] - 2:4, 2:9, 3:6, 3:18, 4:9, 6:19, 7:13, 8:2, 8:5, 11:2, 11:4, 13:22, 13:25, 14:2, 21:5, 22:12, 24:8, 28:15, 29:16, 30:8, 32:7, 33:23, 34:12, 35:25, 36:8, 36:18, 36:20, 37:2, 37:9, 37:24, 38:22, 42:7, 49:8, 50:11, 53:9
**FOR** [1] - 52:21
**force** [1] - 3:15
**foregoing** [1] - 51:8
**form** [1] - 3:21
**forth** [1] - 53:12
**forward** [1] - 4:24
**four** [2] - 9:7, 31:16
**frequency** [1] - 34:3
**from** [13] - 7:3, 7:17, 10:16, 12:12, 18:21, 22:5, 27:18, 28:25, 32:12, 32:16, 32:24, 33:14, 46:2
**front** [2] - 19:15, 19:17
**further** [2] - 50:11, 53:15
**FURTHER** [2] - 3:20, 51:8

## G

**G** [1] - 9:2
**GALARZA** [2] - 53:8, 53:24
**Galarza** [1] - 1:21
**gangrene** [1] - 29:23
**gave** [5] - 5:19, 5:22, 10:14, 35:19, 51:6
**general** [1] - 36:20
**generally** [1] - 37:17
**gentleman** [1] - 45:25
**gestures** [1] - 5:15
**get** [15] - 10:6, 12:2, 12:5, 22:5, 24:9, 24:12, 26:3, 27:7, 30:17, 32:25, 34:16, 35:18, 37:19, 38:12, 48:14
**getting** [1] - 12:4
**Gidney** [1] - 9:2

**give** [3] - 5:23, 33:4, 38:22
**given** [2] - 51:10, 53:14
**go** [25] - 10:20, 12:19, 13:6, 13:12, 14:11, 20:13, 20:14, 20:17, 26:9, 28:7, 28:17, 28:22, 28:25, 29:4, 30:20, 33:19, 35:13, 37:19, 37:20, 37:21, 40:21, 41:2, 41:3, 41:15, 44:5
**going** [11] - 4:16, 9:5, 11:3, 11:4, 11:23, 13:20, 27:12, 38:16, 38:25, 39:8, 42:5
**gone** [1] - 23:19
**good** [1] - 24:4
**got** [16] - 7:19, 20:13, 21:17, 22:10, 25:2, 25:3, 30:12, 35:2, 35:12, 35:16, 37:22, 38:15, 39:18, 39:20, 39:21, 50:3
**grab** [1] - 15:16
**grabbed** [1] - 15:20
**grocery** [1] - 11:3
**guess** [2] - 8:15, 38:2

## H

**H** [2] - 4:2, 52:2
**had** [21] - 10:2, 12:15, 20:14, 21:7, 21:13, 23:21, 26:8, 26:19, 28:13, 29:10, 31:23, 32:14, 32:22, 33:19, 34:24, 40:14, 44:2, 45:12, 45:14, 45:17, 49:5
**hadn't** [1] - 49:21
**half** [5] - 22:18, 33:25, 34:4, 34:12
**hand** [4] - 5:15, 25:15, 46:13, 53:21
**happen** [2] - 9:13, 9:18
**happened** [6] - 17:19, 28:13, 35:19, 44:16, 47:17, 47:21
**has** [2] - 38:4, 40:12
**have** [27] - 6:14, 7:4, 7:25, 8:4, 8:13, 21:12, 21:23, 22:2, 30:13, 33:6, 34:19, 38:14, 39:2, 39:16, 39:19, 40:2, 40:3, 40:5, 42:6, 42:15, 42:17, 42:21, 48:21, 48:25, 49:11, 50:10, 53:20
**have you** [14] - 5:19, 9:5, 35:5, 36:5, 36:6, 37:4, 37:8, 39:11, 40:14, 40:19, 40:23, 41:4, 48:6, 49:5
**haven't** [3] - 49:14, 49:16, 50:2
**having** [6] - 4:3, 19:5, 19:7, 23:19, 46:25, 51:4
**he** [20] - 14:24, 27:24, 28:15, 28:16, 28:17, 29:18,

A. BURDEN

29:21, 29:22, 30:2, 30:11, 30:20, 31:9, 31:10, 37:25, 38:12, 46:5

**head** [7] - 5:16, 16:9, 16:11, 16:12, 16:14, 16:22

**health** [5] - 12:19, 14:8, 35:24, 37:9, 40:5

**hear** [2] - 4:21, 25:23

**held** [3] - 1:18, 8:24, 39:24

**help** [1] - 34:19

**her** [11] - 8:12, 13:15, 14:23, 20:13, 25:25, 36:11, 36:17, 36:19, 36:21, 37:2, 48:14

**here** [5] - 16:15, 35:14, 46:5, 46:7, 46:19

**hereby** [2] - 51:4, 53:10

**HEREBY** [1] - 3:5

**herein** [1] - 3:7

**hereinbefore** [2] - 51:11, 53:12

**hereunto** [1] - 53:20

**high** [2] - 48:8, 48:12

**him** [9] - 26:23, 28:13, 37:14, 37:17, 37:20, 43:20, 46:3, 46:4, 46:8

**his** [1] - 47:12

**hit** [3] - 18:8, 18:10, 20:15

**home** [9] - 20:14, 20:17, 22:5, 23:18, 24:13, 24:24, 25:2, 25:3, 27:18

**Hospital** [2] - 29:17, 39:9

**hospital** [16] - 28:20, 28:21, 29:20, 29:25, 30:4, 30:9, 30:21, 30:24, 31:18, 32:6, 32:13, 32:17, 32:25, 33:15, 39:6, 39:7

**hour** [3] - 10:5, 22:18, 22:19

**house** [2] - 25:12, 25:13

**how** [20] - 5:19, 7:8, 7:10, 8:12, 9:5, 10:2, 16:5, 16:12, 18:16, 18:23, 20:6, 22:8, 22:15, 30:3, 34:9, 34:17, 34:22, 34:25, 44:18, 49:11

**how did** [4] - 10:6, 22:5, 24:8, 24:12

**how is** [1] - 43:23

**how many** [3] - 7:6, 40:19, 44:2

**how often** [6] - 33:11, 35:5, 35:10, 37:21, 41:13, 48:18

**Hudson** [2] - 6:16, 7:13

### I

**I** [108] - 3:2, 4:16, 4:22, 5:4, 7:15, 7:19, 8:3, 8:11, 8:16, 10:4, 11:4, 14:2, 14:22, 15:16, 15:20, 16:3, 16:18,

17:2, 17:5, 17:12, 17:16, 17:17, 18:24, 20:13, 20:20, 21:13, 21:17, 21:21, 24:4, 25:15, 25:25, 26:2, 26:8, 26:18, 26:23, 27:11, 27:24, 28:13, 30:13, 30:17, 31:6, 31:15, 32:14, 33:19, 34:24, 35:2, 35:12, 35:16, 36:11, 36:18, 37:2, 37:14, 37:19, 37:20, 37:22, 38:2, 38:15, 38:16, 39:6, 39:18, 39:20, 39:21, 40:8, 40:21, 41:2, 41:8, 42:5, 42:9, 42:19, 43:12, 43:19, 43:25, 45:24, 46:3, 46:7, 48:17, 48:23, 49:6, 49:23, 50:3, 50:10, 51:2, 51:4, 51:5, 51:8, 52:2, 52:10, 53:2, 53:8, 53:15, 53:17, 53:20

**i** [1] - 12:2

**identify** [1] - 15:18

**if** [25] - 3:12, 3:15, 4:20, 4:21, 6:4, 6:20, 7:12, 13:5, 14:22, 15:15, 16:18, 17:13, 17:19, 20:10, 21:4, 24:25, 28:10, 29:7, 29:15, 30:8, 36:15, 40:21, 42:10, 46:21, 48:15

**immediately** [2] - 19:14, 32:8

**in** [73] - 4:18, 4:25, 6:4, 6:13, 6:15, 7:13, 7:22, 9:8, 9:9, 9:10, 9:22, 10:2, 10:4, 11:19, 12:25, 13:20, 14:8, 14:14, 14:17, 17:14, 19:14, 19:17, 20:2, 20:6, 20:20, 21:15, 21:18, 21:19, 26:2, 26:15, 27:2, 27:3, 27:11, 27:12, 28:9, 28:25, 29:11, 30:3, 30:9, 31:18, 31:21, 35:9, 35:11, 35:21, 36:11, 36:12, 36:24, 39:3, 39:4, 41:3, 42:22, 43:2, 43:7, 44:2, 44:5, 44:8, 44:9, 44:20, 44:25, 45:5, 45:9, 45:12, 45:14, 45:19, 46:12, 46:19, 47:21, 49:9, 49:22, 50:9, 53:18

**In** [1] - 9:15

**IN** [1] - 53:20

**incident** [3] - 4:18, 9:9, 9:12

**incurred** [1] - 39:11

**indicated** [5] - 42:14, 44:14, 47:4, 47:16, 49:13

**indicating** [1] - 14:25

**indicating)** [2] - 16:15, 16:20

**indication** [1] - 15:23

**Infinity** [1] - 40:6

**INFORMATION** [2] - 52:16, 52:17

**injuries** [4] - 35:25, 36:24, 37:5, 37:9

**inside** [3] - 12:13, 12:16, 41:4

**instructions** [1] - 32:25

**insulin** [3] - 48:10, 48:18, 48:19

**insurance** [1] - 39:17

**intention** [2] - 13:15, 13:19

**interested** [1] - 53:18

**into** [3] - 11:10, 12:6, 14:20

**involved** [1] - 9:8

**is** [24] - 4:15, 6:2, 7:8, 7:10, 7:23, 8:16, 13:11, 15:7, 16:14, 16:19, 18:4, 18:23, 18:25, 36:20, 39:8, 40:2, 40:8, 43:3, 46:15, 49:8, 49:23, 51:9, 53:11, 53:13

**IS** [2] - 3:5, 3:20

**is that** [10] - 5:5, 5:8, 8:19, 15:2, 24:5, 35:6, 35:21, 43:4, 43:7, 49:9

**is there** [5] - 23:15, 23:20, 26:14, 49:15, 49:25

**it** [61] - 4:22, 4:23, 6:2, 7:23, 9:22, 12:2, 12:12, 13:11, 13:19, 15:20, 15:21, 16:3, 16:14, 16:19, 17:10, 17:11, 17:12, 17:14, 17:15, 17:16, 17:17, 17:20, 17:22, 18:10, 19:19, 21:17, 25:15, 25:22, 27:4, 27:10, 27:25, 28:16, 28:17, 29:18, 29:21, 29:22, 30:13, 31:9, 31:10, 31:11, 31:22, 32:2, 35:19, 37:22, 38:7, 38:8, 38:12, 39:8, 40:2, 40:8, 43:12, 43:23, 46:21, 46:24, 47:20, 47:23

**IT** [2] - 3:5, 3:20

**it's** [8] - 16:15, 16:18, 16:24, 33:25, 37:16, 37:25, 38:6, 41:8

**item** [12] - 10:25, 13:22, 13:24, 16:2, 16:7, 16:13, 16:22, 17:4, 17:8, 17:23, 46:15, 46:17

**items** [3] - 11:2, 14:6, 22:12

**its** [2] - 18:8, 46:15

### J

**job** [1] - 6:14

**Johnston** [1] - 4:13

**Judge** [1] - 3:13

**July** [3] - 32:18, 32:19, 35:21

**June** [9] - 9:10, 9:19, 9:20, 36:11, 36:12, 38:5, 47:18,

47:21

**just** [9] - 5:23, 6:20, 13:20, 18:3, 21:21, 23:17, 36:3, 36:20, 37:2

### K

**know** [18] - 4:22, 8:11, 23:21, 25:15, 38:25, 39:6, 40:11, 42:11, 43:10, 43:14, 43:23, 43:25, 45:8, 46:4, 48:11, 48:15, 48:16, 48:17

**knowledge** [1] - 44:13

**knows** [1] - 48:13

### L

**L** [3] - 3:2, 51:2

**large** [1] - 45:25

**last** [7] - 6:11, 35:5, 37:12, 37:14, 38:8, 49:21, 49:23

**lasted** [1] - 32:7

**later** [2] - 32:13, 48:14

**lay** [1] - 40:14

**learn** [1] - 34:17

**leave** [1] - 6:22

**LEEVERDIA** [3] - 1:3, 2:5, 2:15

**Leeverdia** [1] - 6:6

**left** [6] - 7:14, 14:25, 19:15, 23:17, 24:21, 46:13

**left-hand** [1] - 46:13

**Legal** [1] - 1:19

**let** [5] - 4:22, 5:6, 10:20, 23:21, 42:11

**let's** [2] - 20:13, 35:4

**LETTER** [1] - 52:7

**letter** [1] - 50:3

**level** [3] - 16:8, 16:9

**like** [29] - 7:22, 9:7, 10:5, 13:7, 15:21, 16:14, 16:15, 16:18, 16:19, 17:5, 17:6, 20:8, 22:18, 27:4, 28:9, 30:12, 31:6, 31:15, 31:16, 33:25, 34:5, 34:12, 34:23, 40:21, 40:22, 41:8, 41:15

**LINE** [1] - 52:22

**line** [2] - 7:16, 49:22

**list** [1] - 11:16

**live** [1] - 6:5

**LLP** [1] - 2:4

**lobby** [1] - 11:11

**locate** [1] - 14:6

**located** [2] - 8:25, 26:12

**long** [9] - 5:19, 9:5, 10:2, 20:6, 22:15, 30:3, 34:9, 34:22, 34:25

**look** [1] - 42:10

**looked** [7] - 14:22, 21:7, 27:2, 27:3, 28:17, 29:22

**looking** [8] - 11:2, 13:21, 13:25, 14:2, 14:25, 16:8, 21:8, 42:12
**lot** [1] - 39:14
**LP** [2] - 1:8, 2:10
**Luke's** [6] - 28:18, 28:19, 29:2, 29:17, 32:7, 39:8
**lunch** [1] - 9:23

**M**

**made** [4] - 24:15, 25:22, 40:20, 41:17
**Main** [1] - 1:20
**main** [1] - 11:11
**make** [14] - 6:21, 24:16, 25:4, 25:21, 25:23, 27:6, 28:11, 29:8, 36:16, 37:14, 37:15, 37:25, 38:15, 41:25
**makes** [1] - 47:20
**making** [1] - 15:23
**MALLORY** [1] - 2:16
**manner** [1] - 45:19
**MARKED** [1] - 52:21
**marked** [1] - 42:6
**marriage** [1] - 53:17
**married** [1] - 6:7
**Mart** [23] - 9:9, 10:17, 10:19, 10:23, 21:2, 22:22, 23:2, 23:6, 28:14, 30:15, 30:20, 36:2, 36:9, 37:6, 37:10, 40:24, 41:14, 41:18, 44:24, 45:18, 45:23, 48:25, 49:5
**MART** [2] - 1:8, 2:10
**matter** [1] - 53:19
**may** [2] - 3:10, 3:14
**May** [2] - 9:10, 47:22
**May/June** [2] - 4:19, 6:4
**me** [22] - 4:22, 5:6, 5:23, 10:8, 13:7, 18:22, 19:2, 19:17, 28:17, 29:10, 29:22, 30:2, 30:11, 34:16, 35:19, 38:12, 39:14, 42:11, 49:11, 51:10, 51:18
**mean** [1] - 27:11
**meant** [1] - 30:13
**Medicaid** [2] - 40:2, 40:4
**medical** [5] - 7:18, 27:15, 27:16, 39:11, 40:12
**Medicare** [4] - 39:18, 39:19, 39:20, 40:2
**medication** [2] - 48:3, 48:12
**medications** [2] - 48:6, 48:21
**meeting** [1] - 26:23
**merchandise** [2] - 11:12, 12:6
**met** [2] - 29:12, 30:23

**middle** [4] - 12:14, 18:12, 31:21, 32:2
**Middletown** [1] - 2:6
**mines** [1] - 13:17
**minute** [3] - 20:11, 20:18, 20:24
**minutes** [1] - 20:8
**moment** [2] - 18:20, 42:10
**Monday** [6] - 33:13, 33:16, 33:18, 33:22, 34:8, 34:11
**money** [1] - 40:14
**month** [12] - 6:20, 6:21, 32:15, 33:23, 34:6, 35:5, 35:11, 37:14, 37:18, 38:8, 41:10, 41:12
**months** [6] - 33:23, 33:24, 34:2, 34:5, 34:13, 34:24
**more** [2] - 44:4, 44:5
**morning** [1] - 48:20
**MOSBACHER** [9] - 2:6, 6:19, 7:2, 8:15, 8:19, 8:22, 14:24, 40:8, 47:11
**most** [1] - 20:9
**move** [1] - 4:24
**MR** [12] - 4:8, 6:19, 7:2, 8:15, 8:19, 8:22, 14:24, 39:22, 40:8, 47:11, 50:10, 52:13
**Mr** [3] - 4:15, 39:25, 50:11
**my** [35] - 4:15, 4:20, 5:6, 6:6, 8:15, 10:8, 12:11, 13:19, 15:7, 16:11, 16:14, 17:5, 17:6, 18:10, 18:14, 20:14, 20:15, 21:8, 21:22, 25:12, 25:22, 27:3, 30:12, 31:22, 35:2, 35:9, 36:18, 37:2, 38:16, 41:9, 44:13, 48:10, 48:13, 49:17, 53:21

**N**

**N** [7] - 2:2, 3:2, 4:2, 51:2, 52:10
**name** [11] - 4:9, 4:15, 8:8, 8:12, 8:17, 16:2, 16:3, 23:24, 33:4, 39:7, 48:11
**nature** [1] - 27:13
**near** [1] - 46:13
**NEW** [3] - 1:2, 53:4, 53:5
**New** [8] - 1:21, 1:22, 2:6, 2:11, 4:4, 4:14, 21:11, 53:9
**Newburgh** [4] - 4:14, 9:4, 9:16, 43:8
**next** [4] - 18:22, 26:8, 28:5, 38:18
**night** [1] - 30:5
**No** [1] - 1:6
**no** [75] - 6:10, 11:17, 12:24, 13:17, 14:5, 14:13, 17:2, 18:3, 19:6, 19:9, 19:19,

19:22, 19:25, 20:5, 20:20, 20:23, 21:3, 21:17, 21:21, 21:25, 22:4, 22:14, 22:24, 23:3, 23:7, 23:11, 23:14, 23:23, 24:4, 25:22, 26:8, 26:16, 26:18, 26:21, 27:2, 27:14, 27:15, 27:16, 27:22, 30:16, 31:6, 31:9, 31:13, 32:14, 33:19, 36:3, 37:2, 37:7, 37:11, 37:19, 38:15, 40:13, 40:16, 40:17, 41:23, 42:4, 43:12, 43:16, 43:22, 44:12, 44:13, 45:3, 45:7, 45:11, 45:16, 45:21, 46:23, 47:10, 48:23, 49:3, 49:19, 49:20, 50:10, 53:18
**nod** [1] - 5:16
**none** [1] - 52:8
**None** [2] - 52:18, 52:23
**Northport** [1] - 2:11
**not** [16] - 12:24, 14:5, 16:23, 16:24, 17:9, 17:10, 18:24, 24:4, 26:17, 27:22, 33:19, 38:4, 44:13, 48:13, 48:23, 53:15
**Notary** [3] - 1:22, 4:4, 53:8
**NOTARY** [1] - 51:22
**November** [1] - 53:21
**now** [3] - 33:19, 35:3, 37:18
**number** [6] - 5:22, 5:24, 6:24, 25:14, 25:16, 39:7
**nurse** [1] - 25:19

**O**

**O** [3] - 3:2, 4:2, 51:2
**O'Connor** [1] - 4:16
**O'CONNOR** [7] - 2:9, 2:11, 4:8, 39:22, 50:10, 52:13
**oath** [1] - 3:12
**objections** [1] - 3:21
**observe** [1] - 11:13
**obtain** [5] - 11:24, 12:9, 12:10, 12:12, 50:7
**obtained** [2] - 12:11, 13:2
**obtaining** [2] - 12:18, 13:2
**occasion** [1] - 44:7
**occurred** [5] - 4:18, 14:12, 14:15, 40:25, 43:5
**October** [1] - 1:11
**OF** [3] - 1:2, 53:4, 53:5
**of** [107] - 1:15, 1:18, 1:19, 1:22, 3:8, 3:9, 3:13, 3:14, 3:16, 3:17, 3:22, 4:4, 4:17, 4:25, 5:5, 5:9, 5:15, 5:16, 6:14, 6:17, 9:9, 9:21, 10:22, 11:10, 11:15, 11:16, 13:3, 13:16, 16:2, 16:3, 16:16, 17:6, 17:14, 18:8, 18:13, 19:4, 19:15, 19:17, 20:3,

20:11, 20:19, 20:22, 20:25, 21:6, 21:9, 21:13, 21:24, 23:24, 25:8, 27:7, 27:11, 27:13, 28:7, 29:17, 29:19, 31:7, 31:22, 32:11, 32:21, 33:4, 33:21, 34:3, 34:9, 34:15, 34:18, 34:19, 35:4, 35:21, 36:4, 38:21, 39:7, 39:12, 39:14, 39:16, 40:11, 40:15, 41:19, 41:24, 42:8, 44:19, 45:4, 45:9, 45:13, 45:15, 45:23, 46:9, 46:14, 47:3, 47:9, 48:6, 48:11, 48:22, 48:23, 49:17, 49:18, 50:3, 50:13, 51:10, 51:19, 53:9, 53:13, 53:16, 53:18, 53:21
**off** [17] - 8:22, 8:23, 11:15, 12:2, 15:17, 15:21, 17:15, 17:16, 17:17, 17:20, 21:16, 21:17, 21:20, 25:15, 31:23, 39:22, 39:23
**off-the-record** [2] - 8:23, 39:23
**offhand** [2] - 16:4, 48:13
**office** [3] - 25:18, 29:2, 33:9
**offices** [1] - 1:19
**okay** [2] - 5:2, 5:17
**old** [2] - 7:8, 7:10
**oldest** [1] - 7:8
**on** [26] - 7:15, 9:14, 9:18, 15:21, 17:7, 18:8, 18:16, 18:17, 19:4, 19:13, 21:14, 21:24, 27:7, 30:12, 38:12, 44:7, 44:15, 45:9, 46:15, 47:3, 47:9, 47:17, 47:21, 48:3, 49:22, 50:4
**once** [3] - 34:6, 35:7, 37:18
**One** [1] - 2:5
**one** [13] - 5:5, 8:4, 18:4, 21:13, 30:6, 30:9, 30:14, 31:5, 32:9, 39:20, 39:21, 41:6, 46:18
**only** [2] - 32:9, 37:19
**operate** [1] - 30:12
**operating** [1] - 11:15
**opposed** [2] - 46:16, 47:21
**or** [26] - 4:21, 5:16, 7:23, 9:10, 9:23, 11:2, 11:18, 11:24, 11:25, 12:8, 12:9, 16:25, 17:10, 21:20, 25:19, 27:13, 31:16, 33:5, 34:23, 35:24, 36:24, 37:9, 45:9, 45:19, 49:2, 53:17
**Order** [1] - 1:17
**original** [2] - 3:9, 3:17
**other** [19] - 20:3, 20:16, 20:21, 27:5, 27:7, 27:9, 27:15, 27:16, 31:25, 34:6, 34:8, 34:10, 35:8, 35:23,

35:24, 37:8, 41:16, 41:24, 45:5
**our** [2] - 5:11, 5:13
**out** [4] - 15:24, 16:19, 40:14, 40:15
**outcome** [1] - 53:18
**outside** [4] - 12:13, 21:18, 22:10, 22:11
**outstretched** [1] - 16:17
**over** [2] - 33:21, 35:4
**own** [1] - 40:15

## P

**P** [3] - 2:2, 3:2
**P.M** [1] - 50:12
**PAGE** [4] - 52:6, 52:12, 52:17, 52:22
**pain** [2] - 20:20, 26:2
**part** [1] - 18:8
**particular** [14] - 8:4, 10:25, 13:22, 13:24, 14:4, 15:18, 18:15, 23:10, 23:15, 26:14, 39:4, 40:24, 44:3, 46:12
**parties** [2] - 3:7, 53:16
**past** [1] - 35:11
**pay** [3] - 24:8, 24:12, 42:3
**payment** [1] - 40:21
**payments** [3] - 40:18, 40:19, 41:24
**people** [1] - 44:19
**period** [11] - 4:25, 20:11, 20:19, 20:25, 21:6, 31:7, 33:21, 34:9, 34:18, 35:4, 36:4
**personnel** [1] - 29:9
**Perusa** [1] - 24:2
**phone** [9] - 21:23, 22:3, 24:15, 24:16, 25:10, 25:12, 25:24, 27:2, 27:3
**phones** [1] - 22:10
**photograph** [5] - 43:11, 43:15, 43:18, 43:21, 43:24
**photographs** [3] - 42:6, 42:11, 42:23
**physical** [1] - 49:7
**physician** [2] - 8:2, 36:5
**pick** [4] - 10:10, 19:20, 22:17, 24:19
**picked** [3] - 23:5, 23:25, 24:18
**place** [1] - 51:11
**Plains** [1] - 1:20
**Plaintiff** [1] - 1:15
**Plaintiff's** [4] - 42:7, 43:2, 46:12, 46:14
**PLAINTIFFS** [1] - 1:4
**Plaintiffs** [1] - 2:4
**plastic** [1] - 19:19
**Please** [1] - 4:9

**please** [1] - 4:22
**pocket** [1] - 40:15
**point** [5] - 12:25, 22:20, 23:4, 23:8, 23:9
**present** [1] - 45:22
**PRESENT** [1] - 2:14
**pressure** [2] - 48:8, 48:12
**previously** [2] - 5:18, 10:14
**prior** [10] - 10:3, 11:23, 26:20, 41:13, 44:3, 44:8, 45:2, 45:13, 45:17, 48:24
**probably** [1] - 7:22
**problem** [2] - 19:7, 42:15
**problems** [3] - 42:17, 48:25, 49:5
**Procedure** [1] - 1:18
**product** [1] - 13:16
**program** [1] - 33:20
**pronounce** [1] - 8:12
**provide** [1] - 29:20
**providers** [2] - 35:25, 37:9
**Public** [3] - 1:22, 4:4, 53:9
**PUBLIC** [1] - 51:22
**pull** [4] - 17:15, 17:16, 17:17, 17:20
**purchase** [2] - 15:19, 22:13
**purchases** [1] - 41:17
**purpose** [3] - 10:22, 38:21, 42:8
**pursuant** [1] - 1:17
**pushing** [1] - 12:8

## Q

**QUESTION** [1] - 52:22
**question** [5] - 4:25, 5:6, 15:7, 47:12, 47:14
**QUESTIONS** [1] - 52:21
**questions** [5] - 4:17, 4:21, 5:4, 46:9, 50:11

## R

**R** [5] - 2:2, 3:2, 4:2, 51:2, 53:2
**reach** [2] - 16:16, 16:21
**read** [2] - 47:11, 47:14
**ready** [1] - 37:19
**really** [10] - 5:10, 8:12, 14:5, 16:23, 16:24, 17:9, 27:22, 38:2, 49:6
**reason** [4] - 23:15, 23:20, 49:15, 49:25
**received** [1] - 39:13
**receptionist** [2] - 25:18, 25:20
**recess** [1] - 47:25
**recognize** [1] - 42:25
**recommend** [1] - 26:24
**recommended** [1] - 27:4

**record** [8] - 4:10, 6:19, 7:3, 8:22, 8:23, 39:22, 39:23, 53:13
**referred** [1] - 47:13
**referred-to** [1] - 47:13
**regarding** [1] - 4:17
**regular** [1] - 7:25
**regularly** [2] - 8:5, 24:6
**rehabilitation** [1] - 34:16
**related** [1] - 53:16
**released** [4] - 32:12, 32:16, 32:24, 33:14
**remain** [1] - 30:3
**remember** [3] - 16:3, 26:17, 26:18
**repeat** [1] - 4:22
**rephrase** [1] - 4:23
**report** [3] - 23:9, 23:12, 23:16
**Reporter** [4] - 5:11, 5:19, 10:14, 47:15
**Reporting** [1] - 1:19
**request** [1] - 7:2
**REQUESTED** [1] - 52:16
**requests** [1] - 5:10
**reserved** [1] - 3:22
**resided** [1] - 5:20
**respect** [1] - 33:2
**respective** [1] - 3:6
**responses** [1] - 5:9
**rest** [1] - 31:22
**result** [1] - 39:12
**returned** [1] - 33:8
**right** [11] - 13:7, 13:11, 15:20, 16:15, 18:14, 19:16, 25:25, 28:22, 30:20, 35:2, 42:20
**room** [6] - 27:12, 29:5, 29:8, 29:13, 29:17, 30:24
**Rules** [1] - 1:18
**RULINGS** [1] - 52:21

## S

**S** [4] - 2:2, 3:2, 52:2
**said** [4] - 30:18, 37:25, 39:25, 49:20
**same** [4] - 3:12, 3:15, 3:17, 30:5
**save** [2] - 31:11, 31:12
**saw** [2] - 36:12, 37:12
**say** [6] - 8:10, 8:17, 16:24, 17:6, 35:4, 46:21
**schedule** [1] - 49:8
**scheduled** [1] - 38:10
**sealing** [1] - 3:7
**seated** [1] - 46:2
**second** [1] - 5:8
**Security** [3] - 6:23, 50:4, 50:8

**see** [24] - 8:5, 14:21, 14:23, 23:6, 26:6, 33:11, 33:22, 35:24, 36:10, 36:17, 36:18, 36:21, 37:2, 37:17, 37:20, 38:19, 42:19, 44:9, 44:24, 45:4, 46:16, 46:20, 46:21, 46:24
**seeing** [1] - 36:11
**seems** [1] - 14:24
**seen** [5] - 21:21, 36:6, 37:8, 37:14, 46:3
**select** [4] - 13:15, 16:8, 19:23, 22:12
**send** [1] - 39:14
**separated** [1] - 13:3
**series** [1] - 4:17
**service** [1] - 3:16
**set** [2] - 53:12, 53:21
**seven** [1] - 7:7
**shampoo** [4] - 15:16, 18:3, 18:7, 31:24
**she** [6] - 13:20, 15:13, 18:22, 18:25, 21:7
**she's** [1] - 19:2
**shelf** [11] - 12:3, 15:17, 15:21, 15:22, 17:15, 17:17, 17:18, 17:21, 18:17, 18:21, 45:9
**shelves** [4] - 44:9, 44:25, 45:5, 46:10
**shelving** [1] - 45:20
**shoe** [1] - 21:20
**shoes** [1] - 21:9
**shop** [3] - 11:4, 41:14, 44:6
**shopped** [2] - 11:19, 45:12
**shopping** [9] - 10:24, 11:4, 11:16, 11:24, 12:5, 12:6, 12:15, 41:9, 45:15
**short** [1] - 47:25
**show** [1] - 42:5
**side** [3] - 26:2, 46:15, 48:22
**side-effects** [1] - 48:22
**sight** [1] - 46:25
**signed** [3] - 3:10, 3:12, 3:15
**since** [10] - 33:14, 38:4, 40:24, 41:5, 49:4, 49:14, 49:16, 49:20, 49:21, 50:2
**sir** [39] - 6:7, 6:10, 7:4, 7:17, 8:7, 8:10, 9:8, 9:11, 11:17, 13:18, 15:2, 16:5, 19:6, 19:9, 20:5, 20:20, 21:3, 21:25, 22:4, 22:24, 23:3, 23:7, 23:11, 23:14, 36:22, 37:11, 40:13, 40:16, 42:4, 42:5, 42:18, 44:24, 45:3, 45:7, 45:11, 47:4, 47:16, 48:3, 49:3
**sitting** [2] - 26:2, 35:9
**situated** [1] - 18:17
**six** [4] - 31:6, 31:7, 32:7,

32:13
**SIX** [1] - 33:24
**six-day** [1] - 31:7
**sneaker** [2] - 21:16, 21:22
**sneakers** [2] - 21:11
**so** [8] - 4:24, 13:20, 24:21, 27:15, 33:8, 38:2, 43:19, 49:13
**soap** [4] - 11:22, 13:8, 13:9, 13:16
**SOBO** [2] - 2:4
**Social** [3] - 6:23, 50:4, 50:7
**sock** [1] - 21:20
**socks** [2] - 21:12, 21:14
**some** [4] - 9:8, 13:16, 42:15, 42:17
**someone** [1] - 26:24
**someplace** [1] - 12:13
**something** [9] - 11:25, 16:10, 18:18, 24:9, 25:19, 34:6, 35:6, 35:7, 41:19
**sometime** [1] - 36:12
**sometimes** [1] - 40:22
**sorry** [1] - 13:18
**SOUTHERN** [1] - 1:2
**speak** [3] - 22:22, 22:25, 25:18
**specified** [1] - 51:11
**spell** [1] - 24:3
**spelling** [2] - 8:13, 24:4
**spread** [1] - 31:22
**SS** [1] - 53:4
**St** [6] - 28:18, 28:19, 29:2, 29:17, 32:6, 39:8
**stacked** [2] - 46:15, 47:8
**stamps** [1] - 42:2
**standing** [5] - 16:19, 18:17, 18:22, 19:8, 47:6
**start** [5] - 37:22, 38:3, 38:10, 38:14, 38:22
**state** [1] - 4:9
**State** [3] - 1:22, 4:4, 53:9
**STATE** [1] - 53:4
**STATES** [1] - 1:2
**stay** [4] - 20:6, 32:6, 32:9, 32:14
**stayed** [2] - 31:5, 31:6
**still** [6] - 31:17, 33:17, 34:23, 35:2, 38:16, 41:2
**STIPULATED** [2] - 3:5, 3:20
**stocked** [2] - 45:8, 45:20
**stocking** [4] - 44:9, 44:25, 45:5, 46:9
**stop** [3] - 27:20, 27:23, 28:2
**store** [21] - 9:9, 9:12, 10:3, 10:4, 10:6, 11:7, 11:9, 11:10, 11:13, 12:16, 22:6, 22:15, 23:10, 23:13, 23:21, 40:24, 41:5, 43:8, 44:3, 44:8, 44:19

**STORES** [2] - 1:8, 2:10
**street** [1] - 26:14
**Street** [2] - 1:20, 4:13
**strike** [1] - 31:24
**struck** [4] - 7:3, 19:10, 20:7, 32:2
**Stuart** [2] - 43:16, 43:24
**STUART** [1] - 2:6
**Subscribed** [1] - 51:18
**such** [3] - 5:15, 34:20, 53:13
**suffer** [1] - 7:17
**sugar** [2] - 36:18, 37:3
**Suite** [1] - 1:20
**summertime** [2] - 47:23, 47:24
**Sunday** [2] - 9:22, 44:15
**sure** [3] - 18:24, 37:16, 37:25
**sustained** [4] - 35:25, 36:24, 37:5, 37:10
**sworn** [5] - 3:10, 4:3, 51:5, 51:18, 53:12

## T

**T** [8] - 3:2, 4:2, 8:16, 51:2, 52:2, 53:2
**table** [1] - 46:2
**take** [10] - 5:13, 5:14, 10:8, 10:16, 21:16, 21:20, 24:23, 42:9, 48:3, 48:18
**taken** [6] - 1:16, 43:11, 43:13, 43:21, 48:2, 48:7
**takes** [1] - 4:23
**tall** [2] - 16:5, 18:23
**taller** [2] - 18:25, 19:2
**TASHAWN** [1] - 2:16
**teach** [1] - 49:11
**telephone** [1] - 25:13
**tell** [2] - 43:12, 48:15
**telling** [1] - 20:16
**ten** [5] - 20:8, 20:11, 20:18, 20:24, 21:5
**terms** [2] - 17:14, 27:11
**testified** [2] - 4:5, 45:23
**testify** [1] - 51:5
**testifying** [1] - 46:6
**testimony** [3] - 51:6, 51:10, 53:14
**than** [9] - 18:25, 19:2, 20:3, 20:16, 20:21, 27:5, 27:9, 35:23, 44:4
**That** [1] - 53:11
**that** [127] - 3:7, 3:9, 3:13, 3:20, 4:24, 5:18, 5:20, 5:23, 6:21, 7:2, 8:3, 8:5, 8:8, 8:10, 9:6, 10:7, 10:10, 10:13, 10:16, 10:23, 11:2, 11:19, 11:20, 11:23, 12:4, 13:3,

13:20, 14:11, 14:17, 14:18, 14:20, 15:4, 15:8, 15:19, 16:7, 16:21, 17:7, 17:23, 18:4, 18:7, 18:15, 18:20, 19:10, 19:20, 20:7, 20:11, 20:17, 20:18, 20:22, 20:24, 21:5, 22:6, 22:13, 22:21, 23:10, 23:25, 24:3, 24:5, 24:15, 25:24, 26:4, 26:6, 26:17, 26:21, 27:4, 27:13, 28:5, 28:11, 30:5, 30:9, 30:12, 31:7, 32:7, 32:9, 32:21, 33:5, 33:6, 36:18, 36:20, 38:21, 39:2, 39:12, 39:17, 40:2, 40:23, 41:17, 41:18, 42:9, 42:14, 42:19, 43:14, 43:17, 43:18, 43:20, 43:23, 43:24, 44:3, 44:7, 44:10, 44:14, 44:25, 45:12, 45:14, 46:15, 46:16, 46:20, 47:4, 47:6, 47:9, 47:16, 48:22, 48:23, 49:5, 49:7, 49:13, 49:23, 51:4, 51:8, 53:13, 53:14, 53:15, 53:17
**that's** [1] - 30:17
**THE** [2] - 8:18, 8:21
**the** [282] - 1:15, 1:16, 1:17, 1:18, 1:22, 2:4, 2:9, 3:6, 3:7, 3:8, 3:9, 3:10, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:22, 4:4, 4:9, 5:8, 5:15, 5:16, 5:18, 5:19, 6:11, 6:19, 6:20, 6:21, 6:22, 7:3, 7:8, 7:10, 7:13, 7:15, 8:17, 8:22, 8:23, 9:12, 9:17, 9:19, 9:22, 10:2, 10:3, 10:4, 10:6, 10:13, 10:14, 10:20, 10:22, 11:4, 11:6, 11:9, 11:10, 11:11, 11:13, 11:14, 11:18, 11:21, 12:2, 12:8, 12:9, 12:10, 12:11, 12:14, 12:15, 12:16, 12:18, 12:19, 12:22, 13:3, 13:8, 13:9, 13:13, 14:2, 14:8, 14:14, 14:17, 14:25, 15:14, 15:16, 15:17, 15:21, 16:2, 16:3, 16:7, 16:16, 16:19, 17:3, 17:6, 17:7, 17:15, 17:16, 17:17, 17:20, 17:23, 18:3, 18:4, 18:9, 18:12, 18:17, 18:20, 18:21, 19:4, 19:11, 19:13, 19:14, 19:15, 19:16, 20:2, 20:3, 20:6, 20:8, 20:14, 20:25, 21:2, 21:15, 21:18, 21:19, 21:21, 21:24, 22:5, 22:9, 22:10, 22:15, 22:20, 22:21, 23:4, 23:5, 23:8, 23:12, 23:13, 23:16, 23:18, 23:19, 23:21, 23:24, 24:8, 24:12, 24:15, 24:16, 24:18, 24:19, 24:23, 25:3, 25:7, 25:18, 25:21, 26:8,

26:10, 26:21, 26:22, 27:2, 27:3, 27:7, 27:20, 27:23, 28:3, 28:5, 28:9, 29:4, 29:8, 29:12, 29:16, 29:20, 29:24, 30:3, 30:9, 30:13, 30:19, 30:21, 30:24, 31:12, 31:14, 31:18, 31:21, 31:22, 31:24, 32:2, 32:6, 32:8, 32:12, 32:16, 32:24, 33:15, 34:3, 34:14, 35:4, 35:5, 35:10, 35:11, 35:20, 35:25, 36:5, 36:8, 36:20, 36:23, 36:24, 36:25, 37:5, 37:9, 37:12, 37:15, 38:4, 38:15, 38:21, 39:6, 39:7, 39:12, 39:22, 39:23, 40:11, 41:5, 41:10, 41:17, 41:19, 42:7, 42:21, 43:3, 43:4, 43:7, 44:8, 44:9, 44:18, 44:19, 44:25, 45:5, 45:8, 45:9, 45:13, 45:15, 45:19, 46:2, 46:9, 46:13, 47:3, 47:4, 47:12, 47:13, 47:15, 47:17, 48:11, 49:7, 49:23, 50:12, 51:5, 51:6, 51:8, 51:10, 53:9, 53:11, 53:14, 53:16, 53:18
**their** [1] - 7:14
**them** [5] - 4:21, 23:21, 31:23, 32:11, 35:12
**then** [11] - 12:19, 25:16, 28:17, 29:21, 29:22, 30:23, 31:21, 34:4, 34:24, 37:20, 43:24
**therapy** [6] - 37:20, 37:21, 38:11, 38:23, 39:2, 49:7
**there** [13] - 10:9, 12:25, 13:11, 15:13, 15:20, 24:9, 25:25, 29:11, 42:20, 44:15, 44:19, 46:14, 47:8
**these** [4] - 14:6, 39:17, 42:22, 48:21
**they** [12] - 12:14, 14:8, 22:10, 26:6, 29:10, 30:12, 31:2, 31:22, 33:5, 35:19, 39:14, 49:11
**think** [6] - 31:15, 39:19, 39:25, 40:8, 43:19, 47:20
**this** [23] - 4:25, 14:22, 15:21, 16:13, 16:14, 16:15, 16:18, 16:20, 26:20, 30:14, 34:18, 36:4, 38:20, 43:3, 43:10, 45:6, 46:18, 46:19, 50:13, 51:19, 53:16, 53:19, 53:21
**THOMAS** [1] - 2:11
**Thomas** [1] - 4:15
**those** [3] - 5:10, 21:13, 42:10
**though** [3] - 19:3, 39:7, 42:20

A. BURDEN

**three** [4] - 31:15, 33:23, 34:12, 34:23

**through** [2] - 21:22, 40:6

**TIME** [1] - 1:12

**time** [31] - 3:22, 4:25, 6:11, 9:21, 9:25, 12:23, 12:25, 14:17, 15:5, 15:8, 20:3, 20:12, 20:19, 20:25, 21:6, 22:21, 23:5, 26:21, 26:22, 28:7, 31:8, 32:21, 33:21, 34:9, 34:18, 36:4, 36:8, 37:12, 41:6, 49:23, 51:10

**times** [2] - 44:2, 44:4

**TO** [1] - 2:12

**to** [163] - 1:17, 3:10, 3:11, 3:21, 3:22, 4:16, 4:23, 5:10, 5:19, 8:12, 9:5, 9:23, 9:25, 10:3, 10:5, 10:6, 10:14, 10:17, 11:4, 11:23, 12:2, 12:4, 12:5, 12:19, 13:9, 13:15, 14:21, 14:24, 15:11, 15:16, 15:19, 16:8, 16:21, 17:3, 17:14, 17:16, 17:20, 18:9, 18:22, 19:15, 19:20, 19:23, 20:8, 20:11, 20:13, 20:17, 20:18, 20:22, 20:24, 21:5, 22:8, 22:17, 22:25, 23:10, 23:13, 23:18, 23:19, 23:21, 24:8, 24:12, 24:16, 25:4, 25:10, 26:3, 26:6, 26:8, 26:9, 26:20, 26:24, 27:6, 27:9, 27:12, 27:24, 28:2, 28:7, 28:11, 28:17, 28:18, 28:22, 29:2, 29:4, 29:8, 29:24, 30:12, 30:13, 30:17, 30:18, 30:20, 31:2, 31:10, 31:12, 31:22, 31:23, 32:14, 33:2, 33:5, 33:8, 33:19, 34:5, 34:16, 34:17, 34:19, 35:12, 35:16, 36:16, 36:17, 37:14, 37:15, 37:19, 37:20, 37:21, 37:23, 38:10, 38:12, 38:15, 38:16, 38:19, 38:22, 39:2, 39:8, 40:14, 40:23, 41:13, 41:15, 42:5, 42:10, 42:21, 44:3, 44:5, 44:8, 44:13, 45:2, 45:13, 45:17, 45:18, 46:14, 46:16, 47:5, 47:13, 47:21, 48:14, 48:24, 49:8, 49:9, 49:11, 49:12, 51:5, 51:18, 53:16

**today** [6] - 4:17, 35:14, 45:22, 45:25, 46:3, 48:7

**today's** [1] - 42:8

**toe** [10] - 18:10, 18:11, 18:12, 30:13, 31:8, 31:12, 31:14, 31:20, 32:2, 32:9

**toes** [5] - 31:22, 31:25, 32:3, 32:21, 49:19

**together** [2] - 11:7, 24:21

**told** [6] - 20:13, 28:13, 28:17, 29:22, 30:11, 30:20

**took** [5] - 21:17, 24:24, 43:14, 43:18, 43:24

**top** [1] - 47:9

**touch** [4] - 17:3, 17:7, 17:10, 17:11

**touched** [1] - 17:12

**touching** [3] - 17:14, 17:24, 18:5

**towards** [1] - 14:25

**town** [2] - 9:3, 9:15

**transcript** [2] - 51:9

**treat** [1] - 34:10

**treated** [4] - 26:19, 27:25, 29:18, 30:11

**treating** [3] - 7:25, 31:9, 31:10

**treatment** [8] - 27:15, 27:16, 29:19, 33:3, 33:6, 34:14, 39:12, 40:12

**Tree** [2] - 6:16, 7:13

**trial** [1] - 3:22

**tried** [3] - 15:16, 17:16, 31:10

**trouble** [1] - 19:5

**true** [2] - 51:9, 53:13

**truth** [1] - 51:5

**trying** [4] - 12:2, 17:14, 17:20, 47:5

**two** [10] - 5:5, 5:25, 13:3, 33:25, 34:4, 34:12, 34:23, 41:19, 42:6, 42:22

**two-and-a-half** [3] - 33:25, 34:4, 34:12

**Type** [3] - 7:23, 7:24

**type** [10] - 6:14, 9:9, 11:16, 13:16, 21:9, 29:19, 34:19, 39:16, 41:24, 48:6

## U

**U** [3] - 3:2, 4:2, 8:16

**U-T-I-C-I-A** [1] - 8:16

**uh** [6] - 40:18, 43:22, 44:11

**uh-uh** [3] - 40:18, 43:22, 44:11

**ultimately** [2] - 19:11, 32:3

**understand** [3] - 4:20, 8:3, 45:24

**Union** [1] - 9:14

**UNITED** [1] - 1:2

**unsigned** [1] - 3:14

**until** [3] - 22:21, 23:5, 29:10

**up** [17] - 10:10, 19:12, 19:21, 22:17, 22:21, 23:5, 23:6, 23:25, 24:18, 24:19, 27:10, 28:16, 33:2, 36:5, 37:15, 46:16, 46:19

**upon** [1] - 3:17

**upper** [1] - 46:13

**upright** [3] - 18:18, 18:19, 47:6

**us** [2] - 24:24, 48:16

**use** [9] - 24:6, 24:16, 34:19, 34:22, 34:25, 35:6, 35:10, 35:12, 35:16

**used** [4] - 3:14, 35:5, 41:15, 44:5

**Uticia** [2] - 8:9, 8:16

**uticia** [1] - 8:11

**utilize** [1] - 25:10

## V

**Valley** [2] - 6:16, 7:13

**verbalize** [1] - 5:9

**Video** [1] - 1:19

**vision** [2] - 42:15, 42:18

**visit** [3] - 26:20, 28:12, 38:22

**visiting** [1] - 10:23

**visits** [1] - 34:4

**visualize** [1] - 42:22

**voices** [1] - 5:14

**volume** [1] - 44:19

## W

**W** [1] - 2:6

**waist** [1] - 16:8

**wait** [3] - 29:10, 37:23, 37:25

**waiting** [1] - 37:24

**waived** [1] - 3:9

**WAL** [2] - 1:8, 2:10

**Wal** [23] - 9:9, 10:17, 10:19, 10:23, 21:2, 22:22, 23:2, 23:6, 28:14, 30:15, 30:20, 36:2, 36:9, 37:6, 37:10, 40:24, 41:14, 41:18, 44:24, 45:18, 45:23, 48:25, 49:5

**WAL-MART** [2] - 1:8, 2:10

**Wal-Mart** [23] - 9:9, 10:17, 10:19, 10:23, 21:2, 22:22, 23:2, 23:6, 28:14, 30:15, 30:20, 36:2, 36:9, 37:6, 37:10, 40:24, 41:14, 41:18, 44:24, 45:18, 45:23, 48:25, 49:5

**walk** [6] - 27:12, 34:17, 34:20, 49:6, 49:10, 49:12

**walk-in** [1] - 27:12

**walker** [3] - 34:21, 34:22, 35:6

**walking** [3] - 19:5, 38:3, 49:2

**want** [3] - 28:22, 30:17, 38:12

**wanted** [4] - 15:19, 20:17,

31:2, 33:5

**was** [56] - 4:5, 6:11, 7:15, 8:24, 9:22, 10:4, 11:3, 11:4, 12:2, 12:22, 13:19, 13:20, 14:2, 14:17, 15:11, 15:21, 16:12, 16:14, 18:22, 19:19, 20:20, 21:7, 24:15, 25:16, 25:25, 26:2, 26:21, 26:23, 27:4, 28:2, 28:5, 30:14, 31:8, 31:9, 31:14, 31:20, 32:10, 36:11, 36:18, 37:12, 39:24, 43:11, 43:12, 43:21, 44:19, 46:5, 46:7, 46:8, 47:6, 47:14, 47:23, 47:25, 50:13, 53:12

**was he** [1] - 31:12

**was it** [11] - 13:15, 16:16, 18:17, 19:14, 33:22, 33:23, 41:10, 41:22, 44:4, 44:20

**was that** [5] - 10:13, 16:8, 18:16, 31:17, 41:7

**was there** [2] - 10:25, 20:2

**wash** [7] - 11:5, 11:14, 11:22, 13:13, 14:3, 15:19, 43:3

**washed** [1] - 29:21

**wave** [1] - 5:15

**way** [4] - 14:22, 18:8, 46:19, 53:18

**we** [15] - 4:24, 6:20, 10:8, 10:24, 11:3, 11:11, 11:21, 23:17, 25:3, 27:2, 41:2, 41:15, 44:5, 48:14

**wearing** [1] - 21:10

**week** [3] - 34:6, 35:7, 38:20

**well** [1] - 11:3

**went** [10] - 10:24, 11:21, 13:9, 14:20, 23:17, 23:18, 27:24, 30:18, 36:17, 41:8

**were** [24] - 6:11, 11:2, 12:6, 13:21, 14:8, 16:7, 17:20, 17:23, 18:4, 21:15, 26:6, 30:9, 31:17, 32:4, 32:12, 32:24, 33:14, 44:7, 44:15, 45:20, 45:22, 46:5, 47:5, 47:8

**were you** [18] - 9:8, 11:15, 12:8, 13:21, 13:24, 14:14, 14:21, 16:21, 17:3, 17:14, 19:5, 19:7, 21:9, 22:8, 22:15, 26:9, 29:24, 43:20

**what** [32] - 6:14, 7:12, 9:3, 9:17, 9:21, 11:10, 11:12, 13:24, 15:14, 17:13, 17:19, 20:10, 21:4, 21:9, 24:25, 25:5, 25:10, 27:17, 28:7, 28:10, 28:13, 29:7, 29:15, 29:19, 30:8, 30:17, 33:21, 36:15, 40:11, 41:24, 47:20, 48:6

**what are** [1] - 37:24

**what did** [2] - 28:15, 34:14
**What is** [8] - 4:12, 6:17, 6:23, 8:8, 25:13, 38:21, 42:22, 42:25
**what was** [4] - 10:22, 11:18, 16:2, 23:24
**whatever** [1] - 4:23
**wheelchair** [6] - 16:19, 35:9, 35:15, 35:17, 35:18, 35:20
**When** [1] - 36:8
**when** [16] - 6:11, 14:14, 21:17, 27:24, 31:14, 37:12, 37:19, 41:7, 41:8, 42:11, 43:10, 43:12, 43:20, 44:15, 45:23, 46:5
**when did** [4] - 27:23, 35:18, 38:7, 50:7
**when is** [1] - 38:18
**when were** [3] - 6:7, 7:20, 32:16
**when you** [13] - 7:14, 10:19, 11:9, 11:13, 11:19, 14:20, 16:24, 17:20, 25:2, 25:17, 29:9, 32:24, 36:16
**where** [8] - 12:12, 12:14, 13:5, 13:12, 19:11, 24:23, 38:25, 43:4
**where is** [2] - 8:25, 26:12
**where was** [1] - 18:21
**WHEREOF** [1] - 53:20
**Whereupon** [5] - 8:23, 39:23, 47:13, 47:25, 50:12
**wherever** [1] - 35:12
**which** [10] - 4:18, 9:12, 9:15, 18:11, 18:13, 31:20, 39:20, 39:21, 42:6, 45:19
**while** [5] - 5:4, 21:15, 21:19, 30:9, 31:17
**White** [1] - 1:20
**who** [5] - 5:13, 5:14, 6:4, 43:14, 45:8
**whole** [1] - 32:14
**whose** [1] - 53:11
**why** [4] - 23:16, 23:20, 49:15, 49:25
**wife** [28] - 6:6, 10:8, 11:6, 12:9, 12:11, 12:19, 12:22, 13:2, 13:6, 13:9, 14:21, 15:4, 15:11, 18:21, 18:23, 20:3, 20:16, 20:21, 21:5, 22:2, 22:25, 23:12, 24:19, 25:22, 25:23, 27:3, 41:9, 48:13
**will** [2] - 4:22, 48:14
**with** [23] - 3:12, 3:15, 6:5, 7:20, 9:2, 12:22, 15:24, 17:8, 21:23, 22:22, 25:18, 32:25, 34:10, 35:14, 36:5, 37:15, 41:9, 42:15, 42:17, 43:20, 46:25, 47:5, 49:5

**within** [6] - 3:8, 16:16, 30:14, 41:10, 41:12, 53:9
**Witness** [1] - 50:13
**WITNESS** [3] - 8:18, 8:21, 53:20
**witness** [6] - 3:10, 3:16, 3:18, 4:3, 53:11, 53:14
**witnesses** [1] - 20:22
**WM** [1] - 2:12
**worked** [6] - 49:14, 49:16, 49:21, 49:22, 49:24, 50:2
**working** [1] - 7:15
**would** [5] - 5:5, 8:15, 17:5, 42:9, 44:18
**wound** [1] - 38:4
**wrap** [1] - 27:9

## X

**X** [4] - 1:3, 1:9, 52:2, 52:10
**Xs** [1] - 7:3
**XX** [1] - 6:25
**XX/XX/1966** [1] - 6:18
**XXX** [1] - 6:25
**XXX-XX-XXXX** [1] - 6:25
**XXXX** [1] - 6:25

## Y

**Y** [1] - 4:2
**yeah** [11] - 15:20, 30:7, 31:19, 35:16, 42:19, 42:24, 43:6, 43:9, 43:19, 44:17, 46:7
**year** [2] - 6:21, 6:22
**years** [2] - 5:21, 9:7
**yes** [84] - 5:3, 5:12, 7:5, 8:7, 8:21, 9:11, 10:12, 10:15, 10:18, 10:21, 11:8, 12:7, 12:17, 12:21, 13:4, 13:23, 14:7, 14:10, 14:16, 14:19, 15:3, 15:10, 15:13, 15:25, 17:12, 17:25, 18:6, 18:10, 19:2, 21:13, 24:7, 24:17, 24:20, 24:22, 25:9, 25:25, 26:5, 26:11, 28:4, 28:6, 28:24, 29:3, 29:6, 29:14, 30:2, 30:22, 30:25, 31:4, 32:5, 32:20, 32:23, 33:10, 33:16, 35:22, 36:7, 36:14, 36:22, 38:6, 38:24, 39:10, 39:14, 40:7, 40:10, 41:2, 42:13, 42:16, 43:16, 44:5, 44:23, 46:3, 46:7, 46:10, 46:11, 46:19, 47:2, 47:7, 47:19, 48:5, 49:6, 49:11, 49:19, 49:23, 50:6
**yet** [2] - 37:22, 38:13
**YORK** [3] - 1:2, 53:4, 53:5
**York** [7] - 1:21, 1:22, 2:6, 2:11, 4:5, 4:14, 53:10

**you** [145] - 4:16, 4:20, 4:21, 4:24, 5:5, 5:6, 5:7, 5:8, 5:18, 5:22, 5:23, 6:7, 6:9, 6:11, 7:20, 8:5, 8:10, 8:16, 10:2, 10:6, 10:10, 10:13, 10:16, 11:2, 11:19, 12:6, 12:22, 13:3, 15:19, 16:5, 16:7, 16:25, 17:10, 17:23, 18:4, 18:25, 19:15, 20:17, 20:21, 21:5, 21:15, 21:19, 21:24, 22:5, 22:17, 23:5, 23:16, 23:20, 23:21, 23:25, 24:5, 24:8, 24:12, 24:18, 24:21, 24:23, 26:3, 26:6, 26:17, 26:19, 26:24, 28:15, 28:22, 29:12, 29:16, 30:9, 30:18, 30:20, 30:23, 31:2, 31:5, 31:17, 32:12, 32:16, 33:4, 33:5, 33:8, 33:14, 34:20, 35:6, 35:18, 35:25, 36:12, 36:21, 36:24, 37:5, 37:10, 37:12, 37:24, 38:10, 38:22, 39:12, 39:19, 39:25, 40:2, 41:17, 42:5, 42:9, 42:10, 42:14, 43:17, 43:23, 44:2, 44:7, 44:14, 44:15, 44:18, 45:12, 45:14, 45:17, 45:22, 46:2, 46:5, 46:21, 46:24, 47:4, 47:11, 47:16, 47:17, 47:20, 48:15, 48:16, 48:22, 49:8, 49:9, 49:13, 49:14, 49:15, 49:20, 49:21, 49:25, 50:4, 50:7
**you're** [5] - 15:23, 35:14, 38:25, 42:11, 46:25
**youngest** [1] - 7:10
**your** [92] - 4:9, 4:12, 5:9, 6:17, 6:23, 8:2, 8:5, 10:11, 10:16, 11:6, 12:9, 12:19, 12:22, 13:2, 13:5, 13:9, 14:12, 14:17, 14:21, 15:4, 15:5, 15:8, 15:11, 15:12, 15:24, 16:9, 16:12, 16:16, 16:22, 17:8, 18:8, 18:16, 18:21, 18:23, 19:4, 19:10, 20:3, 20:4, 20:7, 20:16, 20:21, 21:4, 21:16, 21:20, 22:2, 22:16, 22:23, 22:25, 23:2, 23:9, 23:12, 24:19, 25:8, 25:13, 25:23, 26:10, 27:18, 30:15, 30:19, 31:8, 32:3, 32:21, 34:3, 36:9, 36:17, 38:18, 40:12, 40:15, 40:24, 41:5, 41:13, 42:15, 42:18, 43:4, 43:17, 44:3, 44:16, 45:2, 45:10, 45:13, 45:15, 45:17, 46:8, 46:25, 47:3, 47:5, 48:11, 48:24, 49:4, 49:9, 49:18
**yourself** [2] - 25:21, 40:15

°

**°** [4] - 50:15