UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
ANTHONY BURDEN and LEEVERDIA BURDEN,

                              PLAINTIFFS,

            -against-            Case No.:
                                17-CV-01289

WAL-MART STORES EAST, LP,

                              DEFENDANT.
---------------------------------------------X

                    DATE:  October 18, 2017

                    TIME:  12:54 P.M.

            DEPOSITION of the Plaintiff,

LEEVERDIA BURDEN, taken by the Defendant,

pursuant to a Court Order and the Federal

Rules of Civil Procedure, held at the

offices of Diamond Reporting & Legal Video,

50 Main Street, Suite 345, White Plains,

New York 10606, before Evanguelia Galarza,

a Notary Public of the State of New York.

A P P E A R A N C E S:


SOBO & SOBO, LLP
   Attorneys for the Plaintiffs
   ANTHONY BURDEN and LEEVERDIA BURDEN
   One Dolson Avenue
   Middletown, New York 10490
   BY:  STUART W. MOSBACHER, ESQ.



BRODY, O'CONNOR & O'CONNOR, ESQS.
   Attorneys for the Defendant
   WAL-MART STORES EAST, LP
   7 Bayview Avenue
   Northport, New York 11768
   BY:  THOMAS O'CONNOR, ESQ.
   File #:  WM 16-350 TO



ALSO PRESENT:

   ANTHONY D. BURDEN

   TASHAWN MALLORY

                 *         *         *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*    *    *    *

L. BURDEN

L E E V E R D I A   B U R D E N , called
as a witness, having been first duly sworn
by a Notary Public of the State of New
York, was examined and testified as
follows:

EXAMINATION BY

MR. O'CONNOR:

Q.   Please state your name for the
record.

A.   Leeverdia Burden.

Q.   What is your address?

A.   52 Johnston Street, Apartment
2B, Newburgh, New York 12550.

Q.   Good afternoon, Ms. Burden.

A.   Good afternoon.

Q.   My name is Tom O'Connor.  I am
going to ask you a few questions regarding
an incident which occurred back in, we will
call it Spring of 2014, at the Wal-Mart
facility in Newburgh, New York.

If you don't understand my
question or if you don't hear them, please,
let me know.  I will repeat it, rephrase
it, do whatever it takes to accommodate you

L. BURDEN

so that we can move forward during this question and answer period.

Again, similar to the questioning of your husband, I would ask two favors of you.  One is, let me complete my question before you answer.

And the second, to verbalize all of your responses.  Both those request are to accommodate our Court Reporter who can't take down our competing voices, and who can't take down a body gestures, like a wave of the hand or a nod of the head.

A.    Yes.

Q.    The address that you previously gave to the Court Reporter, how long have you resided at that address?

A.    Nineteen years.

Q.    Who, if anyone, did you reside with back in the spring of 2014?

A.    Anthony, my husband, Anthony Burden.

Q.    When were you married?

A.    We was married in '93, 1993.

Q.    Your date of birth?

L. BURDEN

A.    XX-XX-1965.

MR. MOSBACHER:  Ask the same request, just the year only.

Q.    Your Social Security number?

A.    XXX-XX-XXXX.

MR. MOSBACHER:  Ask that that be struck from the record.

Q.    Are you currently employed?

A.    No, I am not.

Q.    When was the last time you were employed?

A.    You taking me back ain't you. 2006.

Q.    In what capacity or what job title were you employed?

A.    I was doing housekeeping.

Q.    Mr. Burden indicated to me that he has seven children, the oldest which is 35 and the youngest which is 25.

How many children do you have?

A.    Just one, just one.  I have three children, but one by him.

Q.    One with Mr. Burden?

A.    Yes.

L. BURDEN

Q. And you have two other children?

A. Yes, I do.

Q. From a prior marriage or relationship?

A. Relationship, correct.

Q. None of these children lived with you back in the spring of 2014?

A. Just one.

Q. Which one?

A. Daneesha Burden, the baby girl.

Q. How old was she back in the spring of 2014?

A. You making me do the math. Oh gosh, was she 12 -- no, no, no. Listen, I am in the '90s sorry.

Q. Was she a teenager?

A. No, she was 21.

Q. In her 20s, already a young adult?

A. Yes. Sorry, I went way back.

Q. Now, when you married Mr. Burden, had he already been diagnosed as a diabetic?

L. BURDEN

A.    Yes.

Q.    Do you know when that diagnosis came?

A.    I think he told me at the time he was either 21 or 22.

Q.    Do you know if it was Type 1 or Type 2 diabetes?

A.    At the time it was Type 2.

Q.    Mr. Burden has indicated that he believes on June 2, 2014 he was shopping at Wal-Mart when a bottle of soap or some product from the health and beauty aids aisle fell on his foot.

Were you with him when that occurred?

A.    Yes.

Q.    Do you know what date it actually occurred on?

A.    I don't know the exact date. But we had went out there because we wanted a grill for Memorial Day.  So it was a few days before Memorial Day.

Q.    How did you get to the store that day?

L. BURDEN

A.    We took a taxi.

Q.    Do you know the name of the taxi service?

A.    Perusa.

Q.    Could you spell that?

A.    P-E-R-U-S-A.

Q.    Do you know what day of the week that you went?

A.    It's been a while.  I don't know exactly what day, I just --

Q.    Was it a weekend or a weekday?

A.    I believe it was a weekend.

Q.    Approximately what time did you arrive at the store?

A.    It was in the evening, anywhere between 4:00 and 6:00 p.m.

Q.    What were the conditions like in the store; was it empty, crowded, something else?

A.    It was crowded.

Q.    How long were you in the store prior to the accident occurring?

A.    I would say anywhere from 40 minutes to an hour.

L. BURDEN

Q. What, if anything, did you do for that 40 minutes to an hour prior to the accident?

A. Sight-seeing, but normally we went to the back where the barbecue grills are. And we were looking at other items that was back there so...

Q. So when you say sight-seeing, you mean --

A. Just looking.

Q. -- window shopping?

A. Yeah, yeah.

Q. You were generally moving through the store?

A. As we shopping we browsing, put it like that.

Q. Were you browsing with a shopping cart?

A. Yes, I had a shopping cart.

Q. Had you added any items to the shopping cart prior to your husband's accident?

A. No.

Q. Prior to the accident you were

L. BURDEN

able to get to the area where barbecues were displayed?

A.   Yes.

Q.   Did you select a barbecue for purchase?

A.   Yes.

Q.   Did that barbecue get loaded into the car?

A.   Yes.

Q.   Was that barbecue on display in an outdoor or garden area?

A.   Garden area.

Q.   Were you with your husband when his accident occurred?

A.   Yes, I was.

Q.   How much time transpired from when you made the selection of the barbecue until the accident occurred?

A.   I'd say right after we got the grill, maybe about maybe five or nine minutes.  Because, like I said, we was looking at other things in between.

Q.   How much more time did you expect to stay in the store before

L. BURDEN

completing your purchases?

A.    I had no exact time.

Q.    Did you accompany your husband into the health and beauty aids aisle looking for some type of body wash?

A.    Yes, I did.

Q.    Was there any particular item that either he or you were looking for?

A.    No, not at that time.

Q.    Was that another aisle you were going down for browsing purposes?

A.    No, he said he wanted some body wash, and that is when we pursued to go down that aisle.

Q.    At some point in time, did you enter the aisle?

A.    Yes, I did.

Q.    Did you enter side by side, were you behind him, was he in front of you, something else?

A.    Side by side.

Q.    When you entered that aisle that day, was there anybody else in the aisle?

L. BURDEN

A.   I am not trying to be rude, but it was a -- I don't know if she -- it was another lady and her son, put it like that.

Q.   Were they customers?

A.   I believe so, yes.  She had a little boy with her.  I want to say Puerto Rican.

Q.   Spanish?

A.   Yes.

Q.   Do you feel better about that.

A.   I don't want to be mean.

Q.   That's not mean.  Everyone is too sensitive.

Other than this Spanish woman and her son, was there anyone else in the aisle?

A.   No, there wasn't.

Q.   How long were you in the aisle before an accident occurred?

A.   How long we was in the aisle before it occurred?

Q.   Yes.

A.   Just a few minutes, at the most.

L. BURDEN

Q.    Did that Spanish woman and her son remain in the aisle?

A.    Yes, they did.

Q.    So they were in the aisle when the accident occurred?

A.    Yes.

Q.    Did that Spanish woman ever identify herself to you?

A.    No.

Q.    Did you ask to her get her information?

A.    No.

Q.    Did you ever speak to her?

A.    No.

Q.    Did she make any comment to you about the accident?

A.    Yes.  She asked was my husband okay, was he all right.

Q.    Did you respond to her?

A.    Yeah, well, after I asked him he was okay, he just said, yeah, my foot is tingling.  That was it.

Q.    Did your husband ever respond to her?

L. BURDEN

A.    No.  He just -- all he said was, my foot is tingling.  And she overheard that convo.  And she was, like, are you okay.  He said, yeah, I will be fine.

Q.    Did this woman appear to be a customer?

A.    I believe so.  She had her son with her, she wasn't a worker.

Q.    Did there come a point in time where an item fell off the shelf and struck your husband's foot?

A.    Yes.

Q.    Did you actually see that occur?

A.    Yes, I did.

Q.    What did you observe?

A.    I seen the items come off the shelf, came down and hit him in the foot.

Q.    When you saw the items come off the shelf, was that as a result of your husband reaching up and making some type of contact with the item?

A.    Yeah, he had reached for the

L. BURDEN

item, and the things on top fell.

Q.    When you say the things on top?

A.    When the body wash fell, he was on another shelf, and the shelf on top, that is when them items fell.

Q.    I am not sure I understood what you just said.

A.    What I am say.

Q.    We will do it slowly.

A.    I told my husband I like that one right there because there was two in a pack.  What I basically was trying to say a body wash and a deodorant.  He went to reach for it, when he reached for it, the things on top fell.  One came behind another.

Q.    Let me hold you right there.

A.    Okay.

Q.    The item that he was reaching for, that was in this two pack?

A.    Yes.

Q.    What shelf was that on?

A.    I don't know if it -- it was reachable.  So I don't know if it was third

L. BURDEN

or fourth shelf.

Q.    Let me show you a photograph which we have marked as Plaintiff's Exhibit 1 for the purpose of today's deposition.

I am going to ask you simply, do you recognize what is depicted in that photograph?

A.    Yes.

Q.    What do you recognize that photograph to depict?

A.    The Axe body wash, there it go, yup.

Q.    More generally, is that the aisle where your husband's accident occurred?

A.    Yes.

Q.    Do you know when that photograph was taken?

A.    No, I don't.

Q.    Do you know who took the photograph?

A.    No, I don't.

Q.    Were you present when the

L. BURDEN

photograph was taken?

A.    No.

Q.    The shelving unit, as it's depicted in this photograph, did it look that way in terms of the number of shelves on the day of your husband's accident?

A.    Yes, it did.

Q.    So the two pack that you were describing, what shelf was that located on?

A.    (Indicating).

Q.    Witness is indicating from the bottom, the sixth shelf?

A.    Yeah.

Q.    Ms. Burden, how tall are you?

A.    I am 5'4.

Q.    With respect to that sixth shelf, where is that in reference to your body; is it your chest, is it your face, is it the top of your head, someplace else?

A.    I would say about right here.

Q.    Indicating right at nose height?

A.    Uh-huh.

Q.    Is that a yes?

L. BURDEN

A.     Yes.

Q.     Now, you watched your husband reach to select one of those two packs?

A.     Yes.

Q.     Was his hand actually in contact with the two pack when other items fell from the shelf?

A.     Yes.

Q.     As he was touching or in contact with that two pack, where did these other items come from?

A.     Off the top shelf.

Q.     When you say the top of the shelf, are we talking about the top of that sixth shelf or the top of what appears to be the seventh shelf or the highest shelf?

A.     When he reached here, it came off of here.

Q.     So the witness is indicating when he reached into what we have identified as the sixth shelf, an item came off the seventh shelf, correct?

A.     Correct.

Q.     Do you know what item it was

L. BURDEN

that came off the seventh shelf?

A.    I don't remember what it was. I just remember that they both came down. It was not one, it was two.

Q.    Two items?

A.    Yes.

Q.    Do you know, what, if anything, caused those items to come off that shelf?

A.    No, no, I don't remember.

Q.    The specific items --

A.    Right.

Q.    -- that came off the shelf, did you see those items, those two specific items, prior to them falling off the shelf?

A.    No.

Q.    Do you know how those items were stacked?

A.    Just like this.  Except this one that you see right here in this picture, there was more than one there. You understand what I am saying?

Q.    I understand.  But that won't come out to the Court Reporter.  So I am going to take you through it slowly.

L. BURDEN

So, in Plaintiff's Exhibit 1 there are items stacked on the top shelf in a vertical fashion straight up and down, correct?

A.    Correct.

Q.    There also appears to be, at least, one item that is laying down horizontally, correct?

A.    Correct.

Q.    On the day of your husband's accident, did items from the top shelf, what we call shelf number seven, for lack of a better word, did items from that shelf fall and strike your husband on the foot?

A.    Yes.

Q.    You indicated it was two items?

A.    Yes.

Q.    Were any one of those items stacked vertically?

A.    You mean standing?

Q.    Correct.

A.    I guess.

Q.    I don't want you to guess. Only if you know.

L. BURDEN

A.    Yes.

Q.    They were?

A.    Yes.

Q.    Were both of them stacked vertically, one of them stacked vertically, or something else?

A.    Something else.  One was straight up vertically and the other was laying on top.  And basically what I am trying to tell you, in this picture it shows one.  At the time it was more than one laying across.

Q.    How many?

A.    I would say about maybe four or five.

Q.    Did you see any of those items stacked that way prior to them falling off the shelf?

A.    No.

Q.    You were present earlier today when your husband testified, correct?

A.    Yes.

Q.    And he indicated that he was reaching for the top shelf, correct?

L. BURDEN

A.    That is what he indicated.

Q.    You believe he is incorrect?

A.    He is incorrect, because there is -- because there is a lot of things -- how can I put this.  My husband memory is about -- is gone.  It is gone because of the numerous medications he takes, but anyway.  Yes, he is incorrect.

Q.    Well, let's go a little bit off the path for the second.  You said the numerous medications.

Your husband testified earlier that he is taking high blood pressure medication and insulin?

A.    Yes.

Q.    Is he taking anything else?

A.    He takes -- I don't know the exact name.  I should have brought it.  He takes pain -- he takes pain medicine and he takes, like he said, the blood pressure.  Because of the pain that he has the blood pressure had escalated.  And the blood pressure pill, I know for a fact, he takes like three or four.

L. BURDEN

Q.    That is to help keep his blood pressure down?

A.    Yes.

Q.    Does that blood pressure medication have a side effect?

A.    I don't know.  I don't know.

Q.    The pain medication that he's taking, is that a prescription drug?

A.    Yes.

Q.    Do you know what that is?

A.    Oxycodone.

Q.    How long has he been on Oxycodone?

A.    Maybe five months at the most.

Q.    In the last five months?

A.    Yes.

Q.    Did he take an Oxycodone today before testifying?

A.    No.

Q.    When was the last time he took one?

A.    The last time he took one was -- because he stopped taking them like a month ago.  He been taking Advil.

L. BURDEN

Q.   So he is taking Advil now?

A.   Yes, because -- yeah, he is taking the Advil now because he didn't like the feel of the Oxycodone.

Q.   Good man.

The Advil he is taking, is that an over-the-counter strength?

A.   Yes.

Q.   How many does he take?

A.   I have to give him four.

Q.   How often does he take four?

A.   Twice a day.  So eight total.

Q.   Does he take anything else?

A.   For pain?

Q.   Correct.

A.   No, just for the blood pressure.

Q.   Has any doctor or health care provider advised him that he should take some additional painkiller?

A.   No, no.

Q.   Has he ever taken Tylenol?

A.   Yes, he has.

Q.   How often does he take Tylenol?

L. BURDEN

A.    He only takes Tylenol if he has a fever.

Q.    Does he ever take Tylenol to help manage the pain associated with his diabetic condition?

A.    No, because he said it doesn't work.  So he likes the Advil.

Q.    Has he ever cycled the two, the Advil and the Tylenol, back and forth?

A.    No.

Q.    Have you ever discussed that with a doctor?

A.    No.

Q.    Has he ever been to a pain management doctor?

A.    No.  We was in the process of that, but we haven't got to it yet.

          (Whereupon, a short recess was taken.)

          MR. O'CONNOR:  Can you please read back the last question and answer.

          (Whereupon, the referred-to question and answer was read back by

L. BURDEN

the Reporter.)

Q.    The medications that you have indicated that he is taking, do any of those impact his memory or his ability to focus?

A.    Maybe.  I don't know because I don't know the side effects of them.  Maybe a possibility.  But my opinion I would say yes because a lot of things he does not remember.  And this didn't happen until these medications were involved.

Q.    When did he start taking these medications?

A.    Right after the foot accident, incident.

Q.    Did he have any problem with his feet prior to that accident?

A.    No, he did not.

Q.    And the status of his diabetic condition at time of his accident?

A.    It was stable, it still is.

Q.    How often, back in 2014, how often did he check his sugar levels?

A.    Himself check it?

L. BURDEN

Q.    Yes.

A.    He checks his sugar every day.

Q.    How many times a day?

A.    Anywhere from two to three times a day.

Q.    How does he administer the insulin?

A.    Injection.

Q.    Do you keep a record of sugar levels throughout the day?

A.    No.  After so many years we don't even do that no more.  Just make sure it's good and fine.  Get it under control if it's not.

Q.    Has your husband ever had a pump for insulin administration as opposed to using needles?

A.    No.

Q.    Has he ever been considered for a pump?

A.    No.

Q.    The two items that fell from the shelf, did you actually witness those items strike your husband's foot?

L. BURDEN

A.    Yes, I did.

Q.    Did they both strike his foot?

A.    Yes, they did.

Q.    Which foot did they strike?

A.    The right foot.

Q.    How long did you remain in the aisle after these items struck your husband's foot?

A.    We remained in the aisle about five minutes, at the most.

Q.    What did you do during that five-minute period of time?

A.    I asked him was he okay.  He said, my feet is stinging.  I was too busy picking up the items.

Q.    What did you do once you --

A.    Put them back up on the shelf.

Q.    How did you put them back on the shelf?

A.    The right way.

MR. O'CONNOR:  Move to strike that answer.

Q.    If you could give us a description of how you put the items back

L. BURDEN

on the shelf?

A.    I set them back standing straight up.

Q.    Standing straight up?

A.    Yes.

Q.    At any time that day prior to your husband's accident, did you observe any Wal-Mart employees stocking that area?

A.    No, I didn't.

Q.    Had you been in that particular store prior to your husband's accident?

A.    Yes, I have.

Q.    On any occasion when you were in the store prior to your husband's accident, did you ever see Wal-Mart employees stocking that shelf?

A.    I have seen them stocking that shelf before.

Q.    Did you observe them stocking the shelf by laying products in a horizontal methodology or on their sides on the top shelf?

A.    I never witnessed it, no.

Q.    Would it be fair to say that

L. BURDEN

you don't know who placed those items on the shelf in a horizontal position prior to your husband's accident?

A.    I don't know who, no.

Q.    Do you know how long they were in a horizontal position prior to your husband's accident?

A.    I have no idea.

Q.    During that five-minute period of time, other than your husband indicating to you that his foot was stinging, did you make any observation of any potential injury he had to his foot?

A.    No, I did not.

Q.    Did he take his shoe off?

A.    No, he did not.

Q.    Did he take his sock off?

A.    No, he did not.

Q.    I should have done that reverse.  If he didn't take his shoe off, how could he have taken his sock off.

Your husband indicated earlier that he was bleeding into his shoe or he could see blood.

L. BURDEN

Q. Did you observe any blood coming through his shoe while you were in the aisle?

A. No.

Q. After that five-minute period of time, did you leave the aisle?

A. Yes.

Q. Within that five-minute period of time, did the Spanish woman and her son leave the aisle?

A. They left before us.

Q. Did anyone enter the aisle after the accident?

A. Not that I recall.

Q. At any point after leaving the aisle, did you report the accident to any Wal-Mart employee?

A. No, we did not.

Q. The items that you had selected for purchase, did you complete that purchase?

A. Yes.

Q. Where did you complete that purchase?

L. BURDEN

A.    Wal-Mart.

Q.    I guess that was a bad question.

Did you go to the cashiers?

A.    Yes, I did.

Q.    How many cashier aisles or lanes are there?

A.    I have no clue.

Q.    Do you know which lane you were in or cashed out in?

A.    No, I always like to go towards -- how can I explain it?

Q.    Let me do it this way.

Do you have a specific recollection of knowing where you checked out that day?

A.    No, I don't.

Q.    Usual is not going to help us.

A.    Okay, thank you.

Q.    In terms of completing your purchase, what form of currency did you use, cash, check, credit card, something else?

A.    Cash.

L. BURDEN

Q.    Do you have the receipt for the purchases you made that day?

A.    No, I don't.

Q.    After you left the aisle where the accident occurred, did you go immediately to check out, did you continue shopping, do something else?

A.    No, we went to check out because he started complaining about his feet.

Q.    Did you have a cell phone with you that day?

A.    No, no, I didn't.

Q.    How did you get home?

A.    I called a taxi.  I am the one who called the taxi.

Q.    How did you call the taxi?

A.    Pay phone outside.

Q.    Did you call after you had finished making your purchases?

A.    Yes.

Q.    How long did you wait for a taxi to come?

A.    I would say we waited about ten

L. BURDEN

minutes.

Q.    Was it the same taxi company?

A.    Yes, it is, yes.

Q.    When you were checking out, did you do a self check out, was it a check-out with a Wal-Mart employee or something else?

A.    Wal-Mart employee.

Q.    Did you mention to the Wal-Mart employee that your husband had an accident?

A.    No, I did not.

Q.    After you finished your check-out you went outside?

A.    Yes, I did.

Q.    You made the phone call?

A.    Yes.

Q.    Did you remain right in front of the store?

A.    I remained on the side where the pay phone is.

Q.    Is there any seating?

A.    Yes.

Q.    Your husband remained with you?

A.    He was with me, yes.

Q.    How long did you wait for the

L. BURDEN

taxi?

A.    Maybe about ten minutes, at the most.

Q.    Where did the taxi take you after the taxi picked you up?

A.    Took us home to 52 Johnston Street.

Q.    What, if anything, did you do when you got home?

A.    That is when we got inside, that is when he took off the shoe, that is when he showed me his toe.

Q.    What, if anything, did you observe?

A.    That his feet -- his toe was bleeding through the sock.

Q.    Do you know which toe was bleeding?

A.    The middle toe on the right foot.

Q.    Did you provide any first-aid to your husband that day?

A.    Peroxide to clean it.

Q.    Did you take him to a doctor or

L. BURDEN

health care provider that day?

A.    No.

Q.    Did you attempt to contact a doctor or other health care provider?

A.    That day?

Q.    Yes.

A.    No.

Q.    When, for the first time, did you attempt to make contact with a doctor or health care provider for the injury to the middle toe?

A.    That Monday, because it was the weekend.

Q.    Was that the next day, two days later?

A.    Maybe a day or two-days later, because it was the weekend.

Q.    It is either one or two days meaning then Saturday or Sunday?

A.    I believe it was a Sunday.

Q.    What makes you believe it was Sunday?

A.    Because I was preparing dinner, and I don't cook on the weekends.  That is

L. BURDEN

how I know.

Q.    When you say you were preparing dinner, that was dinner for Monday?

A.    Sunday's dinner.

Q.    You don't cook on the weekends, but you make a nice dinner for Sunday?

A.    Yes.

Q.    And you remember making dinner that night after you got home from Wal-Mart?

A.    Yes.

Q.    And then the following day you called the doctor?

A.    I called the doctor.

Q.    What doctor did you call?

A.    I called Dr. Belfield.

Q.    Did you actually speak with Dr. Belfield when you called or did you speak with somebody in the doctor's office?

A.    The receptionist.

Q.    What, if any, conversations did you have with the receptionist?

A.    She gave us an appointment for the next day.

L. BURDEN

Q.    Did your husband go see Dr. Belfield the next day?

A.    Yes, we did.

Q.    If we were to follow the sequence then, you believe the accident happened on a Sunday, correct?

A.    Yes.

Q.    You called Dr. Belfield on Monday?

A.    Yes.

Q.    And got an appointment for Tuesday?

A.    Yes.

Q.    And you went to Dr. Belfield on Tuesday?

A.    Yes.

Q.    Did you go with your husband to that appointment?

A.    Yes, I did.

Q.    Were you with your husband when Dr. Belfield examined him?

A.    Yes.

Q.    What complaints, if any, did he make to Dr. Belfield?

L. BURDEN

A.    He had explained his situation and what happened at the store.  And at that time she gave him a referral to find a foot doctor.

Q.    Did you have any conversation with Dr. Belfield?

A.    Not that I recall.

Q.    Was Dr. Belfield specifically told that your husband was injured in a Wal-Mart?

A.    I told her he had an accident in Wal-Mart, yes.

Q.    Who, if anyone, did Dr. Belfield refer you to?

A.    Dr. Fishman.

Q.    Had your husband been treated by Dr. Fishman?

A.    Wait a minute, she wasn't -- she didn't refer me to Dr. Fishman.  What she did was told me that we had to find a foot specialist.  At that time when I went home I started looking for a foot doctor.  And I eventually within that week came across Dr. Fishman.

L. BURDEN

Q.   And at some point then, did you make contact with Dr. Fishman?

A.   Yes.

Q.   Did you make the contact or did your husband make the contact?

A.   I made the contact.

Q.   When you first contacted Dr. Fishman's office, did you speak with Dr. Fishman directly or some member of his staff?

A.   Maybe member of his staff.

Q.   Did you schedule an appointment?

A.   Yes, I did.

Q.   When did you go see Dr. Fishman?

A.   That following week after that.

Q.   Did you accompany your husband to that appointment?

A.   Yes, I did.

Q.   What complaints, if any, did you make to Dr. Fishman when you arrived?

A.   At that time my husband did the complaining.

L. BURDEN

Q.    Did you hear the complaints that he made?

A.    Yes, I did.

Q.    What complaints did you hear him make?

A.    That his feet was very sore and it was aching and that the -- how can I say.  The toe now felt -- was bothering him, it felt a little loose.

Q.    What, if anything, did Dr. Fishman do for your husband with respect to those complaints?

A.    Being that he said the toe now was loose, Dr. Fishman took the toe and wrapped it.

Q.    Did he give him any instructions for any follow-up care?

A.    Yes, told him to come back in two weeks, which we did.

Q.    When you went to see Dr. Belfield, did she examine your husband?

A.    She looked at his toe, and that is when she specifically said that he needs a foot doctor.

L. BURDEN

Q.   Did she take a sugar measurement or reading?

A.   No.

Q.   After seeing Dr. Fishman, what, if anything, did your husband do during that two-week period of time prior to his follow-up visit?

A.   Nothing because he told him to stay off his feet.

Q.   So he stayed at home?

A.   Yes.

Q.   Did your husband, in fact, return to Dr. Fishman approximately two weeks later?

A.   Yes, he did.

Q.   Did you go with him?

A.   Yes, I did.

Q.   Were you present when your husband met with Dr. Fishman?

A.   Yes, I was.

Q.   What complaints, if any, did your husband make to Dr. Fishman at the second visit?

A.   Well, upon Dr. Fishman taking

L. BURDEN

off the bandages, that is when he discovered that the toe was gangrene, when he was unwrapping it.

Q. What, if anything, did he tell your husband, besides the condition of the gangrene?

A. That the toe was gone, that they would have to do surgery to cut it off.

Q. Did he direct him to go to the hospital at that point?

A. Yes.

Q. Did you go from Dr. Fishman's office to the hospital?

A. Yes.

Q. Did Dr. Fishman meet you at the hospital?

A. Yes, he did.

Q. Was surgery performed that day?

A. He removed the toe.

Q. That day?

A. Yes.

Q. And what hospital?

A. St. Luke's Cornwall Hospital.

L. BURDEN

Q.    How long was he at the
hospital?

A.    A day.

Q.    After he was discharged from
the hospital, was he given any instructions
with respect to follow-up care?

A.    The follow-up was in a few
days.

Q.    Him and Dr. Fishman?

A.    Yes.

Q.    Did he, in fact, follow-up with
Dr. Fishman in a few days?

A.    Yes, yes, he did.

Q.    What, if anything, did
Dr. Fishman do for him with respect to that
first follow-up visit after the surgery?

A.    Examine his toe to see how it
was healing, and told him to come back
within a week.

Q.    Was Dr. Fishman satisfied with
the healing process at that point?

A.    He discovered when he cut the
toe that the other toe was turning purple.

Q.    When you say the other toe,

L. BURDEN

which other toe?

A.    The one right next to it.

Q.    The second digits or the fourth digit?

A.    I am going to say the fourth digit.

Q.    Closer to the pinky toe?

A.    No, you know what, yeah, exactly, the one closer to the pinky toe.

Q.    I guess what we would call the ring finger toe, right?

A.    Yeah.

Q.    What, if anything, did he say with respect to that toe?

A.    He said -- what he basically told my husband was the healing process because that he is a diabetic that the healing process was affecting it because he was a diabetic it wasn't healing right.

Q.    Did the doctor give him any instructions at that point with respect to --

A.    Just to stay off it.

Q.    Did he want to see your husband

L. BURDEN

back in a follow-up appointment?

A.    Yes.

Q.    Did he schedule a follow-up appointment?

A.    Yes, we did.

Q.    How long was it between that visit and the next follow-up appointment?

A.    A week-and-a-half.

Q.    What, if anything, did your husband do during the week-and-a-half period of time?

A.    Stayed off the foot.

Q.    Did you return to Dr. Fishman a week-and-a-half later?

A.    Yes.

Q.    What, if anything, did Dr. Fishman do at that visit?

A.    He noticed that the pinky toe had a little bit of gangrene in between the big toe.  And he told my husband, Anthony, you might as well just take off the rest of the toes off your feet.

Q.    Did that procedure get scheduled?

L. BURDEN

A. Yes, it did.

Q. When was it performed?

A. I don't know the exact date.

Q. Was it performed that summer of 2014?

A. Yes.

Q. Was it performed at St. Luke's Cornwall Hospital?

A. Yes.

Q. At that time, how many additional toes were removed?

A. Two.

Q. The what we would call the fourth digit and the fifth digit or the pinky?

A. This toe was removed.

Q. The ring finger toe?

A. Right. Once this toe was removed, within a week or week-and-a-half we went back. Right in between that was gangrene. At that time, that is when he told my husband, you might as well take the rest off, which was this one and the toe. And that is the procedure that they did

L. BURDEN

next, yeah.

Q.    That was in the summer of 2014?

A.    Yes, within that year.  I don't know exact date, but it was in that year.

Q.    Just so I am clear.  We have been referring to the middle toe as being the first one that was amputated?

A.    Yes.

Q.    So then from there it was a second procedure to take off what would be the fourth digit?

A.    Yes.

Q.    And then after that there was another procedure to take off the fifth digit and the first digit?

A.    Yes.

Q.    Was there one digit left at that point?

A.    They took this toe off first.

Q.    Right?

A.    Let me get it right.

Q.    Indicating the middle toe?

A.    They took this toe off, and then this one they took off.

L. BURDEN

Q.   That would be the ring finger or fourth digit?

A.   Yeah.

And then this had the gangrene between it, and that is when he removed the rest.

Q.   Okay.

A.   He said they was all turning gangrene.  That he didn't want it to go to here and there, might as well just take it off.

Q.   My question then is, in the first procedure the third digit was taken off?

A.   Yes.

Q.   And then there was another procedure where the fourth digit was taken off?

A.   Yes.

Q.   And then after that the doctor removed the remaining digits?

A.   Yes.

Q.   So three procedures to take off all five digits?

L. BURDEN

A. Yes.

Q. And those procedures were completed by the end of the summer 2014?

A. Yes.

Q. Has your husband been following with Dr. Fishman since then?

A. Yes.

Q. Your husband testified earlier that the doctor anticipates or wants to see him within the next few days for the purpose of scheduling therapy?

A. Yes.

Q. Correct?

A. Yes.

Q. Since the digits were removed back in July 2014, has your husband undergone any therapy to help him walk or ambulate?

A. Yes, he had to go to -- he had to go to a hyperbaric chamber in order to close that foot.

Q. When did he do that?

A. From 2014 to 2015.

Q. So he went to a particular

L. BURDEN

facility. Was that facility at St. Luke's?

A. St. Luke's in Cornwall.

Q. He went to that facility for treatments to help in the healing of the surgical wounds?

A. To close it, yes. It wasn't closing fast enough. So he recommended the hyperbaric chamber to close them toes so Anthony to go on with...

Q. Did there come a point in time, since July 2014 to the present, that those surgical wounds all closed?

A. They all closed.

Q. When did that occur?

A. I would say by the end of 2015. The end of 2015 they all closed, because he had got this hyperbaric chamber.

Q. Since they were all closed, has he undergone any physical therapy to assist him or retrain him in walking or ambulating?

A. No.

Q. Is there any particular reason why he hasn't undergone that type of

L. BURDEN

therapy?

A.    Because his eyes started bothering him, so Dr. Fishman said for him to hold off and go see his doctor periodically and go from there.

Q.    The doctor he is going to see for his eyes is somebody else?

A.    Dr. Carrol, yes.

Q.    Can you spell that last name?

A.    Carrol, C-A-R-R-O-L.  And Dr. Green, them the two he see.

Q.    Dr. Green is also for his eyes?

A.    Yes.

Q.    When, for the first time, did he see Dr. Carrol?

A.    In 2016.

Q.    Prior to that he didn't have any problems with his eyes?

A.    No.

Q.    Dr. Karen Carrol and Dr. Green, are they in the same --

A.    Facility, yes.

Q.    -- facility?

Where are they affiliated?

L. BURDEN

A.    They in Newburgh.  I forgot what is the name of it.  I don't have all that information in front of me.

Q.    But they are not necessarily -- their office isn't at St. Luke's?

A.    No, no, no, they have their own facility.

Q.    Their own facility?

A.    Yes.

Q.    When is the last time that your husband saw Dr. Carrol or Dr. Green for his eyes?

A.    Maybe about four months ago.

Q.    Does he have any future appointments to go back and see them?

A.    Unless I make the appointment.

Q.    What, if anything, did Dr. Carrol and Dr. Green do for your husband with respect to his eyes?

A.    They gave him some eyedrops that helps significantly, it helps.

Q.    How often does he take the eyedrops?

A.    He have to take the eyedrops

L. BURDEN

every four to six hours.  I didn't bring it.

Q.    Are those prescription eyedrops?

A.    Yes.

Q.    Is there a particular pharmacy that you fill your husband's prescribes at?

A.    Ace Drugstore in Newburgh.

Q.    Other than the doctors, health care providers we have already discussed, has your husband seen any other doctors and health care providers for the injuries he sustained at Wal-Mart or his diabetic condition generally?

A.    No.

Q.    Does he have any future appointments to see any other doctor or health care provider?

A.    Just his primary, he sees her once a month.  That is basically about it.

Q.    Who is the primary doctor?

A.    Dr. Belfield.

Q.    Is Dr. Belfield his primary care physician or someone who specializes

L. BURDEN

in the care of diabetic individuals?

A.    Primary care physician.

Q.    As a result of the injuries that he sustained at Wal-Mart, has your husband incurred any out-of-pocket expenses for either medications, doctors visits, travels affiliated with doctors visits, things of that nature?

A.    Just like co-payments whenever he picks up his prescriptions and that is anywhere from $3 to $6.

Q.    Have you been back to this particular Wal-Mart since the day of the accident?

A.    I have.

Q.    When is the first time following your husband's accident that you went back?

A.    I don't recall.  Maybe that next week, because that is the -- living in the City of Newburgh, that is the only real convenient store for us, so...

Q.    Is that a place that you did your every day shopping for food and

L. BURDEN

clothing, things of that nature?

A.   Yes.  Because we got either or, like I said, that is the only convenient store that is in that area for us anyway. It is like you have no choice.

Q.   At any point after the day of the accident, did you ever speak to anyone at Wal-Mart about your husband's accident?

A.   No, I did not, no.

Q.   Are you aware of any witnesses, other than the Spanish woman and her son?

A.   No, no.

Q.   You believe that you were shopping prior to Memorial Day, correct?

A.   Yes.

Q.   You did, in fact, purchase the barbecue, correct?

A.   I purchased a grill and some charcoal and lighter fluid.

Q.   Were you able to use that barbecue on Memorial Day?

A.   Yes.

Q.   So it would be fair to say that based on your memory the accident did not

L. BURDEN

happen in June?

A.    No.  Like I stated, my husband does not remember a lot of things now because he's on the medicine.  It has some interaction.  That is what they told me.  I am not a professional to know, but...

Q.    When you say they told you, who told you?

A.    The doctor said that medicine interferes with...

Q.    Which doctor told you that?

A.    Dr. Belfield.

Q.    The taxi service that you identified earlier, is that a taxi service that you and your husband use on a regular basis?

A.    Yes, when convenient.  Yeah, well, I have a car now so, no.

Q.    When did you obtain the car?

A.    The end of 2014, I would say the winter of 2014, yeah.

Q.    So December 2014 into January 2015 --

A.    Yeah.

L. BURDEN

Q.   -- you obtained the car?

A.   Yes.

Q.   It would be at about that point in time you stopped using the taxi as your mode of transportation?

A.   Yes.

Q.   Your husband indicated earlier that he uses a walker?

A.   Sometimes.

Q.   How often does he use the walker?

A.   When convenient.  I don't know. Maybe once a week.  He usually around the house; for instance, he uses crutches, mainly the crutches he use around the house.  Every now and then he might use that, what he just said.

Q.   The walker?

A.   The walker.

Q.   Let me ask it this way.

Are there times while your husband is at home that he walks without either a cane or a walker or crutches?

A.   No.

L. BURDEN

Q.   So generally speaking around the house he always walks with the assistance of some device?

A.   Yes.

Q.   When your husband goes out, for instance, for today to come here to answer questions about his accident, does he use a different device other than a walker or a cane or crutches?

A.   He use the wheelchair.

Q.   How often does he use a wheelchair when he is out of the house?

A.   Maybe anywhere three to four times.  It depends where we are going. Sometimes I can go to the store, like Wal-Mart, and he sits in the car.  He'd rather sit in the car.  There is places we go he would rather sit in the car.  I mean, I say he use the wheelchair maybe four or five times a month.

Q.   Are there times when he is out of the house, for any purpose, whether it be to go to the doctors or accompany you to shopping or visiting other people, that he

L. BURDEN

doesn't use the wheelchair?

A.     Sometimes, like, when we go to the doctors, because it's not a far walk, he uses crutches.

Q.     When did he get the wheelchair?

A.     Had the wheelchair 2014, 2017, I think six or seven months after the fact. I want to say -- I don't know, maybe 2015. There ain't no date on there.

Q.     When he was released from the hospital, was he released with a walker or crutches?

A.     Crutches.

Q.     At some point in time, did a doctor prescribe a wheelchair for him?

A.     Yes, because whenever he was in the hospital when picking him up or transportation or whatever, they would assist him to the car in a wheelchair, but he had crutches.

Q.     Which doctor prescribed the wheelchair for him?

A.     Was it Dr. Fishman or Dr. Belfield?

L. BURDEN

Q.   Are you telling me or asking me?

A.   I am talking to myself.  I need to do that sometimes.  Dr. Fishman.

Q.   As a result of the injuries to your husband's foot, are there any specific activities, I know generally he has indicated that he has difficulty walking and he needs the assistance of these aids, but are there any specific activities that he did before the accident that he no longer does today or he does on a much less frequent basis because of the injury to his foot?

A.   My husband at St. Patrick's gym in Newburgh, my husband ran the gym for 20 years.  When this incident occurred, he is no longer can assist or maintain the gym anymore so...

Q.   When you say he ran the gym, what did he do?

A.   It was an activities for young men around his age to pull them off the street.  That's what he did.

L. BURDEN

Q.   Specifically what types of things did he do at the church, at St. Patrick's gym?

A.   They just play basketball.

Q.   Did your husband himself play or did he organize for the young men?

A.   He played too, yeah.

Q.   Anything else?

A.   That's it.  That was his love right there.

Q.   With respect to taking care of your apartment, your home, was there things that your husband used to do before the accident that he doesn't do?

A.   He used to assist me with cleaning and what have you.  He no longer can do that.  He used to assist me with driving, he no longer can do that.

Q.   The car that you got towards the end of 2014, has your husband ever driven that car?

A.   Before the incident, yes.

Q.   Well, you indicated you got the car after the incident?

L. BURDEN

A.    Before the incident I did have a couple of rentals.  Then he would drive every now and again, but no.

Q.    Since the accident and since you obtained the car in the end of 2014 beginning of 2015, has your husband driven that car?

A.    No.

Q.    Has any doctor told him he shouldn't drive a car?

A.    No.

Q.    What are some of the things that your husband does do currently?

A.    He is not able to do anything. My husband is disabled.

Q.    When you say he doesn't do anything, does he make himself food?

A.    No, I do.  Like I explained to you earlier, he had problems with his eyes, so that's no longer -- no, everything is on my plate.

Q.    Does he shower or bathe himself?

A.    I wash him.

L. BURDEN

Q.    Does he dress himself?

A.    No, he try to assist me, but I do the dressing.

Q.    He indicated I guess between the two of you have a blended family of seven children?

A.    Yes.

Q.    Are there any grandchildren?

A.    Yes.

Q.    Does your husband spend time with the grandchildren?

A.    Oh, yes, yes.

Q.    What, if any things, does he do with his grandchildren?

A.    He just, you know, talk to them, play with them.  You know, they of age, you know.

Q.    How old is the oldest grandchild?

A.    Fifteen.

Q.    That's pretty old already.

How old is the youngest grandchild?

A.    I got it wrong.  How old is

L. BURDEN

Arianna?

Q.    She can't help.

A.    I am sorry.  How old is Arianna?

Q.    He can't answer either.  You're the only one testifying now.

Is your granddaughter 16?

A.    His granddaughter is 16.  She is 16 now.

Q.    How old is the youngest grandchild?

A.    One.

Q.    Does your husband participate or spend time with his one-year old grandchild?

A.    When he is around he plays with them, things like that.

Q.    What does a one-year old do?

A.    Yeah, but tear up your house.

Q.    With respect to this particular Wal-Mart store, you said you think you probably went back to the store within a week of the accident?

A.    I went back there within that

L. BURDEN

week.

Q.    Have you been regularly going to that store since?

A.    I have, I have.

Q.    When was the last time you were there?

A.    Last night.  Was I there last night?  Yes, I was there last night.

Q.    The gentleman that you saw that was here this morning testifying, you were present while he testified, correct?

A.    Yes.

Q.    Have you ever seen that gentleman before in the store?

A.    No, I haven't.

Q.    The barbecue that you purchased, did it come assembled?

A.    No.

Q.    Did you have to assemble it?

A.    Yes.

Q.    Who assembled it?

A.    I did.

Q.    When did you assemble it?

A.    That same day.

L. BURDEN

Q.    The same day you purchased it?

A.    Yes.

Q.    When, for the first time, after you purchased it did you use it?

A.    Memorial Day.

Q.    How many times was your husband confined to St. Luke's Hospital for the injuries he sustained at Wal-Mart?

A.    I don't recall.

Q.    Approximately how much time collectively did he spend in the hospital; was it more than a month, less than a month?

MR. MOSBACHER:  That is in total?

Q.    Just total?

A.    Maybe a month.

MR. O'CONNOR:  Off the record.

(Whereupon, an off-the-record discussion was held.)

MR. O'CONNOR:  I have no further questions.

EXAMINATION BY

MR. MOSBACHER:

L. BURDEN

Q.   As to Mr. Burden's eye problem that he is having today, he testified about that remember?

A.   Yes.

Q.   What about back on Memorial Day in 2015 when the incident occurred, did he have any type of eye condition whatsoever at that time?

A.   No, he did not.

Q.   As you understand his eye condition today, what is his eye condition?

A.   One of them blind in one eye and the other one he can see out of, as soon as you give him his drops, his medication put it like that.

Q.   He has total lack of vision in one eye?

A.   Yes.

Q.   And the other eye he has partial vision?

A.   Yes.

Q.   And you administer the drops?

A.   Yes.

Q.   Is there any type of special

L. BURDEN

glasses that he uses currently?

A.    He did at one time, but he wear them every now and again, but the drops help him.

Q.    Was he using the drops or special glasses of any kind at the time of the Memorial Day incident in 2014 at the Wal-Mart?

A.    No, he did not, no.

MR. MOSBACHER:  Thank you.

(Whereupon, at 2:05 P.M., the Examination of this Witness was concluded.)

°        °        °        °

L. BURDEN

D E C L A R A T I O N


I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.


I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.




_____
LEEVERDIA BURDEN



Subscribed and sworn to before me this _____ day of _____ 20___.



_____
NOTARY PUBLIC

L. BURDEN

E X H I B I T S

DEFENDANT EXHIBITS

EXHIBIT     EXHIBIT                              PAGE

LETTER      DESCRIPTION

(None)

I N D E X

EXAMINATION BY                               PAGE

MR. O'CONNOR                                 4

MR. MOSBACHER                                69

  INFORMATION AND/OR DOCUMENTS REQUESTED

INFORMATION AND/OR DOCUMENTS        PAGE

(None)

     QUESTIONS MARKED FOR RULINGS

PAGE LINE QUESTION

(None)

L. BURDEN

C E R T I F I C A T E

STATE OF NEW YORK        )
                         :  SS.:
COUNTY OF NEW YORK       )

I, EVANGUELIA GALARZA, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of November 2017.

_____
        EVANGUELIA GALARZA

L. BURDEN

**$**

$6 [1] - 56:12

**'**

'90s [1] - 7:17
'93 [1] - 5:24

**1**

1 [2] - 3:17, 8:7
10490 [1] - 2:6
10606 [1] - 1:21
11768 [1] - 2:11
12 [1] - 7:16
12550 [1] - 4:14
12:54 [1] - 1:12
16 [3] - 66:8, 66:9, 66:10
16-350 [1] - 2:12
17-CV-01289 [1] - 1:6
18 [1] - 1:11
1993 [1] - 5:24

**2**

2 [3] - 8:8, 8:9, 8:11
20 [1] - 62:18
2006 [1] - 6:14
2014 [19] - 4:20, 5:20, 7:9, 7:14, 8:11, 27:23, 48:6, 49:3, 51:4, 51:17, 51:24, 52:12, 58:21, 58:22, 58:23, 61:7, 63:21, 64:6, 70:8
2015 [7] - 51:24, 52:16, 52:17, 58:24, 61:9, 64:7, 69:7
2016 [1] - 53:17
2017 [3] - 1:11, 61:7, 73:21
20___ [1] - 71:19
20s [1] - 7:20
21 [2] - 7:19, 8:6
22 [1] - 8:6
25 [1] - 6:20
2:05 [1] - 70:12
2B [1] - 4:14

**3**

3 [1] - 56:12
30 [1] - 3:16
345 [1] - 1:20
35 [1] - 6:20
3rd [1] - 73:21

**4**

4 [1] - 72:14
40 [2] - 9:25, 10:3
4:00 [1] - 9:17

**5**

5'4 [1] - 18:16
50 [1] - 1:20
52 [2] - 4:13, 36:7

**6**

69 [1] - 72:15
6:00 [1] - 9:17

**7**

7 [1] - 2:10

**A**

ability [1] - 27:5
able [3] - 11:2, 57:21, 64:15
about [18] - 11:21, 13:11, 14:17, 18:21, 19:15, 22:15, 23:7, 29:10, 34:10, 34:25, 36:3, 54:14, 55:21, 57:9, 59:4, 60:8, 69:3, 69:6
above [1] - 71:6
accident [36] - 9:23, 10:4, 10:23, 10:25, 11:15, 11:19, 13:20, 14:6, 14:17, 17:16, 18:7, 21:12, 27:15, 27:18, 27:21, 30:8, 30:12, 30:16, 31:4, 31:8, 32:14, 32:17, 34:6, 35:10, 39:6, 40:12, 56:15, 56:18, 57:8, 57:9, 57:25, 60:8, 62:12, 63:15, 64:5, 66:24
accommodate [2] - 4:25, 5:10
accompany [3] - 12:4, 41:19, 60:24
Ace [1] - 55:9
aching [1] - 42:8
across [2] - 22:13, 40:25
action [1] - 73:17
activities [3] - 62:8, 62:11, 62:23
actually [5] - 8:19, 15:15, 19:6, 28:24, 38:18
added [1] - 10:21
additional [2] - 25:21, 48:12
address [3] - 4:12, 5:15, 5:17
administer [3] - 3:11, 28:7, 69:23
administration [1] - 28:17
adult [1] - 7:21
Advil [6] - 24:25, 25:2, 25:4, 25:7, 26:8, 26:10
advised [1] - 25:20
affecting [1] - 46:19
affiliated [2] - 53:25, 56:8

after [24] - 3:16, 11:20, 14:21, 27:15, 28:12, 29:8, 32:6, 32:14, 32:16, 34:5, 34:20, 35:12, 36:6, 38:10, 41:18, 43:5, 45:5, 45:17, 49:14, 50:21, 57:7, 61:8, 63:25, 68:4
afternoon [2] - 4:15, 4:16
again [3] - 5:4, 64:4, 70:4
against [1] - 1:6
age [2] - 62:24, 65:18
ago [2] - 24:25, 54:14
AGREED [2] - 3:5, 3:20
aid [1] - 36:22
aids [3] - 8:13, 12:5, 62:10
ain't [2] - 6:13, 61:10
aisle [21] - 8:14, 12:5, 12:11, 12:15, 12:17, 12:23, 12:25, 13:17, 13:19, 13:21, 14:3, 14:5, 17:16, 29:8, 29:10, 32:4, 32:7, 32:11, 32:13, 32:17, 34:5
aisles [1] - 33:7
all [11] - 3:21, 5:9, 14:19, 15:2, 50:9, 50:25, 52:13, 52:14, 52:17, 52:19, 54:3
already [4] - 7:20, 7:24, 55:11, 65:22
also [2] - 21:7, 53:13
ALSO [1] - 2:14
always [2] - 33:12, 60:3
am [19] - 4:17, 6:10, 7:17, 13:2, 16:7, 16:9, 17:7, 18:16, 20:22, 20:24, 22:10, 34:16, 46:6, 49:6, 58:7, 62:4, 66:4, 73:15, 73:18
ambulate [1] - 51:19
ambulating [1] - 52:22
amputated [1] - 49:8
AND [2] - 3:5, 3:20
AND/OR [2] - 72:18, 72:19
another [6] - 12:11, 13:4, 16:5, 16:17, 49:15, 50:17
answer [7] - 5:3, 5:7, 26:23, 26:25, 29:23, 60:7, 66:6
Anthony [4] - 5:21, 47:21, 52:10
ANTHONY [3] - 1:3, 2:5, 2:15
anticipates [1] - 51:10
any [48] - 10:21, 12:8, 14:16, 21:19, 22:17, 25:19, 27:4, 27:17, 30:7, 30:9, 30:14, 31:13, 32:2, 32:16, 32:17, 35:21, 36:22, 38:22, 39:24, 40:6, 41:22, 42:17, 42:18, 43:22, 45:6, 46:21, 51:18, 52:20, 52:24, 53:19, 54:15, 55:12, 55:17, 55:18, 56:6, 57:7, 57:11, 60:23,

62:7, 62:11, 64:10, 65:9, 65:14, 69:8, 69:25, 70:7, 73:16
anybody [1] - 12:24
anymore [1] - 62:20
anyone [6] - 3:11, 5:19, 13:16, 32:13, 40:14, 57:8
anything [17] - 10:2, 20:8, 23:17, 25:14, 36:9, 36:14, 42:11, 43:6, 44:5, 45:15, 46:14, 47:10, 47:17, 54:18, 63:9, 64:15, 64:18
anyway [2] - 23:9, 57:5
anywhere [5] - 9:16, 9:24, 28:5, 56:12, 60:14
apartment [1] - 63:13
Apartment [1] - 4:13
appear [1] - 15:7
appears [2] - 19:16, 21:7
appointment [9] - 38:24, 39:12, 39:19, 41:14, 41:20, 47:2, 47:5, 47:8, 54:17
appointments [2] - 54:16, 55:18
approximately [3] - 9:14, 43:14, 68:11
are [14] - 3:21, 5:10, 6:9, 10:7, 15:5, 18:15, 19:15, 21:3, 53:22, 54:5, 55:4, 57:11, 60:15, 62:2
are there [6] - 33:8, 59:22, 60:22, 62:7, 62:11, 65:9
area [5] - 11:2, 11:12, 11:13, 30:9, 57:5
Arianna [2] - 66:2, 66:5
around [5] - 59:14, 59:16, 60:2, 62:24, 66:17
arrive [1] - 9:15
arrived [1] - 41:23
as [24] - 3:12, 3:15, 3:21, 4:3, 4:5, 7:24, 10:16, 15:22, 17:4, 18:4, 19:10, 19:22, 28:17, 47:22, 48:23, 49:7, 50:11, 56:4, 59:5, 62:6, 69:2, 69:11, 69:14, 69:15
ask [7] - 4:18, 5:5, 6:3, 6:7, 14:11, 17:7, 59:21
asked [3] - 14:18, 14:21, 29:14
asking [1] - 62:2
assemble [2] - 67:20, 67:24
assembled [2] - 67:18, 67:22
assist [6] - 52:20, 61:20, 62:19, 63:16, 63:18, 65:3
assistance [2] - 60:4, 62:10
associated [1] - 26:5
at [59] - 1:18, 4:20, 5:17, 8:5, 8:9, 8:12, 9:15, 10:7, 11:23, 12:10, 12:16, 13:24,

18:22, 21:7, 22:12, 24:15, 27:21, 29:11, 30:7, 32:16, 36:3, 40:3, 40:22, 41:2, 41:24, 42:23, 43:11, 43:23, 44:12, 44:17, 45:2, 45:22, 46:22, 47:18, 48:8, 48:11, 48:22, 49:18, 52:2, 54:6, 55:8, 55:14, 56:5, 57:7, 57:9, 59:4, 59:23, 61:15, 62:16, 63:3, 68:9, 69:9, 70:3, 70:7, 70:8, 70:12, 71:10
**attempt** [2] - 37:4, 37:10
**Attorneys** [2] - 2:4, 2:9
**authorized** [1] - 3:11
**Avenue** [2] - 2:5, 2:10
**aware** [1] - 57:11
**Axe** [1] - 17:13

### B

**B** [2] - 4:2, 72:2
**baby** [1] - 7:12
**back** [27] - 4:19, 5:20, 6:13, 7:9, 7:13, 7:22, 10:6, 10:8, 26:10, 26:22, 26:25, 27:23, 29:18, 29:19, 29:25, 30:3, 42:19, 45:19, 47:2, 48:21, 51:17, 54:16, 56:13, 56:19, 66:23, 66:25, 69:6
**bad** [1] - 33:3
**bandages** [1] - 44:2
**barbecue** [8] - 10:6, 11:5, 11:8, 11:11, 11:18, 57:18, 57:22, 67:17
**barbecues** [1] - 11:2
**based** [1] - 57:25
**basically** [4] - 16:13, 22:10, 46:16, 55:21
**basis** [2] - 58:17, 62:14
**basketball** [1] - 63:5
**bathe** [1] - 64:23
**Bayview** [1] - 2:10
**be** [16] - 3:8, 3:10, 3:14, 6:8, 13:2, 13:12, 15:5, 15:7, 19:17, 21:7, 30:25, 49:11, 50:2, 57:24, 59:4, 60:24
**beauty** [2] - 8:13, 12:5
**because** [28] - 8:21, 11:22, 16:12, 23:4, 23:5, 23:7, 23:22, 24:24, 25:3, 25:4, 26:7, 27:7, 27:10, 34:10, 37:13, 37:18, 37:24, 43:9, 46:18, 46:19, 52:17, 53:3, 56:21, 57:3, 58:5, 61:4, 61:17, 62:14
**been** [14] - 4:3, 7:24, 9:10, 24:13, 24:25, 26:15, 28:20, 30:11, 40:17, 49:7, 51:6, 56:13, 67:3, 71:4
**before** [17] - 1:21, 3:11,

3:13, 5:7, 8:23, 11:25, 13:20, 13:22, 24:19, 30:19, 32:12, 62:12, 63:14, 63:23, 64:2, 67:15, 71:18
**beginning** [1] - 64:7
**behind** [2] - 12:20, 16:16
**being** [2] - 42:14, 49:7
**Belfield** [15] - 38:17, 38:19, 39:3, 39:9, 39:15, 39:22, 39:25, 40:7, 40:9, 40:15, 42:22, 55:23, 55:24, 58:13, 61:25
**believe** [8] - 9:13, 13:6, 15:9, 23:3, 37:21, 37:22, 39:6, 57:14
**believes** [1] - 8:11
**besides** [1] - 44:6
**better** [2] - 13:11, 21:14
**between** [8] - 3:6, 9:17, 11:23, 47:7, 47:20, 48:21, 50:6, 65:5
**big** [1] - 47:21
**birth** [1] - 5:25
**bit** [2] - 23:10, 47:20
**bleeding** [3] - 31:24, 36:17, 36:19
**blended** [1] - 65:6
**blind** [1] - 69:13
**blood** [10] - 23:14, 23:21, 23:22, 23:23, 24:2, 24:5, 25:17, 31:25, 32:2, 73:17
**body** [7] - 5:12, 12:6, 12:13, 16:4, 16:14, 17:13, 18:19
**both** [4] - 5:9, 20:4, 22:5, 29:3
**bothering** [2] - 42:9, 53:4
**bottle** [1] - 8:12
**bottom** [1] - 18:13
**boy** [1] - 13:7
**bring** [1] - 55:2
**BRODY** [1] - 2:9
**brought** [1] - 23:19
**browsing** [3] - 10:16, 10:18, 12:12
**Burden** [4] - 4:11, 5:22, 7:12, 8:10
**burden** [5] - 4:15, 6:18, 6:24, 7:24, 18:15
**BURDEN** [7] - 1:3, 1:16, 2:5, 2:15, 71:15
**Burden's** [1] - 69:2
**busy** [1] - 29:15
**but** [18] - 6:23, 8:21, 10:5, 13:2, 20:23, 23:8, 26:18, 27:9, 38:7, 49:5, 54:5, 61:20, 62:11, 64:4, 65:3, 66:20, 70:3, 70:4
**but..** [1] - 58:7
**BY** [5] - 2:6, 2:11, 4:7, 68:24, 72:13

**by** [17] - 1:16, 3:5, 3:10, 3:16, 4:4, 6:23, 12:19, 12:22, 26:25, 30:21, 40:18, 51:4, 52:16, 71:10, 73:14, 73:17

### C

**C** [5] - 2:2, 53:11, 71:2, 73:2
**C-A-R-R-O-L** [1] - 53:11
**call** [8] - 4:20, 21:13, 34:18, 34:20, 35:15, 38:16, 46:11, 48:14
**called** [8] - 4:2, 34:16, 34:17, 38:14, 38:15, 38:17, 38:19, 39:9
**came** [9] - 8:4, 15:20, 16:16, 19:18, 19:22, 20:2, 20:4, 20:13, 40:24
**can** [9] - 5:2, 23:6, 33:13, 42:8, 60:16, 62:19, 63:18, 63:19, 69:14
**can you** [2] - 26:21, 53:10
**can't** [4] - 5:11, 5:12, 66:3, 66:6
**cane** [2] - 59:24, 60:10
**capacity** [1] - 6:15
**car** [14] - 11:9, 58:19, 58:20, 59:2, 60:17, 60:18, 60:19, 61:20, 63:20, 63:22, 63:25, 64:6, 64:8, 64:11
**card** [1] - 33:23
**care** [13] - 25:19, 37:2, 37:5, 37:11, 42:18, 45:7, 55:11, 55:13, 55:19, 55:25, 56:2, 56:3, 63:12
**Carrol** [6] - 53:9, 53:11, 53:16, 53:21, 54:12, 54:19
**cart** [3] - 10:19, 10:20, 10:22
**Case** [1] - 1:6
**cash** [2] - 33:23, 33:25
**cashed** [1] - 33:11
**cashier** [1] - 33:7
**cashiers** [1] - 33:5
**caused** [1] - 20:9
**cell** [1] - 34:12
**certification** [1] - 3:8
**certify** [3] - 71:4, 73:10, 73:15
**CERTIFY** [1] - 71:8
**chamber** [3] - 51:21, 52:9, 52:18
**charcoal** [1] - 57:20
**check** [8] - 27:24, 27:25, 33:23, 34:7, 34:9, 35:6, 35:13
**check-out** [2] - 35:6, 35:13
**checked** [1] - 33:16
**checking** [1] - 35:5
**checks** [1] - 28:3

**chest** [1] - 18:19
**children** [6] - 6:19, 6:21, 6:23, 7:3, 7:8, 65:7
**choice** [1] - 57:6
**church** [1] - 63:3
**City** [1] - 56:22
**Civil** [1] - 1:18
**clean** [1] - 36:24
**cleaning** [1] - 63:17
**clear** [1] - 49:6
**close** [3] - 51:22, 52:7, 52:9
**closed** [4] - 52:13, 52:14, 52:17, 52:19
**closer** [2] - 46:8, 46:10
**closing** [1] - 52:8
**clothing** [1] - 57:2
**clue** [1] - 33:9
**co** [1] - 56:10
**co-payments** [1] - 56:10
**collectively** [1] - 68:12
**come** [12] - 15:11, 15:19, 15:21, 19:12, 20:9, 20:24, 34:24, 42:19, 45:19, 52:11, 60:7, 67:18
**coming** [1] - 32:3
**comment** [1] - 14:16
**company** [1] - 35:3
**competing** [1] - 5:11
**complaining** [2] - 34:10, 41:25
**complaints** [6] - 39:24, 41:22, 42:2, 42:5, 42:13, 43:22
**complete** [3] - 5:6, 32:21, 32:24
**completed** [1] - 51:4
**completing** [2] - 12:2, 33:21
**concluded** [1] - 70:14
**condition** [7] - 26:6, 27:21, 44:6, 55:15, 69:8, 69:12
**conditions** [1] - 9:18
**confined** [1] - 68:8
**considered** [1] - 28:20
**contact** [9] - 15:24, 19:7, 19:11, 37:4, 37:10, 41:3, 41:5, 41:6, 41:7
**contacted** [1] - 41:8
**continue** [1] - 34:7
**control** [1] - 28:14
**convenient** [4] - 56:23, 57:4, 58:18, 59:13
**conversation** [1] - 40:6
**conversations** [1] - 38:22
**convo** [1] - 15:4
**cook** [2] - 37:25, 38:6
**copy** [2] - 3:14, 3:17
**Cornwall** [3] - 44:25, 48:9, 52:3

L. BURDEN

correct [17] - 7:7, 19:23, 19:24, 21:5, 21:6, 21:9, 21:10, 21:22, 22:22, 22:25, 25:16, 39:7, 51:14, 57:15, 57:18, 67:12, 71:9
could [4] - 9:6, 29:24, 31:22, 31:25
counsel [2] - 3:6, 3:17
counter [1] - 25:8
COUNTY [1] - 73:5
couple [1] - 64:3
COURT [1] - 1:2
Court [5] - 1:17, 3:13, 5:10, 5:16, 20:24
credit [1] - 33:23
crowded [2] - 9:19, 9:21
crutches [8] - 59:15, 59:16, 59:24, 60:10, 61:5, 61:13, 61:14, 61:21
currency [1] - 33:22
currently [3] - 6:9, 64:14, 70:2
customer [1] - 15:8
customers [1] - 13:5
cut [2] - 44:9, 45:23
cycled [1] - 26:9

**D**

D [6] - 2:15, 3:2, 4:2, 71:2, 72:11
Daneesha [1] - 7:12
DATE [1] - 1:11
date [6] - 5:25, 8:18, 8:20, 48:4, 49:5, 61:10
Day [7] - 8:22, 8:23, 57:15, 57:22, 68:6, 69:6, 70:8
day [33] - 8:25, 9:8, 9:11, 12:24, 18:7, 21:11, 25:13, 28:3, 28:4, 28:6, 28:11, 30:7, 33:17, 34:3, 34:13, 36:23, 37:2, 37:6, 37:15, 37:17, 38:13, 38:25, 39:3, 44:20, 44:22, 45:4, 56:14, 56:25, 57:7, 67:25, 68:2, 71:19, 73:21
days [8] - 3:16, 8:23, 37:15, 37:17, 37:19, 45:9, 45:13, 51:11
December [1] - 58:23
DEFENDANT [2] - 1:9, 72:4
Defendant [2] - 1:16, 2:9
deodorant [1] - 16:14
depends [1] - 60:15
depict [1] - 17:12
depicted [2] - 17:8, 18:5
DEPOSITION [1] - 1:15
deposition [4] - 3:8, 3:9, 3:14, 17:6
describing [1] - 18:10

description [1] - 29:25
DESCRIPTION [1] - 72:7
device [2] - 60:4, 60:9
diabetes [1] - 8:8
diabetic [7] - 7:25, 26:6, 27:20, 46:18, 46:20, 55:14, 56:2
diagnosed [1] - 7:24
diagnosis [1] - 8:3
Diamond [1] - 1:19
did [70] - 11:8, 12:7, 12:18, 14:2, 14:4, 14:8, 14:24, 15:7, 15:11, 15:17, 18:8, 19:11, 21:12, 21:14, 27:19, 29:2, 29:4, 31:15, 31:17, 31:19, 32:10, 32:13, 32:19, 33:6, 35:11, 35:14, 36:5, 39:2, 39:4, 39:20, 40:14, 40:21, 41:5, 41:15, 41:21, 41:24, 42:4, 42:11, 42:20, 43:6, 43:13, 43:16, 43:18, 43:22, 44:17, 44:19, 45:14, 45:15, 46:21, 47:6, 47:10, 47:17, 47:24, 48:2, 48:25, 52:11, 54:18, 56:24, 57:10, 57:17, 57:25, 61:15, 62:12, 62:25, 63:6, 64:2, 67:23, 69:10, 70:3, 70:10
did he [18] - 24:18, 27:17, 27:24, 31:16, 31:18, 39:24, 42:17, 44:5, 44:11, 45:12, 46:14, 46:25, 47:4, 53:15, 63:3, 63:7, 68:12, 69:7
did it [2] - 18:5, 67:18
did she [3] - 14:16, 42:22, 43:2
did they [2] - 29:3, 29:5
did you [62] - 5:19, 9:14, 10:2, 11:5, 11:24, 12:4, 12:16, 12:19, 14:11, 14:14, 14:20, 15:15, 20:13, 22:17, 28:24, 29:7, 30:8, 30:16, 30:20, 31:12, 32:2, 32:7, 32:17, 32:21, 32:24, 33:5, 33:22, 34:6, 34:7, 34:12, 34:20, 34:23, 35:5, 35:9, 35:17, 35:25, 36:9, 36:14, 36:22, 36:25, 37:4, 37:9, 38:16, 38:18, 38:19, 38:22, 39:18, 40:6, 41:2, 41:5, 41:9, 41:13, 41:19, 41:22, 42:2, 42:5, 43:17, 44:14, 47:14, 57:8, 67:20, 68:5
didn't [9] - 25:4, 27:11, 30:10, 31:21, 34:14, 40:20, 50:10, 53:18, 55:2
different [1] - 60:9
difficulty [1] - 62:9
digit [11] - 46:5, 46:7, 48:15, 49:12, 49:16, 49:18,

50:3, 50:14, 50:18
digits [4] - 46:4, 50:22, 50:25, 51:16
dinner [6] - 37:24, 38:4, 38:5, 38:7, 38:9
direct [1] - 44:11
directly [1] - 41:10
disabled [1] - 64:16
discharged [1] - 45:5
discovered [2] - 44:3, 45:23
discussed [2] - 26:12, 55:11
discussion [1] - 68:21
display [1] - 11:11
displayed [1] - 11:3
DISTRICT [2] - 1:2, 1:2
do [36] - 4:25, 7:4, 7:15, 10:2, 16:10, 27:4, 28:13, 29:12, 29:17, 33:14, 34:8, 35:6, 36:9, 42:12, 43:6, 44:9, 45:16, 47:11, 47:18, 51:23, 54:19, 62:5, 62:22, 63:3, 63:14, 63:15, 63:18, 63:19, 64:14, 64:15, 64:17, 64:19, 65:4, 65:14, 66:19, 73:10
do you [21] - 6:21, 8:3, 8:7, 8:18, 9:3, 9:8, 13:11, 17:8, 17:11, 17:19, 17:22, 19:25, 20:8, 20:17, 24:11, 28:10, 31:6, 33:10, 33:15, 34:2, 36:18
doctor [24] - 25:19, 26:13, 26:16, 36:25, 37:5, 37:10, 38:14, 38:15, 38:16, 40:5, 40:23, 42:25, 46:21, 50:21, 51:10, 53:5, 53:7, 55:18, 55:22, 58:10, 58:12, 61:16, 61:22, 64:10
doctor's [1] - 38:20
doctors [6] - 55:10, 55:12, 56:7, 56:8, 60:24, 61:4
DOCUMENTS [2] - 72:18, 72:19
does [8] - 27:10, 58:4, 62:13, 64:14, 65:11, 66:14, 66:19
does he [16] - 25:10, 25:12, 25:14, 25:25, 26:4, 28:7, 54:15, 54:23, 55:17, 59:11, 60:8, 60:12, 64:18, 64:23, 65:2, 65:14
does that [1] - 24:5
doesn't [4] - 26:7, 61:2, 63:15, 64:17
doing [1] - 6:17
Dolson [1] - 2:5
don't [32] - 4:22, 4:23, 8:20, 9:10, 13:3, 13:12, 16:24, 16:25, 17:21, 17:24, 20:3,

20:10, 21:24, 23:18, 24:7, 27:7, 27:8, 28:13, 31:2, 31:5, 33:18, 34:4, 37:25, 38:6, 48:4, 49:4, 54:3, 56:20, 59:13, 61:9, 68:10
done [1] - 31:20
down [9] - 5:11, 5:12, 12:12, 12:15, 15:20, 20:4, 21:4, 21:8, 24:3
Dr [53] - 38:17, 38:18, 39:2, 39:9, 39:15, 39:22, 39:25, 40:7, 40:9, 40:15, 40:16, 40:18, 40:20, 40:25, 41:3, 41:8, 41:9, 41:16, 41:23, 42:12, 42:15, 42:22, 43:5, 43:14, 43:20, 43:23, 43:25, 44:14, 44:17, 45:10, 45:13, 45:16, 45:21, 47:14, 47:18, 51:7, 53:4, 53:9, 53:11, 53:13, 53:16, 53:21, 54:12, 54:19, 55:23, 55:24, 58:13, 61:24, 61:25, 62:5
dress [1] - 65:2
dressing [1] - 65:4
drive [2] - 64:3, 64:11
driven [2] - 63:22, 64:7
driving [1] - 63:19
drops [4] - 69:15, 69:23, 70:4, 70:6
drug [1] - 24:9
Drugstore [1] - 55:9
duly [3] - 4:3, 71:5, 73:12
during [5] - 5:2, 29:12, 31:10, 43:6, 47:11

**E**

E [14] - 2:2, 3:2, 4:2, 9:7, 71:2, 72:2, 72:11, 73:2
earlier [7] - 22:21, 23:13, 31:23, 51:9, 58:15, 59:8, 64:20
EAST [2] - 1:8, 2:10
effect [3] - 3:12, 3:15, 24:6
effects [1] - 27:8
eight [1] - 25:13
either [7] - 8:6, 12:9, 37:19, 56:7, 57:3, 59:24, 66:6
else [14] - 9:20, 12:21, 12:24, 13:16, 18:20, 22:7, 22:8, 23:17, 25:14, 33:24, 34:8, 35:7, 53:8, 63:9
employed [3] - 6:9, 6:12, 6:16
employee [4] - 32:18, 35:7, 35:8, 35:10
employees [2] - 30:9, 30:17
empty [1] - 9:19
end [6] - 51:4, 52:16, 52:17, 58:21, 63:21, 64:6

L. BURDEN

enough [1] - 52:8
enter [3] - 12:17, 12:19, 32:13
entered [1] - 12:23
escalated [1] - 23:23
ESQ [2] - 2:6, 2:11
ESQS [1] - 2:9
EVANGUELIA [2] - 73:8, 73:24
Evanguelia [1] - 1:21
even [1] - 28:13
evening [1] - 9:16
eventually [1] - 40:24
ever [14] - 14:8, 14:14, 14:24, 25:23, 26:4, 26:9, 26:12, 26:15, 28:16, 28:20, 30:16, 57:8, 63:21, 67:14
every [6] - 28:3, 55:2, 56:25, 59:17, 64:4, 70:4
everyone [1] - 13:13
everything [1] - 64:21
exact [5] - 8:20, 12:3, 23:19, 48:4, 49:5
exactly [2] - 9:11, 46:10
EXAMINATION [3] - 4:7, 68:24, 72:13
Examination [1] - 70:13
examination [2] - 73:11, 73:13
examine [2] - 42:22, 45:18
examined [2] - 4:5, 39:22
except [2] - 3:21, 20:19
EXHIBIT [2] - 72:6
Exhibit 1 [2] - 17:5, 21:2
EXHIBITS [1] - 72:4
expect [1] - 11:25
expenses [1] - 56:6
explain [1] - 33:13
explained [2] - 40:2, 64:19
eye [7] - 69:2, 69:8, 69:11, 69:12, 69:13, 69:18, 69:20
eyedrops [4] - 54:21, 54:24, 54:25, 55:5
eyes [7] - 53:3, 53:8, 53:13, 53:19, 54:13, 54:20, 64:20

### F

F [2] - 3:2, 73:2
face [1] - 18:19
facility [8] - 4:21, 52:2, 52:4, 53:23, 53:24, 54:8, 54:9
fact [5] - 23:24, 43:13, 45:12, 57:17, 61:8
fair [2] - 30:25, 57:24
fall [1] - 21:15
falling [2] - 20:15, 22:18
family [1] - 65:6
far [1] - 61:4

fashion [1] - 21:4
fast [1] - 52:8
favors [1] - 5:6
Federal [1] - 1:17
feel [2] - 13:11, 25:5
feet [7] - 27:18, 29:15, 34:11, 36:16, 42:7, 43:10, 47:23
fell [8] - 8:14, 15:12, 16:2, 16:4, 16:6, 16:16, 19:8, 28:23
felt [2] - 42:9, 42:10
fever [1] - 26:3
few [6] - 4:18, 8:22, 13:24, 45:8, 45:13, 51:11
fifteen [1] - 65:21
fifth [2] - 48:15, 49:15
File [1] - 2:12
filing [1] - 3:7
fill [1] - 55:8
find [2] - 40:4, 40:21
fine [2] - 15:6, 28:14
finger [3] - 46:12, 48:18, 50:2
finished [2] - 34:21, 35:12
first [13] - 4:3, 36:22, 37:9, 41:8, 45:17, 49:8, 49:16, 49:20, 50:14, 53:15, 56:17, 68:4, 71:5
first-aid [1] - 36:22
Fishman [26] - 40:16, 40:18, 40:20, 40:25, 41:3, 41:10, 41:17, 41:23, 42:12, 42:15, 43:5, 43:14, 43:20, 43:23, 43:25, 44:17, 45:10, 45:13, 45:16, 45:21, 47:14, 47:18, 51:7, 53:4, 61:24, 62:5
Fishman's [2] - 41:9, 44:14
five [11] - 11:21, 22:16, 24:15, 24:16, 29:11, 29:13, 31:10, 32:6, 32:9, 50:25, 60:21
five-minute [4] - 29:13, 31:10, 32:6, 32:9
fluid [1] - 57:20
focus [1] - 27:6
follow [10] - 39:5, 42:18, 43:8, 45:7, 45:8, 45:12, 45:17, 47:2, 47:4, 47:8
follow-up [9] - 42:18, 43:8, 45:7, 45:8, 45:12, 45:17, 47:2, 47:4, 47:8
following [4] - 38:13, 41:18, 51:6, 56:18
follows [1] - 4:6
food [2] - 56:25, 64:18
foot [23] - 8:14, 14:22, 15:3, 15:13, 15:20, 21:15, 27:15, 28:25, 29:3, 29:5, 29:6, 29:9,

31:12, 31:14, 36:21, 40:5, 40:22, 40:23, 42:25, 47:13, 51:22, 62:7, 62:15
for [63] - 2:4, 2:9, 3:6, 3:18, 4:9, 8:22, 10:3, 11:5, 12:6, 12:9, 12:12, 15:25, 16:15, 16:21, 17:5, 21:13, 22:25, 23:11, 23:24, 25:15, 25:17, 28:17, 28:20, 32:21, 34:2, 34:23, 35:25, 37:9, 37:11, 38:4, 38:7, 38:24, 39:12, 40:23, 42:12, 42:18, 45:16, 51:11, 52:4, 53:4, 53:8, 53:13, 53:15, 54:12, 54:19, 55:13, 56:7, 56:23, 56:25, 57:5, 59:15, 60:6, 60:7, 60:23, 61:16, 61:23, 62:17, 62:23, 63:7, 68:4, 68:8, 73:9
FOR [1] - 72:23
force [1] - 3:15
foregoing [1] - 71:8
forgot [1] - 54:2
form [2] - 3:21, 33:22
forth [2] - 26:10, 73:12
forward [1] - 5:2
four [8] - 22:15, 23:25, 25:11, 25:12, 54:14, 55:2, 60:14, 60:20
fourth [7] - 17:2, 46:4, 46:6, 48:15, 49:12, 50:3, 50:18
frequent [1] - 62:14
from [20] - 6:8, 7:5, 8:13, 9:24, 11:17, 18:12, 19:8, 19:12, 21:12, 21:14, 28:5, 28:23, 38:10, 44:14, 45:5, 49:10, 51:24, 53:6, 56:12, 61:11
front [3] - 12:20, 35:17, 54:4
further [2] - 68:23, 73:15
FURTHER [2] - 3:20, 71:8
future [2] - 54:15, 55:17

### G

Galarza [1] - 1:21
GALARZA [2] - 73:8, 73:24
gangrene [6] - 44:3, 44:7, 47:20, 48:22, 50:5, 50:10
garden [2] - 11:12, 11:13
gave [5] - 5:16, 38:24, 40:4, 54:21, 71:6
generally [5] - 10:14, 17:15, 55:15, 60:2, 62:8
gentleman [2] - 67:10, 67:15
gestures [1] - 5:12
get [9] - 8:24, 11:2, 11:8, 14:11, 28:14, 34:15, 47:24, 49:22, 61:6

girl [1] - 7:12
give [5] - 25:11, 29:24, 42:17, 46:21, 69:15
given [3] - 45:6, 71:10, 73:14
glasses [2] - 70:2, 70:7
go [23] - 12:14, 17:13, 23:10, 33:5, 33:12, 34:6, 39:2, 39:18, 41:16, 43:17, 44:11, 44:14, 50:10, 51:20, 51:21, 52:10, 53:5, 53:6, 54:16, 60:16, 60:19, 60:24, 61:3
goes [1] - 60:6
going [9] - 4:18, 12:12, 17:7, 20:25, 33:19, 46:6, 53:7, 60:15, 67:3
gone [3] - 23:7, 44:8
good [4] - 4:15, 4:16, 25:6, 28:14
gosh [1] - 7:16
got [11] - 11:20, 26:18, 36:10, 36:11, 38:10, 39:12, 52:18, 57:3, 63:20, 63:24, 65:25
grandchild [4] - 65:20, 65:24, 66:12, 66:16
grandchildren [3] - 65:9, 65:12, 65:15
granddaughter [2] - 66:8, 66:9
green [4] - 53:12, 53:13, 54:12, 54:19
Green [1] - 53:21
grill [3] - 8:22, 11:21, 57:19
grills [1] - 10:6
guess [5] - 21:23, 21:24, 33:3, 46:11, 65:5
gym [5] - 62:16, 62:17, 62:19, 62:21, 63:4

### H

H [1] - 72:2
had [27] - 7:24, 8:21, 10:20, 10:21, 12:3, 13:6, 15:9, 15:25, 23:23, 28:16, 30:11, 31:14, 32:20, 34:20, 35:10, 40:2, 40:12, 40:17, 40:21, 47:20, 50:5, 51:20, 52:18, 61:7, 61:21, 64:20
half [4] - 47:9, 47:11, 47:15, 48:20
hand [3] - 5:13, 19:6, 73:21
happen [2] - 27:11, 58:2
happened [2] - 39:7, 40:3
has [25] - 6:19, 8:10, 23:22, 24:13, 25:19, 25:23, 25:24, 26:2, 26:9, 26:15, 28:16, 28:20, 51:6, 51:17, 52:19,

55:12, 56:5, 58:5, 62:8, 62:9, 63:21, 64:7, 64:10, 69:17, 69:20

**hasn't** [1] - 52:25

**have** [41] - 6:21, 6:22, 7:2, 17:4, 19:21, 23:19, 24:6, 25:11, 27:3, 27:17, 30:13, 30:18, 31:9, 31:20, 31:22, 33:9, 33:15, 34:2, 34:12, 38:23, 40:6, 44:9, 49:6, 53:18, 54:3, 54:7, 54:15, 54:25, 55:11, 55:17, 56:16, 57:6, 58:19, 64:2, 65:6, 67:5, 67:20, 68:22, 69:8, 73:20

**have you** [6] - 5:16, 26:12, 56:13, 63:17, 67:3, 67:14

**haven't** [2] - 26:18, 67:16

**having** [3] - 4:3, 69:3, 71:4

**he** [176] - 6:19, 7:24, 8:5, 8:6, 8:11, 12:9, 12:13, 14:22, 15:2, 15:5, 15:25, 16:4, 16:14, 16:15, 16:20, 19:10, 19:18, 19:21, 22:24, 23:2, 23:3, 23:4, 23:8, 23:9, 23:14, 23:17, 23:18, 23:19, 23:20, 23:21, 23:22, 23:24, 24:13, 24:21, 24:23, 24:24, 24:25, 25:2, 25:3, 25:4, 25:7, 25:20, 25:23, 25:24, 26:2, 26:7, 26:8, 26:9, 26:15, 27:4, 27:10, 27:13, 27:19, 28:3, 28:20, 29:14, 31:14, 31:17, 31:19, 31:21, 31:22, 31:24, 34:10, 35:24, 36:12, 36:13, 40:2, 40:12, 42:3, 42:14, 42:24, 43:9, 43:11, 43:16, 44:2, 44:4, 44:19, 44:21, 45:5, 45:14, 45:23, 46:16, 46:18, 46:19, 47:19, 47:21, 48:22, 50:6, 50:9, 50:10, 51:20, 51:23, 51:25, 52:4, 52:8, 52:17, 52:20, 52:25, 53:7, 53:12, 53:18, 54:25, 55:13, 55:20, 56:5, 56:11, 59:9, 59:14, 59:15, 59:16, 59:17, 59:18, 59:23, 60:3, 60:11, 60:13, 60:17, 60:19, 60:20, 60:22, 60:25, 61:5, 61:6, 61:11, 61:17, 61:21, 62:8, 62:9, 62:10, 62:12, 62:13, 62:18, 62:21, 62:22, 62:25, 63:8, 63:15, 63:16, 63:17, 63:18, 63:19, 64:3, 64:10, 64:15, 64:17, 64:20, 65:3, 65:5, 65:16, 66:6, 66:17, 67:12, 68:9, 69:3, 69:10, 69:14, 69:17, 69:20, 70:2, 70:3, 70:10

**he'd** [1] - 60:17

**he's** [2] - 24:8, 58:5

**head** [2] - 5:13, 18:20

**healing** [6] - 45:19, 45:22, 46:17, 46:19, 46:20, 52:5

**health** [9] - 8:13, 12:5, 25:19, 37:2, 37:5, 37:11, 55:10, 55:13, 55:19

**hear** [3] - 4:23, 42:2, 42:5

**height** [1] - 18:23

**held** [2] - 1:18, 68:21

**help** [7] - 24:2, 26:5, 33:19, 51:18, 52:5, 66:3, 70:5

**helps** [2] - 54:22

**her** [16] - 7:20, 13:4, 13:7, 13:16, 14:2, 14:11, 14:14, 14:20, 14:25, 15:9, 15:10, 32:10, 40:12, 55:20, 57:12

**here** [7] - 18:21, 19:18, 19:19, 20:20, 50:11, 60:7, 67:11

**HEREBY** [1] - 3:5

**hereby** [2] - 71:4, 73:10

**herein** [1] - 3:7

**hereinbefore** [2] - 71:11, 73:12

**hereunto** [1] - 73:20

**herself** [1] - 14:9

**high** [1] - 23:14

**highest** [1] - 19:17

**him** [37] - 6:23, 8:15, 12:20, 14:21, 15:20, 25:11, 25:20, 29:14, 36:25, 39:22, 40:4, 42:6, 42:10, 42:17, 42:19, 43:9, 43:17, 44:11, 45:10, 45:16, 45:19, 46:21, 51:11, 51:18, 52:21, 53:4, 54:21, 61:16, 61:18, 61:20, 61:23, 64:10, 64:25, 69:15, 70:5

**himself** [5] - 27:25, 63:6, 64:18, 64:24, 65:2

**his** [56] - 8:14, 11:15, 19:6, 24:2, 26:5, 27:5, 27:18, 27:20, 27:21, 27:24, 28:3, 29:3, 31:12, 31:14, 31:16, 31:18, 31:21, 31:22, 31:24, 32:3, 34:10, 36:13, 36:16, 40:2, 41:10, 41:12, 42:7, 42:23, 43:7, 43:10, 45:18, 53:3, 53:5, 53:8, 53:13, 53:19, 54:12, 54:20, 55:14, 55:20, 55:24, 56:11, 60:8, 62:14, 62:24, 63:10, 64:20, 65:15, 66:9, 66:15, 69:11, 69:12, 69:15

**hit** [1] - 15:20

**hold** [2] - 16:18, 53:5

**home** [8] - 34:15, 36:7, 36:10, 38:10, 40:23, 43:11, 59:23, 63:13

**horizontal** [3] - 30:22, 31:3, 31:7

**horizontally** [1] - 21:9

**hospital** [9] - 44:12, 44:15, 44:18, 44:24, 45:3, 45:6, 61:12, 61:18, 68:12

**Hospital** [3] - 44:25, 48:9, 68:8

**hour** [2] - 9:25, 10:3

**hours** [1] - 55:2

**house** [6] - 59:15, 59:17, 60:3, 60:13, 60:23, 66:20

**housekeeping** [1] - 6:17

**how** [30] - 5:16, 7:13, 9:22, 11:17, 11:24, 13:19, 13:21, 18:15, 20:17, 23:6, 24:13, 28:7, 29:7, 29:25, 31:6, 31:22, 33:13, 34:23, 35:25, 38:2, 42:8, 45:2, 45:18, 47:7, 65:19, 65:23, 65:25, 66:4, 66:11, 68:11

**how did** [4] - 8:24, 29:19, 34:15, 34:18

**how many** [7] - 6:21, 22:14, 25:10, 28:4, 33:7, 48:11, 68:7

**how often** [7] - 25:12, 25:25, 27:23, 54:23, 59:11, 60:12

**huh** [1] - 18:24

**husband** [62] - 5:5, 5:21, 11:14, 12:4, 14:18, 14:24, 15:23, 16:11, 19:3, 21:15, 22:22, 23:6, 23:13, 28:16, 31:11, 31:23, 35:10, 35:23, 36:23, 39:2, 39:18, 39:21, 40:10, 40:17, 41:6, 41:19, 41:24, 42:12, 42:22, 43:6, 43:13, 43:20, 43:23, 44:6, 46:17, 46:25, 47:11, 47:21, 48:23, 51:6, 51:9, 51:17, 54:12, 54:20, 55:12, 56:6, 58:3, 58:16, 59:8, 59:23, 60:6, 62:16, 62:17, 63:6, 63:14, 63:21, 64:7, 64:14, 64:16, 65:11, 66:14, 68:7

**husband's** [16] - 10:22, 15:13, 17:16, 18:7, 21:11, 28:25, 29:9, 30:8, 30:12, 30:15, 31:4, 31:8, 55:8, 56:18, 57:9, 62:7

**hyperbaric** [3] - 51:21, 52:9, 52:18

---

## I

**I** [172] - 3:2, 4:2, 4:17, 4:24, 5:5, 6:10, 6:17, 6:22, 7:4, 7:16, 7:22, 8:5, 8:20, 9:10, 9:11, 9:13, 9:24, 10:20, 11:16, 11:22, 12:3, 12:7, 12:18, 13:2, 13:3, 13:6, 13:7, 13:12, 14:21, 15:5, 15:9,

15:17, 15:19, 16:7, 16:9, 16:11, 16:13, 16:24, 16:25, 17:7, 17:21, 17:24, 18:16, 18:21, 20:3, 20:4, 20:10, 20:22, 20:23, 20:24, 21:23, 21:24, 22:10, 22:15, 23:6, 23:18, 23:19, 23:24, 24:7, 25:11, 27:7, 27:9, 29:2, 29:14, 29:15, 30:3, 30:10, 30:13, 30:18, 30:24, 31:5, 31:9, 31:15, 31:20, 32:15, 33:3, 33:6, 33:9, 33:12, 33:13, 33:18, 34:4, 34:14, 34:16, 34:25, 35:11, 35:14, 35:19, 37:21, 37:24, 37:25, 38:2, 38:15, 38:17, 39:20, 40:8, 40:12, 40:22, 40:23, 40:24, 41:7, 41:15, 41:21, 42:4, 42:8, 43:18, 43:21, 46:6, 48:4, 49:4, 49:6, 52:16, 54:2, 54:3, 54:17, 55:2, 56:16, 56:20, 57:4, 57:10, 57:19, 58:3, 58:6, 58:19, 58:21, 59:13, 60:16, 60:19, 60:20, 61:8, 61:9, 62:4, 62:8, 64:2, 64:19, 64:25, 65:3, 65:5, 65:25, 66:4, 66:25, 67:5, 67:8, 67:9, 67:16, 67:23, 68:10, 68:22, 71:2, 71:4, 71:5, 71:8, 72:2, 72:11, 73:2, 73:8, 73:15, 73:17, 73:20

**i** [1] - 46:11

**I'd** [1] - 11:20

**idea** [1] - 31:9

**identified** [2] - 19:22, 58:15

**identify** [1] - 14:9

**if** [33] - 3:12, 3:15, 4:22, 4:23, 5:19, 8:7, 10:2, 13:3, 16:24, 16:25, 20:8, 21:25, 26:2, 28:15, 29:24, 31:21, 36:9, 36:14, 38:22, 39:5, 39:24, 40:14, 41:22, 42:11, 43:6, 43:22, 44:5, 45:15, 46:14, 47:10, 47:17, 54:18, 65:14

**immediately** [1] - 34:7

**impact** [1] - 27:5

**IN** [1] - 73:20

**in** [100] - 4:19, 4:21, 5:20, 5:24, 6:15, 7:9, 7:13, 7:17, 7:20, 9:16, 9:19, 9:22, 11:11, 11:23, 11:25, 12:16, 12:20, 12:24, 13:16, 13:19, 13:21, 14:3, 14:5, 15:11, 15:20, 16:12, 16:21, 17:8, 18:5, 18:6, 18:18, 19:6, 19:10, 20:20, 21:2, 21:3, 22:11, 24:16, 26:17, 27:23, 29:7, 29:10, 30:11, 30:15, 30:21,

L. BURDEN

31:3, 31:7, 32:3, 33:11, 33:21, 35:17, 38:20, 40:10, 40:13, 42:19, 43:13, 45:8, 45:12, 45:13, 47:2, 47:20, 48:21, 49:3, 49:5, 50:13, 51:17, 51:21, 52:3, 52:5, 52:11, 52:21, 53:17, 53:22, 54:2, 54:4, 55:9, 56:2, 56:21, 57:5, 57:17, 58:2, 59:5, 60:17, 60:18, 60:19, 61:15, 61:17, 61:20, 62:17, 64:6, 67:15, 68:12, 68:15, 69:7, 69:13, 69:17, 70:8, 73:18

**incident** [8] - 4:19, 27:16, 62:18, 63:23, 63:25, 64:2, 69:7, 70:8

**incorrect** [3] - 23:3, 23:4, 23:9

**incurred** [1] - 56:6

**indicated** [11] - 6:18, 8:10, 21:17, 22:24, 23:2, 27:4, 31:23, 59:8, 62:9, 63:24, 65:5

**indicating** [5] - 18:12, 18:22, 19:20, 31:11, 49:23

**indicating)** [1] - 18:11

**individuals** [1] - 56:2

**INFORMATION** [2] - 72:18, 72:19

**information** [2] - 14:12, 54:4

**injection** [1] - 28:9

**injured** [1] - 40:10

**injuries** [4] - 55:13, 56:4, 62:6, 68:9

**injury** [3] - 31:14, 37:11, 62:14

**inside** [1] - 36:11

**instance** [2] - 59:15, 60:7

**instructions** [3] - 42:18, 45:6, 46:22

**insulin** [3] - 23:15, 28:8, 28:17

**interaction** [1] - 58:6

**interested** [1] - 73:18

**interferes** [1] - 58:11

**into** [5] - 11:9, 12:5, 19:21, 31:24, 58:23

**involved** [1] - 27:12

**IS** [2] - 3:5, 3:20

**is** [81] - 4:17, 5:6, 6:19, 6:20, 12:14, 13:13, 14:22, 15:3, 16:6, 18:12, 18:19, 19:20, 21:8, 23:2, 23:3, 23:4, 23:5, 23:6, 23:7, 23:9, 23:14, 23:17, 24:2, 24:11, 25:2, 25:3, 25:7, 27:4, 27:22, 29:15, 33:19, 35:4, 35:20, 36:11, 36:12, 37:19, 37:25, 42:24, 44:2, 46:18, 48:22,

48:25, 50:6, 50:13, 53:7, 53:8, 53:13, 55:21, 55:24, 56:11, 56:21, 56:22, 57:4, 57:5, 57:6, 58:6, 59:23, 60:13, 60:18, 60:22, 62:19, 64:15, 64:16, 64:21, 65:19, 65:23, 65:25, 66:4, 66:8, 66:9, 66:10, 66:11, 66:17, 68:15, 69:3, 71:9, 73:11, 73:13

**is it your** [2] - 18:19

**is that** [6] - 17:15, 18:25, 24:9, 25:7, 56:24, 58:15

**is there** [4] - 35:21, 52:24, 55:7, 69:25

**isn't** [1] - 54:6

**IT** [2] - 3:5, 3:20

**it** [93] - 4:20, 4:24, 4:25, 8:7, 8:9, 8:18, 8:22, 9:13, 9:16, 9:21, 10:17, 13:3, 13:4, 13:22, 16:10, 16:15, 16:24, 16:25, 17:13, 18:8, 18:20, 19:18, 19:25, 20:3, 20:5, 20:25, 21:17, 22:11, 22:12, 23:7, 23:19, 26:7, 26:18, 27:22, 27:25, 28:14, 30:24, 30:25, 33:13, 33:14, 35:4, 36:24, 37:13, 37:18, 37:19, 37:21, 37:22, 42:8, 42:10, 42:16, 44:4, 44:9, 45:18, 46:3, 46:19, 46:20, 46:24, 48:2, 49:5, 49:10, 49:22, 50:6, 50:10, 50:11, 52:7, 54:3, 54:22, 55:3, 55:21, 57:6, 57:24, 58:5, 59:4, 59:21, 60:15, 60:23, 62:23, 63:10, 65:25, 67:20, 67:22, 67:24, 68:2, 68:5, 69:16

**it's** [5] - 9:10, 18:4, 28:14, 28:15, 61:4

**item** [8] - 12:8, 15:12, 15:24, 16:2, 16:20, 19:22, 19:25, 21:8

**items** [26] - 10:7, 10:21, 15:19, 15:21, 16:6, 19:7, 19:12, 20:6, 20:9, 20:11, 20:14, 20:15, 20:17, 21:3, 21:12, 21:14, 21:17, 21:19, 22:17, 28:23, 28:25, 29:8, 29:16, 29:25, 31:2, 32:20

### J

**January** [1] - 58:24
**job** [1] - 6:15
**Johnston** [2] - 4:13, 36:7
**Judge** [1] - 3:13
**July** [2] - 51:17, 52:12
**June** [2] - 8:11, 58:2
**just** [24] - 6:4, 6:22, 7:10, 9:11, 10:11, 13:24, 14:22,

15:2, 16:8, 20:4, 20:19, 25:17, 28:13, 46:24, 47:22, 49:6, 50:11, 55:20, 56:10, 59:18, 63:5, 65:16, 68:17

### K

**Karen** [1] - 53:21
**keep** [2] - 24:2, 28:10
**kind** [1] - 70:7
**know** [40] - 4:24, 8:3, 8:7, 8:18, 8:20, 9:3, 9:8, 9:11, 13:3, 16:24, 16:25, 17:19, 17:22, 19:25, 20:8, 20:17, 21:25, 23:18, 23:24, 24:7, 24:11, 27:7, 27:8, 31:2, 31:5, 31:6, 33:10, 36:18, 38:2, 46:9, 48:4, 49:5, 58:7, 59:13, 61:9, 62:8, 65:16, 65:17, 65:18

**knowing** [1] - 33:16

### L

**L** [5] - 3:2, 4:2, 53:11, 71:2
**lack** [2] - 21:13, 69:17
**lady** [1] - 13:4
**lane** [1] - 33:10
**lanes** [1] - 33:8
**last** [11] - 6:11, 24:16, 24:21, 24:23, 26:22, 53:10, 54:11, 67:6, 67:8, 67:9
**later** [4] - 37:16, 37:17, 43:15, 47:15
**laying** [4] - 21:8, 22:10, 22:13, 30:21
**least** [1] - 21:8
**leave** [2] - 32:7, 32:11
**leaving** [1] - 32:16
**LEEVERDIA** [4] - 1:3, 1:16, 2:5, 71:15
**Leeverdia** [1] - 4:11
**left** [3] - 32:12, 34:5, 49:18
**Legal** [1] - 1:19
**less** [2] - 62:13, 68:13
**let** [7] - 4:24, 5:6, 16:18, 17:3, 33:14, 49:22, 59:21
**let's** [1] - 23:10
**LETTER** [1] - 72:7
**levels** [2] - 27:24, 28:11
**lighter** [1] - 57:20
**like** [22] - 5:12, 9:18, 10:17, 11:22, 13:4, 15:4, 16:11, 20:19, 23:21, 23:25, 24:24, 25:4, 33:12, 56:10, 57:4, 57:6, 58:3, 60:16, 61:3, 64:19, 66:18, 69:16
**likes** [1] - 26:8
**LINE** [1] - 72:24
**listen** [1] - 7:16

**little** [4] - 13:7, 23:10, 42:10, 47:20
**lived** [1] - 7:8
**living** [1] - 56:21
**LLP** [1] - 2:4
**loaded** [1] - 11:8
**located** [1] - 18:10
**long** [11] - 5:16, 9:22, 13:19, 13:21, 24:13, 29:7, 31:6, 34:23, 35:25, 45:2, 47:7
**longer** [5] - 62:13, 62:19, 63:17, 63:19, 64:21
**look** [1] - 18:5
**looked** [1] - 42:23
**looking** [6] - 10:7, 10:11, 11:23, 12:6, 12:9, 40:23
**loose** [2] - 42:10, 42:15
**lot** [3] - 23:5, 27:10, 58:4
**love** [1] - 63:10
**LP** [2] - 1:8, 2:10
**Luke's** [6] - 44:25, 48:8, 52:2, 52:3, 54:6, 68:8

### M

**made** [5] - 11:18, 34:3, 35:15, 41:7, 42:3
**Main** [1] - 1:20
**mainly** [1] - 59:16
**maintain** [1] - 62:19
**make** [14] - 14:16, 28:13, 31:13, 37:10, 38:7, 39:25, 41:3, 41:5, 41:6, 41:23, 42:6, 43:23, 54:17, 64:18
**makes** [1] - 37:22
**making** [4] - 7:15, 15:23, 34:21, 38:9
**MALLORY** [1] - 2:16
**man** [1] - 25:6
**manage** [1] - 26:5
**management** [1] - 26:16
**many** [1] - 28:12
**marked** [1] - 17:4
**MARKED** [1] - 72:23
**marriage** [2] - 7:5, 73:17
**married** [3] - 5:23, 5:24, 7:23
**MART** [2] - 1:8, 2:10
**Mart** [20] - 4:20, 8:12, 30:9, 30:16, 32:18, 33:2, 35:7, 35:8, 35:9, 38:11, 40:11, 40:13, 55:14, 56:5, 56:14, 57:9, 60:17, 66:22, 68:9, 70:9
**math** [1] - 7:15
**matter** [1] - 73:19
**may** [2] - 3:10, 3:14
**maybe** [16] - 11:21, 22:15, 24:15, 27:7, 27:8, 36:3,

37:17, 41:12, 54:14, 56:20, 59:14, 60:14, 60:20, 61:9, 68:18

**me** [24] - 4:24, 5:6, 6:13, 6:18, 7:15, 8:5, 16:18, 17:3, 33:14, 35:24, 36:13, 40:20, 40:21, 49:22, 54:4, 58:6, 59:21, 62:2, 62:3, 63:16, 63:18, 65:3, 71:10, 71:18

**mean** [5] - 10:10, 13:12, 13:13, 21:21, 60:19

**meaning** [1] - 37:20

**measurement** [1] - 43:3

**medication** [4] - 23:15, 24:6, 24:8, 69:16

**medications** [6] - 23:8, 23:12, 27:3, 27:12, 27:14, 56:7

**medicine** [3] - 23:20, 58:5, 58:10

**meet** [1] - 44:17

**member** [2] - 41:10, 41:12

**Memorial** [7] - 8:22, 8:23, 57:15, 57:22, 68:6, 69:6, 70:8

**memory** [3] - 23:6, 27:5, 57:25

**men** [2] - 62:24, 63:7

**mention** [1] - 35:9

**met** [1] - 43:20

**methodology** [1] - 30:22

**middle** [4] - 36:20, 37:12, 49:7, 49:23

**Middletown** [1] - 2:6

**might** [4] - 47:22, 48:23, 50:11, 59:17

**minute** [5] - 29:13, 31:10, 32:6, 32:9, 40:19

**minutes** [7] - 9:25, 10:3, 11:22, 13:24, 29:11, 35:2, 36:3

**mode** [1] - 59:6

**Monday** [3] - 37:13, 38:4, 39:10

**month** [6] - 24:25, 55:21, 60:21, 68:13, 68:14, 68:18

**months** [4] - 24:15, 24:16, 54:14, 61:8

**more** [6] - 11:24, 17:15, 20:21, 22:12, 28:13, 68:13

**morning** [1] - 67:11

**MOSBACHER** [7] - 2:6, 6:3, 6:7, 68:15, 68:25, 70:11, 72:15

**most** [4] - 13:25, 24:15, 29:11, 36:4

**move** [2] - 5:2, 29:22

**moving** [1] - 10:14

**Mr** [5] - 6:18, 6:24, 7:23, 8:10, 69:2

**MR** [12] - 4:8, 6:3, 6:7, 26:21, 29:22, 68:15, 68:19, 68:22, 68:25, 70:11, 72:14, 72:15

**Ms** [2] - 4:15, 18:15

**much** [4] - 11:17, 11:24, 62:13, 68:11

**my** [22] - 4:17, 4:22, 5:7, 5:21, 14:18, 14:22, 15:3, 16:11, 23:6, 27:9, 29:15, 41:24, 46:17, 47:21, 48:23, 50:13, 58:3, 62:16, 62:17, 64:16, 64:22, 73:21

**myself** [1] - 62:4

## N

**N** [5] - 2:2, 3:2, 4:2, 71:2, 72:11

**name** [6] - 4:9, 4:17, 9:3, 23:19, 53:10, 54:3

**nature** [2] - 56:9, 57:2

**necessarily** [1] - 54:5

**need** [1] - 62:4

**needles** [1] - 28:18

**needs** [2] - 42:24, 62:10

**never** [1] - 30:24

**NEW** [3] - 1:2, 73:4, 73:5

**New** [8] - 1:21, 1:22, 2:6, 2:11, 4:4, 4:14, 4:21, 73:9

**Newburgh** [6] - 4:14, 4:21, 54:2, 55:9, 56:22, 62:17

**next** [8] - 37:15, 38:25, 39:3, 46:3, 47:8, 49:2, 51:11, 56:21

**nice** [1] - 38:7

**night** [4] - 38:10, 67:8, 67:9

**nine** [1] - 11:21

**nineteen** [1] - 5:18

**No** [1] - 1:6

**no** [88] - 6:10, 7:16, 7:19, 10:24, 12:3, 12:10, 12:13, 13:18, 14:10, 14:13, 14:15, 15:2, 17:21, 17:24, 18:3, 20:10, 20:16, 22:20, 24:20, 25:17, 25:22, 26:7, 26:11, 26:14, 26:17, 27:19, 28:12, 28:13, 28:19, 28:22, 30:10, 30:24, 31:5, 31:9, 31:15, 31:17, 31:19, 32:5, 32:19, 33:9, 33:12, 33:18, 34:4, 34:9, 34:14, 35:11, 37:3, 37:8, 43:4, 46:9, 52:23, 53:20, 54:7, 55:16, 57:6, 57:10, 57:13, 58:3, 58:19, 59:25, 61:10, 62:12, 62:19, 63:17, 63:19, 64:4, 64:9, 64:12, 64:19, 64:21, 65:3, 67:16, 67:19, 68:22, 69:10, 70:10, 73:18

**nod** [1] - 5:13

**None** [2] - 72:20, 72:25

**none** [2] - 7:8, 72:8

**normally** [1] - 10:5

**Northport** [1] - 2:11

**nose** [1] - 18:22

**not** [27] - 6:10, 12:10, 13:2, 13:13, 16:7, 20:5, 27:10, 27:19, 28:15, 31:15, 31:17, 31:19, 32:15, 32:19, 33:19, 35:11, 40:8, 54:5, 57:10, 57:25, 58:4, 58:7, 61:4, 64:15, 69:10, 70:10, 73:15

**NOTARY** [1] - 71:22

**Notary** [3] - 1:22, 4:4, 73:8

**nothing** [1] - 43:9

**noticed** [1] - 47:19

**November** [1] - 73:21

**now** [13] - 7:23, 19:3, 25:2, 25:4, 42:9, 42:14, 58:4, 58:19, 59:17, 64:4, 66:7, 66:10, 70:4

**number** [3] - 6:5, 18:6, 21:13

**numerous** [2] - 23:8, 23:12

## O

**O** [3] - 3:2, 53:11, 71:2

**O'Connor** [1] - 4:17

**O'CONNOR** [9] - 2:9, 2:11, 4:8, 26:21, 29:22, 68:19, 68:22, 72:14

**oath** [1] - 3:12

**objections** [1] - 3:21

**observation** [1] - 31:13

**observe** [5] - 15:18, 30:8, 30:20, 32:2, 36:15

**obtain** [1] - 58:20

**obtained** [2] - 59:2, 64:6

**occasion** [1] - 30:14

**occur** [2] - 15:16, 52:15

**occurred** [12] - 4:19, 8:16, 8:19, 11:15, 11:19, 13:20, 13:22, 14:6, 17:17, 34:6, 62:18, 69:7

**occurring** [1] - 9:23

**October** [1] - 1:11

**OF** [3] - 1:2, 73:4, 73:5

**of** [132] - 1:15, 1:18, 1:19, 1:22, 3:8, 3:9, 3:13, 3:14, 3:16, 3:17, 3:22, 4:4, 4:20, 5:5, 5:6, 5:9, 5:13, 5:20, 5:25, 7:8, 7:9, 7:14, 8:12, 9:3, 9:8, 11:18, 12:6, 12:20, 15:22, 15:23, 17:5, 18:6, 18:7, 18:20, 19:4, 19:14, 19:15, 19:16, 19:19, 21:11, 21:14, 21:19, 22:5, 22:6, 22:17, 23:5, 23:7, 23:22,

25:5, 26:17, 27:4, 27:8, 27:10, 27:20, 27:21, 28:10, 29:13, 29:25, 31:11, 31:13, 32:7, 32:10, 33:16, 33:21, 33:22, 35:18, 41:10, 41:12, 43:7, 44:6, 47:12, 47:20, 47:22, 48:5, 49:3, 51:4, 51:12, 52:5, 52:16, 52:17, 52:25, 54:3, 54:4, 56:2, 56:4, 56:6, 56:9, 56:14, 56:22, 57:2, 57:7, 57:11, 58:4, 58:21, 58:22, 59:6, 60:4, 60:13, 60:23, 62:6, 62:10, 62:14, 63:2, 63:12, 63:21, 64:3, 64:6, 64:7, 64:13, 65:6, 65:17, 66:24, 69:8, 69:13, 69:14, 69:17, 69:25, 70:7, 70:13, 71:10, 71:19, 73:9, 73:13, 73:16, 73:18, 73:21

**off** [38] - 15:12, 15:19, 15:21, 19:13, 19:19, 19:23, 20:2, 20:9, 20:13, 20:15, 22:18, 23:10, 31:16, 31:18, 31:21, 31:22, 36:12, 43:10, 44:2, 44:10, 46:24, 47:13, 47:22, 47:23, 48:24, 49:11, 49:15, 49:20, 49:24, 49:25, 50:12, 50:15, 50:19, 50:24, 53:5, 62:24, 68:19, 68:20

**off-the-record** [1] - 68:20

**office** [4] - 38:20, 41:9, 44:15, 54:6

**offices** [1] - 1:19

**oh** [2] - 7:15, 65:13

**okay** [7] - 14:19, 14:22, 15:5, 16:19, 29:14, 33:20, 50:8

**old** [9] - 7:13, 65:19, 65:22, 65:23, 65:25, 66:4, 66:11, 66:15, 66:19

**oldest** [2] - 6:19, 65:19

**on** [40] - 8:11, 8:14, 8:19, 11:11, 16:2, 16:3, 16:5, 16:16, 16:23, 18:7, 18:10, 21:3, 21:11, 21:15, 22:10, 24:13, 29:18, 29:19, 30:2, 30:14, 30:22, 31:2, 35:19, 36:20, 37:25, 38:6, 39:7, 39:9, 39:15, 52:10, 57:22, 57:25, 58:5, 58:16, 61:10, 62:13, 64:21, 69:6

**once** [4] - 29:17, 48:19, 55:21, 59:14

**one** [38] - 5:6, 6:22, 6:23, 6:24, 7:10, 7:11, 16:12, 16:16, 19:4, 20:5, 20:20, 20:21, 21:8, 21:19, 22:6, 22:8, 22:12, 22:13, 24:22, 24:23, 34:16, 37:19, 46:3, 46:10, 48:24, 49:8, 49:18,

49:25, 66:7, 66:13, 66:15, 66:19, 69:13, 69:14, 69:18, 70:3

**One** [1] - 2:5
**one-year** [2] - 66:15, 66:19
**only** [6] - 6:4, 21:25, 26:2, 56:22, 57:4, 66:7
**opinion** [1] - 27:9
**opposed** [1] - 28:17
**or** [68] - 4:23, 5:13, 6:15, 7:5, 8:6, 8:7, 8:12, 9:12, 11:12, 11:21, 12:9, 17:2, 19:10, 19:16, 19:17, 22:7, 22:15, 23:25, 25:19, 27:5, 30:22, 31:24, 33:7, 33:11, 35:7, 36:25, 37:5, 37:11, 37:17, 37:19, 37:20, 38:19, 41:5, 41:10, 43:3, 46:4, 48:15, 48:20, 50:3, 51:10, 51:18, 52:21, 54:12, 55:14, 55:18, 55:25, 57:3, 59:24, 60:9, 60:10, 60:20, 60:24, 60:25, 61:8, 61:12, 61:18, 61:19, 61:24, 62:2, 62:13, 62:19, 63:7, 64:23, 66:15, 70:6, 73:17
**order** [1] - 51:21
**Order** [1] - 1:17
**organize** [1] - 63:7
**original** [2] - 3:9, 3:17
**other** [20] - 7:2, 10:7, 11:23, 13:15, 19:7, 19:12, 22:9, 31:11, 37:5, 45:24, 45:25, 46:2, 55:10, 55:12, 55:18, 57:12, 60:9, 60:25, 69:14, 69:20
**our** [2] - 5:10, 5:11
**out** [15] - 8:21, 20:24, 33:11, 33:17, 34:7, 34:9, 35:5, 35:6, 35:13, 56:6, 60:6, 60:13, 60:22, 69:14
**out-of-pocket** [1] - 56:6
**outcome** [1] - 73:18
**outdoor** [1] - 11:12
**outside** [2] - 34:19, 35:13
**over** [1] - 25:8
**over-the-counter** [1] - 25:8
**overheard** [1] - 15:4
**own** [2] - 54:7, 54:9
**Oxycodone** [4] - 24:12, 24:14, 24:18, 25:5

## P

**P** [4] - 2:2, 3:2, 9:7
**P-E-R-U-S-A** [1] - 9:7
**P.M** [2] - 1:12, 70:12
**p.m** [1] - 9:17
**pack** [5] - 16:13, 16:21, 18:9, 19:7, 19:11

**packs** [1] - 19:4
**PAGE** [4] - 72:6, 72:13, 72:19, 72:24
**pain** [7] - 23:20, 23:22, 24:8, 25:15, 26:5, 26:15
**painkiller** [1] - 25:21
**partial** [1] - 69:21
**participate** [1] - 66:14
**particular** [7] - 12:8, 30:11, 51:25, 52:24, 55:7, 56:14, 66:21
**parties** [2] - 3:7, 73:16
**path** [1] - 23:11
**Patrick's** [2] - 62:16, 63:4
**pay** [2] - 34:19, 35:20
**payments** [1] - 56:10
**people** [1] - 60:25
**performed** [4] - 44:20, 48:3, 48:5, 48:8
**period** [7] - 5:3, 29:13, 31:10, 32:6, 32:9, 43:7, 47:12
**periodically** [1] - 53:6
**peroxide** [1] - 36:24
**Perusa** [1] - 9:5
**pharmacy** [1] - 55:7
**phone** [4] - 34:12, 34:19, 35:15, 35:20
**photograph** [7] - 17:3, 17:9, 17:12, 17:20, 17:23, 18:2, 18:5
**physical** [1] - 52:20
**physician** [2] - 55:25, 56:3
**picked** [1] - 36:6
**picking** [2] - 29:16, 61:18
**picks** [1] - 56:11
**picture** [2] - 20:21, 22:11
**pill** [1] - 23:24
**pinky** [4] - 46:8, 46:10, 47:19, 48:16
**place** [2] - 56:24, 71:11
**placed** [1] - 31:2
**places** [1] - 60:18
**Plains** [1] - 1:20
**Plaintiff** [1] - 1:15
**Plaintiff's** [2] - 17:4, 21:2
**Plaintiffs** [1] - 2:4
**PLAINTIFFS** [1] - 1:4
**plate** [1] - 64:22
**play** [3] - 63:5, 63:6, 65:17
**played** [1] - 63:8
**plays** [1] - 66:17
**Please** [1] - 4:9
**please** [2] - 4:23, 26:21
**pocket** [1] - 56:6
**point** [12] - 12:16, 15:11, 32:16, 41:2, 44:12, 45:22, 46:22, 49:19, 52:11, 57:7, 59:4, 61:15

**position** [2] - 31:3, 31:7
**possibility** [1] - 27:9
**potential** [1] - 31:13
**preparing** [2] - 37:24, 38:3
**prescribe** [1] - 61:16
**prescribed** [1] - 61:22
**prescribes** [1] - 55:8
**prescription** [2] - 24:9, 55:4
**prescriptions** [1] - 56:11
**present** [5] - 17:25, 22:21, 43:19, 52:12, 67:12
**PRESENT** [1] - 2:14
**pressure** [7] - 23:14, 23:21, 23:23, 23:24, 24:3, 24:5, 25:18
**pretty** [1] - 65:22
**previously** [1] - 5:15
**primary** [4] - 55:20, 55:22, 55:24, 56:3
**prior** [16] - 7:5, 9:23, 10:3, 10:22, 10:25, 20:15, 22:18, 27:18, 30:7, 30:12, 30:15, 31:3, 31:7, 43:7, 53:18, 57:15
**probably** [1] - 66:23
**problem** [2] - 27:17, 69:2
**problems** [2] - 53:19, 64:20
**Procedure** [1] - 1:18
**procedure** [6] - 47:24, 48:25, 49:11, 49:15, 50:14, 50:18
**procedures** [2] - 50:24, 51:3
**process** [4] - 26:17, 45:22, 46:17, 46:19
**product** [1] - 8:13
**products** [1] - 30:21
**professional** [1] - 58:7
**provide** [1] - 36:22
**provider** [5] - 25:20, 37:2, 37:5, 37:11, 55:19
**providers** [2] - 55:11, 55:13
**PUBLIC** [1] - 71:22
**Public** [3] - 1:22, 4:4, 73:9
**Puerto** [1] - 13:7
**pull** [1] - 62:24
**pump** [2] - 28:17, 28:21
**purchase** [6] - 11:6, 32:21, 32:22, 32:25, 33:22, 57:17
**purchased** [4] - 57:19, 67:18, 68:2, 68:5
**purchases** [3] - 12:2, 34:3, 34:21
**purple** [1] - 45:24
**purpose** [3] - 17:5, 51:12, 60:23
**purposes** [1] - 12:12
**pursuant** [1] - 1:17
**pursued** [1] - 12:14

**put** [7] - 10:16, 13:4, 23:6, 29:18, 29:19, 29:25, 69:16

## Q

**QUESTION** [1] - 72:24
**question** [7] - 4:23, 5:3, 5:7, 26:22, 26:25, 33:4, 50:13
**questioning** [1] - 5:5
**QUESTIONS** [1] - 72:23
**questions** [3] - 4:18, 60:8, 68:23

## R

**R** [9] - 2:2, 3:2, 4:2, 9:7, 53:11, 71:2, 73:2
**ran** [2] - 62:17, 62:21
**rather** [2] - 60:18, 60:19
**reach** [2] - 16:15, 19:4
**reachable** [1] - 16:25
**reached** [4] - 15:25, 16:15, 19:18, 19:21
**reaching** [3] - 15:23, 16:20, 22:25
**read** [2] - 26:22, 26:25
**reading** [1] - 43:3
**real** [1] - 56:22
**reason** [1] - 52:24
**recall** [4] - 32:15, 40:8, 56:20, 68:10
**receipt** [1] - 34:2
**receptionist** [2] - 38:21, 38:23
**recess** [1] - 26:19
**recognize** [2] - 17:8, 17:11
**recollection** [1] - 33:16
**recommended** [1] - 52:8
**record** [6] - 4:10, 6:8, 28:10, 68:19, 68:20, 73:13
**refer** [2] - 40:15, 40:20
**reference** [1] - 18:18
**referral** [1] - 40:4
**referred** [1] - 26:24
**referred-to** [1] - 26:24
**referring** [1] - 49:7
**regarding** [1] - 4:18
**regular** [1] - 58:16
**regularly** [1] - 67:3
**related** [1] - 73:16
**relationship** [2] - 7:6, 7:7
**released** [2] - 61:11, 61:12
**remain** [3] - 14:3, 29:7, 35:17
**remained** [3] - 29:10, 35:19, 35:23
**remaining** [1] - 50:22
**remember** [7] - 20:3, 20:4, 20:10, 27:11, 38:9, 58:4,

69:4

**removed** [7] - 44:21, 48:12, 48:17, 48:20, 50:6, 50:22, 51:16
**rentals** [1] - 64:3
**repeat** [1] - 4:24
**rephrase** [1] - 4:24
**report** [1] - 32:17
**Reporter** [4] - 5:10, 5:16, 20:24, 27:2
**Reporting** [1] - 1:19
**request** [2] - 5:9, 6:4
**REQUESTED** [1] - 72:18
**reserved** [1] - 3:22
**reside** [1] - 5:19
**resided** [1] - 5:17
**respect** [9] - 18:17, 42:13, 45:7, 45:16, 46:15, 46:22, 54:20, 63:12, 66:21
**respective** [1] - 3:6
**respond** [2] - 14:20, 14:24
**responses** [1] - 5:9
**rest** [3] - 47:22, 48:24, 50:7
**result** [3] - 15:22, 56:4, 62:6
**retrain** [1] - 52:21
**return** [2] - 43:14, 47:14
**reverse** [1] - 31:21
**Rican** [1] - 13:8
**right** [21] - 11:20, 14:19, 16:12, 16:18, 18:21, 18:22, 20:12, 20:20, 27:15, 29:6, 29:21, 35:17, 36:20, 46:3, 46:12, 46:20, 48:19, 48:21, 49:21, 49:22, 63:11
**ring** [3] - 46:12, 48:18, 50:2
**rude** [1] - 13:2
**Rules** [1] - 1:18
**RULINGS** [1] - 72:23

## S

**S** [5] - 2:2, 3:2, 9:7, 72:2
**said** [19] - 11:22, 12:13, 14:22, 15:2, 15:5, 16:8, 23:11, 23:21, 26:7, 29:15, 42:14, 42:24, 46:16, 50:9, 53:4, 57:4, 58:10, 59:18, 66:22
**same** [8] - 3:12, 3:15, 3:17, 6:3, 35:3, 53:22, 67:25, 68:2
**satisfied** [1] - 45:21
**Saturday** [1] - 37:20
**saw** [3] - 15:21, 54:12, 67:10
**say** [26] - 9:24, 10:9, 11:20, 13:7, 16:3, 16:9, 16:13, 18:21, 19:14, 22:15, 27:9, 30:25, 34:25, 38:3, 42:9, 45:25, 46:6, 46:14, 52:16, 57:24, 58:8, 58:21, 60:20,

61:9, 62:21, 64:17
**saying** [1] - 20:22
**schedule** [2] - 41:13, 47:4
**scheduled** [1] - 47:25
**scheduling** [1] - 51:12
**sealing** [1] - 3:7
**seating** [1] - 35:21
**second** [5] - 5:8, 23:11, 43:24, 46:4, 49:11
**Security** [1] - 6:5
**see** [19] - 15:15, 20:14, 20:20, 22:17, 30:16, 31:25, 39:2, 41:16, 42:21, 45:18, 46:25, 51:10, 53:5, 53:7, 53:12, 53:16, 54:16, 55:18, 69:14
**seeing** [3] - 10:5, 10:9, 43:5
**seen** [4] - 15:19, 30:18, 55:12, 67:14
**sees** [1] - 55:20
**select** [2] - 11:5, 19:4
**selected** [1] - 32:20
**selection** [1] - 11:18
**self** [1] - 35:6
**sensitive** [1] - 13:14
**sequence** [1] - 39:6
**service** [4] - 3:16, 9:4, 58:14, 58:15
**set** [3] - 30:3, 73:12, 73:21
**seven** [4] - 6:19, 21:13, 61:8, 65:7
**seventh** [3] - 19:17, 19:23, 20:2
**she** [17] - 7:19, 13:3, 13:6, 14:18, 15:3, 15:4, 15:9, 15:10, 38:24, 40:4, 40:19, 40:20, 40:21, 42:23, 42:24, 66:3, 66:9
**shelf** [37] - 15:12, 15:20, 15:22, 16:5, 16:23, 17:2, 18:10, 18:13, 18:18, 19:8, 19:13, 19:15, 19:16, 19:17, 19:22, 19:23, 20:2, 20:9, 20:13, 20:15, 21:3, 21:12, 21:13, 21:14, 22:19, 22:25, 28:24, 29:18, 29:20, 30:2, 30:17, 30:19, 30:21, 30:23, 31:3
**shelves** [1] - 18:6
**shelving** [1] - 18:4
**shoe** [5] - 31:16, 31:21, 31:24, 32:3, 36:12
**shopping** [10] - 8:11, 10:12, 10:16, 10:19, 10:20, 10:22, 34:8, 56:25, 57:15, 60:25
**short** [1] - 26:19
**should** [3] - 23:19, 25:20, 31:20
**shouldn't** [1] - 64:11
**show** [1] - 17:3

**showed** [1] - 36:13
**shower** [1] - 64:23
**shows** [1] - 22:12
**side** [7] - 12:19, 12:22, 24:6, 27:8, 35:19
**sides** [1] - 30:22
**sight** [2] - 10:5, 10:9
**sight-seeing** [2] - 10:5, 10:9
**signed** [3] - 3:10, 3:12, 3:15
**significantly** [1] - 54:22
**similar** [1] - 5:4
**simply** [1] - 17:7
**since** [8] - 51:7, 51:16, 52:12, 52:19, 56:14, 64:5, 67:4
**sit** [2] - 60:18, 60:19
**sits** [1] - 60:17
**situation** [1] - 40:2
**six** [2] - 55:2, 61:8
**sixth** [4] - 18:13, 18:17, 19:16, 19:22
**slowly** [2] - 16:10, 20:25
**so** [28] - 5:2, 8:22, 10:9, 13:6, 14:5, 15:9, 16:25, 18:9, 19:20, 20:24, 21:2, 25:2, 25:13, 26:8, 28:12, 43:11, 49:6, 49:10, 50:24, 51:25, 52:8, 52:9, 53:4, 57:24, 58:19, 58:23, 60:2, 64:21
**so..** [3] - 10:8, 56:23, 62:20
**soap** [1] - 8:12
**SOBO** [2] - 2:4
**Social** [1] - 6:5
**sock** [3] - 31:18, 31:22, 36:17
**some** [14] - 8:12, 12:6, 12:13, 12:16, 15:23, 25:21, 41:2, 41:10, 54:21, 57:19, 58:5, 60:4, 61:15, 64:13
**somebody** [2] - 38:20, 53:8
**someone** [1] - 55:25
**someplace** [1] - 18:20
**something** [7] - 9:20, 12:21, 22:7, 22:8, 33:23, 34:8, 35:7
**sometimes** [4] - 59:10, 60:16, 61:3, 62:5
**son** [6] - 13:4, 13:16, 14:3, 15:9, 32:10, 57:12
**soon** [1] - 69:15
**sore** [1] - 42:7
**sorry** [3] - 7:17, 7:22, 66:4
**SOUTHERN** [1] - 1:2
**Spanish** [6] - 13:9, 13:15, 14:2, 14:8, 32:10, 57:12
**speak** [5] - 14:14, 38:18, 38:19, 41:9, 57:8
**speaking** [1] - 60:2
**special** [2] - 69:25, 70:7

**specialist** [1] - 40:22
**specializes** [1] - 55:25
**specific** [5] - 20:11, 20:14, 33:15, 62:7, 62:11
**specifically** [3] - 40:9, 42:24, 63:2
**specified** [1] - 71:11
**spell** [2] - 9:6, 53:10
**spend** [3] - 65:11, 66:15, 68:12
**Spring** [1] - 4:20
**spring** [3] - 5:20, 7:9, 7:14
**SS** [1] - 73:4
**St** [8] - 44:25, 48:8, 52:2, 52:3, 54:6, 62:16, 63:3, 68:8
**stable** [1] - 27:22
**stacked** [6] - 20:18, 21:3, 21:20, 22:5, 22:6, 22:18
**staff** [2] - 41:11, 41:12
**standing** [3] - 21:21, 30:3, 30:5
**start** [1] - 27:13
**started** [3] - 34:10, 40:23, 53:3
**state** [1] - 4:9
**STATE** [1] - 73:4
**State** [3] - 1:22, 4:4, 73:9
**stated** [1] - 58:3
**STATES** [1] - 1:2
**status** [1] - 27:20
**stay** [3] - 11:25, 43:10, 46:24
**stayed** [2] - 43:11, 47:13
**still** [1] - 27:22
**stinging** [2] - 29:15, 31:12
**STIPULATED** [2] - 3:5, 3:20
**stocking** [4] - 30:9, 30:17, 30:18, 30:20
**stopped** [2] - 24:24, 59:5
**store** [17] - 8:24, 9:15, 9:19, 9:22, 10:15, 11:25, 30:12, 30:15, 35:18, 40:3, 56:23, 57:5, 60:16, 66:22, 66:23, 67:4, 67:15
**STORES** [2] - 1:8, 2:10
**straight** [4] - 21:4, 22:9, 30:4, 30:5
**street** [1] - 62:25
**Street** [3] - 1:20, 4:13, 36:8
**strength** [1] - 25:8
**strike** [5] - 21:15, 28:25, 29:3, 29:5, 29:22
**struck** [3] - 6:8, 15:12, 29:8
**STUART** [1] - 2:6
**Subscribed** [1] - 71:18
**such** [1] - 73:13
**sugar** [4] - 27:24, 28:3, 28:10, 43:2
**Suite** [1] - 1:20

L. BURDEN

**summer** [3] - 48:5, 49:3, 51:4
**Sunday** [5] - 37:20, 37:21, 37:23, 38:7, 39:7
**Sunday's** [1] - 38:5
**sure** [2] - 16:7, 28:13
**surgery** [3] - 44:9, 44:20, 45:17
**surgical** [2] - 52:6, 52:13
**sustained** [3] - 55:14, 56:5, 68:9
**sworn** [5] - 3:10, 4:3, 71:5, 71:18, 73:12

**T**

**T** [6] - 3:2, 71:2, 72:2, 73:2
**take** [24] - 5:11, 5:12, 20:25, 24:18, 25:10, 25:12, 25:14, 25:20, 25:25, 26:4, 31:16, 31:18, 31:21, 36:5, 36:25, 43:2, 47:22, 48:23, 49:11, 49:15, 50:11, 50:24, 54:23, 54:25
**taken** [8] - 1:16, 17:20, 18:2, 25:23, 26:20, 31:22, 50:14, 50:18
**takes** [8] - 4:25, 23:8, 23:18, 23:20, 23:21, 23:24, 26:2
**taking** [13] - 6:13, 23:14, 23:17, 24:9, 24:24, 24:25, 25:2, 25:4, 25:7, 27:4, 27:13, 43:25, 63:12
**talk** [1] - 65:16
**talking** [2] - 19:15, 62:4
**tall** [1] - 18:15
**TASHAWN** [1] - 2:16
**taxi** [13] - 9:2, 9:4, 34:16, 34:17, 34:18, 34:24, 35:3, 36:2, 36:5, 36:6, 58:14, 58:15, 59:5
**tear** [1] - 66:20
**teenager** [1] - 7:18
**tell** [2] - 22:11, 44:5
**telling** [1] - 62:2
**ten** [2] - 34:25, 36:3
**terms** [2] - 18:6, 33:21
**testified** [6] - 4:5, 22:22, 23:13, 51:9, 67:12, 69:3
**testify** [1] - 71:5
**testifying** [3] - 24:19, 66:7, 67:11
**testimony** [3] - 71:6, 71:10, 73:14
**than** [9] - 13:15, 20:21, 22:12, 31:11, 55:10, 57:12, 60:9, 68:13
**thank** [2] - 33:20, 70:11
**That** [1] - 73:11

**that** [228] - 3:7, 3:9, 3:13, 3:20, 5:2, 5:15, 5:17, 6:7, 6:18, 8:3, 8:10, 8:15, 8:25, 9:6, 9:9, 10:3, 10:8, 10:17, 11:8, 12:9, 12:10, 12:14, 12:15, 12:23, 12:24, 13:4, 13:11, 14:2, 14:8, 14:23, 15:4, 15:15, 16:6, 16:11, 16:20, 16:21, 17:8, 17:11, 17:19, 18:6, 18:9, 18:17, 18:18, 19:11, 19:15, 20:4, 20:9, 20:13, 20:20, 20:23, 21:8, 21:14, 22:18, 22:24, 23:2, 23:14, 23:22, 24:2, 24:8, 24:11, 25:20, 26:12, 26:18, 27:3, 27:4, 27:18, 28:13, 28:23, 29:12, 29:23, 30:7, 30:9, 30:11, 30:17, 30:18, 30:25, 31:10, 31:12, 31:20, 31:24, 32:6, 32:9, 32:15, 32:20, 32:21, 32:24, 33:3, 33:17, 34:3, 34:13, 35:10, 36:11, 36:12, 36:16, 36:23, 37:2, 37:6, 37:13, 37:25, 38:4, 38:10, 39:19, 40:4, 40:8, 40:10, 40:21, 40:22, 40:24, 41:18, 41:20, 41:24, 42:3, 42:7, 42:8, 42:14, 42:23, 42:24, 43:7, 44:2, 44:3, 44:8, 44:12, 44:20, 44:22, 45:16, 45:22, 45:24, 46:15, 46:18, 46:22, 47:7, 47:18, 47:19, 47:24, 48:5, 48:11, 48:21, 48:22, 48:25, 49:3, 49:4, 49:5, 49:8, 49:14, 49:19, 50:2, 50:6, 50:10, 50:21, 51:10, 51:22, 51:23, 52:4, 52:12, 52:15, 52:25, 53:10, 53:18, 54:4, 54:11, 54:22, 55:8, 55:21, 56:5, 56:9, 56:11, 56:18, 56:20, 56:21, 56:22, 56:24, 57:2, 57:4, 57:5, 57:14, 57:21, 57:24, 58:6, 58:10, 58:12, 58:14, 58:16, 59:4, 59:9, 59:18, 59:23, 60:25, 62:5, 62:9, 62:11, 62:12, 63:10, 63:14, 63:15, 63:18, 63:19, 63:20, 63:22, 64:8, 64:14, 66:18, 66:25, 67:4, 67:10, 67:14, 67:17, 67:25, 68:15, 69:3, 69:4, 69:9, 69:16, 70:2, 71:4, 71:8, 73:13, 73:14, 73:15, 73:17
**that's** [5] - 13:13, 62:25, 63:10, 64:21, 65:22
**the** [434] - 1:15, 1:16, 1:17, 1:18, 1:22, 2:4, 2:9, 3:6, 3:7, 3:8, 3:9, 3:10, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:22, 4:4, 4:9, 4:20, 5:4, 5:8,

5:13, 5:15, 5:16, 5:20, 6:3, 6:4, 6:8, 6:11, 6:19, 6:20, 7:9, 7:12, 7:13, 7:15, 7:17, 8:5, 8:9, 8:13, 8:20, 8:24, 9:3, 9:8, 9:15, 9:16, 9:18, 9:19, 9:22, 9:23, 10:3, 10:6, 10:15, 10:21, 10:25, 11:2, 11:9, 11:18, 11:19, 11:20, 11:25, 12:5, 12:17, 12:24, 13:16, 13:19, 13:21, 13:24, 14:3, 14:5, 14:6, 14:17, 15:12, 15:19, 15:20, 15:21, 15:22, 15:24, 15:25, 16:2, 16:3, 16:4, 16:5, 16:15, 16:20, 17:5, 17:13, 17:15, 17:22, 17:25, 18:4, 18:6, 18:7, 18:9, 18:12, 18:13, 18:20, 19:7, 19:8, 19:13, 19:14, 19:15, 19:16, 19:17, 19:20, 19:22, 19:23, 20:2, 20:11, 20:13, 20:15, 20:24, 21:3, 21:11, 21:12, 21:15, 22:9, 22:12, 22:19, 22:25, 23:8, 23:11, 23:18, 23:21, 23:22, 23:23, 24:8, 24:15, 24:16, 24:21, 24:23, 25:4, 25:5, 25:7, 25:8, 25:17, 26:5, 26:8, 26:9, 26:10, 26:17, 26:22, 26:24, 27:2, 27:3, 27:8, 27:15, 27:20, 28:7, 28:11, 28:23, 28:24, 29:6, 29:7, 29:10, 29:11, 29:16, 29:18, 29:20, 29:21, 29:25, 30:2, 30:15, 30:21, 30:23, 31:3, 32:4, 32:7, 32:10, 32:11, 32:13, 32:14, 32:16, 32:17, 32:20, 33:5, 34:2, 34:5, 34:6, 34:16, 34:17, 34:18, 35:3, 35:9, 35:15, 35:18, 35:19, 35:20, 35:25, 36:3, 36:5, 36:6, 36:12, 36:17, 36:20, 37:9, 37:11, 37:12, 37:13, 37:15, 37:18, 37:25, 38:6, 38:13, 38:14, 38:15, 38:20, 38:21, 38:23, 38:25, 39:3, 39:5, 39:6, 40:3, 41:5, 41:6, 41:7, 41:24, 42:2, 42:8, 42:9, 42:14, 42:15, 43:23, 44:2, 44:3, 44:6, 44:8, 44:11, 44:15, 44:17, 44:21, 45:2, 45:6, 45:8, 45:17, 45:22, 45:23, 45:24, 45:25, 46:3, 46:4, 46:6, 46:8, 46:10, 46:11, 46:17, 46:18, 46:21, 47:8, 47:11, 47:13, 47:19, 47:20, 47:22, 47:23, 48:4, 48:14, 48:15, 48:18, 48:23, 48:24, 48:25, 49:3, 49:7, 49:8, 49:12, 49:15, 49:16, 49:23, 50:2, 50:5, 50:6, 50:13, 50:14, 50:18, 50:21,

50:22, 51:4, 51:10, 51:11, 51:16, 52:5, 52:8, 52:12, 52:16, 52:17, 53:7, 53:12, 53:15, 53:22, 54:3, 54:11, 54:17, 54:23, 54:25, 55:10, 55:13, 55:22, 56:2, 56:4, 56:14, 56:17, 56:21, 56:22, 57:4, 57:7, 57:8, 57:12, 57:17, 57:25, 58:5, 58:10, 58:14, 58:20, 58:21, 58:22, 59:2, 59:5, 59:11, 59:14, 59:16, 59:19, 59:20, 60:3, 60:11, 60:13, 60:16, 60:17, 60:18, 60:19, 60:20, 60:23, 60:24, 61:2, 61:4, 61:6, 61:7, 61:8, 61:11, 61:18, 61:20, 61:22, 62:6, 62:10, 62:12, 62:14, 62:17, 62:19, 62:21, 62:24, 63:3, 63:7, 63:14, 63:20, 63:21, 63:23, 63:24, 63:25, 64:2, 64:5, 64:6, 64:13, 65:4, 65:6, 65:12, 65:19, 65:23, 66:7, 66:11, 66:23, 66:24, 67:6, 67:10, 67:15, 67:17, 68:2, 68:4, 68:8, 68:12, 68:19, 68:20, 69:7, 69:14, 69:20, 69:23, 70:4, 70:6, 70:7, 70:8, 70:12, 71:5, 71:6, 71:8, 71:10, 73:9, 73:11, 73:14, 73:16, 73:18
**their** [4] - 30:22, 54:6, 54:7, 54:9
**them** [22] - 4:23, 16:6, 20:15, 22:5, 22:6, 22:18, 24:24, 27:8, 29:18, 29:19, 30:3, 30:18, 30:20, 52:9, 53:12, 54:16, 62:24, 65:17, 66:18, 69:13, 70:4
**then** [14] - 37:20, 38:13, 39:6, 41:2, 49:10, 49:14, 49:25, 50:5, 50:13, 50:17, 50:21, 51:7, 59:17, 64:3
**therapy** [4] - 51:12, 51:18, 52:20, 53:2
**there** [27] - 8:21, 10:8, 13:18, 15:11, 16:12, 16:18, 17:13, 20:21, 21:3, 21:7, 23:4, 23:5, 49:10, 49:14, 50:11, 50:17, 52:11, 53:6, 60:18, 61:10, 63:11, 66:25, 67:7, 67:8
**these** [6] - 7:8, 19:11, 27:12, 27:13, 29:8, 62:10
**they** [28] - 13:5, 14:4, 14:5, 20:4, 22:3, 29:4, 31:6, 32:12, 44:9, 48:25, 49:20, 49:24, 49:25, 50:9, 52:14, 52:17, 52:19, 53:22, 53:25, 54:2, 54:5, 54:7, 54:21, 58:6, 58:8, 61:19, 63:5, 65:17

84

L. BURDEN

**things** [14] - 11:23, 16:2, 16:3, 16:16, 23:5, 27:10, 56:9, 57:2, 58:4, 63:3, 63:13, 64:13, 65:14, 66:18
**think** [3] - 8:5, 61:8, 66:22
**third** [2] - 16:25, 50:14
**this** [30] - 5:2, 13:15, 15:7, 16:21, 18:5, 20:19, 20:20, 22:11, 23:6, 27:11, 33:14, 48:17, 48:19, 48:24, 49:20, 49:24, 49:25, 50:5, 52:18, 56:13, 59:21, 62:18, 66:21, 67:11, 70:13, 71:19, 73:16, 73:19, 73:21
**THOMAS** [1] - 2:11
**those** [15] - 5:9, 19:4, 20:9, 20:14, 20:17, 21:19, 22:17, 27:5, 28:24, 31:2, 42:13, 51:3, 52:12, 55:4
**three** [5] - 6:23, 23:25, 28:5, 50:24, 60:14
**through** [4] - 10:15, 20:25, 32:3, 36:17
**throughout** [1] - 28:11
**time** [43] - 3:22, 6:11, 8:5, 8:9, 9:14, 11:17, 11:24, 12:3, 12:10, 12:16, 15:11, 22:12, 24:21, 24:23, 27:21, 29:13, 30:7, 31:11, 32:7, 32:10, 37:9, 40:4, 40:22, 41:24, 43:7, 47:12, 48:11, 48:22, 52:11, 53:15, 54:11, 56:17, 59:5, 61:15, 65:11, 66:15, 67:6, 68:4, 68:11, 69:9, 70:3, 70:7, 71:10
**TIME** [1] - 1:12
**times** [7] - 28:4, 28:6, 59:22, 60:15, 60:21, 60:22, 68:7
**tingling** [2] - 14:23, 15:3
**title** [1] - 6:16
**TO** [1] - 2:12
**to** [191] - 1:17, 3:10, 3:11, 3:21, 3:22, 4:18, 4:25, 5:4, 5:8, 5:10, 5:16, 6:18, 8:24, 9:23, 9:25, 10:3, 10:6, 10:21, 10:22, 10:25, 11:2, 11:25, 12:14, 13:2, 13:7, 13:12, 14:9, 14:11, 14:14, 14:16, 14:20, 14:25, 15:7, 16:13, 16:14, 17:7, 17:12, 18:17, 18:18, 19:4, 19:16, 20:9, 20:15, 20:24, 20:25, 21:7, 21:24, 22:11, 22:18, 24:2, 25:11, 26:4, 26:15, 26:18, 26:24, 27:5, 27:18, 28:5, 28:18, 29:22, 30:7, 30:12, 30:15, 30:25, 31:3, 31:7, 31:12, 31:14, 32:17, 33:5, 33:12, 33:19, 34:7, 34:9,

34:24, 35:9, 36:7, 36:23, 36:24, 36:25, 37:4, 37:10, 37:11, 39:5, 39:15, 39:18, 39:25, 40:4, 40:15, 40:20, 40:21, 41:20, 41:23, 42:13, 42:19, 42:21, 43:7, 43:9, 43:14, 43:23, 44:9, 44:11, 44:15, 45:7, 45:16, 45:18, 45:19, 46:3, 46:6, 46:8, 46:10, 46:15, 46:23, 46:24, 46:25, 47:14, 49:7, 49:11, 49:15, 50:10, 50:24, 51:10, 51:18, 51:20, 51:21, 51:24, 51:25, 52:4, 52:5, 52:7, 52:9, 52:10, 52:12, 52:20, 53:5, 53:7, 53:18, 54:16, 54:20, 54:25, 55:2, 55:18, 56:12, 56:13, 57:8, 57:15, 57:21, 57:24, 58:7, 60:7, 60:14, 60:16, 60:24, 61:3, 61:9, 61:20, 62:4, 62:5, 62:6, 62:14, 62:24, 63:12, 63:14, 63:16, 63:18, 64:15, 64:19, 65:3, 65:16, 66:21, 66:23, 67:4, 67:20, 68:8, 69:2, 71:5, 71:18, 73:16
**today** [6] - 22:21, 24:18, 60:7, 62:13, 69:3, 69:12
**today's** [1] - 17:5
**toe** [31] - 36:13, 36:16, 36:18, 36:20, 37:12, 42:9, 42:14, 42:15, 42:23, 44:3, 44:8, 44:21, 45:18, 45:24, 45:25, 46:2, 46:8, 46:10, 46:12, 46:15, 47:19, 47:21, 48:17, 48:18, 48:19, 48:24, 49:7, 49:20, 49:23, 49:24
**toes** [3] - 47:23, 48:12, 52:9
**told** [15] - 8:5, 16:11, 40:10, 40:12, 40:21, 42:19, 43:9, 45:19, 46:17, 47:21, 48:23, 58:6, 58:8, 58:12, 64:10
**Tom** [1] - 4:17
**too** [3] - 13:14, 29:15, 63:8
**took** [10] - 9:2, 17:22, 24:21, 24:23, 36:7, 36:12, 42:15, 49:20, 49:24, 49:25
**top** [14] - 16:2, 16:3, 16:5, 16:16, 18:20, 19:13, 19:14, 19:15, 19:16, 21:3, 21:12, 22:10, 22:25, 30:23
**total** [4] - 25:13, 68:16, 68:17, 69:17
**touching** [1] - 19:10
**towards** [2] - 33:13, 63:20
**transcript** [2] - 71:9
**transpired** [1] - 11:17
**transportation** [2] - 59:6, 61:19
**travels** [1] - 56:8

**treated** [1] - 40:17
**treatments** [1] - 52:5
**trial** [1] - 3:22
**true** [2] - 71:9, 73:13
**truth** [1] - 71:5
**try** [1] - 65:3
**trying** [3] - 13:2, 16:13, 22:11
**Tuesday** [2] - 39:13, 39:16
**turning** [2] - 45:24, 50:9
**twice** [1] - 25:13
**two** [24] - 5:6, 7:2, 16:12, 16:21, 18:9, 19:4, 19:7, 19:11, 20:5, 20:6, 20:14, 21:17, 26:9, 28:5, 28:23, 37:15, 37:17, 37:19, 42:20, 43:7, 43:14, 48:13, 53:12, 65:6
**two-days** [1] - 37:17
**two-week** [1] - 43:7
**Tylenol** [5] - 25:23, 25:25, 26:2, 26:4, 26:10
**Type** [3] - 8:7, 8:8, 8:9
**type** [5] - 12:6, 15:23, 52:25, 69:8, 69:25
**types** [1] - 63:2

**U**

**U** [3] - 3:2, 4:2, 9:7
**uh** [1] - 18:24
**uh-huh** [1] - 18:24
**under** [1] - 28:14
**undergone** [3] - 51:18, 52:20, 52:25
**understand** [4] - 4:22, 20:22, 20:23, 69:11
**understood** [1] - 16:7
**unit** [1] - 18:4
**UNITED** [1] - 1:2
**unless** [1] - 54:17
**unsigned** [1] - 3:14
**until** [2] - 11:19, 27:11
**unwrapping** [1] - 44:4
**up** [20] - 15:23, 21:4, 22:9, 29:16, 29:18, 30:4, 30:5, 36:6, 42:18, 43:8, 45:7, 45:8, 45:12, 45:17, 47:2, 47:4, 47:8, 56:11, 61:18, 66:20
**upon** [2] - 3:17, 43:25
**us** [7] - 29:24, 32:12, 33:19, 36:7, 38:24, 56:23, 57:5
**use** [12] - 33:23, 57:21, 58:16, 59:11, 59:16, 59:17, 60:8, 60:11, 60:12, 60:20, 61:2, 68:5
**used** [4] - 3:14, 63:14, 63:16, 63:18
**uses** [4] - 59:9, 59:15, 61:5, 70:2

**using** [3] - 28:18, 59:5, 70:6
**usual** [1] - 33:19
**usually** [1] - 59:14

**V**

**V** [1] - 4:2
**verbalize** [1] - 5:8
**vertical** [1] - 21:4
**vertically** [4] - 21:20, 22:6, 22:9
**very** [1] - 42:7
**Video** [1] - 1:19
**vision** [2] - 69:17, 69:21
**visit** [5] - 43:8, 43:24, 45:17, 47:8, 47:18
**visiting** [1] - 60:25
**visits** [2] - 56:7, 56:8
**voices** [1] - 5:11

**W**

**W** [1] - 2:6
**wait** [3] - 34:23, 35:25, 40:19
**waited** [1] - 34:25
**waived** [1] - 3:9
**WAL** [2] - 1:8, 2:10
**Wal** [20] - 4:20, 8:12, 30:9, 30:16, 32:18, 33:2, 35:7, 35:8, 35:9, 38:11, 40:11, 40:13, 55:14, 56:5, 56:14, 57:9, 60:17, 66:22, 68:9, 70:9
**WAL-MART** [2] - 1:8, 2:10
**Wal-Mart** [20] - 4:20, 8:12, 30:9, 30:16, 32:18, 33:2, 35:7, 35:8, 35:9, 38:11, 40:11, 40:13, 55:14, 56:5, 56:14, 57:9, 60:17, 66:22, 68:9, 70:9
**walk** [2] - 51:18, 61:4
**walker** [7] - 59:9, 59:12, 59:19, 59:20, 59:24, 60:9, 61:12
**walking** [2] - 52:21, 62:9
**walks** [2] - 59:23, 60:3
**want** [6] - 13:7, 13:12, 21:24, 46:25, 50:10, 61:9
**wanted** [2] - 8:21, 12:13
**wants** [1] - 51:10
**was** [106] - 4:5, 5:24, 6:11, 6:17, 7:19, 8:6, 8:7, 8:9, 8:11, 8:22, 9:13, 9:16, 9:21, 10:8, 11:16, 11:22, 13:3, 13:21, 14:18, 14:22, 15:3, 15:4, 16:4, 16:12, 16:13, 16:20, 16:21, 16:24, 16:25, 17:20, 18:2, 19:6, 19:10, 20:3, 20:5, 20:21, 21:17,

22:8, 22:9, 22:12, 22:24, 24:21, 24:24, 26:17, 26:19, 26:25, 27:22, 29:15, 31:12, 31:24, 33:3, 35:24, 36:16, 36:18, 37:13, 37:18, 37:21, 37:22, 37:24, 38:4, 40:9, 40:10, 40:21, 42:7, 42:8, 42:9, 42:15, 43:21, 44:3, 44:4, 44:8, 44:20, 45:5, 45:8, 45:19, 45:21, 45:24, 46:17, 46:19, 46:20, 48:17, 48:19, 48:21, 48:24, 49:3, 49:5, 49:8, 49:10, 49:14, 50:9, 50:14, 50:17, 50:18, 61:11, 61:17, 62:23, 63:10, 67:6, 67:8, 67:11, 68:7, 68:21, 70:13, 73:12

**was he** [7] - 12:20, 14:19, 29:14, 45:2, 45:6, 61:12, 70:6

**was it** [11] - 9:12, 9:19, 14:23, 35:3, 35:6, 47:7, 48:3, 48:5, 48:8, 61:24, 68:13

**was she** [3] - 7:13, 7:16, 7:18

**was that** [8] - 11:11, 12:11, 15:22, 16:23, 18:10, 19:25, 37:15, 52:2

**was there** [6] - 12:8, 12:24, 13:16, 49:18, 63:13, 67:9

**wash** [6] - 12:6, 12:14, 16:4, 16:14, 17:13, 64:25

**wasn't** [5] - 13:18, 15:10, 40:19, 46:20, 52:7

**watched** [1] - 19:3

**wave** [1] - 5:13

**way** [7] - 7:22, 18:6, 22:18, 29:21, 33:14, 59:21, 73:18

**we** [41] - 4:19, 5:2, 5:24, 8:21, 9:2, 10:5, 10:7, 10:16, 11:20, 11:22, 12:14, 13:21, 16:10, 17:4, 19:15, 19:21, 21:13, 26:17, 26:18, 28:12, 29:10, 32:19, 34:9, 34:25, 36:11, 39:4, 39:5, 40:21, 42:20, 46:11, 47:6, 48:14, 48:21, 49:6, 55:11, 57:3, 60:15, 60:18, 61:3

**wear** [1] - 70:3

**week** [14] - 9:9, 40:24, 41:18, 43:7, 45:20, 47:9, 47:11, 47:15, 48:20, 56:21, 59:14, 66:24, 67:2

**week-and-a-half** [4] - 47:9, 47:11, 47:15, 48:20

**weekday** [1] - 9:12

**weekend** [4] - 9:12, 9:13, 37:14, 37:18

**weekends** [2] - 37:25, 38:6

**weeks** [2] - 42:20, 43:15

**well** [8] - 14:21, 23:10, 43:25, 47:22, 48:23, 50:11, 58:19, 63:24

**went** [16] - 7:22, 8:21, 9:9, 10:6, 16:14, 34:9, 35:13, 39:15, 40:22, 42:21, 48:21, 51:25, 52:4, 56:19, 66:23, 66:25

**were** [30] - 6:11, 10:7, 10:14, 10:25, 11:3, 12:9, 12:11, 13:5, 14:5, 18:9, 20:18, 21:19, 22:3, 22:5, 22:21, 27:12, 30:14, 31:6, 32:3, 33:10, 35:5, 38:3, 39:5, 48:12, 51:3, 51:16, 52:19, 57:14, 67:6, 67:11

**were you** [11] - 6:16, 8:15, 9:22, 10:18, 11:14, 12:20, 13:19, 17:25, 39:21, 43:19, 57:21

**what** [57] - 6:15, 8:18, 9:8, 9:11, 9:14, 10:2, 16:7, 16:9, 16:13, 16:23, 17:11, 18:10, 19:16, 19:21, 19:25, 20:3, 20:8, 20:22, 21:13, 22:10, 23:2, 24:11, 33:22, 36:9, 36:14, 37:22, 38:16, 38:22, 39:24, 40:3, 40:20, 41:22, 42:5, 42:11, 43:5, 43:22, 44:5, 44:24, 45:15, 46:9, 46:11, 46:14, 46:16, 47:10, 47:17, 48:14, 49:11, 54:18, 58:6, 59:18, 62:25, 63:2, 63:17, 65:14, 66:19, 69:6

**what are** [1] - 64:13

**what did** [4] - 15:18, 29:12, 29:17, 62:22

**What is** [4] - 4:12, 17:8, 54:3, 69:12

**what were** [1] - 9:18

**whatever** [2] - 4:25, 61:19

**whatsoever** [1] - 69:8

**wheelchair** [9] - 60:11, 60:13, 60:20, 61:2, 61:6, 61:7, 61:16, 61:20, 61:23

**when** [42] - 6:11, 8:3, 8:12, 8:15, 11:14, 12:14, 14:5, 16:4, 16:6, 16:15, 17:19, 17:25, 19:7, 19:18, 19:21, 22:22, 24:21, 36:11, 36:12, 36:13, 39:21, 40:22, 42:24, 43:19, 44:2, 44:3, 45:23, 48:3, 48:22, 50:6, 58:18, 59:13, 60:6, 60:13, 60:22, 61:3, 61:11, 61:18, 62:18, 66:17, 67:6, 69:7

**When** [3] - 37:9, 53:15, 68:4

**when did** [7] - 27:13, 41:16, 51:23, 52:15, 58:20, 61:6, 67:24

**when is** [2] - 54:11, 56:17

**when were** [1] - 5:23

**when you** [19] - 7:23, 10:9, 11:18, 12:23, 15:21, 16:3, 19:14, 30:14, 35:5, 36:10, 38:3, 38:19, 41:8, 41:23, 42:21, 45:25, 58:8, 62:21, 64:17

**whenever** [2] - 56:10, 61:17

**where** [12] - 10:6, 11:2, 15:12, 17:16, 19:11, 32:24, 33:16, 34:5, 35:19, 36:5, 50:18, 60:15

**where are** [1] - 53:25

**where is** [1] - 18:18

**WHEREOF** [1] - 73:20

**Whereupon** [4] - 26:19, 26:24, 68:20, 70:12

**whether** [1] - 60:23

**which** [13] - 4:19, 6:19, 6:20, 7:11, 17:4, 29:5, 33:10, 36:18, 42:20, 46:2, 48:24, 58:12, 61:22

**while** [4] - 9:10, 32:3, 59:22, 67:12

**White** [1] - 1:20

**who** [10] - 5:10, 5:12, 5:19, 17:22, 31:2, 31:5, 34:17, 40:14, 55:25, 67:22

**who is** [1] - 55:22

**who told** [1] - 58:8

**whose** [1] - 73:11

**why** [1] - 52:25

**will** [4] - 4:19, 4:24, 15:5, 16:10

**window** [1] - 10:12

**winter** [1] - 58:22

**with** [55] - 3:12, 3:15, 5:20, 6:24, 7:9, 8:15, 10:18, 11:14, 13:7, 15:10, 15:24, 18:17, 19:7, 19:11, 26:5, 26:13, 27:17, 34:12, 35:7, 35:23, 35:24, 37:10, 38:18, 38:20, 38:23, 39:18, 39:21, 40:7, 41:3, 41:9, 42:12, 43:17, 43:20, 45:7, 45:12, 45:16, 45:21, 46:15, 46:22, 51:7, 53:19, 54:20, 56:8, 60:3, 61:12, 63:12, 63:16, 63:18, 64:20, 65:12, 65:15, 65:17, 66:15, 66:17, 66:21

**with..** [2] - 52:10, 58:11

**within** [10] - 3:8, 32:9, 40:24, 45:20, 48:20, 49:4, 51:11, 66:23, 66:25, 73:9

**without** [1] - 59:23

**WITNESS** [1] - 73:20

**Witness** [1] - 70:13

**witness** [9] - 3:10, 3:16, 3:18, 4:3, 18:12, 19:20,

28:24, 73:11, 73:14

**witnessed** [1] - 30:24

**witnesses** [1] - 57:11

**WM** [1] - 2:12

**woman** [6] - 13:15, 14:2, 14:8, 15:7, 32:10, 57:12

**won't** [1] - 20:23

**word** [1] - 21:14

**work** [1] - 26:8

**worker** [1] - 15:10

**would** [19] - 5:5, 9:24, 18:21, 22:15, 27:9, 30:25, 34:25, 44:9, 46:11, 48:14, 49:11, 50:2, 52:16, 57:24, 58:21, 59:4, 60:19, 61:19, 64:3

**wounds** [2] - 52:6, 52:13

**wrapped** [1] - 42:16

**wrong** [1] - 65:25

## X

**X** [4] - 1:3, 1:9, 72:2, 72:11

**XX** [1] - 6:6

**XX-XX-1965** [1] - 6:2

**XXX** [1] - 6:6

**XXX-XX-XXXX** [1] - 6:6

**XXXX** [1] - 6:6

## Y

**yeah** [17] - 10:13, 14:21, 14:22, 15:5, 15:25, 18:14, 25:3, 46:9, 46:13, 49:2, 50:4, 58:18, 58:22, 58:25, 63:8, 66:20

**year** [5] - 6:4, 49:4, 49:5, 66:15, 66:19

**years** [3] - 5:18, 28:12, 62:18

**Yes** [5] - 12:7, 35:4, 44:19, 50:23, 69:5

**yes** [127] - 5:14, 6:25, 7:4, 7:22, 8:2, 8:17, 10:20, 11:4, 11:7, 11:10, 11:16, 12:18, 13:6, 13:10, 13:23, 14:4, 14:7, 14:18, 15:14, 15:17, 16:22, 17:10, 17:18, 18:8, 18:25, 19:2, 19:5, 19:9, 20:7, 21:16, 21:18, 22:2, 22:4, 22:23, 23:9, 23:16, 24:4, 24:10, 24:17, 25:3, 25:9, 25:24, 27:10, 28:2, 29:2, 29:4, 30:6, 30:13, 32:8, 32:23, 33:6, 34:22, 35:4, 35:14, 35:16, 35:22, 35:24, 37:7, 38:8, 38:12, 39:4, 39:8, 39:11, 39:14, 39:17, 39:20, 39:23, 40:13, 41:4, 41:15, 41:21, 42:4, 42:19, 43:12, 43:16, 43:18, 43:21, 44:13,

L. BURDEN

44:16, 44:23, 45:11, 45:14, 47:3, 47:6, 47:16, 48:2, 48:7, 48:10, 49:4, 49:9, 49:13, 49:17, 50:16, 50:20, 51:2, 51:5, 51:8, 51:13, 51:15, 51:20, 52:7, 53:9, 53:14, 53:23, 54:10, 55:6, 57:3, 57:16, 57:23, 58:18, 59:3, 59:7, 60:5, 61:17, 63:23, 65:8, 65:10, 65:13, 67:9, 67:13, 67:21, 68:3, 69:19, 69:22, 69:24

**yet** [1] - 26:18

**YORK** [3] - 1:2, 73:4, 73:5

**York** [8] - 1:21, 1:22, 2:6, 2:11, 4:5, 4:14, 4:21, 73:10

**you** [131] - 4:18, 4:22, 4:23, 4:25, 5:6, 5:7, 5:15, 5:23, 6:9, 6:11, 6:13, 7:2, 7:9, 7:15, 8:24, 9:6, 9:9, 10:10, 10:14, 10:21, 10:25, 12:9, 12:11, 12:21, 14:9, 14:16, 15:5, 15:18, 16:8, 16:18, 17:3, 17:7, 18:9, 18:15, 19:3, 20:20, 20:22, 20:25, 21:17, 21:21, 21:24, 21:25, 22:11, 22:21, 23:3, 23:11, 27:3, 29:12, 29:17, 29:19, 29:24, 29:25, 30:11, 31:2, 31:12, 32:3, 32:20, 33:10, 33:16, 33:20, 34:3, 34:5, 34:13, 34:15, 34:18, 34:20, 35:12, 35:13, 35:15, 35:23, 36:5, 36:6, 37:22, 38:3, 38:6, 38:7, 38:9, 38:10, 38:13, 39:6, 39:9, 39:15, 40:15, 41:16, 44:17, 46:9, 47:22, 48:23, 55:8, 56:18, 56:24, 57:6, 57:11, 57:14, 57:17, 58:8, 58:9, 58:12, 58:14, 58:16, 58:20, 59:2, 59:5, 60:24, 62:2, 63:20, 63:24, 64:6, 64:20, 65:6, 65:16, 65:17, 65:18, 66:22, 67:6, 67:10, 67:11, 67:17, 67:24, 68:2, 68:5, 69:11, 69:15, 69:23, 70:11

**you're** [1] - 66:6

**young** [3] - 7:20, 62:23, 63:7

**youngest** [3] - 6:20, 65:23, 66:11

**your** [85] - 4:9, 4:12, 5:5, 5:9, 5:25, 6:5, 10:22, 11:14, 12:2, 12:4, 14:24, 15:13, 15:22, 17:16, 18:7, 18:18, 18:20, 19:3, 21:11, 21:15, 22:22, 23:13, 28:16, 28:25, 29:8, 30:8, 30:12, 30:15, 31:4, 31:7, 31:11, 31:23,

33:21, 34:21, 35:10, 35:12, 35:23, 36:23, 39:2, 39:18, 39:21, 40:10, 40:17, 41:6, 41:19, 42:12, 42:22, 43:6, 43:13, 43:19, 43:23, 44:6, 46:25, 47:10, 47:23, 51:6, 51:9, 51:17, 54:11, 54:19, 55:8, 55:12, 56:5, 56:18, 56:25, 57:9, 57:25, 58:16, 59:5, 59:8, 59:22, 60:6, 62:7, 63:6, 63:13, 63:14, 63:21, 64:7, 64:14, 65:11, 66:8, 66:14, 66:20, 68:7

**yup** [1] - 17:14

---

**°**

---

° [4] - 70:15