ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
ANTHONY BURDEN and LEEVERDIA BURDEN,

                                    Plaintiffs,

        -against-                   Docket No.:
                                    17 CV 01289
WAL-MART STORES EAST, LP,

                                    Defendant.
--------------------------------------------X


            DATE:  December 7, 2017

            TIME:  3:58 P.M.


            DEPOSITION of the non-party

witness on behalf of the Plaintiffs,

TASHAWN BURDEN, taken by the respective

parties, pursuant to a Subpoena and to the

Federal Rules of Civil Procedure, held at

the offices of Sobo & Sobo, LLP, 744

Broadway, Newburgh, New York 12550, before

Sandra Noel Bartels, a Notary Public of the

State of New York.

A P P E A R A N C E S:

SOBO & SOBO, LLP
Attorneys for the Plaintiffs
ANTHONY BURDEN and LEEVERDIA BURDEN
        One Dolson Avenue
        Middletown, New York 10940
BY: STUART W. MOSBACHER, ESQ.


BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for the Defendant
WAL-MART STORES EAST, LP
        7 Bayview Avenue
        Northport, New York 11768
BY: CHRISTOPHER MULLANE, ESQ.

                *         *         *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*     *     *     *

T. BURDEN

T A S H A W N      B-U-R-D-E-N, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. MULLANE:

Q.   Good afternoon, Ma'am.  My name is Chris Mullane from the law firm of Brody, O'Connor and O'Connor.  We represent Walmart in a lawsuit that was commenced by Anthony Burden and Leeverdia Burden.  I hope I'm pronouncing it correctly.

A.   Close enough.

Q.   Okay.  First of all, thank you very much for appearing today.  Did you appear voluntarily through the subpoena?

A.   Yes.

Q.   Prior to today, have you and I ever met before?

A.   No.

Q.   Prior to today have you reviewed any materials in preparation for today's deposition?

A.   No.

T. BURDEN

Q.    Prior to today have you ever had a lawsuit with either my law firm or Sobo & Sobo?

A.    No.

Q.    Can I have your date of birth?

A.    1987.

Q.    And your social security number?  And the court reporter will only put down the last four digits.

A.    2-8-3-2.

Q.    The address you gave, 42 King Street, Port Jervis, New York is that an apartment?

A.    Yes.

Q.    You are the daughter of Mr. Anthony Burden and Leeverdia Burden?

A.    I'm the daughter of Anthony Burden.  Leeverdia is my step mother.

Q.    I'm sorry to hear about your father's passing.  My thoughts and prayers are with your family.

Were you ever an employee of Walmart?

A.    Yes.

T. BURDEN

Q.   During what years were you an employee of Walmart?

A.   I was an employee.  It was actually 2010 to 2011, July.

Q.   Do you know the actual start date?

A.   I don't know the exact date but I know it was in July because I actually was working there for a year and a week before I was fired?

Q.   And this would be the Walmart located here in Newburgh identified as Store 2104.

A.   Yes.

Q.   What position did you hold during your, I guess, year and one week employment at Walmart?

A.   I was on the inventory team.

Q.   What duties and responsibilities as a member of the inventory team did you have?

A.   We basically, we kept accurate -- as best as we can, accurate records of merchandise both on the sales floor and in

T. BURDEN

the back room to make sure we had enough of what we were supposed to have or we didn't have too much and stuff like that.

Q.    Is that the only position that you held while you were employed at Walmart --

A.    At that time, yes.

Q.    When you say at that time --

A.    Because I worked recently last year through a temp agency at a couple of other Walmarts, remodelling and putting out stock.  And the remodelling happened in the Monticello Walmart.

Q.    That's where the temp agency placed you?

A.    Yes.  And the other place is in Monroe, the other Walmart is in Monroe, Monroe/Woodbury?

Q.    Does Monticello only have one Walmart or is it identified by a specific store code --

A.    I believe there's only one Walmart.  It was on Anawana Lake Road.

Q.    How about the one in

T. BURDEN

Monroe/Woodbury, is there only one Walmart there?

A.    Yes.

Q.    Do you remember the address?

A.    No.  Would you like the company that sent me there?

Q.    Why don't we get that?

A.    People Ready.

Q.    Approximately how long did you work at either or both of these Walmarts on a temporary basis?

A.    Yeah, they were temporary. Monticello for remodel I was there for like a month.  And then the one in Monroe, I only worked there a few times, maybe like two weeks.

Q.    Do you know you timeframe that you worked there, was it 2014 --

A.    2017.

Q.    Now, going back to your term of employment at the Newburgh Walmart, did there come a time when you underwent or engaged in any type of formal training that was provided by Walmart?

T. BURDEN

A.    No, they just do mods. Modulars are computer based learning and that's only necessary for you to complete to just go onto whatever your were hired for.

Q.    Did there come a time when you participated in a mod or CBL at the Newburgh store?

A.    Yes.

Q.    What type of CBL or mod did you wash or view?

A.    The first thing that comes to my mind because I don't really remember, it was a long time ago, was like the safety one, the OSHA-type stuff.

Q.    Did you ever view or undergo any type of training with regards to stacking items on shelves?

A.    Not to my knowledge, no.

Q.    As part of the inventory team was it common practice for a member of that inventory team to view or undergo any type of training, whether it be CBLs or mod or any other format, with regard to stacking

T. BURDEN

on the shelves?

A.    Not that I can remember.

Q.    Under what circumstances were you terminated by Walmart?

A.    They said that I miscounted an item.  And I remember this item because there were actually two spots for it and there was -- it was a Elefun thing, something with an elephant and stuff blows out of it, the trunk.  And there was a couple spots for it because I had counted the first time and then I actually walked past -- I asked them -- because it's supposed to come in the computer if there is a separate location for it and it didn't, so I happened to walk fast, just moving on, and I saw it and I went back and I recounted it.  So I knew that wasn't the case.  I felt like it was more liability because I was five and a half months pregnant and I was still doing my job like lifting ladders and all that good stuff.

Q.    Did there come a point in time that you were responsible for stacking any

T. BURDEN

items in the Walmart location in Newburgh?

A.    Not at that time working, no.

MR. MULLANE:  No further questions.

EXAMINATION BY

MR. MOSBACHER:

Q.    Good afternoon, Ms. Burden.

A.    Good afternoon.

Q.    I want to say again, like counsel indicated, I'm very, very sorry for the family, for your loss, and to the extent my words convey some type of understanding, I hope they do, you have my condolences.

Have you lived in Newburgh at any time in your life?

A.    Yes.

Q.    At what period did you live in Newburgh?

A.    From birth up until I was around 17.  I went to Job Corp and then I came back to Newburgh so now I'm like 18 and I lived here until I was around 21 and then I moved Upstate for about a year or

T. BURDEN

two and then I came back.  So I'm 30 so I've been in Newburgh for a good 25 years.

Q.    Your father, has he lived in Newburgh during his life?

A.    To my knowledge he was born in Georgia but I've known him to be in Newburgh my whole life.

Q.    Until he passed away?

A.    Yes.

Q.    I understand you had worked at the Newburgh Walmart during the calendar year of 2011 into 2012?

A.    The date was actually 2010 to 2011.

Q.    How about shopping experiences there, did you shop there between 2010 and the end of 2014?

A.    Yes.

Q.    Under what circumstances would you shop there?

A.    Everything.  I mean groceries, soaps, deodorants, all that good stuff.

Q.    During the time you did work at that Newburgh Walmart, what was actually

T. BURDEN

your job title?

A.    I was the inventory team, IMS they called it.

Q.    When you did that work, what part of the store did you work in?

A.    I worked the whole store.

Q.    Did that include the health and beauty department?

A.    Yes.

Q.    At that time there were many departments within Walmart in 2011?

A.    Yes.

Q.    During your shopping experiences there after you stopped being an employee through the end of 2014 there were still many departments in Walmart?

A.    Yes.

Q.    The health and beauty department, was that present from the time you left until the end of 2014?

A.    Yes, to my knowledge, yes.

Q.    Now, you were not a witness to some type of incident involving your father at Walmart that occurred on or about June

T. BURDEN

of 2014?

A.    No.

Q.    How did you come to learn about it?

A.    Well, I knew -- I can't say exactly how many days after it.  I just know that I got a call so this had to be maybe a week after because I got a call, it was on my birthday, July 21 that my father, had to be -- he was being stubborn, he didn't want to go because they said he needed to go to the hospital because they were going to have to amputate his toe and the toes we are talking about is the toe I guess something had fell on or whatever and it had become infected so they said he needed it to be taken off or it would have been serious for his health.  So I was called to make him go to the hospital.

Q.    Was it Lee Burden that asked you to accompany --

A.    Yes.

Q.    Your father to the hospital?

A.    Yes, she called me.

T. BURDEN

Q.    And it was your understanding that Burden was reluctant to go through with the procedures?

A.    Yes.

Q.    Understandably so.  But in this conversation about learning about a surgical procedure involving an amputation, if you will, that's how you came to learn he was involved in some type of an incident at Walmart?

A.    Yes, that I can remember.

Q.    Did you come to learn that Lee Burden was a witness to the incident?

A.    I didn't know all the facts.  I didn't know all the facts.  But they were together.  He doesn't go anywhere without her so I'm pretty sure she was there.

Q.    And you accompanied your father for this procedure?

A.    Yes.

Q.    Now, I'll show you what was marked as Plaintiff's Exhibit 1 from a deposition on 10/18/17.  Just looking at the photograph in front of you, do you

T. BURDEN

recognize the specific location at all?

A.    Yes, it's the health and beauty area.

Q.    Do you recognize that as part of the Newburgh Walmart?

A.    Yes.

Q.    That would be the health and beauty area?

A.    Yes.

Q.    Had you walked in that area as a customer during the calendar year of 2014?

A.    Yes, it's possible.

Q.    And the flooring shown in the photograph, do you recognize that as the kind of flooring that was in the health and beauty section?

A.    Yes.

Q.    And the photograph would be merchandise that's on the left side of the photograph.  Do you recognize merchandise of that nature containers of soaps, shampoos, conditioners, do you recognize things of that nature being present in the

                         T. BURDEN

store at that time?

        A.      Yes.

        Q.      And I'll point to you a symbol
that's located in the middle top of the
photograph.  Do you recognize that?

        A.      Yes, the Walmart logo, that
little asterisk (indicating).

        Q.      That was the Walmart symbol
back in 2014?

        A.      Yes, they still use it.

        Q.      So I'm going to point you to an
item of merchandise that has a flat or
horizontal orientation that's at the top
shelf?

        A.      Yes.

        Q.      Do you see that where my finger
is?  During your time shopping there in
2014 did you ever come to a circumstance
where you encountered something like that,
that merchandise was laying flat or
horizontal on top of merchandise that was
stacked straight up and down or vertical?

        A.      Yes.

        Q.      Had you ever seen a

T. BURDEN

circumstance like that during the time you worked there?

A.    Yes.

Q.    When you worked there at this Walmart, if you came across a situation like that where there was merchandise that was horizontally stacked on top of vertically oriented merchandise, what would you do?

A.    Well, I would fix it because they are not supposed to stack it like that because that's a hazard.  Part of inventory, when I was working in inventory, you are supposed to take it down and put it in the back, like re bin it in the back room because it's not enough room.  They have shelf cap and that shelf cap is to tell you how many is supposed to go up there in the first place but people get lazy and they don't.  So in a situation like this I take it and put it where it's supposed to go, which is in the back room.

Q.    During your time working there have you ever seen a circumstance where a

T. BURDEN

co-worker was stacking items in that manner, placing them flat or horizontal on top of vertically oriented products in the health and beauty section?

A.    Yes.

Q.    Did you ever correct a co-worker stacking when you made that type of observation?

A.    I did.

Q.    How many times did you do that?

A.    I can't say how many times often because just the lack of proper training.

Q.    Did you ever discipline anybody for doing that type of work when you did work there when you encountered that type of stacking?

A.    I wouldn't say discipline.  I didn't have the authority to discipline anyone.

Q.    Did you ever report it to a manager or assistant manager or a person in authority?

A.    I didn't report it, I just

T. BURDEN

showed them the right way to do it.

Q.    Did you yourself ever stack merchandise like that?

A.    No.

Q.    In your visits in the store in 2014 in the health and beauty section did you ever see items stacked in a flat or horizontal plain on top of items that were in a vertical or up and down orientation?

A.    Yes.

MR. MOSBACHER:  Thank you.

EXAMINATION BY

MR. MULLANE:

Q.    Ma'am, do you know if you were ever in the particular store at Newburgh where your father's incident happened on May 25, 2014 and or June 1, 2014 and or June 6, 2014?

A.    I can't remember.

Q.    And you were not present with Mr. and Mrs. Burden on the date that your father sustained the accident; is that correct?

A.    No.

T. BURDEN

Q.    And you were employed by Walmart during the years 2010 through 2011?

A.    Yes.

Q.    You were not an employ in the Newburgh location at any time or any point from are 2011 up until today; is that correct?

A.    Correct.

Q.    And you as a part of the inventory team, you never received any formal training because it wasn't custom or practice to do so with regards to stacking; correct?  As a member of the inventory team it wasn't part of your --

A.    No.

Q.    During your employment in the years 2010 to 2011 at the Newburgh location did you ever come in contact or happen to see customers stack items, replaced them in a horizontal manner or fashion?

A.    No, not that I can remember.

Q.    Do you know if other employees of Walmart, if they've ever seen any customers place items horizontally?

T. BURDEN

A.    I mean I didn't encounter them, I mean we talked, we all would exchange the same issues.

MR. MULLANE:  No further questions.

(Whereupon, at 4:16 P.M., the Examination of this witness was concluded.)

o          o          o          o

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_____
TASHAWN BURDEN

Subscribed and sworn to before me this _____ day of _____ 20___.

_____
NOTARY PUBLIC

E X H I B I T S

NUMBER       DESCRIPTION                        PAGE

(None)

I N D E X

EXAMINATION BY                          PAGE

MR. MULLANE                             4

MR. MOSBACHER                           11

MR. MULLANE                             20

INFORMATION AND/OR DOCUMENTS REQUESTED

(None)

QUESTIONS MARKED FOR RULINGS

(None)

C E R T I F I C A T E

STATE OF NEW YORK      )
                       :  SS.:
COUNTY OF ORANGE       )

I, SANDRA NOEL BARTELS, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of December 2017.

_Sandra Noel Bartels_

_____

SANDRA NOEL BARTELS

T. BURDEN

| 0 | | |
|---|---|---|
| **01289** [1] - 1:6 | | |

| 1 | | |
|---|---|---|
| **1** [2] - 3:17, 20:18 | | |
| **10/18/17** [1] - 15:24 | | |
| **10940** [1] - 2:6 | | |
| **11** [1] - 24:11 | | |
| **11768** [1] - 2:11 | | |
| **12550** [1] - 1:19 | | |
| **17** [2] - 1:6, 11:22 | | |
| **18** [1] - 11:23 | | |
| **1987** [1] - 5:7 | | |

| 2 | | |
|---|---|---|
| **2-8-3-2** [1] - 5:11 | | |
| **20** [1] - 24:12 | | |
| **2010** [5] - 6:5, 12:14, 12:17, 21:3, 21:18 | | |
| **2011** [7] - 6:5, 12:13, 12:15, 13:12, 21:3, 21:7, 21:18 | | |
| **2012** [1] - 12:13 | | |
| **2014** [12] - 8:19, 12:18, 13:16, 13:21, 14:2, 16:13, 17:10, 17:19, 20:7, 20:18, 20:19 | | |
| **2017** [3] - 1:10, 8:20, 25:20 | | |
| **20___** [1] - 23:19 | | |
| **21** [2] - 11:24, 14:10 | | |
| **2104** [1] - 6:14 | | |
| **25** [2] - 12:3, 20:18 | | |
| **26th** [1] - 25:20 | | |

| 3 | | |
|---|---|---|
| **30** [2] - 3:16, 12:2 | | |
| **3:58** [1] - 1:11 | | |

| 4 | | |
|---|---|---|
| **4** [1] - 24:10 | | |
| **42** [1] - 5:12 | | |
| **4:16** [1] - 22:7 | | |

| 6 | | |
|---|---|---|
| **6** [1] - 20:19 | | |

| 7 | | |
|---|---|---|
| **7** [2] - 1:10, 2:10 | | |
| **744** [1] - 1:18 | | |

| A | | |
|---|---|---|
| **about** [9] - 5:20, 7:25, 11:25, 12:16, 13:25, 14:4, 14:15, 15:7 | | |

**above** [1] - 23:6
**accident** [1] - 20:23
**accompanied** [1] - 15:19
**accompany** [1] - 14:22
**accurate** [2] - 6:23, 6:24
**across** [1] - 18:6
**action** [1] - 25:16
**actual** [1] - 6:6
**actually** [6] - 6:5, 6:9, 10:8, 10:13, 12:14, 12:25
**address** [2] - 5:12, 8:5
**administer** [1] - 3:11
**after** [4] - 3:16, 13:15, 14:7, 14:9
**afternoon** [3] - 4:8, 11:8, 11:9
**again** [1] - 11:10
**against** [1] - 1:5
**agency** [2] - 7:11, 7:15
**ago** [1] - 9:15
**AGREED** [2] - 3:5, 3:20
**all** [8] - 3:21, 4:15, 10:23, 12:23, 15:15, 15:16, 16:2, 22:3
**am** [2] - 25:14, 25:17
**amputate** [1] - 14:14
**amputation** [1] - 15:8
**Anawana** [1] - 7:24
**AND** [2] - 3:5, 3:20
**AND/OR** [1] - 24:17
**ANTHONY** [2] - 1:3, 2:5
**Anthony** [3] - 4:12, 5:17, 5:18
**any** [12] - 4:23, 8:24, 9:18, 9:23, 9:25, 10:25, 11:17, 21:6, 21:11, 21:24, 25:15
**anybody** [1] - 19:15
**anyone** [2] - 3:11, 19:21
**anywhere** [1] - 15:17
**apartment** [1] - 5:14
**appear** [1] - 4:17
**appearing** [1] - 4:16
**approximately** [1] - 8:10
**are** [8] - 3:21, 5:16, 5:22, 9:3, 14:15, 18:12, 18:15, 21:7
**area** [3] - 16:4, 16:9, 16:11
**around** [2] - 11:22, 11:24
**as** [16] - 3:12, 3:15, 3:21, 4:2, 4:5, 6:13, 6:21, 6:24, 9:21, 15:23, 16:5, 16:11, 16:16, 21:10, 21:14
**asked** [2] - 10:14, 14:21
**assistant** [1] - 19:23
**asterisk** [1] - 17:8
**at** [27] - 1:17, 6:18, 7:6,

7:8, 7:9, 7:11, 8:11, 8:22, 9:8, 11:3, 11:16, 11:19, 12:11, 12:24, 13:11, 13:25, 15:11, 15:24, 16:2, 17:2, 17:14, 18:5, 20:16, 21:6, 21:18, 22:7, 23:10
**Attorneys** [2] - 2:4, 2:9
**authority** [2] - 19:20, 19:24
**authorized** [1] - 3:11
**Avenue** [2] - 2:5, 2:10
**away** [1] - 12:9

| B | | |
|---|---|---|
| **B** [1] - 24:2 | | |

**back** [9] - 7:2, 8:21, 10:18, 11:23, 12:2, 17:10, 18:16, 18:23
**Bartels** [1] - 1:20
**BARTELS** [2] - 25:7, 25:23
**based** [1] - 9:3
**basically** [1] - 6:23
**basis** [1] - 8:12
**Bayview** [1] - 2:10
**be** [11] - 3:8, 3:10, 3:14, 6:12, 9:24, 12:7, 14:8, 14:11, 14:18, 16:8, 16:20
**beauty** [7] - 13:9, 13:19, 16:3, 16:9, 16:18, 19:5, 20:7
**because** [15] - 6:9, 7:10, 9:14, 10:7, 10:12, 10:14, 10:21, 14:9, 14:12, 14:13, 18:11, 18:13, 18:17, 19:13, 21:12
**become** [1] - 14:17
**been** [4] - 4:3, 12:3, 14:19, 23:4
**before** [6] - 1:19, 3:11, 3:13, 4:20, 6:11, 23:18
**behalf** [1] - 1:14
**being** [3] - 13:15, 14:11, 16:25
**believe** [1] - 7:23
**best** [1] - 6:24
**between** [2] - 3:6, 12:17
**bin** [1] - 18:16
**birth** [2] - 5:6, 11:21
**birthday** [1] - 14:10
**blood** [1] - 25:16
**blows** [1] - 10:10
**born** [1] - 12:6
**both** [2] - 6:25, 8:11
**Broadway** [1] - 1:19
**BRODY** [1] - 2:9
**Brody** [1] - 4:10
**BURDEN** [7] - 1:3, 1:15,

2:5, 4:2, 23:15
**Burden** [10] - 4:12, 5:17, 5:19, 11:8, 14:21, 15:3, 15:14, 20:22
**but** [5] - 6:8, 12:7, 15:6, 15:16, 18:20
**by** [14] - 1:15, 3:5, 3:10, 3:16, 4:3, 4:11, 7:21, 8:25, 10:5, 21:2, 23:10, 25:13, 25:16
**BY** [6] - 2:6, 2:11, 4:6, 11:6, 20:13, 24:9

| C | | |
|---|---|---|
| **C** [4] - 2:2, 23:2, 25:2 | | |

**calendar** [2] - 12:12, 16:12
**call** [2] - 14:8, 14:9
**called** [4] - 4:2, 13:4, 14:20, 14:25
**came** [4] - 11:23, 12:2, 15:9, 18:6
**can** [5] - 5:6, 6:24, 10:3, 15:12, 21:22
**can't** [3] - 14:6, 19:12, 20:20
**cap** [2] - 18:18
**case** [1] - 10:20
**CBL** [2] - 9:8, 9:11
**CBLs** [1] - 9:24
**certification** [1] - 3:8
**certify** [3] - 23:4, 25:9, 25:14
**CERTIFY** [1] - 23:8
**Chris** [1] - 4:9
**CHRISTOPHER** [1] - 2:11
**circumstance** [3] - 17:19, 18:2, 18:25
**circumstances** [2] - 10:4, 12:20
**Civil** [1] - 1:17
**close** [1] - 4:14
**co** [2] - 19:2, 19:8
**co-worker** [2] - 19:2, 19:8
**code** [1] - 7:22
**come** [8] - 8:23, 9:7, 10:15, 10:24, 14:4, 15:13, 17:19, 21:19
**comes** [1] - 9:13
**commenced** [1] - 4:11
**common** [1] - 9:22
**company** [1] - 8:6
**complete** [1] - 9:4
**computer** [2] - 9:3, 10:15
**concluded** [1] - 22:9
**conditioners** [1] - 16:24
**condolences** [1] - 11:15
**contact** [1] - 21:19
**containers** [1] - 16:23
**conversation** [1] - 15:7

convey [1] - 11:13
copy [2] - 3:14, 3:17
Corp [1] - 11:22
correct [6] - 19:7, 20:24, 21:8, 21:9, 21:14, 23:9
correctly [1] - 4:13
counsel [3] - 3:6, 3:17, 11:11
counted [1] - 10:12
COUNTY [1] - 25:5
couple [2] - 7:11, 10:12
COURT [1] - 1:2
Court [1] - 3:13
court [1] - 5:9
custom [1] - 21:12
customer [1] - 16:12
customers [2] - 21:20, 21:25
CV [1] - 1:6

**D**

D [3] - 3:2, 23:2, 24:7
date [5] - 5:6, 6:7, 6:8, 12:14, 20:22
DATE [1] - 1:10
daughter [2] - 5:16, 5:18
day [2] - 23:19, 25:20
days [2] - 3:16, 14:7
December [2] - 1:10, 25:20
Defendant [2] - 1:7, 2:9
deodorants [1] - 12:23
department [2] - 13:9, 13:20
departments [2] - 13:12, 13:17
deposition [5] - 3:8, 3:9, 3:14, 4:24, 15:24
DEPOSITION [1] - 1:13
DESCRIPTION [1] - 24:4
did [8] - 8:22, 9:7, 10:24, 12:24, 13:5, 13:8, 19:10, 19:16
did you [18] - 4:16, 6:16, 6:22, 8:10, 9:11, 9:17, 11:19, 12:17, 13:6, 15:13, 17:19, 19:7, 19:11, 19:15, 19:22, 20:3, 20:7, 21:19
didn't [8] - 7:3, 10:17, 14:12, 15:15, 15:16, 19:20, 19:25, 22:2
digits [1] - 5:10
discipline [3] - 19:15, 19:19, 19:20
DISTRICT [2] - 1:2, 1:2
do [6] - 9:2, 18:10, 19:11, 20:2, 21:13, 25:9
do you [13] - 6:6, 8:5,

8:18, 11:14, 15:25, 16:5, 16:16, 16:22, 16:24, 17:6, 17:17, 20:15, 21:23
Docket [1] - 1:5
DOCUMENTS [1] - 24:17
does [1] - 7:20
doesn't [1] - 15:17
doing [2] - 10:22, 19:16
Dolson [1] - 2:5
don't [4] - 6:8, 8:8, 9:14, 18:21
down [4] - 5:10, 17:23, 18:15, 20:10
duly [3] - 4:3, 23:5, 25:11
during [12] - 6:2, 6:17, 12:5, 12:12, 12:24, 13:14, 16:12, 17:18, 18:2, 18:24, 21:3, 21:17
duties [1] - 6:20

**E**

E [9] - 2:2, 3:2, 23:2, 24:2, 24:7, 25:2
EAST [2] - 1:6, 2:10
effect [2] - 3:12, 3:15
either [2] - 5:3, 8:11
Elefun [1] - 10:9
elephant [1] - 10:10
employ [1] - 21:5
employed [2] - 7:6, 21:2
employee [4] - 5:23, 6:3, 6:4, 13:16
employees [1] - 21:23
employment [3] - 6:18, 8:22, 21:17
encounter [1] - 22:2
encountered [2] - 17:20, 19:17
end [3] - 12:18, 13:16, 13:21
engaged [1] - 8:24
enough [3] - 4:14, 7:2, 18:17
ESQ [2] - 2:6, 2:11
ESQS [1] - 2:9
ever [15] - 4:20, 5:2, 5:23, 9:17, 17:19, 17:25, 18:25, 19:7, 19:15, 19:22, 20:3, 20:8, 20:16, 21:19, 21:24
everything [1] - 12:22
exact [1] - 6:8
exactly [1] - 14:7
examination [2] - 25:10, 25:12
Examination [1] - 22:8
EXAMINATION [4] - 4:6, 11:6, 20:13, 24:9

examined [1] - 4:5
except [1] - 3:21
exchange [1] - 22:3
Exhibit 1 [1] - 15:23
experiences [2] - 12:16, 13:15
extent [1] - 11:13

**F**

F [2] - 3:2, 25:2
facts [2] - 15:15, 15:16
family [2] - 5:22, 11:12
fashion [1] - 21:21
fast [1] - 10:17
father [6] - 12:4, 13:24, 14:10, 14:24, 15:19, 20:23
father's [2] - 5:21, 20:17
Federal [1] - 1:17
fell [1] - 14:16
felt [1] - 10:20
few [1] - 8:16
filing [1] - 3:7
finger [1] - 17:17
fired [1] - 6:11
firm [2] - 4:9, 5:3
first [6] - 4:3, 4:15, 9:13, 10:13, 18:20, 23:5
five [1] - 10:21
fix [1] - 18:11
flat [4] - 17:13, 17:21, 19:3, 20:8
floor [1] - 6:25
flooring [2] - 16:15, 16:17
follows [1] - 4:5
for [24] - 2:4, 2:9, 3:6, 3:18, 4:16, 4:23, 6:10, 8:14, 9:4, 9:6, 9:22, 10:8, 10:12, 10:16, 10:25, 11:11, 11:12, 11:25, 12:3, 14:19, 15:20, 19:16, 25:8
FOR [1] - 24:21
force [1] - 3:15
foregoing [1] - 23:8
form [1] - 3:21
formal [2] - 8:24, 21:12
format [1] - 9:25
forth [1] - 25:11
four [1] - 5:10
from [5] - 4:9, 11:21, 13:20, 15:23, 21:7
front [1] - 15:25
further [3] - 11:4, 22:5, 25:14
FURTHER [2] - 3:20, 23:8

**G**

gave [2] - 5:12, 23:6
Georgia [1] - 12:7
get [2] - 8:8, 18:20
given [2] - 23:10, 25:13
go [8] - 9:5, 14:12, 14:13, 14:20, 15:3, 15:17, 18:19, 18:23
going [3] - 8:21, 14:14, 17:12
good [6] - 4:8, 10:23, 11:8, 11:9, 12:3, 12:23
got [2] - 14:8, 14:9
groceries [1] - 12:22
guess [2] - 6:17, 14:16

**H**

H [2] - 4:2, 24:2
had [10] - 5:3, 7:2, 10:12, 12:11, 14:8, 14:11, 14:16, 14:17, 16:11, 17:25
half [1] - 10:21
hand [1] - 25:20
happen [1] - 21:19
happened [3] - 7:13, 10:17, 20:17
has [2] - 12:4, 17:13
have [11] - 5:6, 6:22, 7:3, 7:4, 7:20, 11:14, 14:14, 14:18, 18:18, 19:20, 25:19
have you [5] - 4:19, 4:22, 5:2, 11:16, 18:25
having [2] - 4:3, 23:4
hazard [1] - 18:13
he [9] - 12:4, 12:6, 12:9, 14:11, 14:12, 14:17, 15:10, 15:17
health [8] - 13:8, 13:19, 14:19, 16:3, 16:8, 16:17, 19:5, 20:7
hear [1] - 5:20
held [2] - 1:17, 7:6
her [1] - 15:18
here [2] - 6:13, 11:24
HEREBY [1] - 3:5
hereby [2] - 23:4, 25:9
herein [1] - 3:7
hereinbefore [2] - 23:11, 25:11
hereunto [1] - 25:19
him [2] - 12:7, 14:20
hired [1] - 9:5
his [3] - 12:5, 14:14, 14:19
hold [1] - 6:16
hope [2] - 4:13, 11:14
horizontal [5] - 17:14,

17:22, 19:3, 20:9, 21:21
**horizontally** [2] - 18:8, 21:25
**hospital** [3] - 14:13, 14:20, 14:24
**how** [4] - 7:25, 8:10, 12:16, 15:9
**how did** [1] - 14:4
**how many** [4] - 14:7, 18:19, 19:11, 19:12

**I**

**I** [82] - 3:2, 4:12, 4:19, 5:6, 6:4, 6:8, 6:9, 6:11, 6:17, 6:19, 7:10, 7:23, 8:14, 8:15, 9:14, 10:3, 10:6, 10:7, 10:12, 10:13, 10:14, 10:17, 10:18, 10:19, 10:20, 10:21, 10:22, 11:10, 11:14, 11:21, 11:22, 11:24, 11:25, 12:2, 12:11, 12:22, 13:3, 13:7, 14:6, 14:7, 14:8, 14:9, 14:15, 14:19, 15:12, 15:15, 18:11, 18:14, 18:22, 19:10, 19:12, 19:19, 19:25, 20:20, 21:22, 22:2, 22:3, 23:2, 23:4, 23:5, 23:8, 24:2, 24:7, 25:2, 25:7, 25:14, 25:16, 25:19
**I'll** [2] - 15:22, 17:4
**I'm** [8] - 4:13, 5:18, 5:20, 11:11, 11:23, 12:2, 15:18, 17:12
**I've** [2] - 12:3, 12:7
**identified** [2] - 6:13, 7:21
**if** [8] - 3:12, 3:15, 10:15, 15:9, 18:6, 20:15, 21:23, 21:24
**IMS** [1] - 13:3
**IN** [1] - 25:19
**in** [58] - 4:11, 4:23, 6:9, 6:13, 6:25, 7:13, 7:17, 7:18, 7:25, 8:15, 8:24, 9:8, 10:15, 10:24, 11:2, 11:16, 11:17, 11:19, 12:3, 12:4, 12:6, 12:7, 13:6, 13:12, 13:17, 15:6, 15:10, 15:25, 16:11, 16:15, 16:17, 16:25, 17:5, 17:10, 17:18, 18:14, 18:16, 18:20, 18:21, 18:23, 19:2, 19:4, 19:23, 20:6, 20:7, 20:8, 20:10, 20:16, 21:5, 21:17, 21:19, 21:20, 25:17

**incident** [4] - 13:24, 15:10, 15:14, 20:17
**include** [1] - 13:8
**indicated** [1] - 11:11
**indicating)** [1] - 17:8
**infected** [1] - 14:17
**INFORMATION** [1] - 24:17
**interested** [1] - 25:17
**into** [1] - 12:13
**inventory** [9] - 6:19, 6:22, 9:21, 9:23, 13:3, 18:14, 21:11, 21:14
**involved** [1] - 15:10
**involving** [2] - 13:24, 15:8
**is** [14] - 4:9, 5:19, 7:17, 7:18, 7:21, 10:16, 14:15, 17:18, 18:18, 18:19, 18:23, 23:9, 25:10, 25:12
**IS** [2] - 3:5, 3:20
**is that** [4] - 5:13, 7:5, 20:23, 21:7
**is there** [1] - 8:2
**issues** [1] - 22:4
**it** [36] - 4:13, 6:4, 6:9, 7:21, 7:24, 9:14, 9:24, 10:8, 10:11, 10:12, 10:16, 10:18, 10:19, 10:20, 13:4, 14:5, 14:7, 14:9, 14:17, 14:18, 15:2, 17:11, 18:11, 18:12, 18:15, 18:16, 18:22, 19:22, 19:25, 20:2, 21:12, 21:15
**IT** [2] - 3:5, 3:20
**it's** [5] - 10:14, 16:3, 16:14, 18:17, 18:22
**item** [3] - 10:7, 17:13
**items** [7] - 9:19, 11:2, 19:2, 20:8, 20:9, 21:20, 21:25

**J**

**Jervis** [1] - 5:13
**job** [2] - 10:22, 13:2
**Job** [1] - 11:22
**Judge** [1] - 3:13
**July** [3] - 6:5, 6:9, 14:10
**June** [3] - 13:25, 20:18, 20:19
**just** [7] - 9:2, 9:5, 10:17, 14:7, 15:24, 19:13, 19:25

**K**

**kept** [1] - 6:23
**kind** [1] - 16:17
**King** [1] - 5:12

**knew** [2] - 10:19, 14:6
**know** [9] - 6:6, 6:8, 6:9, 8:18, 14:8, 15:15, 15:16, 20:15, 21:23
**knowledge** [3] - 9:20, 12:6, 13:22
**known** [1] - 12:7

**L**

**L** [3] - 3:2, 23:2
**lack** [1] - 19:13
**ladders** [1] - 10:23
**Lake** [1] - 7:24
**last** [2] - 5:10, 7:10
**law** [2] - 4:9, 5:3
**lawsuit** [2] - 4:11, 5:3
**laying** [1] - 17:21
**lazy** [1] - 18:21
**learn** [3] - 14:4, 15:9, 15:13
**learning** [2] - 9:3, 15:7
**Lee** [2] - 14:21, 15:13
**LEEVERDIA** [2] - 1:3, 2:5
**Leeverdia** [3] - 4:12, 5:17, 5:19
**left** [2] - 13:21, 16:21
**liability** [1] - 10:20
**life** [3] - 11:17, 12:5, 12:8
**lifting** [1] - 10:23
**like** [16] - 7:4, 8:6, 8:14, 8:16, 9:15, 10:20, 10:22, 11:10, 11:23, 17:20, 18:2, 18:7, 18:12, 18:16, 18:22, 20:4
**little** [1] - 17:8
**live** [1] - 11:19
**lived** [3] - 11:16, 11:24, 12:4
**LLP** [2] - 1:18, 2:4
**located** [2] - 6:13, 17:5
**location** [5] - 10:16, 11:2, 16:2, 21:6, 21:18
**logo** [1] - 17:7
**long** [2] - 8:10, 9:15
**looking** [1] - 15:24
**loss** [1] - 11:12
**LP** [2] - 1:6, 2:10

**M**

**Ma'am** [2] - 4:8, 20:15
**made** [1] - 19:8
**make** [2] - 7:2, 14:20
**manager** [2] - 19:23
**manner** [2] - 19:3, 21:21
**many** [2] - 13:11, 13:17
**MARKED** [1] - 24:21
**marked** [1] - 15:23
**marriage** [1] - 25:16

**MART** [2] - 1:6, 2:10
**materials** [1] - 4:23
**matter** [1] - 25:18
**may** [2] - 3:10, 3:14
**May** [1] - 20:18
**maybe** [2] - 8:16, 14:9
**me** [4] - 8:7, 14:25, 23:10, 23:18
**mean** [3] - 12:22, 22:2, 22:3
**member** [3] - 6:21, 9:22, 21:14
**merchandise** [9] - 6:25, 16:21, 16:22, 17:13, 17:21, 17:22, 18:7, 18:9, 20:4
**met** [1] - 4:20
**middle** [1] - 17:5
**Middletown** [1] - 2:6
**mind** [1] - 9:14
**miscounted** [1] - 10:6
**mod** [3] - 9:8, 9:11, 9:24
**mods** [1] - 9:2
**Modulars** [1] - 9:3
**Monroe** [3] - 7:18, 8:15
**Monroe/Woodbury** [2] - 7:19, 8:2
**month** [1] - 8:15
**months** [1] - 10:21
**Monticello** [3] - 7:14, 7:20, 8:14
**more** [1] - 10:20
**MOSBACHER** [4] - 2:6, 11:7, 20:12, 24:11
**mother** [1] - 5:19
**moved** [1] - 11:25
**moving** [1] - 10:18
**MR** [9] - 4:7, 11:4, 11:7, 20:12, 20:14, 22:5, 24:10, 24:11, 24:12
**Mr** [2] - 5:17, 20:22
**Mrs** [1] - 20:22
**Ms** [1] - 11:8
**much** [2] - 4:16, 7:4
**MULLANE** [7] - 2:11, 4:7, 11:4, 20:14, 22:5, 24:10, 24:12
**Mullane** [1] - 4:9
**my** [16] - 4:8, 5:3, 5:19, 5:21, 9:14, 9:20, 10:22, 11:13, 11:14, 12:6, 12:8, 13:22, 14:10, 17:17, 25:20

**N**

**N** [5] - 2:2, 3:2, 4:2, 23:2, 24:7
**name** [1] - 4:8
**nature** [2] - 16:23, 16:25

T. BURDEN

necessary [1] - 9:4
needed [2] - 14:13, 14:18
never [1] - 21:11
NEW [2] - 1:2, 25:4
New [7] - 1:19, 1:21, 2:6, 2:11, 4:4, 5:13, 25:8
Newburgh [17] - 1:19, 6:13, 8:22, 9:9, 11:2, 11:16, 11:20, 11:23, 12:3, 12:5, 12:8, 12:12, 12:25, 16:6, 20:16, 21:6, 21:18
no [15] - 4:21, 4:25, 5:5, 8:6, 9:2, 9:20, 11:3, 11:4, 14:3, 20:5, 20:25, 21:16, 21:22, 22:5, 25:17
No [1] - 1:5
NOEL [2] - 25:7, 25:23
Noel [1] - 1:20
non [1] - 1:13
non-party [1] - 1:13
none [1] - 24:5
None [2] - 24:18, 24:22
Northport [1] - 2:11
not [10] - 9:20, 10:3, 11:3, 13:23, 18:12, 18:17, 20:21, 21:5, 21:22, 25:14
NOTARY [1] - 23:22
Notary [3] - 1:20, 4:4, 25:7
now [4] - 8:21, 11:23, 13:23, 15:22
NUMBER [1] - 24:4
number [1] - 5:9

**O**

O [2] - 3:2, 23:2
O'Connor [2] - 4:10
O'CONNOR [2] - 2:9
oath [1] - 3:12
objections [1] - 3:21
observation [1] - 19:9
occurred [1] - 13:25
OF [3] - 1:2, 25:4, 25:5
of [75] - 1:13, 1:14, 1:17, 1:18, 1:20, 1:21, 3:8, 3:9, 3:13, 3:14, 3:16, 3:17, 3:22, 4:4, 4:9, 4:15, 5:6, 5:16, 5:18, 5:23, 6:3, 6:21, 6:24, 7:2, 7:11, 8:11, 8:21, 8:24, 9:11, 9:18, 9:21, 9:22, 9:24, 10:11, 11:13, 12:13, 12:18, 13:6, 13:16, 13:21, 13:24, 14:2, 15:10, 15:25, 16:6, 16:12, 16:17, 16:21, 16:23, 16:25, 17:5,

17:13, 17:22, 18:8, 18:13, 19:4, 19:9, 19:13, 19:16, 19:18, 20:9, 21:10, 21:14, 21:15, 21:24, 22:8, 23:10, 23:19, 25:8, 25:12, 25:15, 25:17, 25:20
off [1] - 14:18
offices [1] - 1:18
often [1] - 19:13
okay [1] - 4:15
on [19] - 1:14, 6:19, 6:25, 7:24, 8:11, 9:19, 10:2, 10:18, 13:25, 14:10, 14:16, 15:24, 16:21, 17:22, 18:8, 19:3, 20:9, 20:17, 20:22
one [7] - 6:17, 7:20, 7:23, 7:25, 8:2, 8:15, 9:16
One [1] - 2:5
only [7] - 5:9, 7:5, 7:20, 7:23, 8:2, 8:16, 9:4
onto [1] - 9:5
or [31] - 5:3, 7:3, 7:21, 8:11, 8:23, 9:8, 9:11, 9:12, 9:17, 9:23, 9:24, 11:25, 13:25, 14:16, 14:18, 17:13, 17:21, 17:23, 19:3, 19:23, 20:8, 20:10, 20:18, 21:6, 21:12, 21:19, 21:21, 25:16
ORANGE [1] - 25:5
orientation [2] - 17:14, 20:10
oriented [2] - 18:9, 19:4
original [2] - 3:9, 3:17
OSHA [1] - 9:16
OSHA-type [1] - 9:16
other [5] - 7:12, 7:17, 7:18, 9:25, 21:23
out [2] - 7:12, 10:11
outcome [1] - 25:17

**P**

P [3] - 2:2, 3:2
P.M [2] - 1:11, 22:7
PAGE [2] - 24:4, 24:9
part [6] - 9:21, 13:6, 16:5, 18:13, 21:10, 21:15
participated [1] - 9:8
particular [1] - 20:16
parties [3] - 1:16, 3:7, 25:15
party [1] - 1:13
passed [1] - 12:9
passing [1] - 5:21
past [1] - 10:14
people [2] - 8:9, 18:20

period [1] - 11:19
person [1] - 19:23
photograph [5] - 15:25, 16:16, 16:20, 16:22, 17:6
place [4] - 7:17, 18:20, 21:25, 23:11
placed [1] - 7:16
placing [1] - 19:3
plain [1] - 20:9
Plaintiff's [1] - 15:23
Plaintiffs [3] - 1:4, 1:14, 2:4
point [4] - 10:24, 17:4, 17:12, 21:6
Port [1] - 5:13
position [2] - 6:16, 7:5
possible [1] - 16:14
practice [2] - 9:22, 21:13
prayers [1] - 5:21
pregnant [1] - 10:22
preparation [1] - 4:23
present [3] - 13:20, 16:25, 20:21
pretty [1] - 15:18
prior [3] - 4:19, 4:22, 5:2
Procedure [1] - 1:17
procedure [2] - 15:8, 15:20
procedures [1] - 15:4
products [1] - 19:4
pronouncing [1] - 4:13
proper [1] - 19:13
provided [1] - 8:25
Public [3] - 1:20, 4:4, 25:8
PUBLIC [1] - 23:22
pursuant [1] - 1:16
put [3] - 5:10, 18:15, 18:22
putting [1] - 7:12

**Q**

questions [2] - 11:5, 22:6
QUESTIONS [1] - 24:21

**R**

R [4] - 2:2, 3:2, 23:2, 25:2
re [1] - 18:16
Ready [1] - 8:9
really [1] - 9:14
received [1] - 21:11
recently [1] - 7:10
recognize [6] - 16:2, 16:5, 16:16, 16:22, 16:24, 17:6
record [1] - 25:12
records [1] - 6:24
recounted [1] - 10:19
regard [1] - 9:25

regards [2] - 9:18, 21:13
related [1] - 25:15
reluctant [1] - 15:3
remember [7] - 8:5, 9:14, 10:3, 10:7, 15:12, 20:20, 21:22
remodel [1] - 8:14
remodelling [2] - 7:12, 7:13
replaced [1] - 21:20
report [2] - 19:22, 19:25
reporter [1] - 5:9
represent [1] - 4:10
REQUESTED [1] - 24:17
reserved [1] - 3:22
respective [2] - 1:15, 3:6
responsibilities [1] - 6:21
responsible [1] - 10:25
reviewed [1] - 4:23
right [1] - 20:2
Road [1] - 7:24
room [4] - 7:2, 18:17, 18:23
Rules [1] - 1:17
RULINGS [1] - 24:21

**S**

S [5] - 2:2, 3:2, 4:2, 24:2
safety [1] - 9:15
said [3] - 10:6, 14:12, 14:17
sales [1] - 6:25
same [4] - 3:12, 3:15, 3:17, 22:4
SANDRA [2] - 25:7, 25:23
Sandra [1] - 1:20
saw [1] - 10:18
say [5] - 7:9, 11:10, 14:6, 19:12, 19:19
sealing [1] - 3:7
section [3] - 16:18, 19:5, 20:7
security [1] - 5:8
see [3] - 17:17, 20:8, 21:20
seen [3] - 17:25, 18:25, 21:24
sent [1] - 8:7
separate [1] - 10:16
serious [1] - 14:19
service [1] - 3:16
set [2] - 25:11, 25:20
shampoos [1] - 16:24
she [2] - 14:25, 15:18
shelf [3] - 17:15, 18:18
shelves [2] - 9:19, 10:2
shop [2] - 12:17, 12:21
shopping [3] - 12:16, 13:14, 17:18

T. BURDEN

show [1] - 15:22
showed [1] - 20:2
shown [1] - 16:15
side [1] - 16:21
signed [3] - 3:10, 3:12, 3:15
situation [2] - 18:6, 18:21
so [13] - 10:17, 10:19, 11:23, 12:2, 14:8, 14:17, 14:19, 15:6, 15:18, 17:12, 18:21, 21:13
soaps [2] - 12:23, 16:23
SOBO [2] - 2:4
Sobo [4] - 1:18, 5:4
social [1] - 5:8
some [3] - 11:13, 13:24, 15:10
something [3] - 10:10, 14:16, 17:20
sorry [2] - 5:20, 11:11
SOUTHERN [1] - 1:2
specific [2] - 7:21, 16:2
specified [1] - 23:11
spots [2] - 10:8, 10:12
SS [1] - 25:4
stack [3] - 18:12, 20:3, 21:20
stacked [3] - 17:23, 18:8, 20:8
stacking [7] - 9:19, 9:25, 10:25, 19:2, 19:8, 19:18, 21:13
start [1] - 6:6
STATE [1] - 25:4
State [3] - 1:21, 4:4, 25:8
STATES [1] - 1:2
step [1] - 5:19
still [3] - 10:22, 13:17, 17:11
STIPULATED [2] - 3:5, 3:20
stock [1] - 7:13
stopped [1] - 13:15
Store [1] - 6:14
store [7] - 7:22, 9:9, 13:6, 13:7, 17:2, 20:6, 20:16
STORES [2] - 1:6, 2:10
straight [1] - 17:23
Street [1] - 5:13
STUART [1] - 2:6
stubborn [1] - 14:11
stuff [5] - 7:4, 9:16, 10:10, 10:23, 12:23
Subpoena [1] - 1:16
subpoena [1] - 4:17
Subscribed [1] - 23:18
such [1] - 25:12
supposed [6] - 7:3, 10:15, 18:12, 18:15, 18:19,

18:23
sure [2] - 7:2, 15:18
surgical [1] - 15:8
sustained [1] - 20:23
sworn [5] - 3:10, 4:3, 23:5, 23:18, 25:11
symbol [2] - 17:4, 17:9

**T**

T [7] - 3:2, 4:2, 23:2, 24:2, 25:2
take [2] - 18:15, 18:22
taken [2] - 1:15, 14:18
talked [1] - 22:3
talking [1] - 14:15
TASHAWN [2] - 1:15, 23:15
team [7] - 6:19, 6:22, 9:21, 9:23, 13:3, 21:11, 21:14
tell [1] - 18:19
temp [2] - 7:11, 7:15
temporary [2] - 8:12, 8:13
term [1] - 8:21
terminated [1] - 10:5
testified [1] - 4:5
testify [1] - 23:5
testimony [3] - 23:6, 23:10, 25:13
thank [2] - 4:15, 20:12
that [69] - 3:7, 3:9, 3:13, 3:20, 4:11, 7:4, 7:5, 7:8, 7:9, 8:7, 8:8, 8:18, 8:24, 9:13, 9:22, 10:3, 10:6, 10:19, 10:23, 10:25, 11:3, 12:23, 12:25, 13:5, 13:8, 13:11, 13:25, 14:8, 14:10, 14:21, 15:3, 15:12, 15:13, 16:5, 16:8, 16:11, 16:16, 16:17, 16:23, 16:25, 17:2, 17:6, 17:7, 17:9, 17:13, 17:17, 17:20, 17:21, 17:22, 18:2, 18:7, 18:12, 18:18, 19:2, 19:8, 19:11, 19:16, 19:17, 20:4, 20:9, 20:22, 21:22, 23:4, 23:8, 25:12, 25:13, 25:14, 25:16
That [1] - 25:10
that's [7] - 7:15, 9:4, 15:9, 16:21, 17:5, 17:14, 18:13
the [135] - 1:13, 1:14, 1:15, 1:16, 1:18, 1:20, 2:4, 2:9, 3:6, 3:7, 3:8, 3:9, 3:10, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:22, 4:4, 4:9, 4:17, 5:9, 5:10, 5:12, 5:16, 5:18, 6:6, 6:8, 6:12, 6:19,

6:21, 6:25, 7:2, 7:5, 7:13, 7:15, 7:17, 7:18, 7:25, 8:5, 8:6, 8:15, 8:22, 9:8, 9:13, 9:15, 9:16, 9:21, 10:2, 10:11, 10:13, 10:15, 10:19, 11:2, 11:12, 12:12, 12:14, 12:18, 12:24, 13:3, 13:6, 13:7, 13:8, 13:16, 13:19, 13:20, 13:21, 14:13, 14:15, 14:20, 14:24, 15:4, 15:14, 15:15, 15:16, 15:25, 16:2, 16:3, 16:6, 16:8, 16:12, 16:15, 16:16, 16:17, 16:20, 16:21, 16:25, 17:5, 17:7, 17:9, 17:14, 18:2, 18:16, 18:20, 18:23, 19:4, 19:13, 19:20, 20:2, 20:6, 20:7, 20:16, 20:22, 20:23, 21:3, 21:5, 21:10, 21:14, 21:17, 21:18, 22:3, 22:7, 23:5, 23:6, 23:8, 23:10, 25:8, 25:10, 25:13, 25:15, 25:17
them [5] - 10:14, 19:3, 20:2, 21:20, 22:2
then [5] - 8:15, 10:13, 11:22, 11:25, 12:2
there [25] - 6:10, 8:3, 8:7, 8:16, 8:19, 8:23, 9:7, 10:8, 10:9, 10:11, 10:15, 10:24, 12:17, 12:21, 13:11, 13:15, 13:16, 17:18, 18:3, 18:5, 18:7, 18:20, 18:24, 19:17
there's [1] - 7:23
these [1] - 8:11
they [13] - 8:13, 9:2, 10:6, 11:14, 13:4, 14:12, 14:13, 14:17, 15:16, 17:11, 18:12, 18:17, 18:21
they've [1] - 21:24
thing [2] - 9:13, 10:9
things [1] - 16:25
this [12] - 6:12, 10:7, 14:8, 15:6, 15:20, 18:5, 18:22, 22:8, 23:19, 25:15, 25:18, 25:20
thoughts [1] - 5:21
through [5] - 4:17, 7:11, 13:16, 15:3, 21:3
time [19] - 3:22, 7:8, 7:9, 8:23, 9:7, 9:15, 10:13, 10:24, 11:3, 11:17, 12:24, 13:11, 13:20, 17:2, 17:18, 18:2, 18:24, 21:6, 23:10

TIME [1] - 1:11
timeframe [1] - 8:18
times [3] - 8:16, 19:11, 19:12
title [1] - 13:2
to [70] - 1:16, 3:10, 3:11, 3:21, 3:22, 4:19, 4:22, 5:2, 5:20, 6:5, 7:2, 7:3, 8:21, 9:4, 9:5, 9:13, 9:18, 9:20, 9:23, 9:25, 10:15, 10:17, 11:10, 11:12, 11:22, 11:23, 12:6, 12:7, 12:14, 13:22, 13:23, 14:4, 14:8, 14:11, 14:12, 14:13, 14:14, 14:18, 14:20, 14:22, 14:24, 15:3, 15:9, 15:13, 15:14, 17:4, 17:12, 17:19, 18:12, 18:15, 18:18, 18:19, 18:23, 19:20, 19:22, 20:2, 21:13, 21:18, 21:19, 23:5, 23:18, 25:15
today [5] - 4:16, 4:19, 4:22, 5:2, 21:7
today's [1] - 4:24
toe [2] - 14:14, 14:15
toes [1] - 14:15
together [1] - 15:17
too [1] - 7:4
top [6] - 17:5, 17:14, 17:22, 18:8, 19:4, 20:9
training [5] - 8:24, 9:18, 9:24, 19:14, 21:12
transcript [2] - 23:9
trial [1] - 3:22
true [2] - 23:9, 25:12
trunk [1] - 10:11
truth [1] - 23:5
two [3] - 8:17, 10:8, 12:2
type [11] - 8:24, 9:11, 9:16, 9:18, 9:23, 11:13, 13:24, 15:10, 19:8, 19:16, 19:17

**U**

U [1] - 3:2
under [2] - 10:4, 12:20
undergo [2] - 9:17, 9:23
understand [1] - 12:11
understandably [1] - 15:6
understanding [2] - 11:14, 15:2
underwent [1] - 8:23
UNITED [1] - 1:2
unsigned [1] - 3:14
until [5] - 11:21, 11:24, 12:9, 13:21, 21:7
up [5] - 11:21, 17:23,

18:19, 20:10, 21:7
**upon** [1] - 3:17
**Upstate** [1] - 11:25
**use** [1] - 17:11
**used** [1] - 3:14

## V

**vertical** [2] - 17:23, 20:10
**vertically** [2] - 18:9, 19:4
**very** [3] - 4:16, 11:11
**view** [3] - 9:12, 9:17, 9:23
**visits** [1] - 20:6
**voluntarily** [1] - 4:17

## W

**W** [2] - 2:6, 4:2
**waived** [1] - 3:9
**WAL** [2] - 1:6, 2:10
**WAL-MART** [2] - 1:6, 2:10
**walk** [1] - 10:17
**walked** [2] - 10:13, 16:11
**Walmart** [27] - 4:11, 5:24, 6:3, 6:12, 6:18, 7:7, 7:14, 7:18, 7:21, 7:24, 8:2, 8:22, 8:25, 10:5, 11:2, 12:12, 12:25, 13:12, 13:17, 13:25, 15:11, 16:6, 17:7, 17:9, 18:6, 21:3, 21:24
**Walmarts** [2] - 7:12, 8:11
**want** [2] - 11:10, 14:12
**was** [39] - 4:4, 4:11, 6:4, 6:9, 6:10, 6:11, 6:19, 7:24, 8:25, 9:15, 10:9, 10:11, 10:20, 10:21, 10:22, 11:21, 11:24, 12:6, 12:14, 13:3, 14:10, 14:11, 14:19, 15:2, 15:3, 15:10, 15:14, 16:17, 17:9, 17:21, 17:22, 18:7, 18:8, 18:14, 19:2, 22:8, 25:11
**was it** [4] - 8:19, 9:22, 10:9, 14:21
**was that** [1] - 13:20
**was there** [2] - 8:14, 15:18
**wash** [1] - 9:12
**wasn't** [3] - 10:19, 21:12, 21:15
**way** [2] - 20:2, 25:17
**we** [11] - 4:10, 6:23, 6:24, 7:2, 7:3, 8:8, 14:15, 22:3
**week** [3] - 6:10, 6:17, 14:9
**weeks** [1] - 8:17
**well** [2] - 14:6, 18:11
**went** [2] - 10:18, 11:22
**were** [16] - 7:3, 7:6, 8:13, 9:5, 10:8, 10:25, 13:11,

13:17, 13:23, 14:14, 15:16, 20:9, 20:15, 20:21, 21:2, 21:5
**were you** [3] - 5:23, 6:2, 10:4
**what** [10] - 6:2, 6:16, 6:20, 7:3, 9:11, 10:4, 11:19, 12:20, 13:5, 18:9
**what was** [2] - 12:25, 15:22
**whatever** [2] - 9:5, 14:16
**when** [1] - 18:14
**when you** [8] - 7:9, 8:23, 9:7, 13:5, 18:5, 19:8, 19:16, 19:17
**where** [7] - 7:15, 17:17, 17:20, 18:7, 18:22, 18:25, 20:17
**WHEREOF** [1] - 25:19
**Whereupon** [1] - 22:7
**whether** [1] - 9:24
**which** [1] - 18:23
**while** [1] - 7:6
**whole** [2] - 12:8, 13:7
**whose** [1] - 25:10
**why** [1] - 8:8
**will** [2] - 5:9, 15:9
**with** [10] - 3:12, 3:15, 5:3, 5:22, 9:18, 9:25, 10:10, 15:4, 20:21, 21:13
**within** [3] - 3:8, 13:12, 25:8
**without** [1] - 15:17
**WITNESS** [1] - 25:19
**witness** [10] - 1:14, 3:10, 3:16, 3:18, 4:3, 13:23, 15:14, 22:8, 25:10, 25:13
**words** [1] - 11:13
**work** [6] - 8:11, 12:24, 13:5, 13:6, 19:16, 19:17
**worked** [7] - 7:10, 8:16, 8:19, 12:11, 13:7, 18:3, 18:5
**worker** [2] - 19:2, 19:8
**working** [4] - 6:10, 11:3, 18:14, 18:24
**would** [9] - 6:12, 8:6, 12:20, 14:18, 16:8, 16:20, 18:9, 18:11, 22:3
**wouldn't** [1] - 19:19

## X

**X** [4] - 1:3, 1:8, 24:2, 24:7

## Y

**yeah** [1] - 8:13
**year** [6] - 6:10, 6:17, 7:11,

11:25, 12:13, 16:12
**years** [4] - 6:2, 12:3, 21:3, 21:18
**yes** [33] - 4:18, 5:15, 5:25, 6:15, 7:8, 7:17, 9:10, 11:18, 12:10, 12:19, 13:10, 13:13, 13:18, 13:22, 14:23, 14:25, 15:5, 15:12, 15:21, 16:3, 16:7, 16:10, 16:14, 16:19, 17:3, 17:7, 17:11, 17:16, 17:24, 18:4, 19:6, 20:11
**Yes** [2] - 8:4, 21:4
**YORK** [2] - 1:2, 25:4
**York** [7] - 1:19, 1:21, 2:6, 2:11, 4:4, 5:13, 25:9
**you** [41] - 4:15, 5:12, 5:16, 7:6, 7:16, 8:6, 8:18, 8:19, 9:4, 10:25, 12:11, 12:21, 12:24, 13:15, 13:21, 13:23, 14:4, 14:22, 15:9, 15:19, 15:22, 15:25, 16:11, 17:4, 17:12, 17:20, 17:25, 18:2, 18:6, 18:10, 18:15, 18:19, 20:12, 20:15, 20:21, 21:2, 21:5, 21:10, 21:11
**your** [23] - 5:6, 5:8, 5:20, 5:22, 6:17, 8:21, 9:5, 11:12, 11:17, 12:4, 13:2, 13:14, 13:24, 14:24, 15:2, 15:19, 17:18, 18:24, 20:6, 20:17, 20:22, 21:15, 21:17
**yourself** [1] - 20:3

## °

**°** [4] - 22:11

## Diamond Errata Sheet

**Plaintiff(s):** _____

_____

_____

**Defendant(s):** _____

_____

_____

| Page | Line | Correction | Reason for Correction |
|------|------|------------|----------------------|
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |

**Date:** _____

**Name of Witness:**

_____

**Signature:**

_____

Subscribed and sworn to before me

This _____ of _____ 20_____.

_____
Notary Public