UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
ANTHONY BURDEN and LEEVERDIA BURDEN,

                                    PLAINTIFFS,

            -against-              Case No.:
                                  17-CV-01289

WAL-MART STORES EAST, LP,

                                  DEFENDANT.
-------------------------------------------X

                  DATE:  October 18, 2017

                  TIME:   10:43 A.M.

            DEPOSITION of the Defendant,

WAL-MART STORES EAST, LP, by a witness,

HUYLER VANWAGENEN, taken by the Plaintiff,

pursuant to a Court Order and the Federal

Rules of Civil Procedure, held at the

offices of Diamond Reporting & Legal Video,

50 Main Street, Suite 345, White Plains,

New York 10606, before Evanguelia Galarza,

a Notary Public of the State of New York.

A P P E A R A N C E S:


SOBO & SOBO, LLP
   Attorneys for the Plaintiffs
   ANTHONY BURDEN and LEEVERDIA BURDEN
   One Dolson Avenue
   Middletown, New York 10490
   BY:  STUART W. MOSBACHER, ESQ.


BRODY, O'CONNOR & O'CONNOR, ESQS.
   Attorneys for the Defendant
   WAL-MART STORES EAST, LP
   7 Bayview Avenue
   Northport, New York 11768
   BY:  THOMAS O'CONNOR, ESQ.
   File #:  WM 16-350 TO


ALSO PRESENT:

   ANTHONY BURDEN

   LEEVERDIA BURDEN

   TASHAWN MALLORY

                *         *         *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*     *     *     *

H. VANWAGENEN

HUYLER   VANWAGENEN, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. MOSBACHER:

Q.   Please state your name for the record.

A.   Huyler Vanwagenen.

Q.   What is your business address?

A.   1201 Union Avenue, Route 300, Newburgh, New York 12550.

Q.   Good morning, sir.

A.   Good morning.

Q.   Could you just say your first and last name again?

A.   Sure, Huyler Vanwagenen.

Q.   Mr. Vanwagenen, I will be asking you some questions today.  Please let me finish my question.  Sometimes it does take some effort to finish.  It is as if you should pause that is just advisory. Then it will be your opportunity to answer

H. VANWAGENEN

the question.

If you don't understand me, tell me. You don't have to answer that question. I could ask it again, I could ask the Court Reporter to read that back to you.

If you understand the question, obviously the obligation is to answer truthfully. You have taken an oath. And that is how to proceed, question by question.

I don't think we will be here that long. But if you need to take a break, certainly, that is fine with me, for whatever reason. The only request is that if there is an open question is that you answer that.

Sir, do you understand those instructions?

A.    Yes, sir.

Q.    Are you ready to proceed?

A.    Yes.

Q.    The address you gave, is that a Wal-Mart address?

H. VANWAGENEN

A.   Yes.

Q.   What is the name of the store that is located there?

A.   Wal-Mart 2104.

Q.   Are you an employee of Wal-Mart?

A.   Yes.

Q.   What is your position?

A.   Asset protection manager.

Q.   Do you work at one store or more than one store?

A.   Just one store.

Q.   Are you an asset protection manager at the Wal-Mart 2104 located in Newburgh, New York?

A.   Yes.

Q.   For how long have you held that position?

A.   In that store?

Q.   We will say that store.

A.   About three years.

Q.   How long have you had that position for any Wal-Mart store?

A.   About four years.

H. VANWAGENEN

Q.   How long have you been associated with Wal-Mart?

A.   Going on 19 years this year.

Q.   Congratulations.

A.   Thank you.

Q.   What other positions have you held, other than asset protection manager?

A.   I have been a department manager, receiving manager, invoicing clerk, assistant store manager.  And then my current position.

MR. MOSBACHER:  Could you read back what he said after invoicing clerk.

(Whereupon, the referred-to answer was read back by the Reporter.)

Q.   What are your duties and responsibilities as an asset protection manager?

A.   We are in charge of making sure the store is protected from shrink opportunities or loss.

Q.   I don't know if it's my

H. VANWAGENEN

hearing.  What I heard was shrink opportunity; is that what you said?

A.    Yes.

Q.    What does that mean?

A.    Shrink is loss of profit, loss of money potential into the store and company.

Q.    Would that include theft?

A.    Yes.

Q.    Did you have training to become a protection manager?

A.    Yes.

Q.    Was that training within Wal-Mart?

A.    Yes.

Q.    What did that training include?

A.    Just going around to other stores shadowing other APMs, taking a lot of computer, you know, residual stores courses, stuff like that.

Q.    Computer residual courses, those are courses offered by Wal-Mart?

A.    Yes.

Q.    Do you have certifications

H. VANWAGENEN

related to completion of asset protection manager program, something of that nature?

A.    I don't understand.

Q.    It's a poorly worded question.

Did they give you some type of certification after you finished your training with shadowing and taking the online programs?

A.    Well, they just tell you you passed the course on the computer.  I don't have any hanging certificates or anything though.

MR. O'CONNOR:  No gold star.

Q.    Now you mentioned you have done asset protection work at two stores.  One store being Newburgh store Wal-Mart 2104.

Was it one or more than one other store that you were an asset protection manager?

A.    It was one other store, store 4570.

Q.    Where is that located?

A.    Napanoch, New York.

Q.    That is in Ulster County?

H. VANWAGENEN

A.    Yes.

Q.    Right on 208, right?

A.    209.

Q.    Fair enough.

If you would compare the day-to-day general duties and responsibilities as asset protection manager at the Napanoch store versus your general duties as asset protection manager at the Wal-Mart store, were they more or less the same, did they vary, were there differences store to store?

A.    It varies from store to store.

Q.    What were the differences, what did you do in Napanoch versus what you do now at Newburgh store that you have been at for the past three years?

A.    Our daily operations are the same, as far as what our daily tasks are. But just depending in the area that you're -- Newburgh is a rough area. So there is always more to do because of that.

Q.    Meaning more to do for the asset protection manager?

H. VANWAGENEN

A.    Correct.

Q.    If going from that answer, what are the additional things you do at the Newburgh store that you may not have done or done on a less volume at the Napanoch store?

A.    Newburgh is a higher theft area.  So we have to do more programs in place to accommodate for that.

Q.    How about as asset protection manager, how many personnel do you manage, if any?

A.    I personally supervise nine associates right now.

Q.    At the Newburgh store, what is the most amount of personnel that you have supervised as asset protection manager?

A.    Nine.

Q.    And if we compared that to the Napanoch store, how many personnel did you manage there where while you were there?

A.    Three.

Q.    What was the highest amount of personnel as asset protection manager that

H. VANWAGENEN

you supervised at the Napanoch store?

A.    Three.

Q.    So, you have been with Wal-Mart, in total, for 19 years, and you have had other positions.

My next question is, other than the Newburgh store and the Napanoch store, are there other Wal-Marts that you have worked at or trained at over the years as a Wal-Mart employee?

A.    Yes.

Q.    If you could just go through those stores.

A.    Store 2504 in Kingston, New York; store 2531 Mohegan Lake, New York. Where else, we mentioned 4570.  I think that's it.

Q.    The 4570, again, was the Napanoch store, correct?

A.    Correct.

Q.    What was the first position you held with Wal-Mart?

A.    Shoes associate.

Q.    What time frame did you do that

H. VANWAGENEN

Q. work?

A. 1998, my official hire date, and then for about a year.

Q. What store did you work at or stores?

A. For that position just Kingston 2504.

Q. What was the next position you held?

A. Department manager of that same department in another store.

Q. So that would be department manager for the shoe department?

A. Correct.

Q. What time period did you do that work?

A. Approximately two years after the promotion and I was in store 2531.

Q. Sir, that would refer to the Mohegan Lake store?

A. Yes, correct.

Q. Is that right in the border of Monticello?

A. No, that is Peekskill,

H. VANWAGENEN

Westchester County.

Q.   Thank you.

So that was two years, so that would cover approximately 1999 to 2001, if my math is correct?

A.   Correct.

Q.   What was the next position you held after the position of department manager at a shoe department in Peekskill?

A.   From there I stayed in the same position -- and I forgot another store that I was in, store 2637.  So the same position, just different store.

Q.   Where is 2637?

A.   Monroe, New York.

Q.   So would the answers with respect to your positions as a shoe associate and department manager as shoe department, do you wish to change those in any way since you have recalled the store 2637 in Monroe, New York?

A.   The only thing I am just adding is just the store number that I forgot.

Q.   Okay, fair enough.

H. VANWAGENEN

So, what was the next position you held after 2001 in Peekskill?

A.    Wow, so from Monroe I think I went to Newburgh, New York as a shoe department manager as well.

Q.    So maybe I didn't get that question out correctly.

What was the time frame you worked at the Monroe store?

A.    I don't recall.  I want to say about a year, maybe year-and-a-half.

Q.    Early 2000s?

A.    Yes.

Q.    Was there a time period you worked both at Monroe and at the Peekskill store?

A.    No.

Q.    You worked in one or the other?

A.    One or the other, yup.  I did cover a lot of stores too, you know, but I was officially in one store.

Q.    For example, an absence or increase in service?

A.    Yes, vacation.

H. VANWAGENEN

Q.    That sort of thing?

A.    Yes.

Q.    So, with that in mind, what was the next store you were primarily at?

A.    From Monroe I went to Newburgh.

Q.    So while you were at the Monroe store, was your position more or less the same, shoe department manager?

A.    Correct.

Q.    When we refer to shoes, and I don't know if it's distinguished, but men or women?

A.    It's both.

Q.    That's been the entire time, it was both up to that point in Monroe?

A.    Yes, sir.

Q.    So what was your first position at the Newburgh store?

A.    Shoe department manager.

Q.    How long did you hold that position once you were there, what time period?

A.    Roughly six months to a year.

Q.    Early 2000s?

H. VANWAGENEN

A.    Yes.

Q.    What's the next position you held?

A.    Department manager of pets.

Q.    What store?

A.    Newburgh.

Q.    What is the time frame, what years?

A.    That was only about a three-month position.

Q.    How about the next position?

A.    Receiving manager.

Q.    Which store?

A.    Newburgh.

Q.    What time frame?

A.    Roughly two years, two, three years.

Q.    What two years are we talking about, two, three years?

A.    Early 2000s.

Q.    So to go from department manager for the pet store to the receiving manager, did you have to complete any programs within Wal-Mart?

H. VANWAGENEN

A.    The same thing it is for all other positions, you do the computer training.

Q.    Shadowing?

A.    Yes.

Q.    Computer training and you completed those courses?

A.    Yes.

Q.    And how many hours of course time did that involve to change positions from department manager of pets to receiving manager?

A.    I don't recall.

Q.    In your eyes, was that a promotion?

A.    Yes.

Q.    In your eyes your move from department manager of shoes to department manager of pets, was that a promotion, was it lateral, something else?

A.    In the company it was lateral, in my eyes it was a promotion.

Q.    As receiving manager, what area of the store were you working in?

H. VANWAGENEN

A.    Just in receiving.

Q.    Where is that?

A.    In the back room.

Q.    Describe your general duties in receiving, what would you do?

A.    So we are in charge of making sure the back room was neat, clean, organized.  We were also in charge of checking in the food vendors that come in daily.

Q.    Did you have any responsibilities for non perishables?

A.    Yes.

Q.    What type of non perishables did you work with, what type of merchandise during that period of time that you were receiving manager for two to three years?

A.    We also had to check in the general merchandise stuff that came in.  So direct store delivery they call it.  So I it is clothes shipped directly to the store, upon request, certain domestics, like housewares stuff, pretty much everything.

H. VANWAGENEN

Q.   How about soaps?

A.   No.

Q.   How about liquid soaps?

A.   No.

Q.   How about items used in mens health areas?

A.   No.

Q.   What was the next position you had after receiving manager?

A.   Invoicing clerk.

Q.   Was that a promotion, was it lateral, something else?

A.   That was a promotion.

Q.   You went through a training program?

A.   Yes.

Q.   Was that any different than the training programs you have discussed?

A.   No.

Q.   You completed that training program?

A.   Yes, sir.

Q.   What store did you work at?

A.   Newburgh.

H. VANWAGENEN

Q.    What time period?

A.    Middle to -- middle 2000s.

Q.    How many months or years?

A.    In that particular position I believe it was about five years, five, six years.

Q.    Did you have an office as an invoicing clerk?

A.    Yes.

Q.    Where was the office, sir?

A.    In the back room by the manager's office.

Q.    Did you have an office when you were a receiving manager?

A.    No.

Q.    Was it an individual office?

A.    I shared it with another associate with a similar position.

Q.    What were your general duties and responsibilities as invoicing clerk?

A.    Pay the bills.

Q.    What type of bills are we talking about; purchase of merchandise --

A.    Yes.

H. VANWAGENEN

Q.    -- payrolls, something else?

A.    All purchases of merchandise. I oversaw the receiving part of it, which was the position previous. So I made sure all that stuff was done correctly, and I paid any bills that came up.

Q.    Would the bills that you paid, some of that include overhead, like electricity?

A.    No.

Q.    Would that include purchases of merchandise for sale?

A.    Correct.

Q.    Was it a particular kind of merchandise; for example, perishable goods, fixed goods, supporting goods?

A.    It was a mixture of things. It was like Coke and Pepsi, all the food vendors that we checked into the back, all those bills would come through my desk. I would have to make sure they lined up correctly with what was being billed and what was actually checked in. And then clothing merchandise, same thing, we would

H. VANWAGENEN

have to verify the two reports.  And then release the bill to the vendor through the computer.

Q.    So that type of work as invoicing clerk, did you have responsibilities to walk about the store on a daily basis?

A.    No.

Q.    Your work time generally as invoicing clerk were you mainly in that back room?

A.    Yes.

Q.    You were mainly working off of a computer screen?

A.    Yes.

Q.    You were a manager, so did you have personnel under you while you were working there as an invoicing clerk?

A.    No.

Q.    Did you have any supervisory responsibilities with anybody else in that department?

A.    No.

Q.    Did you report to anyone?

H. VANWAGENEN

A.    My store manager.

Q.    Who was that, at that time, that five-year stretch; was it several?

A.    Yeah, we had a couple at that time.

Q.    What was the next position you held?

A.    From there I went to be an assistant store manager.

Q.    In your eyes, was that a promotion?

A.    Yes.

Q.    Which store or stores did you serve as an assistant store manager?

A.    Store 2531, Mohegan Lake.

Q.    The Fishkill store -- sorry, the Peekskill store?

A.    Peekskill, right.

Q.    Peekskill store.

What time period did you serve as an assistant store manager at the Peekskill store?

A.    I believe it was around 2012 until about late 2013, something like that.

H. VANWAGENEN

Q.    How many months or years was that?

A.    About a year-and-a-half, two years almost.

Q.    You went through that training program?

A.    Yes.

Q.    That was offered by Wal-Mart?

A.    Yes.

Q.    Training didn't include courses outside of Wal-Mart, did it?

A.    For that position, yes, because you became salary.

Q.    So let's go through what your training was to become assistant store manager.  What did you do?  Where did you go?

A.    Well, it was a six-week program that they put you through.  Two weeks of the time was you shadow, you go to the store that you're going to be in and you shadow other assistant managers.

From there you go to a four-week program outside of the state to

H. VANWAGENEN

where they just train you on the basic functions of an assistant store manager.

Q.    Where was that?

A.    That was in Waterford, Connecticut.

Q.    Where were you living at the time?

A.    Same place I am now, Stone Ridge.

Q.    Were you commuting for that four-week program?

A.    They make you commute on the weekends.  You're there for the whole week. They put you up in a hotel, then you go home on Friday.  Then you have to go back Sunday night.

Q.    Did you complete the full six-week program?

A.    Yes, sir.

Q.    For that, did they give you any type of certification or plaque or acknowledgment?

A.    Yes.

Q.    What did they give you?

H. VANWAGENEN

A.   Plaques, certificate.

Q.   During that year-and-a-half you were at Peekskill store, did you work at any other stores?

A.   No.

Q.   Let's talk about your duties and responsibilities as assistant store manager at the Peekskill store.

What did they involve?

A.   Basically we were just what the title is, assistant store manager.  We are running every day store to store operations, which consisted of everything.

Q.   You had an office?

A.   No.

Q.   Were you on the floor in the public area?

A.   Yes.

Q.   Where goods are available?

A.   Yes.

Q.   Did you manage personnel?

A.   The personnel department?

Q.   No.

Did you have staff underneath

H. VANWAGENEN

you?

A.   Yes.

Q.   What was the approximate size of your staff in that one-and-a-half year period at the Peekskill store as assistant store manager?

A.   Depending on the area that I was assigned to it could range anywhere from 25 to 50 people.

Q.   As assistant store manager, did you serve throughout the store?

A.   Yes.

Q.   Within departments?

A.   Yes.

Q.   Were you assigned a different department each day, each week, each month, each quarter, something else?

A.   They try to go by quarter.

Q.   So, in that one and a half year period, what parts of the store did you work at?

A.   I ran the front end, which is all the registers.  I ran consumables, and I also ran the back room area.

H. VANWAGENEN

Q.   Did you have any responsibilities with respect to stacking merchandise during that period of time that you were assistant store manager at the Peekskill store?

A.   I oversaw associates who did that, yes.

Q.   And did you receive training in how products are displayed?

A.   Did I receive training, no.

Q.   What type of products did you display during that time period or supervise others to display, let me phrase it that way?

A.   Everything, everything that is basically in the store.

Q.   Would that include perishables?

A.   Perishables, consumables, everything.

Q.   Sporting goods?

A.   Correct, yeah.

Q.   We will say clothing?

A.   Yes, sir.

Q.   Apparel, if you will?

H. VANWAGENEN

A.    Yes.

Q.    How about soap items?

A.    Yes.

Q.    Did there come a time that you stopped being assistant store manager at the Peekskill store?

A.    Yes, right after that I went to store 4570 as the asset protection manager.

Q.    At the Napanoch store?

A.    Correct.

Q.    You went through a training program?

A.    Yes.

Q.    Why don't you describe the training program that you went to, I don't think we covered that earlier, to become asset protection manager at the Napanoch store?

A.    That was just shadowing other associates that were in that position for a couple of weeks, and then a lot more computer training.

Q.    For that position, did you receive any type of certifications,

H. VANWAGENEN

acknowledgements, plaques?

A. No.

Q. You completed the program?

A. Yes.

Q. At some point, I think we covered this, but you went from being asset protection manager at Napanoch to asset protection manager at the Newburgh store?

A. Correct.

Q. Have you held any positions once you arrived at the Newburgh store as asset protection manager, what month and what year are we?

A. Approximately 2014.

Q. Do you know what month or what season?

A. I don't.

Q. Do you know if it was before May 1st of 2014?

A. I don't know exactly.

Q. So, from when you arrived at the Newburgh store as asset protection manager, have you remained there right up until today?

H. VANWAGENEN

A.    Yes, sir.

Q.    That is your primary store?

A.    Yes, sir.

Q.    There are times where you're asked to serve as an employee for Wal-Mart in other stores?

A.    Yes, sir.

Q.    So, the Newburgh store, you are familiar with the layout?

A.    Very much.

Q.    There is a public area where the goods are available?

A.    The back room, you mean?

Q.    No. I will ask it this way.

How about, there is entrances to the Wal-Mart store in Newburgh, public entrances?

A.    Yes.

Q.    And there is a parking lot in front of the store?

A.    Yes.

Q.    And what are the public entrances from the parking lot looking at the front of the store?

H. VANWAGENEN

A.     What are they?

Q.     Poorly phrased.

Where are they with respect to the front of the store in the parking lot in front of the store?

A.     We have one in the general merchandise side, which is all the nonfoods.  And then we have one on the grocery side.

Q.     If you are looking at the front of the store from the parking lot, the entrance to the general merchandise, where is that; is it towards the middle, is it towards the right side, is it towards the left side?

A.     It's towards the right side.

Q.     The entranceway for the grocery side when looking at it again from the parking lot looking at the front of the Wal-Mart store, where is that located?

A.     That is located on the left side or the south side.

Q.     So the entrance for the general merchandise, is that more towards the north

H. VANWAGENEN

side?

A.    Yes, sir.

Q.    And is there some distance that separates the entrance on the north side from the entrance on the south side?

A.    There is a distance, yes.  I don't know exactly what it is but...

Q.    Would you agree that it was more than 50 yards?

A.    Yeah.

Q.    Since your time at the Newburgh store as asset protection manager, have the cashiers -- the location of cashiers more or less been the same?

A.    Yes.

Q.    Where are they, once you're inside the store, with respect to the entrances?

A.    If you go in the GM side entrance, they would be to your left.

Q.    GM for general merchandise, and that's the north side?

A.    Correct.

Q.    Let's say you go in through the

H. VANWAGENEN

GM side, and you're -- is there a McDonald's in that Wal-Mart?

A.   Yes.

Q.   Is that by the GM side?

A.   No, that's on the grocery side.

Q.   You go in through the general merchandise, once you're inside the doors, what do you see?  What departments are there?

A.   You have the registers to your left, and then if you go little bit straight further, you have the pharmacy on the right and the consumable area and seasonal in front of you and onto your right.

MR. MOSBACHER:  These are two exhibits.  I will mark as Plaintiff's 1 and 2.

(Whereupon, Photographs were marked as Plaintiff's Exhibit 1 and 2 for identification as of this date by the Reporter.)

Q.   I am going to show you two Xerox copies of pictures that are black and

H. VANWAGENEN

white.  I will show it to counsel as well.

And ask you to take a look at it, then I will frame some questions based on these exhibits.

A. Okay.

Q. So, with respect to Plaintiff's Exhibit 1 for identification, which one is that?

A. This one.

Q. Thank you.

Looking at that photograph, do you recognize that area?

A. Yes.

Q. What is shown in that photograph; is that an area within the Newburgh at Wal-Mart?

A. Yes, sir.

Q. Do you know what area that is?

A. Yes, that is our HBA section.

Q. What does HBA stand for?

A. Health and beauty aids.  Sorry, too much Wal-Mart lingo.

Q. That is a public area?

A. Yes, sir.

H. VANWAGENEN

Q.   The image seems to show various items of merchandise?

A.   Yes.

Q.   They are in containers if, you will, yes?

A.   Yes.

Q.   Looks like soap products and shampoo products, things of that nature?

A.   Yes, sir.

Q.   During your time serving as asset protection manager at the Newburgh store, has Wal-Mart had products of that nature in that section, I believe the health and beauty aid section?

A.   Yes.

Q.   The way the merchandise is displayed, did they display mens' products separate from women's products and separate from children's products or something else?

A.   Generally, yes.

Q.   How did they arrange it with respect to, we will say, the sexes and ages?

A.   Well, generally they will go by

H. VANWAGENEN

what it is.  So, for example, all the body wash, they will separate the woman's body wash with the mens body wash and then kids body wash by that area.  So they keep all the body wash together just --

Q.    Just generally, in your time there at the Newburgh store, have you walked through that area, the health and beauty aid section?

A.    Yes.

Q.    You have been through the mens area?

A.    Yes.

Q.    And in your time as asset protection manager, have you seen persons stock the shelves in that area, the health and beauty aids area?

A.    Yes.

Q.    On how many occasions?

If you don't know exactly, a reasonable approximation, as long as it's not a guess.

A.    A lot, hundreds of times.

Q.    Of the times you have seen

H. VANWAGENEN

people stack merchandise in that area, the health and beauty aids area, have you seen anyone, other than a Wal-Mart employee do the stocking of those shelves in that area?

A.   No.

Q.   So, do you know the amount of the times you have walked past that area that is depicted in Plaintiff's Exhibit 1 during your time as asset protection manager?

A.   I don't know exactly, but I walked the store quite frequently.  So at least 10, 15 times a day.

Q.   How high are the shelves in that area?

A.   I don't know exactly.

Q.   Do you know if they are higher than four feet?

A.   I don't know.

Q.   How about higher than six feet?

A.   I don't know that either.

Q.   Have you yourself ever stocked shelves in that area, the area that is depicted in Plaintiff's Exhibit 1 located

H. VANWAGENEN

in the health and beauty aids area?

A.   No.

Q.   Just generally speaking, Exhibit 1, is that a fair and accurate representation as to how goods are shelved in that area of the store in Newburgh?

MR. O'CONNOR:  Note my objection.  You can answer.

A.   I don't understand the question.

Q.   Sure.

I am just pointing with my finger this shelf.  I don't know what that is, the fourth shelf from the bottom?

MR. O'CONNOR:  You have got 1, 2, 3, 4, we will call that the fifth shelf.

Q.   See how I am moving my hands up and down?

A.   Yes.

Q.   I am moving it on a product, and, you know, I will use a word, it is a word for me called a vertical orientation.

Do you know what I mean by

H. VANWAGENEN

that, vertical orientation?

A.    By the bottom standing up?

Q.    Yes.

A.    Correct.

Q.    Would you agree with me that the products, primarily on Plaintiff's Exhibit 1, are in a vertical orientation?

A.    Yes.

Q.    I am going to use my finger. This would be the top shelf.  So I am not -- seventh shelf, if you will?

A.    Uh-huh.

Q.    Do you see this one bottom here, I am moving my finger across from right to left?

A.    Yes.

Q.    I will use another word.  I will use the word horizontal orientation.

Do you understand what I mean by that term, horizontal orientation?

A.    Yes, sir.

Q.    Laying flat as opposed to straight up and down?

A.    Okay.

H. VANWAGENEN

Q.    In the times that you have been in the store and you have walked in the health and beauty aids, we will say before June 1st of 2015, had there ever come a time you've seen products stored in a horizontal orientation in the health and beauty aids area?

A.    No.

Q.    So this photograph, that has been marked as Plaintiff's Exhibit 1, is this the first time you have ever seen an object stored in a horizontal orientation in that area the H and B area?

A.    In that area, yes.

Q.    Are staff permitted, to your knowledge, to store goods in that manner in that area?

MR. O'CONNOR:  You are talking about the horizontal?

Q.    In the horizontal orientation?

A.    No.

Q.    Is there an instruction, that you are aware of, that goods cannot be stored in that manner, in a horizontal

H. VANWAGENEN

orientation?

A.    I don't know if there is a written instruction, but I know it's said to all associates to make sure that the all the items are stocked properly.

Q.    Have you ever given that instruction to someone?

A.    Yes.

Q.    How did you come to learn about that instruction?

A.    Well, just by the way -- if they are unstable, the shelves, if the product is unstable.

Q.    Is it a common sense thing or is it something that you were taught in a class or a video or something somebody shared with you when you were shadowing them, how did you learn?

A.    I would say both.

Q.    Both shadowing and through course time, video or class time?

A.    No, common sense, and also company training.

Q.    How many times have you shared

H. VANWAGENEN

that information with an employee that, you know, stacking something in a horizontal orientation is not okay?

MR. O'CONNOR:  Hold on, with respect to these types of items.

Q.    Located in the H and B area?

A.    In these particular items, none, that I can remember.

Q.    With regards to other items that you may have instructed other staff, are there other goods that are prohibited from being stacked in a horizontal orientation, other than we will say soap products in the H and B area as depicted in Plaintiff's Exhibit 1?

A.    Yes.

Q.    What goods have you talked about with other people that are prohibited from being stored in a horizontal orientation?

A.    Mainly the bigger, bulky items, like in the back area of the store, like toys, sporting goods, heavier items, et cetera.

H. VANWAGENEN

Q.    Again, was that based on common sense and training that you have received?

A.    Yes.

Q.    How many times have you given that instruction over the years before June 1st of 2014 to other staffers?

A.    I don't recall the exact number.

Q.    At least once?

A.    Yes.

Q.    If you would be able to put a range on how many times you have given that instruction to staffers over the years outside of the H and B area?

A.    Five to 10 times roughly.

Q.    Have you, before June 1st, 2014, ever come across a good or item that like, as depicted in Plaintiff's Exhibit 1, showing again the horizontally depicted item, have you ever come across an item in an area other than H and B and corrected it yourself?

A.    Yes.

Q.    How many times have you done

H. VANWAGENEN

that before June 1, 2014?

A.    I don't recall.

Q.    Sir, if I mention the name Mr. Anthony Burden, do you know who he is?

A.    No, sir.

Q.    I represent to you he is directly across the table from you.  And, sir, if I mentioned the name Mrs. Leeverdia Burden, do you know who she is?

A.    No, sir.

Q.    Sir, I will mention to you, she is seated next to me here to my right.

Is there a person that you are aware of that trains staff with regards to how to stack shelves in the H and B area of the store?

A.    No, sir.

Q.    Are you aware of any type of manual that gives managers instructions in terms of how you stock merchandise, we will say the soaps, in the H and B areas?

A.    No.

Q.    Do you know a staffer that would be aware whether such items exist,

H. VANWAGENEN

whether there are online or written, typed out --

A.   No.

Q.   -- instructions with regards to stocking shelves in the H and B areas?

A.   No, sir.

Q.   Is there an H and B manager or assistant manager?

A.   Yes.

Q.   Is there one that serves the Newburgh store?

A.   Yes.

Q.   Is there more than one such person?

A.   No, they only have one of each at each time.

Q.   Who is the current H and B store manager?

A.   We currently don't have one.

Q.   Who is the last one?

A.   I believe her name was Sierra.

Q.   Is she still with Wal-Mart?

A.   Yes, sir.

Q.   Is she still with the Newburgh

H. VANWAGENEN

store?

A.    Yes, sir.

Q.    Does she have a different position?

A.    No.

Q.    Same position?

A.    Yes.

Q.    What is the actual title?

A.    ASM, assistant store manager.

Q.    Does she serve just in the H and B area?

A.    It's one of many areas that she has.  She is over consumables, which consist of like four or five different areas.

Q.    Had you ever served as manager of that department, the H and B area?

A.    Yes.

Q.    What time period?

A.    When I was an assistant store manager in the Peekskill store.

Q.    Have you have served in that capacity at the Newburgh store?

A.    No.

H. VANWAGENEN

Q.    Generally speaking, with displaying merchandise, is the merchandise in the H and B area in the Peekskill store displayed more or less the same as it is in the Newburgh store?

A.    Yes, sir.

Q.    Did you ever come to learn about some type of incident involving a Mr. Burden, Mr. Anthony Burden, that occurred in late May or early June of 2014 in the H and B area?

A.    No, sir.

Q.    Sir, did you make a search to see if there was any incident report for an incident that involved a Mr. Anthony Burden at the Newburgh Wal-Mart store in late May or early June of 2014?

A.    No, sir.

Q.    Can you make such a search whether an incident was generated at any time?

A.    Only within the previous 30 days are we allowed to search.

Q.    If an incident report is

H. VANWAGENEN

generated, is that entered through a computer terminal?

A. Yes, sir.

Q. And that information is stored somewhere?

A. Yes.

Q. Where is it stored?

A. We will be stored in the computer for 30 days. We can visually see it. If you don't print it out, we don't have any visual from there.

Q. What happens after 30 days?

A. Our insurance company takes over.

Q. So could they do a search to see if an incident report was generated with respect to Mr. Burden --

MR. O'CONNOR: Note my objection.

Q. -- in that time period?

MR. O'CONNOR: Note my objection as to what the insurance company for Wal-Mart can or can't do since this witness is not employed by

H. VANWAGENEN

that company.

Q.    If you know?

A.    I don't know.

MR. MOSBACHER:  Fair enough.

I don't have any further questions for the witness.  I want to thank you for attending.

The person identified as Sierra, I would like to reserve a right to depose her, as she has familiarity with the A and B section at the Newburgh store.

(Whereupon, at 11:26 A.M., the Examination of this Witness was concluded.)

°          °          °          °

H. VANWAGENEN

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_____
HUYLER VANWAGENEN

Subscribed and sworn to before me this _____ day of _____ 20____.

_____
NOTARY PUBLIC

                    H. VANWAGENEN

                   E X H I B I T S


PLAINTIFF EXHIBITS


EXHIBIT    EXHIBIT                      PAGE

NUMBER     DESCRIPTION

1, 2       Photographs                  35


      (Exhibits retained by Counsel.)


               I N D E X


EXAMINATION BY                          PAGE

MR. MOSBACHER                           4




  INFORMATION AND/OR DOCUMENTS REQUESTED

INFORMATION AND/OR DOCUMENTS      PAGE

(None)


      QUESTIONS MARKED FOR RULINGS

PAGE LINE QUESTION

(None)

H. VANWAGENEN

C E R T I F I C A T E

STATE OF NEW YORK        )
                         :  SS.:
COUNTY OF NEW YORK       )

        I, EVANGUELIA GALARZA, a Notary Public for and within the State of New York, do hereby certify:

        That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

        I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

        IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of November 2017.


                    _____
                         EVANGUELIA GALARZA

**1**

**1** [5] - 3:17, 35:19, 40:16, 46:2, 53:8
**10** [2] - 39:14, 45:16
**10490** [1] - 2:6
**10606** [1] - 1:22
**10:43** [1] - 1:12
**11768** [1] - 2:11
**11:26** [1] - 51:14
**1201** [1] - 4:13
**12550** [1] - 4:14
**15** [1] - 39:14
**16-350** [1] - 2:12
**17-CV-01289** [1] - 1:6
**18** [1] - 1:11
**19** [2] - 7:4, 12:5
**1998** [1] - 13:3
**1999** [1] - 14:5
**1st** [4] - 31:20, 42:5, 45:7, 45:17

**2**

**2** [4] - 35:19, 35:21, 40:17, 53:8
**2000s** [4] - 15:13, 16:25, 17:21, 21:3
**2001** [2] - 14:5, 15:3
**2012** [1] - 24:24
**2013** [1] - 24:25
**2014** [7] - 31:15, 31:20, 45:7, 45:18, 46:2, 49:11, 49:18
**2015** [1] - 42:5
**2017** [2] - 1:11, 54:21
**208** [1] - 10:3
**209** [1] - 10:4
**20___** [1] - 52:19
**2104** [3] - 6:5, 6:15, 9:17
**25** [1] - 28:10
**2504** [2] - 12:15, 13:8
**2531** [3] - 12:16, 13:19, 24:16
**2637** [3] - 14:13, 14:15, 14:22

**3**

**3** [1] - 40:17
**30** [4] - 3:16, 49:24, 50:10, 50:13
**300** [1] - 4:13
**345** [1] - 1:21
**35** [1] - 53:8
**3rd** [1] - 54:21

**4**

**4** [2] - 40:17, 53:15
**4570** [4] - 9:22, 12:17,

12:19, 30:9

**5**

**50** [3] - 1:21, 28:10, 34:10

**7**

**7** [1] - 2:10

**A**

**A.M** [2] - 1:12, 51:14
**able** [1] - 45:12
**about** [24] - 6:22, 6:25, 11:11, 13:4, 15:12, 17:10, 17:12, 17:20, 20:2, 20:4, 20:6, 21:6, 21:24, 23:7, 24:25, 25:4, 27:7, 30:3, 32:16, 39:21, 42:20, 43:10, 44:19, 49:9
**above** [1] - 52:6
**absence** [1] - 15:23
**accommodate** [1] - 11:10
**accurate** [1] - 40:5
**acknowledgements** [1] - 31:2
**acknowledgment** [1] - 26:23
**across** [4] - 41:15, 45:18, 45:21, 46:8
**action** [1] - 54:17
**actual** [1] - 48:9
**actually** [1] - 22:24
**adding** [1] - 14:23
**additional** [1] - 11:4
**address** [3] - 4:12, 5:24, 5:25
**administer** [1] - 3:11
**advisory** [1] - 4:24
**after** [9] - 3:16, 7:14, 9:7, 13:18, 14:9, 15:3, 20:10, 30:8, 50:13
**again** [6] - 4:18, 5:5, 12:19, 33:19, 45:2, 45:20
**against** [1] - 1:6
**ages** [1] - 37:24
**agree** [2] - 34:9, 41:6
**AGREED** [2] - 3:5, 3:20
**aid** [2] - 37:15, 38:10
**aids** [6] - 36:22, 38:18, 39:3, 40:2, 42:4, 42:8
**all** [12] - 3:21, 18:2, 22:3, 22:6, 22:19, 22:20, 28:24, 33:8, 38:2, 38:5, 43:5
**allowed** [1] - 49:24
**almost** [1] - 25:5
**also** [4] - 19:9, 19:19, 28:25, 43:23
**ALSO** [1] - 2:14
**always** [1] - 10:23

**am** [11] - 14:23, 26:9, 35:24, 40:13, 40:19, 40:22, 41:10, 41:11, 41:15, 54:15, 54:18
**amount** [3] - 11:17, 11:24, 39:7
**AND** [2] - 3:5, 3:20
**AND/OR** [2] - 53:18, 53:19
**another** [4] - 13:12, 14:12, 21:18, 41:18
**answer** [7] - 4:25, 5:4, 5:9, 5:18, 7:17, 11:3, 40:9
**answers** [1] - 14:17
**ANTHONY** [3] - 1:3, 2:5, 2:15
**Anthony** [3] - 46:5, 49:10, 49:16
**any** [20] - 6:24, 9:12, 11:13, 14:21, 17:24, 19:12, 20:18, 22:7, 23:21, 26:21, 27:5, 29:2, 30:25, 31:11, 46:19, 49:15, 49:21, 50:12, 51:6, 54:16
**anybody** [1] - 23:22
**anyone** [3] - 3:11, 23:25, 39:4
**anything** [1] - 9:12
**anywhere** [1] - 28:9
**APMs** [1] - 8:19
**apparel** [1] - 29:25
**approximate** [1] - 28:4
**approximately** [3] - 13:18, 14:5, 31:15
**approximation** [1] - 38:22
**are** [37] - 3:21, 5:22, 6:6, 6:14, 7:22, 8:23, 10:19, 10:20, 17:19, 19:7, 21:23, 27:12, 27:20, 29:10, 31:14, 32:5, 32:9, 32:13, 33:11, 35:17, 35:25, 37:5, 39:15, 39:18, 40:6, 41:8, 42:16, 42:19, 42:24, 43:6, 43:13, 44:12, 44:19, 46:14, 46:19, 47:2, 49:24
**are there** [3] - 12:9, 35:9, 44:12
**area** [42] - 10:21, 10:22, 11:9, 18:24, 27:18, 28:8, 28:25, 32:12, 35:14, 36:13, 36:16, 36:19, 36:24, 38:5, 38:9, 38:13, 38:17, 38:18, 39:2, 39:3, 39:5, 39:8, 39:16, 39:24, 40:2, 40:7, 42:8, 42:14, 42:15, 42:18, 44:7, 44:15, 44:23, 45:15, 45:22, 46:16, 48:12, 48:18, 49:4, 49:12
**areas** [5] - 20:7, 46:22, 47:6, 48:13, 48:16
**around** [2] - 8:18, 24:24
**arrange** [1] - 37:22

**arrived** [2] - 31:12, 31:22
**as** [54] - 3:12, 3:15, 3:21, 4:3, 4:5, 4:23, 7:20, 10:8, 10:10, 10:20, 11:11, 11:18, 11:25, 12:10, 14:18, 14:19, 15:5, 15:6, 18:24, 21:8, 21:21, 23:5, 23:10, 23:19, 24:15, 24:22, 27:8, 28:6, 28:11, 30:9, 31:12, 31:23, 32:6, 34:13, 35:18, 35:21, 35:22, 36:2, 37:11, 38:15, 38:22, 39:10, 40:6, 41:23, 42:11, 44:15, 45:19, 48:17, 49:5, 50:23, 51:9, 51:11
**ask** [4] - 5:5, 5:6, 32:15, 36:3
**asked** [1] - 32:6
**asking** [1] - 4:21
**ASM** [1] - 48:10
**asset** [23] - 6:10, 6:14, 7:8, 7:20, 9:2, 9:16, 9:19, 10:8, 10:10, 10:25, 11:11, 11:18, 11:25, 30:9, 30:18, 31:7, 31:8, 31:13, 31:23, 34:13, 37:12, 38:15, 39:10
**assigned** [2] - 28:9, 28:16
**assistant** [16] - 7:11, 24:10, 24:15, 24:22, 25:16, 25:23, 26:3, 27:8, 27:12, 28:6, 28:11, 29:5, 30:6, 47:9, 48:10, 48:21
**associate** [3] - 12:24, 14:19, 21:19
**associated** [1] - 7:3
**associates** [4] - 11:15, 29:7, 30:21, 43:5
**at** [60] - 1:19, 6:11, 6:15, 9:16, 10:9, 10:11, 10:17, 11:4, 11:6, 11:16, 12:2, 12:10, 13:5, 14:10, 15:10, 15:16, 16:5, 16:7, 16:19, 20:24, 24:3, 24:5, 24:22, 26:7, 27:4, 27:9, 28:6, 28:22, 29:5, 30:6, 30:10, 30:18, 31:6, 31:8, 31:9, 31:12, 31:22, 32:24, 33:11, 33:19, 33:20, 34:12, 36:3, 36:12, 36:17, 37:12, 38:8, 39:13, 45:10, 47:17, 48:24, 49:17, 49:21, 51:13, 51:14, 52:10
**attending** [1] - 51:8
**Attorneys** [2] - 2:4, 2:9
**authorized** [1] - 3:11
**available** [2] - 27:20, 32:13
**Avenue** [3] - 2:5, 2:10, 4:13
**aware** [4] - 42:24, 46:15, 46:19, 46:25

**B**

**B** [16] - 42:14, 44:7, 44:15, 45:15, 45:22, 46:16, 46:22, 47:6, 47:8, 47:18, 48:12, 48:18, 49:4, 49:12, 51:12, 53:2
**back** [12] - 5:6, 7:14, 7:17, 19:4, 19:8, 21:12, 22:20, 23:12, 26:16, 28:25, 32:14, 44:23
**based** [2] - 36:4, 45:2
**basic** [1] - 26:2
**basically** [2] - 27:11, 29:17
**basis** [1] - 23:8
**Bayview** [1] - 2:10
**be** [15] - 3:8, 3:10, 3:14, 4:20, 4:25, 5:13, 13:13, 24:9, 25:22, 34:21, 41:11, 42:24, 45:12, 46:25, 50:9
**beauty** [8] - 36:22, 37:15, 38:10, 38:18, 39:3, 40:2, 42:4, 42:8
**became** [1] - 25:14
**because** [2] - 10:23, 25:13
**become** [3] - 8:11, 25:16, 30:17
**been** [11] - 4:3, 7:2, 7:9, 10:17, 12:4, 16:15, 34:15, 38:12, 42:2, 42:11, 52:4
**before** [9] - 1:22, 3:11, 3:13, 31:19, 42:4, 45:6, 45:17, 46:2, 52:18
**being** [6] - 9:17, 22:23, 30:6, 31:7, 44:13, 44:20
**believe** [4] - 21:6, 24:24, 37:14, 47:22
**between** [1] - 3:6
**bigger** [1] - 44:22
**bill** [1] - 23:3
**billed** [1] - 22:23
**bills** [5] - 21:22, 21:23, 22:7, 22:8, 22:21
**bit** [1] - 35:12
**black** [1] - 35:25
**blood** [1] - 54:17
**body** [5] - 38:2, 38:3, 38:4, 38:5, 38:6
**border** [1] - 13:23
**both** [5] - 15:16, 16:14, 16:16, 43:20, 43:21
**bottom** [3] - 40:15, 41:3, 41:14
**break** [1] - 5:15
**BRODY** [1] - 2:9
**bulky** [1] - 44:22
**BURDEN** [6] - 1:3, 2:5, 2:15, 2:16
**Burden** [4] - 46:5, 46:10, 49:10, 49:16

**burden** [2] - 49:10, 50:18
**business** [1] - 4:12
**but** [7] - 5:14, 10:21, 15:21, 16:12, 31:7, 39:12, 43:4
**but.** [1] - 34:8
**BY** [4] - 2:6, 2:11, 4:7, 53:14
**by** [26] - 1:16, 1:17, 3:5, 3:10, 3:16, 4:4, 5:11, 7:17, 8:23, 21:12, 25:9, 28:19, 35:5, 35:22, 37:25, 38:5, 40:25, 41:3, 41:21, 43:12, 50:25, 52:10, 53:10, 54:14, 54:17

**C**

**C** [4] - 2:2, 52:2, 54:2
**call** [2] - 19:21, 40:17
**called** [2] - 4:2, 40:24
**came** [2] - 19:20, 22:7
**can** [4] - 40:9, 44:9, 50:10, 50:24
**can you** [1] - 49:20
**can't** [1] - 50:24
**cannot** [1] - 42:24
**capacity** [1] - 48:24
**Case** [1] - 1:6
**cashiers** [2] - 34:14
**certain** [1] - 19:23
**certainly** [1] - 5:15
**certificate** [1] - 27:2
**certificates** [1] - 9:12
**certification** [3] - 3:8, 9:7, 26:22
**certifications** [2] - 8:25, 30:25
**certify** [3] - 52:4, 54:10, 54:15
**CERTIFY** [1] - 52:8
**cetera** [1] - 44:25
**change** [2] - 14:20, 18:11
**charge** [3] - 7:22, 19:7, 19:9
**check** [1] - 19:19
**checked** [2] - 22:20, 22:24
**checking** [1] - 19:10
**children's** [1] - 37:20
**Civil** [1] - 1:19
**class** [2] - 43:17, 43:22
**clean** [1] - 19:8
**clerk** [8] - 7:11, 7:15, 20:11, 21:9, 21:21, 23:6, 23:11, 23:19
**clothes** [1] - 19:22
**clothing** [2] - 22:25, 29:23
**Coke** [1] - 22:19
**come** [8] - 19:10, 22:21, 30:5, 42:5, 43:10, 45:18, 45:21, 49:8
**common** [3] - 43:15, 43:23,

45:2
**commute** [1] - 26:13
**commuting** [1] - 26:11
**company** [6] - 8:8, 18:22, 43:24, 50:14, 50:24, 51:2
**compare** [1] - 10:6
**compared** [1] - 11:20
**complete** [2] - 17:24, 26:18
**completed** [3] - 18:8, 20:21, 31:4
**completion** [1] - 9:2
**computer** [10] - 8:20, 8:22, 9:11, 18:3, 18:7, 23:4, 23:15, 30:23, 50:3, 50:10
**concluded** [1] - 51:16
**congratulations** [1] - 7:5
**Connecticut** [1] - 26:6
**consist** [1] - 48:15
**consisted** [1] - 27:14
**consumable** [1] - 35:14
**consumables** [3] - 28:24, 29:19, 48:14
**containers** [1] - 37:5
**copies** [1] - 35:25
**copy** [2] - 3:14, 3:17
**correct** [15] - 11:2, 12:20, 12:21, 13:15, 13:22, 14:6, 14:7, 16:10, 22:14, 29:22, 30:11, 31:10, 34:24, 41:5, 52:9
**corrected** [1] - 45:22
**correctly** [3] - 15:8, 22:6, 22:23
**could** [7] - 4:17, 5:5, 7:13, 12:13, 28:9, 50:16
**Counsel** [1] - 53:10
**counsel** [3] - 3:6, 3:17, 36:2
**County** [2] - 9:25, 14:2
**COUNTY** [1] - 54:5
**couple** [2] - 24:5, 30:22
**course** [3] - 9:11, 18:10, 43:22
**courses** [5] - 8:21, 8:22, 8:23, 18:8, 25:11
**COURT** [1] - 1:2
**Court** [3] - 1:18, 3:13, 5:6
**cover** [2] - 14:5, 15:21
**covered** [2] - 30:17, 31:7
**current** [2] - 7:12, 47:18
**currently** [1] - 47:20

**D**

**D** [3] - 3:2, 52:2, 53:12
**daily** [4] - 10:19, 10:20, 19:11, 23:8
**DATE** [1] - 1:11
**date** [2] - 13:3, 35:22
**day** [7] - 10:7, 27:13, 28:17, 39:14, 52:19, 54:21

**day-to-day** [1] - 10:7
**days** [4] - 3:16, 49:24, 50:10, 50:13
**DEFENDANT** [1] - 1:9
**Defendant** [2] - 1:15, 2:9
**delivery** [1] - 19:21
**department** [21] - 7:9, 13:11, 13:12, 13:13, 13:14, 14:9, 14:10, 14:19, 14:20, 15:6, 16:9, 16:20, 17:5, 17:22, 18:12, 18:19, 23:23, 27:23, 28:17, 48:18
**departments** [2] - 28:14, 35:9
**depending** [2] - 10:21, 28:8
**depicted** [5] - 39:9, 39:25, 44:15, 45:19, 45:20
**depose** [1] - 51:11
**DEPOSITION** [1] - 1:15
**deposition** [3] - 3:8, 3:9, 3:14
**describe** [2] - 19:5, 30:15
**DESCRIPTION** [1] - 53:7
**desk** [1] - 22:21
**Diamond** [1] - 1:20
**did** [5] - 15:20, 18:11, 29:7, 29:11, 30:5
**did it** [1] - 25:12
**did they** [4] - 9:6, 10:12, 26:21, 37:18
**did you** [31] - 8:11, 11:21, 12:25, 13:5, 13:16, 16:21, 17:24, 19:12, 19:16, 20:24, 21:8, 21:14, 23:6, 23:17, 23:21, 23:25, 24:14, 24:21, 25:17, 26:18, 27:4, 27:22, 27:25, 28:11, 28:21, 29:2, 29:9, 29:12, 30:24, 49:8, 49:14
**didn't** [2] - 15:7, 25:11
**differences** [2] - 10:13, 10:15
**different** [5] - 14:14, 20:18, 28:16, 48:4, 48:15
**direct** [1] - 19:21
**directly** [2] - 19:22, 46:8
**discussed** [1] - 20:19
**display** [3] - 29:13, 29:14, 37:18
**displayed** [3] - 29:10, 37:18, 49:5
**displaying** [1] - 49:3
**distance** [2] - 34:4, 34:7
**distinguished** [1] - 16:12
**DISTRICT** [2] - 1:2, 1:2
**do** [15] - 10:16, 10:23, 10:24, 11:4, 11:9, 12:25, 13:16, 18:3, 19:6, 25:17, 39:4, 50:16, 50:24, 54:10
**do you** [18] - 5:19, 6:11,

8:25, 11:12, 14:20, 31:16, 31:19, 35:9, 36:12, 36:19, 39:7, 39:18, 40:25, 41:14, 41:20, 46:5, 46:10, 46:24
**DOCUMENTS** [2] - 53:18, 53:19
**does** [2] - 4:23, 36:21
**does she** [2] - 48:4, 48:11
**does that** [1] - 8:5
**Dolson** [1] - 2:5
**domestics** [1] - 19:23
**don't** [29] - 5:3, 5:4, 5:13, 7:25, 9:4, 9:11, 15:11, 16:12, 18:14, 30:15, 30:16, 31:18, 31:21, 34:8, 38:21, 39:12, 39:17, 39:20, 39:22, 40:10, 40:14, 43:3, 45:8, 46:3, 47:20, 50:11, 51:4, 51:6
**done** [5] - 9:15, 11:5, 11:6, 22:6, 45:25
**doors** [1] - 35:8
**down** [2] - 40:20, 41:24
**duly** [3] - 4:3, 52:5, 54:12
**during** [6] - 19:17, 27:3, 29:4, 29:13, 37:11, 39:10
**duties** [6] - 7:19, 10:7, 10:10, 19:5, 21:20, 27:7

## E

**E** [12] - 2:2, 3:2, 4:2, 52:2, 53:2, 53:12, 54:2
**each** [6] - 28:17, 28:18, 47:16, 47:17
**earlier** [1] - 30:17
**early** [5] - 15:13, 16:25, 17:21, 49:11, 49:18
**EAST** [3] - 1:8, 1:16, 2:10
**effect** [2] - 3:12, 3:15
**effort** [1] - 4:23
**either** [1] - 39:22
**electricity** [1] - 22:10
**else** [7] - 12:17, 18:21, 20:13, 22:2, 23:22, 28:18, 37:20
**employed** [1] - 50:25
**employee** [5] - 6:6, 12:11, 32:6, 39:4, 44:2
**end** [1] - 28:23
**enough** [3] - 10:5, 14:25, 51:5
**entered** [1] - 50:2
**entire** [1] - 16:15
**entrance** [5] - 33:13, 33:24, 34:5, 34:6, 34:21
**entrances** [4] - 32:16, 32:18, 32:24, 34:19
**entranceway** [1] - 33:18
**ESQ** [2] - 2:6, 2:11
**ESQS** [1] - 2:9

**et** [1] - 44:24
**Evanguelia** [1] - 1:22
**EVANGUELIA** [2] - 54:8, 54:24
**ever** [8] - 39:23, 42:5, 42:12, 43:7, 45:18, 45:21, 48:17, 49:8
**every** [1] - 27:13
**everything** [5] - 19:25, 27:14, 29:16, 29:20
**exact** [1] - 45:8
**exactly** [5] - 31:21, 34:8, 38:21, 39:12, 39:17
**Examination** [1] - 51:15
**examination** [2] - 54:11, 54:13
**EXAMINATION** [2] - 4:7, 53:14
**examined** [1] - 4:5
**example** [3] - 15:23, 22:16, 38:2
**except** [1] - 3:21
**EXHIBIT** [2] - 53:6
**Exhibit 1** [9] - 35:21, 36:8, 39:9, 39:25, 40:5, 41:8, 42:11, 44:16, 45:19
**EXHIBITS** [1] - 53:4
**exhibits** [2] - 35:18, 36:5
**Exhibits** [1] - 53:10
**exist** [1] - 46:25
**eyes** [4] - 18:15, 18:18, 18:23, 24:11

## F

**F** [2] - 3:2, 54:2
**fair** [4] - 10:5, 14:25, 40:5, 51:5
**familiar** [1] - 32:10
**familiarity** [1] - 51:12
**far** [1] - 10:20
**Federal** [1] - 1:18
**feet** [2] - 39:19, 39:21
**fifth** [1] - 40:17
**File** [1] - 2:12
**filing** [1] - 3:7
**fine** [1] - 5:15
**finger** [3] - 40:14, 41:10, 41:15
**finish** [2] - 4:22, 4:23
**finished** [1] - 9:7
**first** [6] - 4:3, 4:17, 12:22, 16:18, 42:12, 52:5
**Fishkill** [1] - 24:17
**five** [5] - 21:6, 24:4, 45:16, 48:15
**five-year** [1] - 24:4
**fixed** [1] - 22:17
**flat** [1] - 41:23
**floor** [1] - 27:17

**follows** [1] - 4:6
**food** [2] - 19:10, 22:19
**FOR** [1] - 53:22
**for** [43] - 2:4, 2:9, 3:6, 3:18, 4:9, 5:15, 6:18, 6:24, 10:18, 10:24, 11:10, 12:5, 13:4, 13:7, 13:14, 15:23, 17:23, 18:2, 19:13, 19:18, 22:13, 22:16, 25:13, 26:11, 26:14, 26:21, 30:21, 30:24, 32:6, 33:18, 33:24, 34:22, 35:22, 36:8, 36:21, 38:2, 40:24, 49:15, 50:10, 50:24, 51:7, 51:8, 54:9
**force** [1] - 3:15
**foregoing** [1] - 52:8
**forgot** [2] - 14:12, 14:24
**form** [1] - 3:21
**forth** [1] - 54:12
**four** [5] - 6:25, 25:25, 26:12, 39:19, 48:15
**four-week** [2] - 25:25, 26:12
**fourth** [1] - 40:15
**frame** [5] - 12:25, 15:9, 17:8, 17:16, 36:4
**frequently** [1] - 39:13
**Friday** [1] - 26:16
**from** [26] - 7:23, 10:14, 11:3, 14:11, 15:4, 16:6, 17:22, 18:12, 18:18, 24:9, 25:24, 28:10, 31:7, 31:22, 32:24, 33:12, 33:19, 34:6, 37:19, 37:20, 40:15, 41:15, 44:13, 44:20, 46:8, 50:12
**front** [8] - 28:23, 32:21, 32:25, 33:5, 33:6, 33:11, 33:20, 35:15
**full** [1] - 26:18
**functions** [1] - 26:3
**FURTHER** [2] - 3:20, 52:8
**further** [3] - 35:13, 51:6, 54:15

## G

**G** [1] - 4:2
**Galarza** [1] - 1:22
**GALARZA** [2] - 54:8, 54:24
**gave** [2] - 5:24, 52:6
**general** [10] - 10:7, 10:10, 19:5, 19:20, 21:20, 33:7, 33:13, 33:24, 34:22, 35:7
**generally** [6] - 23:10, 37:21, 37:25, 38:7, 40:4, 49:2
**generated** [3] - 49:21, 50:2, 50:17
**get** [1] - 15:7
**give** [3] - 9:6, 26:21, 26:25
**given** [5] - 43:7, 45:5,

45:13, 52:10, 54:14
**gives** [1] - 46:20
**GM** [4] - 34:20, 34:22, 35:2, 35:5
**go** [14] - 12:13, 17:22, 25:15, 25:18, 25:21, 25:24, 26:15, 26:16, 28:19, 34:20, 34:25, 35:7, 35:12, 37:25
**going** [6] - 7:4, 8:18, 11:3, 25:22, 35:24, 41:10
**gold** [1] - 9:14
**Good** [1] - 4:15
**good** [2] - 4:16, 45:18
**goods** [12] - 22:16, 22:17, 27:20, 29:21, 32:13, 40:6, 42:17, 42:24, 44:12, 44:18, 44:24
**got** [1] - 40:16
**grocery** [3] - 33:10, 33:18, 35:6
**guess** [1] - 38:23

## H

**H** [16] - 4:2, 42:14, 44:7, 44:15, 45:15, 45:22, 46:16, 46:22, 47:6, 47:8, 47:18, 48:11, 48:18, 49:4, 49:12, 53:2
**had** [9] - 6:23, 12:6, 19:19, 20:10, 24:5, 27:15, 37:13, 42:5, 48:17
**half** [5] - 15:12, 25:4, 27:3, 28:5, 28:20
**hand** [1] - 54:21
**hands** [1] - 40:19
**hanging** [1] - 9:12
**happens** [1] - 50:13
**has** [4] - 37:13, 42:10, 48:14, 51:11
**have** [50] - 5:4, 5:10, 7:9, 8:11, 8:25, 9:12, 9:15, 10:17, 11:5, 11:9, 11:17, 12:4, 12:6, 12:9, 14:21, 17:24, 19:12, 20:19, 21:8, 21:14, 22:22, 23:2, 23:6, 23:18, 23:21, 26:16, 27:25, 29:2, 33:7, 33:9, 34:13, 35:11, 35:13, 38:12, 38:25, 39:8, 40:16, 42:2, 42:3, 42:12, 44:11, 45:3, 45:13, 47:16, 47:20, 48:4, 48:23, 50:12, 51:6, 54:20
**have you** [18] - 6:18, 6:23, 7:2, 7:7, 31:11, 31:24, 38:8, 38:16, 39:3, 39:23, 43:7, 43:25, 44:18, 45:5, 45:17, 45:21, 45:25, 48:23
**having** [2] - 4:3, 52:4
**HBA** [2] - 36:20, 36:21

**he** [3] - 7:14, 46:5, 46:7
**health** [9] - 20:7, 36:22, 37:15, 38:9, 38:17, 39:3, 40:2, 42:4, 42:7
**heard** [1] - 8:2
**hearing** [1] - 8:2
**heavier** [1] - 44:24
**held** [10] - 1:19, 6:18, 7:8, 12:23, 13:10, 14:9, 15:3, 17:4, 24:8, 31:11
**her** [2] - 47:22, 51:11
**here** [3] - 5:13, 41:15, 46:13
**hereby** [2] - 52:4, 54:10
**HEREBY** [1] - 3:5
**herein** [1] - 3:7
**hereinbefore** [2] - 52:11, 54:12
**hereunto** [1] - 54:20
**high** [1] - 39:15
**higher** [3] - 11:8, 39:18, 39:21
**highest** [1] - 11:24
**hire** [1] - 13:3
**hold** [2] - 16:21, 44:5
**home** [1] - 26:16
**horizontal** [10] - 41:19, 41:21, 42:7, 42:13, 42:20, 42:21, 42:25, 44:3, 44:13, 44:20
**horizontally** [1] - 45:20
**hotel** [1] - 26:15
**hours** [1] - 18:10
**housewares** [1] - 19:24
**how** [19] - 5:11, 6:18, 6:23, 7:2, 11:11, 16:21, 17:12, 20:2, 20:4, 20:6, 29:10, 30:3, 32:16, 39:15, 39:21, 40:6, 40:19, 46:16, 46:21
**how did** [3] - 37:22, 43:10, 43:19
**how many** [10] - 11:12, 11:21, 18:10, 21:4, 25:2, 38:20, 43:25, 45:5, 45:13, 45:25
**huh** [1] - 41:13
**hundreds** [1] - 38:24
**Huyler** [1] - 4:19
**huyler** [1] - 4:11
**HUYLER** [2] - 1:17, 52:15

**I**

**i** [1] - 9:4
**I** [104] - 3:2, 4:20, 5:5, 5:13, 7:9, 7:25, 8:2, 9:11, 11:14, 12:17, 13:19, 14:11, 14:12, 14:13, 14:23, 14:24, 15:4, 15:7, 15:11, 15:20, 15:21, 16:6, 16:11, 18:14, 19:21, 21:5, 21:18, 22:4, 22:5, 22:6,

22:21, 24:9, 24:24, 26:9, 28:8, 28:23, 28:24, 28:25, 29:7, 29:11, 30:8, 30:16, 31:6, 31:18, 31:21, 32:15, 34:7, 35:18, 35:24, 36:2, 36:4, 37:14, 39:12, 39:17, 39:20, 39:22, 40:10, 40:13, 40:14, 40:19, 40:22, 40:23, 40:25, 41:10, 41:11, 41:15, 41:18, 41:20, 43:3, 43:4, 43:20, 44:9, 45:8, 46:3, 46:4, 46:7, 46:9, 46:12, 47:22, 48:21, 51:4, 51:6, 51:7, 51:10, 52:2, 52:4, 52:5, 52:8, 53:2, 53:12, 54:2, 54:8, 54:15, 54:17, 54:20
**identification** [2] - 35:22, 36:8
**identified** [1] - 51:9
**if** [35] - 3:12, 3:15, 4:24, 5:3, 5:8, 5:14, 5:17, 7:25, 10:6, 11:3, 11:13, 11:20, 12:13, 14:5, 16:12, 29:25, 31:19, 33:11, 34:20, 35:12, 37:5, 38:21, 39:18, 41:12, 43:3, 43:12, 43:13, 45:12, 46:4, 46:9, 49:15, 49:25, 50:11, 50:17, 51:3
**image** [1] - 37:2
**in** [121] - 6:15, 6:20, 7:22, 9:25, 10:16, 10:21, 11:9, 12:5, 12:15, 13:12, 13:19, 13:23, 14:10, 14:11, 14:13, 14:20, 14:22, 15:3, 15:19, 15:22, 15:24, 16:4, 16:16, 18:15, 18:18, 18:22, 18:23, 18:25, 19:2, 19:4, 19:5, 19:7, 19:9, 19:10, 19:19, 19:20, 20:6, 21:5, 21:12, 22:24, 23:11, 23:22, 24:11, 25:22, 26:5, 26:15, 27:17, 28:5, 28:20, 29:9, 29:17, 30:21, 32:7, 32:17, 32:20, 33:5, 33:6, 33:7, 34:20, 34:25, 35:3, 35:7, 35:15, 36:15, 37:5, 37:14, 38:7, 38:15, 38:17, 39:2, 39:5, 39:9, 39:15, 39:24, 39:25, 40:2, 40:7, 41:8, 42:2, 42:3, 42:6, 42:7, 42:13, 42:14, 42:15, 42:17, 42:21, 42:25, 43:16, 44:3, 44:7, 44:8, 44:13, 44:15, 44:20, 44:23, 45:19, 45:21, 46:16, 46:20, 46:22, 47:6, 48:11, 48:22, 48:23, 49:4, 49:5, 49:11, 49:12, 49:17, 50:9, 50:21, 54:18
**IN** [1] - 54:20
**incident** [6] - 49:9, 49:15, 49:16, 49:21, 49:25, 50:17

**include** [6] - 8:9, 8:17, 22:9, 22:12, 25:11, 29:18
**increase** [1] - 15:24
**individual** [1] - 21:17
**information** [2] - 44:2, 50:5
**INFORMATION** [2] - 53:18, 53:19
**inside** [2] - 34:18, 35:8
**instructed** [1] - 44:11
**instruction** [6] - 42:23, 43:4, 43:8, 43:11, 45:6, 45:14
**instructions** [3] - 5:20, 46:20, 47:5
**insurance** [2] - 50:14, 50:23
**interested** [1] - 54:18
**into** [2] - 8:7, 22:20
**invoicing** [8] - 7:10, 7:14, 20:11, 21:9, 21:21, 23:6, 23:11, 23:19
**involve** [2] - 18:11, 27:10
**involved** [1] - 49:16
**involving** [1] - 49:9
**IS** [2] - 3:5, 3:20
**is** [62] - 4:23, 4:24, 5:9, 5:11, 5:15, 5:17, 6:4, 7:23, 8:6, 9:25, 10:22, 10:23, 11:8, 12:7, 13:25, 14:6, 14:24, 18:2, 19:22, 27:12, 28:23, 29:16, 32:3, 32:12, 32:16, 32:20, 33:8, 33:14, 33:15, 33:22, 34:7, 34:8, 36:19, 36:20, 36:24, 37:17, 38:2, 39:9, 39:24, 40:15, 40:23, 43:3, 43:14, 43:15, 43:16, 44:4, 46:5, 46:7, 46:10, 46:13, 47:23, 47:25, 48:14, 49:3, 49:5, 49:25, 50:5, 50:25, 52:9, 54:11, 54:13
**is that** [11] - 5:16, 5:17, 5:24, 8:3, 13:23, 33:25, 35:5, 36:8, 36:16, 40:5, 50:2
**is there** [7] - 34:4, 35:2, 42:23, 46:14, 47:8, 47:11, 47:14
**is this** [1] - 42:11
**it** [43] - 4:22, 4:23, 4:25, 5:5, 9:21, 10:14, 12:18, 16:15, 18:2, 18:22, 18:23, 19:21, 19:22, 21:6, 21:18, 22:4, 22:18, 24:24, 25:19, 28:9, 29:15, 31:19, 32:15, 33:14, 33:15, 33:19, 34:8, 34:9, 36:2, 36:4, 37:22, 38:2, 40:22, 40:23, 43:15, 43:16, 45:22, 49:5, 50:8, 50:11
**IT** [2] - 3:5, 3:20
**it's** [8] - 7:25, 9:5, 16:12, 16:14, 33:17, 38:22, 43:4,

48:13
**item** [3] - 45:18, 45:21
**items** [10] - 20:6, 30:3, 37:3, 43:6, 44:6, 44:8, 44:10, 44:22, 44:24, 46:25

**J**

**Judge** [1] - 3:13
**June** [6] - 42:5, 45:7, 45:17, 46:2, 49:11, 49:18
**just** [21] - 4:17, 4:24, 6:13, 8:18, 9:10, 10:21, 12:13, 13:7, 14:14, 14:23, 14:24, 19:2, 26:2, 27:11, 30:20, 38:6, 38:7, 40:4, 40:13, 43:12, 48:11

**K**

**keep** [1] - 38:5
**kids** [1] - 38:4
**kind** [1] - 22:15
**Kingston** [2] - 12:15, 13:7
**know** [27] - 7:25, 8:20, 15:21, 16:12, 31:16, 31:19, 31:21, 34:8, 36:19, 38:21, 39:7, 39:12, 39:17, 39:18, 39:20, 39:22, 40:14, 40:23, 40:25, 43:3, 43:4, 44:3, 46:5, 46:10, 46:24, 51:3, 51:4
**knowledge** [1] - 42:17

**L**

**L** [4] - 3:2, 4:2, 52:2
**Lake** [3] - 12:16, 13:21, 24:16
**last** [2] - 4:18, 47:21
**late** [3] - 24:25, 49:11, 49:17
**lateral** [3] - 18:21, 18:22, 20:13
**laying** [1] - 41:23
**layout** [1] - 32:10
**learn** [3] - 43:10, 43:19, 49:8
**least** [2] - 39:14, 45:10
**LEEVERDIA** [3] - 1:3, 2:5, 2:16
**Leeverdia** [1] - 46:9
**left** [5] - 33:16, 33:22, 34:21, 35:12, 41:16
**Legal** [1] - 1:20
**less** [5] - 10:12, 11:6, 16:8, 34:15, 49:5
**let** [2] - 4:22, 29:14
**let's** [3] - 25:15, 27:7, 34:25
**like** [11] - 8:21, 19:24, 22:9, 22:19, 24:25, 37:8, 44:23, 45:19, 48:15, 51:10

LINE [1] - 53:23
lined [1] - 22:22
lingo [1] - 36:23
liquid [1] - 20:4
little [1] - 35:12
living [1] - 26:7
LLP [1] - 2:4
located [7] - 6:4, 6:15, 9:23, 33:21, 33:22, 39:25, 44:7
location [1] - 34:14
long [6] - 5:14, 6:18, 6:23, 7:2, 16:21, 38:22
look [1] - 36:3
looking [5] - 32:24, 33:11, 33:19, 33:20, 36:12
looks [1] - 37:8
loss [3] - 7:24, 8:6
lot [9] - 8:19, 15:21, 30:22, 32:20, 32:24, 33:5, 33:12, 33:20, 38:24
LP [3] - 1:8, 1:16, 2:10

## M

made [1] - 22:5
Main [1] - 1:21
mainly [3] - 23:11, 23:14, 44:22
make [5] - 22:22, 26:13, 43:5, 49:14, 49:20
making [2] - 7:22, 19:7
MALLORY [1] - 2:17
manage [3] - 11:12, 11:22, 27:22
manager [64] - 6:10, 6:15, 7:8, 7:10, 7:11, 7:21, 8:12, 9:3, 9:20, 10:9, 10:10, 10:25, 11:12, 11:18, 11:25, 13:11, 13:14, 14:10, 14:19, 15:6, 16:9, 16:20, 17:5, 17:13, 17:23, 17:24, 18:12, 18:13, 18:19, 18:20, 18:24, 19:18, 20:10, 21:15, 23:17, 24:2, 24:10, 24:15, 24:22, 25:17, 26:3, 27:9, 27:12, 28:7, 28:11, 29:5, 30:6, 30:9, 30:18, 31:8, 31:9, 31:13, 31:24, 34:13, 37:12, 38:16, 39:11, 47:8, 47:9, 47:19, 48:10, 48:17, 48:22
manager's [1] - 21:13
managers [2] - 25:23, 46:20
manner [2] - 42:17, 42:25
manual [1] - 46:20
many [1] - 48:13
mark [1] - 35:18
MARKED [1] - 53:22
marked [2] - 35:21, 42:11
marriage [1] - 54:17

Mart [27] - 5:25, 6:5, 6:7, 6:15, 6:24, 7:3, 8:15, 8:23, 9:17, 10:11, 12:5, 12:11, 12:23, 17:25, 25:9, 25:12, 32:6, 32:17, 33:21, 35:3, 36:17, 36:23, 37:13, 39:4, 47:23, 49:17, 50:24
MART [3] - 1:8, 1:16, 2:10
Marts [1] - 12:9
math [1] - 14:6
matter [1] - 54:19
may [4] - 3:10, 3:14, 11:5, 44:11
May [3] - 31:20, 49:11, 49:17
maybe [2] - 15:7, 15:12
McDonald's [1] - 35:3
me [10] - 4:22, 5:3, 5:4, 5:15, 29:14, 40:24, 41:6, 46:13, 52:10, 52:18
mean [4] - 8:5, 32:14, 40:25, 41:20
meaning [1] - 10:24
men [1] - 16:12
mens [3] - 20:6, 38:4, 38:12
mens' [1] - 37:18
mention [2] - 46:4, 46:12
mentioned [3] - 9:15, 12:17, 46:9
merchandise [19] - 19:16, 19:20, 21:24, 22:3, 22:13, 22:16, 22:25, 29:4, 33:8, 33:13, 33:25, 34:22, 35:8, 37:3, 37:17, 39:2, 46:21, 49:3
middle [3] - 21:3, 33:14
Middletown [1] - 2:6
mind [1] - 16:4
mixture [1] - 22:18
Mohegan [3] - 12:16, 13:21, 24:16
money [1] - 8:7
Monroe [8] - 14:16, 14:22, 15:4, 15:10, 15:16, 16:6, 16:7, 16:16
month [4] - 17:11, 28:17, 31:13, 31:16
months [3] - 16:24, 21:4, 25:2
Monticello [1] - 13:24
more [13] - 6:12, 9:18, 10:11, 10:23, 10:24, 11:9, 16:8, 30:22, 33:25, 34:10, 34:14, 47:14, 49:5
morning [2] - 4:15, 4:16
MOSBACHER [6] - 2:6, 4:8, 7:13, 35:17, 51:5, 53:15
most [1] - 11:17
move [1] - 18:18
moving [3] - 40:19, 40:22,

41:15
MR [12] - 4:8, 7:13, 9:14, 35:17, 40:8, 40:16, 42:19, 44:5, 50:19, 50:22, 51:5, 53:15
Mr [6] - 4:20, 46:4, 49:10, 49:16, 50:18
Mrs [1] - 46:9
much [3] - 19:24, 32:11, 36:23
my [18] - 4:22, 7:12, 7:25, 12:7, 13:3, 14:6, 18:23, 22:21, 24:2, 40:8, 40:13, 40:19, 41:10, 41:15, 46:13, 50:19, 50:22, 54:21

## N

N [7] - 2:2, 3:2, 4:2, 52:2, 53:12
name [6] - 4:9, 4:18, 6:3, 46:4, 46:9, 47:22
Napanoch [11] - 9:24, 10:9, 10:16, 11:6, 11:21, 12:2, 12:8, 12:20, 30:10, 30:18, 31:8
nature [3] - 9:3, 37:9, 37:14
neat [1] - 19:8
need [1] - 5:14
NEW [3] - 1:2, 54:4, 54:5
New [14] - 1:22, 1:23, 2:6, 2:11, 4:4, 4:14, 6:16, 9:24, 12:15, 12:16, 14:16, 14:22, 15:5, 54:9
Newburgh [31] - 4:14, 6:16, 9:17, 10:17, 10:22, 11:5, 11:8, 11:16, 12:8, 15:5, 16:6, 16:19, 17:7, 17:15, 20:25, 31:9, 31:12, 31:23, 32:9, 32:17, 34:12, 36:17, 37:12, 38:8, 40:7, 47:12, 47:25, 48:24, 49:6, 49:17, 51:13
next [10] - 12:7, 13:9, 14:8, 15:2, 16:5, 17:3, 17:12, 20:9, 24:7, 46:13
night [1] - 26:17
nine [2] - 11:14, 11:19
no [36] - 9:14, 13:25, 15:18, 20:3, 20:5, 20:8, 20:20, 21:16, 22:11, 23:9, 23:20, 23:24, 27:6, 27:16, 27:24, 29:11, 31:3, 32:15, 35:6, 39:6, 40:3, 42:9, 42:22, 43:23, 46:6, 46:11, 46:18, 46:23, 47:4, 47:7, 47:16, 48:6, 48:25, 49:13, 49:19, 54:18
No [1] - 1:6
non [2] - 19:13, 19:15
None [2] - 53:20, 53:24

none [1] - 44:9
nonfoods [1] - 33:9
north [3] - 33:25, 34:5, 34:23
Northport [1] - 2:11
not [6] - 11:5, 38:23, 41:11, 44:4, 50:25, 54:15
Notary [3] - 1:23, 4:4, 54:8
NOTARY [1] - 52:22
note [3] - 40:8, 50:19, 50:22
November [1] - 54:21
now [4] - 9:15, 10:17, 11:15, 26:9
NUMBER [1] - 53:7
number [2] - 14:24, 45:9

## O

O [2] - 3:2, 52:2
O'CONNOR [10] - 2:9, 2:11, 9:14, 40:8, 40:16, 42:19, 44:5, 50:19, 50:22
oath [2] - 3:12, 5:10
object [1] - 42:13
objection [3] - 40:9, 50:20, 50:23
objections [1] - 3:21
obligation [1] - 5:9
obviously [1] - 5:9
occasions [1] - 38:20
occurred [1] - 49:11
October [1] - 1:11
OF [3] - 1:2, 54:4, 54:5
of [109] - 1:15, 1:19, 1:20, 1:23, 3:8, 3:9, 3:13, 3:14, 3:16, 3:17, 3:22, 4:4, 6:3, 6:6, 7:22, 8:6, 8:7, 8:20, 9:2, 9:3, 9:6, 10:23, 11:17, 11:24, 13:11, 13:23, 14:9, 15:21, 16:2, 17:5, 18:10, 18:12, 18:19, 18:20, 18:25, 19:7, 19:9, 19:15, 19:16, 19:17, 21:23, 21:24, 22:3, 22:4, 22:9, 22:12, 22:15, 22:18, 23:5, 23:14, 25:12, 25:20, 25:25, 26:3, 26:22, 27:14, 28:5, 28:21, 29:4, 29:12, 30:22, 30:25, 31:20, 32:21, 32:25, 33:5, 33:6, 33:12, 33:20, 34:14, 35:15, 35:22, 35:25, 37:3, 37:9, 37:13, 38:24, 38:25, 39:5, 39:7, 40:7, 42:5, 42:24, 44:6, 44:23, 45:7, 45:15, 46:15, 46:16, 46:19, 46:21, 47:16, 48:13, 48:15, 48:18, 49:9, 49:11, 49:18, 51:15, 52:10, 52:19, 54:9, 54:13, 54:16, 54:18, 54:21
off [1] - 23:14

**offered** [2] - 8:23, 25:9
**office** [6] - 21:8, 21:11, 21:13, 21:14, 21:17, 27:15
**offices** [1] - 1:20
**official** [1] - 13:3
**officially** [1] - 15:22
**okay** [4] - 14:25, 36:6, 41:25, 44:4
**on** [23] - 7:4, 9:11, 10:3, 11:6, 23:7, 26:2, 26:13, 26:16, 27:17, 28:8, 33:9, 33:22, 34:5, 34:6, 35:6, 35:13, 36:5, 38:20, 40:22, 41:7, 44:5, 45:2, 45:13
**once** [5] - 16:22, 31:12, 34:17, 35:8, 45:10
**One** [1] - 2:5
**one** [23] - 6:11, 6:12, 6:13, 9:16, 9:18, 9:21, 15:19, 15:20, 15:22, 28:5, 28:20, 33:7, 33:9, 36:8, 36:10, 41:14, 47:11, 47:14, 47:16, 47:20, 47:21, 48:13
**one-and-a-half** [1] - 28:5
**online** [2] - 9:9, 47:2
**only** [5] - 5:16, 14:23, 17:10, 47:16, 49:23
**onto** [1] - 35:15
**open** [1] - 5:17
**operations** [2] - 10:19, 27:14
**opportunities** [1] - 7:24
**opportunity** [2] - 4:25, 8:3
**opposed** [1] - 41:23
**or** [36] - 6:11, 7:24, 9:12, 9:18, 10:11, 11:6, 12:10, 13:5, 15:19, 15:20, 15:23, 16:8, 16:13, 21:4, 24:14, 25:2, 26:22, 29:13, 31:16, 33:23, 34:15, 37:20, 43:15, 43:17, 43:22, 45:18, 47:2, 47:8, 48:15, 49:5, 49:11, 49:18, 50:24, 54:17
**Order** [1] - 1:18
**organized** [1] - 19:9
**orientation** [12] - 40:24, 41:2, 41:8, 41:19, 41:21, 42:7, 42:13, 42:21, 43:2, 44:4, 44:14, 44:21
**original** [2] - 3:9, 3:17
**other** [24] - 7:7, 7:8, 8:18, 8:19, 9:19, 9:21, 12:6, 12:7, 12:9, 15:19, 15:20, 18:3, 25:23, 27:5, 30:20, 32:7, 39:4, 44:10, 44:11, 44:12, 44:14, 44:19, 45:7, 45:22
**others** [1] - 29:14
**our** [4] - 10:19, 10:20, 36:20, 50:14
**out** [3] - 15:8, 47:3, 50:11

**outcome** [1] - 54:18
**outside** [3] - 25:12, 25:25, 45:15
**over** [5] - 12:10, 45:6, 45:14, 48:14, 50:15
**overhead** [1] - 22:9
**oversaw** [2] - 22:4, 29:7

**P**

**P** [3] - 2:2, 3:2
**PAGE** [4] - 53:6, 53:14, 53:19, 53:23
**paid** [2] - 22:7, 22:8
**parking** [5] - 32:20, 32:24, 33:5, 33:12, 33:20
**part** [1] - 22:4
**particular** [3] - 21:5, 22:15, 44:8
**parties** [2] - 3:7, 54:16
**parts** [1] - 28:21
**passed** [1] - 9:11
**past** [2] - 10:18, 39:8
**pause** [1] - 4:24
**pay** [1] - 21:22
**payrolls** [1] - 22:2
**Peekskill** [15] - 13:25, 14:10, 15:3, 15:16, 24:18, 24:19, 24:20, 24:23, 27:4, 27:9, 28:6, 29:6, 30:7, 48:22, 49:4
**people** [3] - 28:10, 39:2, 44:19
**Pepsi** [1] - 22:19
**period** [12] - 13:16, 15:15, 16:23, 19:17, 21:2, 24:21, 28:6, 28:21, 29:4, 29:13, 48:20, 50:21
**perishable** [1] - 22:16
**perishables** [4] - 19:13, 19:15, 29:18, 29:19
**permitted** [1] - 42:16
**person** [3] - 46:14, 47:15, 51:9
**personally** [1] - 11:14
**personnel** [7] - 11:12, 11:17, 11:21, 11:25, 23:18, 27:22, 27:23
**persons** [1] - 38:16
**pet** [1] - 17:23
**pets** [3] - 17:5, 18:12, 18:20
**pharmacy** [1] - 35:13
**photograph** [3] - 36:12, 36:16, 42:10
**Photographs** [2] - 35:20, 53:8
**phrase** [1] - 29:14
**phrased** [1] - 33:3
**pictures** [1] - 35:25
**place** [3] - 11:10, 26:9,

52:11
**Plains** [1] - 1:21
**PLAINTIFF** [1] - 53:4
**Plaintiff** [1] - 1:17
**Plaintiff's** [9] - 35:18, 35:21, 36:7, 39:9, 39:25, 41:7, 42:11, 44:16, 45:19
**Plaintiffs** [1] - 2:4
**PLAINTIFFS** [1] - 1:4
**plaque** [1] - 26:22
**plaques** [2] - 27:2, 31:2
**please** [1] - 4:21
**Please** [1] - 4:9
**point** [2] - 16:16, 31:6
**pointing** [1] - 40:13
**poorly** [2] - 9:5, 33:3
**position** [28] - 6:9, 6:19, 6:24, 7:12, 12:22, 13:7, 13:9, 14:8, 14:9, 14:12, 14:14, 15:2, 16:8, 16:18, 16:22, 17:3, 17:11, 17:12, 20:9, 21:5, 21:19, 22:5, 24:7, 25:13, 30:21, 30:24, 48:5, 48:7
**positions** [6] - 7:7, 12:6, 14:18, 18:3, 18:11, 31:11
**potential** [1] - 8:7
**PRESENT** [1] - 2:14
**pretty** [1] - 19:24
**previous** [2] - 22:5, 49:23
**primarily** [2] - 16:5, 41:7
**primary** [1] - 32:3
**print** [1] - 50:11
**Procedure** [1] - 1:19
**proceed** [2] - 5:11, 5:22
**product** [2] - 40:22, 43:14
**products** [11] - 29:10, 29:12, 37:8, 37:9, 37:13, 37:18, 37:19, 37:20, 41:7, 42:6, 44:15
**profit** [1] - 8:6
**program** [11] - 9:3, 20:16, 20:22, 25:7, 25:19, 25:25, 26:12, 26:19, 30:13, 30:16, 31:4
**programs** [4] - 9:9, 11:9, 17:25, 20:19
**prohibited** [2] - 44:12, 44:19
**promotion** [7] - 13:19, 18:16, 18:20, 18:23, 20:12, 20:14, 24:12
**properly** [1] - 43:6
**protected** [1] - 7:23
**protection** [24] - 6:10, 6:14, 7:8, 7:20, 8:12, 9:2, 9:16, 9:20, 10:8, 10:10, 10:25, 11:11, 11:18, 11:25, 30:9, 30:18, 31:8, 31:9, 31:13, 31:23, 34:13, 37:12, 38:16,

39:10
**Public** [3] - 1:23, 4:4, 54:9
**PUBLIC** [1] - 52:22
**public** [5] - 27:18, 32:12, 32:17, 32:23, 36:24
**purchase** [1] - 21:24
**purchases** [2] - 22:3, 22:12
**pursuant** [1] - 1:18
**put** [3] - 25:20, 26:15, 45:12

**Q**

**quarter** [2] - 28:18, 28:19
**QUESTION** [1] - 53:23
**question** [11] - 4:22, 5:2, 5:5, 5:8, 5:11, 5:12, 5:17, 9:5, 12:7, 15:8, 40:11
**QUESTIONS** [1] - 53:22
**questions** [3] - 4:21, 36:4, 51:7
**quite** [1] - 39:13

**R**

**R** [5] - 2:2, 3:2, 4:2, 52:2, 54:2
**ran** [3] - 28:23, 28:24, 28:25
**range** [2] - 28:9, 45:13
**read** [3] - 5:6, 7:13, 7:17
**ready** [1] - 5:22
**reason** [1] - 5:16
**reasonable** [1] - 38:22
**recall** [4] - 15:11, 18:14, 45:8, 46:3
**recalled** [1] - 14:21
**receive** [3] - 29:9, 29:11, 30:25
**received** [1] - 45:3
**receiving** [11] - 7:10, 17:13, 17:23, 18:13, 18:24, 19:2, 19:6, 19:18, 20:10, 21:15, 22:4
**recognize** [1] - 36:13
**record** [2] - 4:10, 54:13
**refer** [2] - 13:20, 16:11
**referred** [1] - 7:16
**referred-to** [1] - 7:16
**regards** [3] - 44:10, 46:15, 47:5
**registers** [2] - 28:24, 35:11
**related** [2] - 9:2, 54:16
**release** [1] - 23:3
**remained** [1] - 31:24
**remember** [1] - 44:9
**report** [4] - 23:25, 49:15, 49:25, 50:17
**Reporter** [3] - 5:6, 7:18, 35:23
**Reporting** [1] - 1:20
**reports** [1] - 23:2

represent [1] - 46:7
representation [1] - 40:6
request [2] - 5:16, 19:23
REQUESTED [1] - 53:18
reserve [1] - 51:10
reserved [1] - 3:22
residual [2] - 8:20, 8:22
respect [8] - 14:18, 29:3, 33:4, 34:18, 36:7, 37:23, 44:6, 50:18
respective [1] - 3:6
responsibilities [8] - 7:20, 10:8, 19:13, 21:21, 23:7, 23:22, 27:8, 29:3
retained [1] - 53:10
Ridge [1] - 26:10
right [14] - 10:3, 11:15, 13:23, 24:19, 30:8, 31:24, 33:15, 33:17, 35:14, 35:16, 41:16, 46:13, 51:11
room [6] - 19:4, 19:8, 21:12, 23:12, 28:25, 32:14
rough [1] - 10:22
roughly [3] - 16:24, 17:17, 45:16
Route [1] - 4:13
Rules [1] - 1:19
RULINGS [1] - 53:22
running [1] - 27:13

**S**

S [4] - 2:2, 3:2, 53:2
said [3] - 7:14, 8:3, 43:4
salary [1] - 25:14
sale [1] - 22:13
same [15] - 3:12, 3:15, 3:17, 10:12, 10:20, 13:11, 14:11, 14:13, 16:9, 18:2, 22:25, 26:9, 34:15, 48:7, 49:5
say [10] - 4:17, 6:21, 15:11, 29:23, 34:25, 37:23, 42:4, 43:20, 44:14, 46:22
screen [1] - 23:15
sealing [1] - 3:7
search [4] - 49:14, 49:20, 49:24, 50:16
season [1] - 31:17
seasonal [1] - 35:15
seated [1] - 46:13
section [5] - 36:20, 37:14, 37:15, 38:10, 51:12
see [6] - 35:9, 40:19, 41:14, 49:15, 50:10, 50:17
seems [1] - 37:2
seen [5] - 38:16, 38:25, 39:3, 42:6, 42:12
sense [3] - 43:15, 43:23, 45:3
separate [3] - 37:19, 38:3

separates [1] - 34:5
serve [5] - 24:15, 24:21, 28:12, 32:6, 48:11
served [2] - 48:17, 48:23
serves [1] - 47:11
service [2] - 3:16, 15:24
serving [1] - 37:11
set [2] - 54:12, 54:21
seventh [1] - 41:12
several [1] - 24:4
sexes [1] - 37:23
shadow [2] - 25:21, 25:23
shadowing [6] - 8:19, 9:8, 18:5, 30:20, 43:18, 43:21
shampoo [1] - 37:9
shared [3] - 21:18, 43:18, 43:25
she [7] - 46:10, 46:12, 47:23, 47:25, 48:13, 48:14, 51:11
shelf [5] - 40:14, 40:15, 40:18, 41:11, 41:12
shelved [1] - 40:6
shelves [7] - 38:17, 39:5, 39:15, 39:24, 43:13, 46:16, 47:6
shipped [1] - 19:22
shoe [7] - 13:14, 14:10, 14:18, 14:19, 15:5, 16:9, 16:20
shoes [3] - 12:24, 16:11, 18:19
should [1] - 4:24
show [3] - 35:24, 36:2, 37:2
showing [1] - 45:20
shown [1] - 36:15
shrink [3] - 7:23, 8:2, 8:6
side [16] - 33:8, 33:10, 33:15, 33:16, 33:17, 33:19, 33:23, 34:2, 34:5, 34:6, 34:20, 34:23, 35:2, 35:5, 35:6
Sierra [2] - 47:22, 51:10
signed [3] - 3:10, 3:12, 3:15
similar [1] - 21:19
since [3] - 14:21, 34:12, 50:25
sir [31] - 4:15, 5:19, 5:21, 13:20, 16:17, 20:23, 21:11, 26:20, 29:24, 32:2, 32:4, 32:8, 34:3, 36:18, 36:25, 37:10, 41:22, 46:4, 46:6, 46:9, 46:11, 46:12, 46:18, 47:7, 47:24, 48:3, 49:7, 49:13, 49:14, 49:19, 50:4
six [5] - 16:24, 21:6, 25:19, 26:19, 39:21
six-week [2] - 25:19, 26:19
size [1] - 28:4
so [34] - 10:22, 11:9, 12:4,

13:13, 14:4, 14:13, 14:17, 15:2, 15:4, 15:7, 16:4, 16:7, 16:18, 17:22, 19:7, 19:20, 19:21, 22:5, 23:5, 23:17, 25:15, 28:20, 31:22, 32:9, 33:24, 36:7, 38:2, 38:5, 39:7, 39:13, 41:11, 42:10, 50:16
soap [3] - 30:3, 37:8, 44:14
soaps [3] - 20:2, 20:4, 46:22
SOBO [2] - 2:4
some [8] - 4:21, 4:23, 9:6, 22:9, 31:6, 34:4, 36:4, 49:9
somebody [1] - 43:17
someone [1] - 43:8
something [10] - 9:3, 18:21, 20:13, 22:2, 24:25, 28:18, 37:20, 43:16, 43:17, 44:3
sometimes [1] - 4:22
somewhere [1] - 50:6
sorry [2] - 24:17, 36:22
sort [1] - 16:2
south [2] - 33:23, 34:6
SOUTHERN [1] - 1:2
speaking [2] - 40:4, 49:2
specified [1] - 52:11
sporting [2] - 29:21, 44:24
SS [1] - 54:4
stack [2] - 39:2, 46:16
stacked [1] - 44:13
stacking [2] - 29:3, 44:3
staff [5] - 27:25, 28:5, 42:16, 44:11, 46:15
staffer [1] - 46:24
staffers [2] - 45:7, 45:14
stand [1] - 36:21
standing [1] - 41:3
star [1] - 9:14
STATE [1] - 54:4
State [3] - 1:23, 4:4, 54:9
state [2] - 4:9, 25:25
STATES [1] - 1:2
stayed [1] - 14:11
still [2] - 47:23, 47:25
STIPULATED [2] - 3:5, 3:20
stock [2] - 38:17, 46:21
stocked [2] - 39:23, 43:6
stocking [2] - 39:5, 47:6
Stone [1] - 26:9
stopped [1] - 30:6
store [120] - 6:3, 6:11, 6:12, 6:13, 6:20, 6:21, 6:24, 7:11, 7:23, 8:7, 9:17, 9:19, 9:21, 10:9, 10:11, 10:13, 10:14, 10:17, 11:5, 11:7, 11:16, 11:21, 12:2, 12:8, 12:15, 12:16, 12:20, 13:5, 13:12, 13:19, 13:21, 14:12, 14:13, 14:14, 14:21, 14:24, 15:10, 15:17, 15:22, 16:5, 16:8,

16:19, 17:6, 17:14, 17:23, 18:25, 19:21, 19:23, 20:24, 23:7, 24:2, 24:10, 24:14, 24:15, 24:16, 24:17, 24:18, 24:20, 24:22, 24:23, 25:16, 25:22, 26:3, 27:4, 27:8, 27:9, 27:12, 27:13, 28:6, 28:7, 28:11, 28:12, 28:21, 29:5, 29:6, 29:17, 30:6, 30:7, 30:9, 30:10, 30:19, 31:9, 31:12, 31:23, 32:3, 32:9, 32:17, 32:21, 32:25, 33:5, 33:6, 33:12, 33:21, 34:13, 34:18, 37:13, 38:8, 39:13, 40:7, 42:3, 42:17, 44:23, 46:17, 47:12, 47:19, 48:2, 48:10, 48:21, 48:22, 48:24, 49:4, 49:6, 49:17, 51:13
stored [7] - 42:6, 42:13, 42:25, 44:20, 50:5, 50:8, 50:9
stores [9] - 8:19, 8:20, 9:16, 12:14, 13:6, 15:21, 24:14, 27:5, 32:7
STORES [3] - 1:8, 1:16, 2:10
straight [2] - 35:13, 41:24
Street [1] - 1:21
stretch [1] - 24:4
STUART [1] - 2:6
stuff [4] - 8:21, 19:20, 19:24, 22:6
Subscribed [1] - 52:18
such [4] - 46:25, 47:14, 49:20, 54:13
Suite [1] - 1:21
Sunday [1] - 26:17
supervise [2] - 11:14, 29:14
supervised [2] - 11:18, 12:2
supervisory [1] - 23:21
supporting [1] - 22:17
sure [7] - 4:19, 7:22, 19:8, 22:5, 22:22, 40:12, 43:5
sworn [5] - 3:10, 4:3, 52:5, 52:18, 54:12

**T**

T [6] - 3:2, 52:2, 53:2, 54:2
table [1] - 46:8
take [3] - 4:23, 5:14, 36:3
taken [2] - 1:17, 5:10
takes [1] - 50:14
taking [2] - 8:19, 9:8
talk [1] - 27:7
talked [1] - 44:18
talking [3] - 17:19, 21:24, 42:19
TASHAWN [1] - 2:17

tasks [1] - 10:20
taught [1] - 43:16
tell [2] - 5:4, 9:10
term [1] - 41:21
terminal [1] - 50:3
terms [1] - 46:21
testified [1] - 4:5
testify [1] - 52:5
testimony [3] - 52:6, 52:10, 54:14
than [12] - 6:12, 7:8, 9:18, 12:7, 20:18, 34:10, 39:4, 39:19, 39:21, 44:14, 45:22, 47:14
thank [4] - 7:6, 14:3, 36:11, 51:8
That [1] - 54:11
that [178] - 3:7, 3:9, 3:13, 3:20, 4:24, 5:4, 5:6, 5:11, 5:14, 5:15, 5:18, 6:4, 6:18, 6:20, 6:21, 6:23, 8:9, 8:17, 8:21, 9:3, 9:19, 9:23, 9:25, 10:17, 10:21, 10:23, 11:3, 11:5, 11:10, 11:17, 11:20, 11:25, 12:9, 12:25, 13:7, 13:11, 13:13, 13:17, 13:20, 13:25, 14:4, 14:12, 14:24, 15:7, 16:2, 16:4, 16:16, 16:21, 17:10, 18:11, 19:3, 19:10, 19:17, 19:20, 20:14, 20:21, 21:5, 22:6, 22:7, 22:8, 22:9, 22:12, 22:20, 23:5, 23:11, 23:22, 24:3, 24:4, 24:5, 24:25, 25:6, 25:9, 25:13, 25:20, 25:22, 26:4, 26:5, 26:11, 26:21, 27:3, 28:5, 28:8, 28:20, 29:4, 29:8, 29:13, 29:15, 29:16, 29:18, 30:5, 30:8, 30:16, 30:17, 30:20, 30:21, 30:24, 32:3, 33:14, 33:21, 33:22, 34:4, 34:9, 35:3, 35:25, 36:12, 36:13, 36:15, 36:19, 36:20, 36:24, 37:9, 37:13, 37:14, 38:5, 38:9, 38:17, 39:2, 39:5, 39:8, 39:9, 39:16, 39:22, 39:24, 40:7, 40:14, 40:17, 41:2, 41:6, 41:21, 42:2, 42:10, 42:14, 42:15, 42:17, 42:18, 42:23, 42:24, 42:25, 43:5, 43:7, 43:11, 43:16, 44:2, 44:9, 44:11, 44:12, 44:19, 45:3, 45:6, 45:13, 45:18, 46:2, 46:14, 46:15, 46:20, 46:24, 47:11, 48:13, 48:18, 48:23, 49:10, 49:16, 50:5, 50:21, 51:2, 52:4, 52:8, 54:13, 54:14, 54:15, 54:17
that's [4] - 12:18, 16:15, 34:23, 35:6

the [310] - 1:15, 1:17, 1:18, 1:19, 1:23, 2:4, 2:9, 3:6, 3:7, 3:8, 3:9, 3:10, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:22, 4:4, 4:9, 5:2, 5:6, 5:8, 5:9, 5:16, 5:24, 6:3, 6:15, 7:16, 7:17, 7:23, 8:7, 9:8, 9:11, 10:6, 10:9, 10:11, 10:12, 10:15, 10:18, 10:19, 10:21, 10:24, 11:4, 11:6, 11:16, 11:17, 11:20, 11:24, 12:2, 12:8, 12:10, 12:19, 12:22, 13:9, 13:14, 13:19, 13:20, 13:23, 14:8, 14:9, 14:11, 14:13, 14:17, 14:21, 14:23, 14:24, 15:2, 15:9, 15:10, 15:16, 15:19, 15:20, 16:5, 16:7, 16:8, 16:15, 16:19, 17:3, 17:8, 17:12, 17:23, 18:2, 18:3, 18:22, 18:25, 19:4, 19:8, 19:10, 19:19, 19:22, 20:9, 20:18, 21:11, 21:12, 21:22, 22:4, 22:5, 22:8, 22:19, 22:20, 23:2, 23:3, 23:7, 24:7, 24:17, 24:18, 24:22, 25:21, 25:25, 26:2, 26:7, 26:13, 26:14, 26:18, 27:9, 27:11, 27:17, 27:23, 28:4, 28:6, 28:8, 28:12, 28:21, 28:23, 28:24, 28:25, 29:5, 29:17, 30:7, 30:9, 30:10, 30:15, 30:18, 31:4, 31:9, 31:12, 31:23, 32:9, 32:10, 32:13, 32:14, 32:17, 32:21, 32:23, 32:24, 32:25, 33:5, 33:6, 33:7, 33:8, 33:9, 33:11, 33:12, 33:13, 33:14, 33:15, 33:17, 33:18, 33:19, 33:20, 33:22, 33:23, 33:24, 33:25, 34:5, 34:6, 34:12, 34:13, 34:14, 34:15, 34:18, 34:20, 34:23, 34:25, 35:5, 35:6, 35:7, 35:8, 35:11, 35:13, 35:14, 35:23, 36:16, 37:2, 37:12, 37:14, 37:17, 37:23, 38:2, 38:3, 38:4, 38:6, 38:8, 38:9, 38:12, 38:17, 38:25, 39:2, 39:5, 39:7, 39:8, 39:13, 39:15, 39:24, 40:2, 40:7, 40:10, 40:15, 40:17, 41:3, 41:7, 41:11, 41:19, 42:2, 42:3, 42:7, 42:12, 42:14, 42:20, 42:21, 43:5, 43:6, 43:12, 43:13, 44:7, 44:15, 44:22, 44:23, 45:6, 45:8, 45:14, 45:15, 45:20, 46:4, 46:8, 46:9, 46:16, 46:17, 46:22, 47:6, 47:11, 47:18, 47:21, 47:25, 48:9, 48:11, 48:18, 48:22, 48:24, 49:3, 49:4, 49:5, 49:6, 49:12,

49:17, 49:23, 50:9, 50:23, 51:7, 51:9, 51:12, 51:13, 51:14, 52:5, 52:6, 52:8, 52:10, 54:9, 54:11, 54:14, 54:16, 54:18
theft [2] - 8:9, 11:8
them [1] - 43:19
then [12] - 4:25, 7:11, 13:4, 22:24, 23:2, 26:15, 26:16, 30:22, 33:9, 35:12, 36:4, 38:4
there [25] - 5:17, 6:4, 10:12, 10:23, 11:22, 14:11, 16:22, 23:19, 24:9, 25:24, 26:14, 30:5, 31:24, 32:5, 32:12, 32:16, 32:20, 34:7, 38:8, 42:5, 43:3, 47:2, 49:15, 50:12
these [4] - 35:17, 36:5, 44:6, 44:8
they [24] - 9:10, 10:11, 19:21, 22:22, 25:20, 26:2, 26:13, 26:15, 26:25, 27:10, 28:19, 33:2, 33:4, 34:17, 34:21, 37:5, 37:22, 37:25, 38:3, 38:5, 39:18, 43:13, 47:16, 50:16
thing [5] - 14:23, 16:2, 18:2, 22:25, 43:15
things [3] - 11:4, 22:18, 37:9
think [5] - 5:13, 12:17, 15:4, 30:17, 31:6
this [15] - 7:4, 31:7, 32:15, 35:22, 36:10, 40:14, 41:11, 41:14, 42:10, 50:25, 51:15, 52:19, 54:16, 54:19, 54:21
THOMAS [1] - 2:11
those [7] - 5:19, 8:23, 12:14, 14:20, 18:8, 22:21, 39:5
though [1] - 9:13
three [8] - 6:22, 10:18, 11:23, 12:3, 17:11, 17:17, 17:20, 19:18
three-month [1] - 17:11
through [14] - 12:13, 20:15, 22:21, 23:3, 25:6, 25:15, 25:20, 30:12, 34:25, 35:7, 38:9, 38:12, 43:21, 50:2
throughout [1] - 28:12
time [35] - 3:22, 12:25, 13:16, 15:9, 15:15, 16:15, 16:22, 17:8, 17:16, 18:11, 19:17, 21:2, 23:10, 24:3, 24:6, 24:21, 25:21, 26:8, 29:4, 29:13, 30:5, 34:12, 37:11, 38:7, 38:15, 39:10, 42:6, 42:12, 43:22, 47:17, 48:20, 49:22, 50:21, 52:10

TIME [1] - 1:12
times [11] - 32:5, 38:24, 38:25, 39:8, 39:14, 42:2, 43:25, 45:5, 45:13, 45:16, 45:25
title [2] - 27:12, 48:9
TO [1] - 2:12
to [118] - 1:18, 3:10, 3:11, 3:21, 3:22, 4:23, 4:25, 5:4, 5:6, 5:9, 5:11, 5:14, 5:22, 7:16, 8:11, 8:18, 9:2, 10:7, 10:13, 10:14, 10:23, 10:24, 11:9, 11:10, 11:20, 13:20, 14:5, 14:18, 14:20, 15:5, 15:11, 16:6, 16:11, 16:16, 16:24, 17:22, 17:23, 17:24, 18:11, 18:12, 18:19, 19:18, 19:19, 19:22, 21:3, 22:22, 23:2, 23:3, 23:7, 23:25, 24:9, 25:16, 25:21, 25:22, 25:24, 25:25, 26:16, 27:13, 28:9, 28:10, 28:19, 29:3, 29:14, 30:8, 30:16, 30:17, 31:8, 32:6, 32:17, 33:4, 33:13, 34:18, 34:21, 35:11, 35:24, 36:2, 36:3, 36:7, 37:2, 37:23, 40:6, 41:10, 41:16, 41:23, 42:16, 42:17, 43:5, 43:8, 43:10, 44:6, 44:10, 45:7, 45:12, 45:14, 45:16, 46:7, 46:12, 46:13, 46:15, 46:16, 47:5, 49:8, 49:14, 49:24, 50:16, 50:18, 50:23, 51:7, 51:10, 51:11, 52:5, 52:18, 54:16
today [2] - 4:21, 31:25
together [1] - 38:6
too [2] - 15:21, 36:23
top [1] - 41:11
total [1] - 12:5
towards [5] - 33:14, 33:15, 33:17, 33:25
toys [1] - 44:24
train [1] - 26:2
trained [1] - 12:10
training [19] - 8:11, 8:14, 8:17, 9:8, 18:4, 18:7, 20:15, 20:19, 20:21, 25:6, 25:11, 25:16, 29:9, 29:11, 30:12, 30:16, 30:23, 43:24, 45:3
trains [1] - 46:15
transcript [2] - 52:9
trial [1] - 3:22
true [2] - 52:9, 54:13
truth [1] - 52:5
truthfully [1] - 5:10
try [1] - 28:19
two [13] - 9:16, 13:18, 14:4, 17:17, 17:19, 17:20, 19:18, 23:2, 25:4, 25:20, 35:17,

H. VANWAGENEN

35:24

**type** [10] - 9:6, 19:15, 19:16, 21:23, 23:5, 26:22, 29:12, 30:25, 46:19, 49:9
**typed** [1] - 47:2
**types** [1] - 44:6

## U

**U** [2] - 3:2, 4:2
**uh** [1] - 41:13
**uh-huh** [1] - 41:13
**Ulster** [1] - 9:25
**under** [1] - 23:18
**underneath** [1] - 27:25
**understand** [6] - 5:3, 5:8, 5:19, 9:4, 40:10, 41:20
**Union** [1] - 4:13
**UNITED** [1] - 1:2
**unsigned** [1] - 3:14
**unstable** [2] - 43:13, 43:14
**until** [2] - 24:25, 31:25
**up** [8] - 16:16, 22:7, 22:22, 26:15, 31:24, 40:19, 41:3, 41:24
**upon** [2] - 3:17, 19:23
**use** [4] - 40:23, 41:10, 41:18, 41:19
**used** [2] - 3:14, 20:6

## V

**V** [1] - 4:2
**vacation** [1] - 15:25
**VANWAGENEN** [2] - 1:17, 52:15
**Vanwagenen** [3] - 4:11, 4:19, 4:20
**varies** [1] - 10:14
**various** [1] - 37:2
**vary** [1] - 10:12
**vendor** [1] - 23:3
**vendors** [2] - 19:10, 22:20
**verify** [1] - 23:2
**versus** [2] - 10:9, 10:16
**vertical** [3] - 40:24, 41:2, 41:8
**very** [1] - 32:11
**video** [2] - 43:17, 43:22
**Video** [1] - 1:20
**visual** [1] - 50:12
**visually** [1] - 50:10
**volume** [1] - 11:6

## W

**W** [2] - 2:6, 4:2
**waived** [1] - 3:9
**Wal** [28] - 5:25, 6:5, 6:7, 6:15, 6:24, 7:3, 8:15, 8:23, 9:17, 10:11, 12:5, 12:9,

12:11, 12:23, 17:25, 25:9, 25:12, 32:6, 32:17, 33:21, 35:3, 36:17, 36:23, 37:13, 39:4, 47:23, 49:17, 50:24
**WAL** [3] - 1:8, 1:16, 2:10
**Wal-Mart** [27] - 5:25, 6:5, 6:7, 6:15, 6:24, 7:3, 8:15, 8:23, 9:17, 10:11, 12:5, 12:11, 12:23, 17:25, 25:9, 25:12, 32:6, 32:17, 33:21, 35:3, 36:17, 36:23, 37:13, 39:4, 47:23, 49:17, 50:24
**WAL-MART** [3] - 1:8, 1:16, 2:10
**Wal-Marts** [1] - 12:9
**walk** [1] - 23:7
**walked** [4] - 38:9, 39:8, 39:13, 42:3
**want** [2] - 15:11, 51:7
**was** [38] - 4:5, 7:17, 8:2, 9:21, 12:19, 13:19, 14:4, 14:13, 15:22, 16:8, 16:16, 17:10, 18:22, 18:23, 19:8, 20:14, 21:6, 22:5, 22:6, 22:18, 22:19, 24:24, 25:9, 25:16, 25:19, 25:21, 26:5, 28:9, 30:20, 31:19, 34:9, 47:22, 48:21, 49:15, 49:21, 50:17, 51:15, 54:12
**was it** [6] - 9:18, 18:20, 20:12, 21:17, 22:15, 24:4
**was that** [8] - 8:14, 18:15, 18:20, 20:12, 20:18, 24:11, 25:2, 45:2
**was there** [1] - 15:15
**wash** [5] - 38:3, 38:4, 38:5, 38:6
**Waterford** [1] - 26:5
**way** [6] - 14:21, 29:15, 32:15, 37:17, 43:12, 54:18
**we** [33] - 5:13, 6:21, 7:22, 11:9, 11:20, 12:17, 16:11, 17:19, 19:7, 19:9, 19:19, 21:23, 22:20, 22:25, 24:5, 27:11, 27:12, 29:23, 30:17, 31:6, 31:14, 33:7, 33:9, 37:23, 40:17, 42:4, 44:14, 46:21, 47:20, 49:24, 50:9, 50:10, 50:11
**week** [6] - 25:19, 25:25, 26:12, 26:14, 26:19, 28:17
**weekends** [1] - 26:14
**weeks** [2] - 25:20, 30:22
**well** [6] - 9:10, 15:6, 25:19, 36:2, 37:25, 43:12
**went** [9] - 15:5, 16:6, 20:15, 24:9, 25:6, 30:8, 30:12, 30:16, 31:7
**were** [20] - 9:19, 10:11, 10:12, 11:22, 16:5, 16:7,

16:22, 19:9, 19:17, 21:15, 23:14, 23:17, 23:18, 27:4, 27:11, 29:5, 30:21, 35:20, 43:16, 43:18
**were you** [5] - 18:25, 23:11, 26:11, 27:17, 28:16
**Westchester** [1] - 14:2
**what** [44] - 7:7, 7:14, 8:2, 8:3, 8:5, 10:16, 10:20, 12:25, 13:5, 13:16, 16:22, 17:6, 17:8, 17:16, 17:19, 18:24, 19:6, 19:15, 19:16, 20:24, 21:2, 21:23, 24:21, 25:15, 27:11, 28:21, 29:12, 31:13, 31:14, 31:16, 34:8, 35:9, 36:19, 36:21, 38:2, 40:14, 40:25, 41:20, 44:18, 48:20, 50:13, 50:23
**what are** [4] - 7:19, 11:3, 32:23, 33:2
**what did** [5] - 8:17, 10:15, 25:17, 26:25, 27:10
**What is** [7] - 4:12, 6:3, 6:9, 11:16, 17:8, 36:15, 48:9
**what was** [13] - 11:24, 12:22, 13:9, 14:8, 15:2, 15:9, 16:4, 16:18, 20:9, 22:23, 22:24, 24:7, 28:4
**what were** [2] - 10:15, 21:20
**what's** [1] - 17:3
**whatever** [1] - 5:16
**when** [3] - 16:11, 33:19, 48:21
**when you** [3] - 21:14, 31:22, 43:18
**where** [7] - 11:22, 12:17, 25:17, 26:2, 27:20, 32:5, 32:12
**where are** [2] - 33:4, 34:17
**where is** [6] - 9:23, 14:15, 19:3, 33:13, 33:21, 50:8
**where was** [2] - 21:11, 26:4
**where were** [1] - 26:7
**WHEREOF** [1] - 54:20
**Whereupon** [3] - 7:16, 35:20, 51:14
**whether** [3] - 46:25, 47:2, 49:21
**which** [8] - 17:14, 22:4, 24:14, 27:14, 28:23, 33:8, 36:8, 48:14
**while** [3] - 11:22, 16:7, 23:18
**White** [1] - 1:21
**white** [1] - 36:2
**who** [3] - 29:7, 46:5, 46:10
**who is** [2] - 47:18, 47:21
**who was** [1] - 24:3
**whole** [1] - 26:14

**whose** [1] - 54:11
**why** [1] - 30:15
**will** [24] - 4:20, 4:25, 5:13, 6:21, 29:23, 29:25, 32:15, 35:18, 36:2, 36:4, 37:6, 37:23, 37:25, 38:3, 40:17, 40:23, 41:12, 41:18, 41:19, 42:4, 44:14, 46:12, 46:21, 50:9
**wish** [1] - 14:20
**with** [35] - 3:12, 3:15, 5:15, 7:3, 9:8, 12:4, 12:23, 14:17, 16:4, 19:16, 21:18, 21:19, 22:23, 23:22, 29:3, 32:10, 33:4, 34:18, 36:7, 37:22, 38:4, 40:13, 41:6, 43:18, 44:2, 44:5, 44:10, 44:19, 46:15, 47:5, 47:23, 47:25, 49:2, 50:18, 51:12
**within** [7] - 3:8, 8:14, 17:25, 28:14, 36:16, 49:23, 54:9
**witness** [9] - 1:16, 3:10, 3:16, 3:18, 4:3, 50:25, 51:7, 54:11, 54:14
**WITNESS** [1] - 54:20
**Witness** [1] - 51:15
**WM** [1] - 2:12
**woman's** [1] - 38:3
**women** [1] - 16:13
**women's** [1] - 37:19
**word** [4] - 40:23, 40:24, 41:18, 41:19
**worded** [1] - 9:5
**work** [11] - 6:11, 9:16, 13:2, 13:5, 13:17, 19:16, 20:24, 23:5, 23:10, 27:4, 28:22
**worked** [4] - 12:10, 15:10, 15:16, 15:19
**working** [3] - 18:25, 23:14, 23:19
**would** [21] - 8:9, 10:6, 13:13, 13:20, 14:5, 14:17, 19:6, 22:8, 22:12, 22:21, 22:22, 22:25, 29:18, 34:9, 34:21, 41:6, 41:11, 43:20, 45:12, 46:25, 51:10
**wow** [1] - 15:4
**written** [2] - 43:4, 47:2

## X

**X** [4] - 1:3, 1:9, 53:2, 53:12
**Xerox** [1] - 35:25

## Y

**Y** [1] - 4:2
**yards** [1] - 34:10
**yeah** [3] - 24:5, 29:22, 34:11
**year** [11] - 7:4, 13:4, 15:12,

H.  VANWAGENEN

16:24, 24:4, 25:4, 27:3, 28:5, 28:20, 31:14

**year-and-a-half** [3] - 15:12, 25:4, 27:3

**years** [21] - 6:22, 6:25, 7:4, 10:18, 12:5, 12:10, 13:18, 14:4, 17:9, 17:17, 17:18, 17:19, 17:20, 19:18, 21:4, 21:6, 21:7, 25:2, 25:5, 45:6, 45:14

**yes** [88] - 5:21, 5:23, 6:2, 6:8, 6:17, 8:4, 8:10, 8:13, 8:16, 8:24, 10:2, 12:12, 13:22, 15:14, 15:25, 16:3, 16:17, 17:2, 18:6, 18:9, 18:17, 19:14, 20:17, 20:23, 21:10, 21:25, 23:13, 23:16, 24:13, 25:8, 25:10, 25:13, 26:20, 26:24, 27:19, 27:21, 28:3, 28:13, 28:15, 29:8, 29:24, 30:2, 30:4, 30:8, 30:14, 31:5, 32:2, 32:4, 32:8, 32:19, 32:22, 34:3, 34:7, 34:16, 35:4, 36:14, 36:18, 36:20, 36:25, 37:4, 37:6, 37:7, 37:10, 37:16, 37:21, 38:11, 38:14, 38:19, 40:21, 41:4, 41:9, 41:17, 41:22, 42:15, 43:9, 44:17, 45:4, 45:11, 45:24, 47:10, 47:13, 47:24, 48:3, 48:8, 48:19, 49:7, 50:4, 50:7

**YORK** [3] - 1:2, 54:4, 54:5

**York** [14] - 1:22, 1:23, 2:6, 2:11, 4:5, 4:14, 6:16, 9:24, 12:16, 14:16, 14:22, 15:5, 54:10

**you** [142] - 4:17, 4:21, 4:24, 5:3, 5:4, 5:7, 5:8, 5:10, 5:14, 5:17, 5:22, 5:24, 6:6, 6:14, 7:6, 7:13, 8:3, 8:20, 9:6, 9:7, 9:10, 9:15, 9:19, 10:6, 10:16, 10:17, 11:4, 11:5, 11:17, 11:22, 12:2, 12:4, 12:5, 12:9, 12:13, 12:22, 13:9, 14:3, 14:8, 14:21, 15:3, 15:9, 15:15, 15:19, 15:21, 16:5, 16:7, 16:22, 17:3, 18:3, 18:7, 19:6, 19:17, 20:9, 20:15, 20:19, 20:21, 22:8, 23:14, 23:17, 23:18, 24:7, 25:6, 25:14, 25:17, 25:20, 25:21, 25:22, 25:24, 26:2, 26:7, 26:13, 26:15, 26:16, 26:21, 26:25, 27:3, 27:15, 28:2, 29:5, 29:25, 30:5, 30:12, 30:15, 30:16, 31:4, 31:7, 31:12, 32:9, 32:14, 33:11, 34:9, 34:20, 34:25, 35:7, 35:11, 35:12, 35:13, 35:15,

35:24, 36:3, 36:11, 37:5, 38:12, 38:21, 38:25, 39:8, 40:9, 40:16, 40:23, 41:6, 41:12, 42:2, 42:3, 42:12, 42:19, 42:24, 43:10, 43:16, 43:18, 43:19, 44:2, 44:11, 45:3, 45:12, 45:13, 46:7, 46:8, 46:12, 46:14, 46:19, 46:21, 48:17, 50:11, 51:3, 51:8

**you're** [7] - 10:22, 25:22, 26:14, 32:5, 34:17, 35:2, 35:8

**you've** [1] - 42:6

**your** [31] - 4:9, 4:12, 4:17, 4:25, 6:9, 7:19, 9:7, 10:9, 14:18, 16:8, 16:18, 18:15, 18:18, 19:5, 21:20, 23:10, 24:11, 25:15, 27:7, 28:5, 32:3, 34:12, 34:21, 35:11, 35:15, 37:11, 38:7, 38:15, 39:10, 42:16

**yourself** [2] - 39:23, 45:23

**yup** [1] - 15:20

º

º [4] - 51:17