UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
ANTHONY BURDEN and LEEVERDIA BURDEN,

                              Plaintiffs,

        -against-              Docket No.:
                               17 CV 01289
WAL-MART STORES EAST, LP,

                              Defendant.
---------------------------------------------X


                    DATE:  December 7, 2017

                    TIME:  3:04 P.M.


                DEPOSITION of the non-party

witness on behalf of the Defendant, CIARA

MARSHALL, taken by the respective parties,

pursuant to a Subpoena and to the Federal

Rules of Civil Procedure, held at the

offices of Sobo & Sobo, LLP, 744 Broadway,

Newburgh, New York 12550, before Sandra

Noel Bartels, a Notary Public of the State

of New York.

A P P E A R A N C E S:


SOBO & SOBO, LLP
Attorneys for the Plaintiffs
ANTHONY BURDEN and LEEVERDIA BURDEN
    One Dolson Avenue
    Middletown, New York 10940
BY: STUART W. MOSBACHER, ESQ.


BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for the Defendant
WAL-MART STORES EAST, LP
    7 Bayview Avenue
    Northport, New York 11768
BY: CHRISTOPHER MULLANE, ESQ.

             *          *          *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*     *     *     *

C. MARSHALL

C I A R A    M A R S H A L L, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. MOSBACHER:

Q.    Please state your name for the record.

A.    Ciara Marshall

Q.    What is your address?

A.    51 Capron Street, Walden, New York 12586.

Q.    Good afternoon.  Is it Misses or Miss Marshal?

A.    Miss Marshall.

Q.    Miss Marshall, my name is Stuart Mosbacher.  I'm an attorney.  I work for the law office of Sobo & Sobo.  In this matter we represent the late Anthony Burden and his wife Leeverdia Burden who have filed a lawsuit against Walmart stores. I'm here today because we had served a subpoena and requested your appearance today.  I'll be asking you a series of

                    C. MARSHALL

questions.  All of the questions that I ask
you will be spoken.  When I finish my
question, it will turn to you to answer.
The stenographer that is present here today
will administer an oath and you will be
asked to answer the questions truthfully.
What I ask is that you let me finish my
question.  Sometimes as an attorney it
takes time to get a question out.  Once
I've completed the question there may be
objections raised but if you understand the
question it will be asked that you answer
the question truthfully and that's how it
will proceed, question by question.  There
will no written question submitted to you
at any time.  We may show you some
documents and exhibits and if you look at
them we'll certainly leave you with copies
of them if you would like to have those.
Do you understand the instructions I have
given you?

        A.    Yes.

        Q.    Have you ever testified in any
proceeding before?

C. MARSHALL

A.     No, I have haven't.

Q.     Do you know me personally?

A.     No, I don't.

Q.     Do you know my office, Sobo & Sobo?

A.     I've heard of it.

Q.     Have you been a client of our office?

A.     No, sir.

Q.     Have you been involved in any litigation with my office in the past?

A.     No, sir.

Q.     If I mention the name Anthony Burden, do you know the late Anthony Burden?

A.     No, I don't.

Q.     Do you know Leeverdia Burden, his wife?

A.     No, I don't.

Q.     Everybody knows Walmart stores. Do you recognize Walmart?

A.     Yes, I do.

Q.     My understanding is at some time in the past you've worked as an

C. MARSHALL

employee of Walmart; is that correct?

A.    Yes, 15 years.

Q.    What years did that encompass?

A.    August 14, 2002 to November 12, 2017.

Q.    So it's only recently that you left Walmart?

A.    Yes, it is.

Q.    Are you familiar with the Walmart store that's located on Route 300 in Newburgh, New York?

A.    Yes, that's the only store I worked.

Q.    Do you know the number for that store?

A.    845-567-6007.  Address is 1201 Union Avenue, Route 300 Newburgh, New York 12550.

Q.    Does the store have a designated code number?

A.    I don't follow on that one. No, just the store number is 2104.

Q.    That's what I meant.

What positions have you held

C. MARSHALL

working at that Walmart store?

A.    I was a cashier, customer service manager, department manager of HBA, department manager of cosmetics, department manager of domestics.  I was a five to two stocker in automotive.  I was an overnight stocker.  I was a service writer in automotive and ending with assistant manager.

Q.    You've held a number of positions at this particular Walmart --

A.    That's just some of them, yes.

Q.    In addition to all of those positions that you've listed, there could actually be more?

A.    Um-hm.

Q.    When you first applied for Walmart did you submit an job application?

A.    Yes, it was a one-sheet piece of paper then.

Q.    Did you have an interview?

A.    Yes, a minute interview.

Q.    Do you remember who conducted the interview?

C. MARSHALL

A.   Yes, I do.

Q.   Who was that?

A.   Eric Cortez and there was also Grace Greenwich.

Q.   That's with a G?

A.   Yes.

Q.   How soon after you completed the interview did you learn that you were accepted as an employee of Walmart?

A.   I want to say within 24 hours.

Q.   Did you receive training for any of the positions that you've held at Walmart?

A.   Yes, I have.

Q.   Was any of that training by watching videos on a video monitor?

A.   Yes, called CBLs, computer based learning.

Q.   The computer based learning that you received at Walmart, was that all at the location in Newburgh?

A.   Yes.

Q.   If you can estimate over the course of your 15 years that you worked at

C. MARSHALL

Walmart, how many hours of watching CBLs did you complete?  And if you want to give a range that's okay, as long as it's not a guess, as long as it has some basis in fact.

A.    I would say probably 30 hours.

Q.    Did you receive any type of certifications as an employee working at Walmart that you completed watching these CBLs?

A.    Food safety, that's the only certificate.  There is food safety.  There is hazmat and code compliances.  Those sorts of things.

Q.    Do you recall in your time working there that you completed watching any CBLs that dealt with how to stack merchandise available for the public for sale?

A.    Yes.

Q.    What type of videos had you watched?

A.    There was a few like for stocking end caps, shelving, top stop

C. MARSHALL

shelving should be a certain height requirement, not over flooding the shelving, making sure everything is stable, doing bump tests.  Those sorts of things.

Q.    First, I'll just go over a term that you raised, end cap.

A.    Yes.

Q.    Is that an item that's placed at the end of an aisle where merchandise is available?

A.    Yes, where it's displayed like maybe something that you would try to get a customer to by as far as -- I don't know how to describe.  It's excess of one item.

Q.    In your experience at Walmart at the Newburgh store were end caps used for items that were available on sale at a lower place than usual?

A.    It can be anything from sale items or something that wasn't selling you would try to make it a VPI, volume producing item, just to catch a customer's eye.

Q.    And those were found at the end

C. MARSHALL

of the aisle.

A.    There was end caps by the registers.

Q.    At the Walmart in Newburgh, it has many different departments; is that correct?

A.    Yes.

Q.    And that was over the 15 years there had been many different departments in that Walmart in Newburgh?

A.    Yes.

Q.    Do you recall what departments were present during the calendar year of 2014?

A.    As far as what?

Q.    For example, was there a health an beauty department?

A.    Yes, there has always been a health and beauty.

Q.    What other departments do you remember other than health and beauty just in the year of 2014?

A.    Health and beauty, pharmacy, pets, cosmetics, automative, sporting

C. MARSHALL

goods, furniture, domestics.

Q.    Were groceries available?

A.    Yes, grocery was there?

Q.    Would that include fresh vegetables?

A.    Yes.  But there no end caps in groceries.

Q.    You yourself, did you ever work in the health and beauty section at any time?

A.    Yes, I did.

Q.    In what years did you work in the health and beauty area?

A.    Maybe, I want to say it had to be about with 2012, 2013 I was department manager then.

Q.    Do you know who was the health and beauty department manager after that, from 2013 to 2014?

A.    No, because I moved to another department.  I don't remember who that was.

Q.    Now, when you were health and beauty manager during that time period, did that include both women's and men's

C. MARSHALL

products --

A.   Yes.

Q.   -- or was it just one sex or something else?

A.   No, total department.

Q.   Men's and women's products?

A.   Yes, it is.

Q.   During that time that you worked in health and beauty, Walmart sold men's and women's soap products?

A.   Yes.

Q.   Shampoo products?

A.   Yes.

Q.   And several other products?

A.   Yes.

Q.   During the time period that you were manager of the health and beauty department, did you perform stacking operations of merchandise in the health and beauty department?

A.   Yes, I did.

Q.   So what type of merchandise had you stacked or made available for purchase to the public in that department in that

C. MARSHALL

time period?

A.    Bar soaps.  You also had your curling irons, deodorant, you also had body wash, hand soap, shampoos, tooth paste, mouthwash, shaving gel, razors, perms, hair dyes, et cetera.

Q.    So during that time period when you were manager of health and beauty, when products come to the Newburgh store are they received in a certain section of the store when they come in?

A.    Yes, GM receiving.

Q.    Where is that located?

A.    General merchandise side, the receiving area.

Q.    Is that outside the area where the public can walk and look at merchandise?

A.    Yes, it's in the back room.

Q.    Is that an area where the public is welcome?

A.    No.

Q.    Who has access to that area?

A.    All employees.

C. MARSHALL

Q.   When product or merchandise comes in, is it scanned in any way?

A.   No, it's not scanned in.  When the product comes off the truck, the truck has to be finalized in the computer. That's the first step.

Q.   How is that done?

A.   I'm not the receiving clerk but once the truck is unload the receiver has to go in the computer physically and put in that the truck was received.

Q.   You are aware that materials like body wash come in through the GM receiving area?

A.   Yes, it does.

Q.   Now, to go from the GM receiving area to the floor where the public can look at the items and purchase items, how is that done?  What steps and procedures occur when the Walmart personnel move the materials of that nature from the GM receiving area to the floor?

A.   They do it with power jacks. The merchandise is transported on pallets

C. MARSHALL

and also rocket carts.

Q.    If you could describe what a pallet jack looks like?

A.    It's two forks with an upper -- I don't know what to call it, an upper lift that you can pump up to get the pallet up. That's all I can say.

Q.    It's something an individual can pull and it has wheels on it?

A.    Yes.

Q.    And you can slip prongs onto a pallet and move merchandise from the back to wherever it's needed in the front where the public can purchase it?

A.    Yes.

Q.    And from the pallet it's then transferred to shelves or end caps or some other type of display?

A.    Yes, it's transported to shelves, the displays.  It can go to the back room if there is too many boxes.

Q.    You mentioned the word rocket cart, if I heard that correctly.  Did I hear that correctly?

C. MARSHALL

A.    You did.

Q.    What is that?

A.    It's just another type of form where you can put merchandise on with wheels.  It's just a little cart, a little silver cart where you just wheel that to the floor.

Q.    So for work in the health and beauty division had you used a pallet jack to move merchandise from the GM receiving area to the health and beauty section?

A.    Yes, it's expected of every associate.

Q.    And how using a rocket cart to move merchandise for the health and beauty section from the GM receiving area to the floor to make available for purchase, have you done that?

A.    Yes.

Q.    No, you yourself, have you ever transferred items from whether it's a pallet jack or rocket cart to the shelves in the health and beauty department?

A.    Yes, I have.

C. MARSHALL

Q. Have you stacked and made available for purchase items like shampoos, conditioners and body soaps, have you done that type of work?

A. Yes, I have.

Q. We covered CBLs. Did you ever see a specific CBL which discussed how you display goods of that nature, body soaps, shampoos and conditioners?

A. No, there was never a display of that, just the general merchandise that comes in. But there was never a display of body washes.

Q. Well, my question is really have you watched a CBL that discusses how those things are stored for the public purchase on shelves?

A. Well, the CBL you would watch is just a generic of how you would stock groceries, canned goods, something like that. But body wash was never on the CBLs.

Q. Did you ever receive training in that type of work from Walmart personnel?

C. MARSHALL

A.    Yes.

Q.    What training did you receive?

A.    Basically, it's common knowledge.  You are not going to stack -- well, it's expected from you as Walmart employees not to stack stuff on top of each other.  For instance, if it's two canned goods, of course if the grooves fit into the bottom can, then that would be acceptable.  But if it's something that hung over or as far as body wash goes, if you had two bottles you would have to put them in the back and turn them sideways. If you had more than two bottles, that case would have to go back to the floor.  Now in certain instances I did see where there were people who did put body wash on top but my job as department manager would be to take that off, take the excess off, and bring the excess to the back if it was more than two bottles.  Like I said before, two bottles can go to the back turned.

Q.    I'll try to flush it out but I'm going to show you what has been marked

C. MARSHALL

previously at a deposition as Plaintiff's Exhibit 1 and 2. We had marked one other document as Plaintiff's 1, which I really should have asked you question about before. So first let me show you this one.

What I'm showing you is a document marked judicial subpoena, that's Plaintiff's Exhibit 1. Was that delivered to you before coming here today?

A.   It was delivered to my mother's house.

Q.   And that's the address, 376 Washington Street?

A.   Yes.

Q.   But as a courtesy to us you came here because your mother gave this to you?

A.   Yes, she called me on the phone and told me.

Q.   I want to say I appreciate you coming here. But this is a true copy of he document you received through your mother?

A.   Yes.

Q.   Well put that Plaintiff's

C. MARSHALL

Exhibit 1 aside, that was a Plaintiff's 1 for today, December 7, 2017.

So now I'm going to show you what has been marked as Plaintiff's Exhibit 1 and 2 at an earlier deposition held in connection with this case dated October 18, 2017.  They are black and white copies of some photographs that have been taken in the past.  So first, having load at both I'm going to turn over Exhibit 2 and just have Exhibit 1 open for you.

Looking at Exhibit 1, do you recognize what is shown in Exhibit 1?

A.    Yes, men's body wash.

Q.    Do you recognize that as part of the Newburgh Walmart store?

A.    Yes.

Q.    Do you recognize that as a specific area within the store?

A.    Yes, that's the health and beauty section.

Q.    That photograph, is that a fair and accurate representation of how the store looked at times?

C. MARSHALL

A.   Yes.

Q.   Is this a fair and accurate representation of this particular aisle as, let's say, May and June of 2014, did the aisle look more or less like that to your knowledge, the floor, the shelves?

A.   I'm assuming, yes.

Q.   What aisle number is that?

A.   There is no aisle number for health and beauty.  We only have aisle numbers for grocery side.

Q.   Do they have aisles that separate men's products from women's products?

A.   No, the men's and women's are in the same aisle.  We have different sections that separate it, but there is no different aisle.

Q.   First, I'm going to point to something on the photograph, I'll show it counsel, it's really an insignia.

Do you see this?  It's a small insignia that's located on the top part of the photograph.  Do you see where my middle

C. MARSHALL

finger and second finger are?  Do you recognize that logo.

A.    The spark?  Yes.

Q.    Is that a Walmart log?

A.    Yes, it's called a spark, Walmart spark.

Q.    So I'm pointing to you, we'll say just shelving that's located more on the left side of the photograph, looking at the shelving do you recognize that as shelving in the health and beauty section?

A.    Yes.

Q.    I'm going to reference with my finger some products that are located on the top.  Do you see that part of the photograph as the upper part of the photograph, kind of a little off center?

A.    Yes.

Q.    Do you see some items that are stacked up and down?

A.    Yes.

Q.    I'll say they are vertically oriented?  Now I'm going to shift my finger to a product that's kind of on the top,

C. MARSHALL

laying on its side, I'll call that a horizontal orientation.  Do you see that?

A.    Yes, I do.

Q.    Have you ever seen a circumstance like that where products in the health and beauty section, that there were items that were located or positioned like that in a horizontal orientation on top of products that were vertically oriented?

A.    Yes, I have.

Q.    Is that something that's allowed at Walmart?

A.    It's not allowed.

Q.    Had you seen something like that before?

A.    Yes, I have, when I was department manager, like I said before, it was my job to come in an assess the top and all shelves to make sure that there was nothing stacked on top of each other that way.

Q.    If you encountered product of that nature what would you do, what

C. MARSHALL

corrective actions would you take?

A.    I run the cameras to see who it was so they get verbal coaching.  Depends on where they are at in the correctives.

Q.    When you mentioned running cameras, there are videos that cover or cameras that cover the area of health and beauty?

A.    Yes, there is.

Q.    So you could access the camera footage for the day and determine if staff that laid these like this?

A.    Yes, I could get with the AP manager and have him run video footage of that.

Q.    Have you ever done that?

A.    Yes, I have.

Q.    Had there been a time you did that and you were able to determine that an employee had stacked items in that way, in a horizontal plain instead of a vertical plain?

A.    Yes.

Q.    How many times did you make

C. MARSHALL

that observation after watching videos?

A.     I've only had to do it once.
Once I had done that and held the associate
accountable, I didn't have to come to that
anymore.

Q.     This was in the timeframe that
you were manager of the health and beauty
department between 2012 and 2013?

A.     Yes, it was.

Q.     Did that employee to continue
to work --

A.     Yes, because they only had a
verbal in the system so I put them on their
second rating.

Q.     And no further corrective
action was needed for that particular
employee?

A.     No.

Q.     Did you share your view of the
video and the discipline you took to that
employee with any supervisors to you?

A.     Yes, my immediate supervisor.

Q.     Who did you share that with?

A.     One of my assistant managers,

C. MARSHALL

Serafina Morales.

Q.    Was any further work required of you once you advised her of the corrective measures you took with that employee?

A.    No.

Q.    Do you know a gentlemen by the name of Heiler Van Waggenen?  Did you ever hear of Mr. Van Waggenen's name?

A.    I know him.  He was my AP manager.

Q.    During what time period?

A.    I don't know when he came back to the store but as of me leaving he was my AP manager.  So it could be --  I know it's a little over a year.  I don't know exactly when he came back because he served in different stores.

Q.    Did you ever report to Mr. Van Waggenen that you had noticed circumstances where product was stacked improperly by employees?

A.    No, I didn't have to talk to him personally, I actually talk to his

C. MARSHALL

workers that worked in the office as well.

Q.    Now, you yourself, has there ever been a time when you yourself had stacked merchandise in that manner, in a horizontal plain --

A.    No, I knew better.

Q.    On top of vertically stacked items?

A.    No.

Q.    There have been times when you've seen customers stack items or return items they lifted onto the shelves like this?

A.    Yes, I saw them do that as well.

Q.    If that was seen what was the responsibility, to your knowledge, of Walmart employees if they encountered that or they observed a customer return an item and put it in the horizontal plain on top of items that were in a vertical plain.

A.    It's our job to fix it right away.

Q.    So using Plaintiff's Exhibit 1,

C. MARSHALL

and again referencing this item that's in a horizontal plain that's on the top, if you were working in the store what would you do if you saw something of that nature?

A.    Get a ladder and fix it or I would have one of the employees in health and beauty fix that immediately.

Q.    Under what circumstances would you look at the videotape to determine if employees had done that?

A.    It depends on what time of the day it was.

Q.    So if it occurred during late hours, meaning after 8:00 P.M., what would you do?

A.    After 8:00 P.M. it is the Cap two responsibility to stock out the freight so I would get one of the Cap two associates and ask if they were the ones who placed that on there.

Q.    How about if it was at 12:00 P.M.?

A.    If it was at 12:00 P.M. that would be overnight stockers responsibility

                         C. MARSHALL

to take that down.

Q.   Would overnight still be there at 12 P.M.?

A.   Sorry.  No, it would be the department manager's job or if they have a cap one person working with them.

Q.   So I would like to go to this circumstance where health and beauty's merchandise is being moved from the GM receiving area to the floor where the public would purchase it, and employees of Walmart are placing the merchandise from those devices, the pallet jacks and rocket carts onto the shelves themselves in the health and beauty area, have you seen that done?

A.   Yes, I have.

Q.   You've done that yourself?

A.   Yes, I have.

Q.   So let's say you have a pallet of full of body soap and you are putting it on the shelves.  Have you done that work?

A.   Yes, I have.

Q.   Have you had a circumstances

C. MARSHALL

where there was not enough space to put all of the merchandise that you brought over there onto the shelves?

A.   Yes.

Q.   So what would you do in this circumstance where you have merchandise, you brought it to the area where with the shelves are and there is insufficient space to place the body wash on the shelves and there is still items left on the pallet jack or the rocket cart, would you do under that circumstance?

A.   If it was loose items you would have to re box it up and bring it to the back on the pallet jack or rocket cart or you would have to find another space, maybe on the front end registers and make another end cap of it.

Q.   So let's assume that you have to bring it back, there was no space that you could find anywhere in the store, would there be anything internally that would have to be recorded that there was too much merchandise and you would be registering

C. MARSHALL

that the merchandise was returned to general receiving?

A.   No, not until it's put in the bins.  You would just box it up.  If you were putting it in bins at that time you would have to box it up, print a label for it, and then scan it into the bins.

Q.   Have you done that type of work?

A.   Yes, I have.

Q.   Have you seen others do that type of work during the time you were assist manager in health and beauty --

A.   Yes, I have.

Q.   You yourself, besides discipline, did you offer training to people under you while in the health and beauty displays --

A.   Yeah.

Q.   During your time as assistant manager in health beauty department did you train employees on stacking and shelving procedures?

A.   Yes.

C. MARSHALL

Q.   Did you instruct them on what was proper stacking and shelving and what was not allowed?

A.   Yes.

Q.   And again, reflecting Plaintiff's Exhibit 1, that item that's located in the horizontal plain at the top of the photograph, did you give them specific instructions about merchandise being stacked that way, whether it was allowed?

A.   Yes.  Anybody who worked under me knew that was unacceptable, to stack like that.

Q.   Did they learn that there would be any type of punishment or admonishment if that was found?

A.   Yes.

Q.   Did you offer that verbally to them?

A.   Yes.

Q.   Other than that one time the you mentioned earlier in your testimony about disciplining that particular

C. MARSHALL

employee, had there been any other circumstances that you disciplined an employee for stacking merchandise in that way?

A.    No, other things, but not that.

MR. MOSBACHER:  Ms. Marshall, I don't have any further questions for you at this time, subject to counsel's questions.

EXAMINATION BY

MR. MULLANE:

Q.    Good afternoon, Ms. Marshall. My name is Chris Mullane from Brody, O'Connor & O'Connor.  We have been retained by Walmart to protect their interests in a lawsuit brought by Anthony Burden and Leeverdia Burden.  Again, thank you very much for taking time out of your schedule to come in here today.

Prior to today's deposition or at any pint have you ever met Anthony Burden or Leeverdia Burden?

A.    No.

Q.    Have you met any of their

C. MARSHALL

children or family members, have you ever met them?

A.    Tashawn, I do know Tashawn.

Q.    How do you know Tashawn?

A.    She used to work for Walmart as a Cap One associate.

Q.    For how long did Tashawn work for Walmart as a Cap One, do you know the time period?

A.    No, I wasn't a manager then. It could be maybe eight months.  I'm not sure.

Q.    Do you know the years that Tashawn worked at Walmart?

A.    No.

Q.    I believe you testified that your last day of the employment with Walmart was November 12, 2017 of this year; correct?

A.    Yes.

Q.    Under what conditions or circumstances did you leave Walmart?

A.    I found a better job, more money.

C. MARSHALL

Q.   Where do you currently work?

A.   BJs in Monroe.

Q.   During your 15 years at Walmart have you been disciplined for any circumstances or reasons?

A.   Yes.

Q.   What were some of those circumstances or reasons?

A.   When I was the overnight manager two years ago I didn't have the wall zoned pretty enough to the store manager's liking so I got held accountable for that.

Q.   Is that the only instance you can recall?

A.   The second one was for keying in an accident in ten hours later.

Q.   When did that accident occur, if you can recall?

A.   November of 2015.

Q.   What type of repercussions or consequences occurred as a result of those admonishes.  Was it a reprimand --

A.   I got a second written.

C. MARSHALL

Q.    And you had testified earlier that you were, I guess you were the health and beauty manager of the Walmart in Newburgh from 2012 to 2013; correct?

A.    Yes.

Q.    And the body washes were located in the beauty department during that time as well?

A.    Yes.  I shared -- actually, I shared both departments.  It was HBA and cosmetics together.

Q.    After 2013 were beauty and cosmetics, were those continued to be shared departments?

A.    No.

Q.    At what point was beauty and cosmetics separated or divided in separate departments?

A.    After I left they separated and got two separate managers.

Q.    After 2017 or 2013 --

A.    No, 2013.  I then became a CSM, which is a customer service manager on the front end and then they split the

C. MARSHALL

departments.

Q.    So after you had left as manager of the beauty section in 2013 did you have at any point or at any time any type of, I guess, connection or responsibilities with regards to how the items were stacked in the beauty department?

A.    No, I had to run the front end at that time.

Q.    Safe to say that after 2013 you had no connection with the beauty department and how items were stacked?

A.    Not until I came back to the store as an ASM.

Q.    When was that?

A.    October 2, 2015.

Q.    Ma'am, you don't know the date of when that picture was taken; correct?

A.    No.

Q.    On May 25 of 2014 and/or June 1 of 2014 and/or June 5 of 2014, did you ever come in contact with the beauty department, and by come in contact, did you ever have

C. MARSHALL

an opportunity to walk up and down the aisles any of those three days to inspect and see how the body wash was stacked?

A.    Honestly, I can tell you yes and I can't tell you no on that.

Q.    Do you recall if on any of those three days May 25, 2014, June 1, 2014 and/or June 6 of 2014, had you ever received, to the best of your knowledge, as an individual or Walmart as an entity in Newburgh, received any complaints as to the body wash being improperly stocked?

A.    No.

Q.    To the best of your recollection, on May 24, 2014, June 1, 2014 or June 6 or 2014, have you ever been notified or heard of an incident or accident occurring with regards to Mr. Anthony Burden?

A.    No.  The first I heard of the accident was when I got the subpoena. Because every accident I took care of personally I can recognize the customer's name and that didn't ring a bell with me.

C. MARSHALL

Q. While you were department manager of the beauty and cosmetics section 2012, 2013, can you think of any instance in which you were either notified or needed to admonish one of your employees of an improperly stocked body wash at the Walmart?

A. No.

Q. How often would you notice or was it common practice for a Walmart customer to improperly place the body wash, I guess to use counsel's word earlier, horizontally? Was it a common frequence, was it once in a blue moon, once a week?

A. I can say maybe two or three times a week you might get a kid or a grown adult that would place a body wash there improperly.

Q. How would you become notified or how would you become aware that the body wash was stacked improperly? Was that something that you would be notified by another customers, were you responsible for reviewing the camera every six, eight, ten

C. MARSHALL

hours, make sure you walk up and down the aisles, something else in your own words?

A.   No, like if we had to do 2:00 zone, two to three zone, I could see it that way, by walking the aisles or you walk with the other members of management.

Q.   When you say two to three --

A.   A 2:00 P.M. to 3:00 P.M. zone is where we have to stop and clean the shelves and make sure everything is picture perfect and ready for business.

Q.   How often, in addition to the two to three zone, how often would those zone inspections occur?  Would it be every couple of hours?  Would it be just as needed?  Would they occur like eight in the morning, noon, four, were they on a cycle, something else?

A.   No, just daily.  The two to three zone was daily.

Q.   In addition to the two to three zone, would there be other zone inspections that occurred throughout the day?

A.   Yes, that's for overnighters.

C. MARSHALL

The overnighters, they would have to stop stocking freight from a 5:00 A.M. to 7:00 A.M. was there job to zone and make sure everything is picture perfect.

Q.    Did you ever receive any type of training from Walmart as to correct a customer that you saw maybe dangerously removing items, for example, someone was too short and couldn't reach it or needed some type of --  like a ladder or something?

A.    No, but if I took matters in my own hands there is times I would yell at a customer saying, listen, if you need help I'm right here.  Ah, ah, ah, ma'am, please don't do that, please don't touch that. There's been several times I've seen customers stand on the bottom of the shelf to grab something from the top.  It's not Walmart's practice to yell at the customers but I'm not going to lie to you, I've done it.

Q.    I don't mean to yell but just to make sure that the customer wasn't

C. MARSHALL

endangering themselves, that type of situation. So that would fall under that --

A. Yeah.

Q. On any of the days I previously stated, May 25, 2014, June 1, 2014 and or June 6, 2014 did you personally at any point or any time inspect that particular aisle in Newburgh, New York in particular the body wash aisle to see if there was any possible body washes that were stacked horizontally?

A. Like I said, I don't remember those dates -- I mean, it's years ago. I don't know. I can't tell you yes and I can't tell you no on that.

Q. Would there ever be a reason back in 2014, that entire year, for you to go down that particular body wash aisle to perform an inspection as to whether or not the body washes weren't stacked horizontally if you weren't the department manager?

A. No. The only time I would go

C. MARSHALL

there is if maybe to perform a price check or look for associate in the department. But as far as me going and inspecting that when I wasn't over that area, no.

MR. MULLANE:  I have no further questions.

EXAMINATION BY

MR. MOSBACHER:

Q.    Just a little bit of follow up.

A.    Okay.

Q.    I appreciate your patience.

Looking at the exhibit that's Plaintiff's Exhibit 1, the black and white photograph we have referenced a few times, and based on your memory, do you know the height of the shelves in this area of the health and beauty section?

A.    No, not right now because as the layouts -- every six months they have a new layout and the heights are different. The body wash can switch to the left side, the men's could go to the left and the ladies can go to the right.  Or you can have bar soups on the top with body wash on

C. MARSHALL

the bottom.  So right now I don't know what the height requirement is for the shelving.

Q.    Had there been times before June 30 of 2014 that body wash was stored on the top shelves in the health and beauty section in the Newburgh Walmart?

A.    Yes, as far as -- before then we had top stock up there, which was; like excess.  But then they got rid of that and they brought the program back.  So right now, currently the program is top stock where you have body wash on the top shelf and that is for all the excess.  So the program has changed.  That's why I asked you previously when were these pictures taken because now they stock in differently.

Q.    I see.  When you were manager in the health and beauty department, which is 2012 to 2013 as I understood your testimony, were there times when the body wash was stored at the top of the shelves in the health and beauty department?

A.    Yes.

C. MARSHALL

Q.    What was about the height of the body wash when it was stored that way on the top shelf?

A.    You would have to go by the notch, so the notch can be 48 or 50 so I don't know exactly what the height itself is, we just went by notches.  So you would start out with your base.  It would ask you to put the shelves at notch 10 or 12 so I don't know what the height was for that.

Q.    When you say notch 50, are you referring to 50 inches?

A.    No, in the back there is peg board here so it would tell you exactly where to go.  There is little holes there in the back and it will tell you notch 50. I don't know what notch 50 equals on the height.

Q.    Just in looking at the exhibit itself, it shows the floor in Plaintiff's Exhibit 1 and you recognize that as the floor in the health and beauty department?

A.    Yes.

Q.    Just by looking at the picture

C. MARSHALL

can you estimate what the height is of the top shelf based on your experience?

A.    No, we never did it by height, we did it by notches.  For feet, I don't know.  I can't tell you that.

Q.    How tall are you?

A.    I'm five-foot-nine.

Q.    During your time as assistant manager at the Newburgh Walmart health and beauty section, was there ever a time you stood by the shelving that held the body soaps and the shampoos?

A.    Yes.

Q.    Was the shelving higher or lower --

A.    Yes.

Q.    The top shelving, higher or lower than your height?

A.    It's higher to me.

EXAMINATION BY

MR. MULLANE:

Q.    A couple follow ups.  Just now on the second round of questions from counsel, the top shelves, I guess

C. MARSHALL

indicating by counsel as being up here as he keeps referring to specifically, you would refer to that as excess. When you say excess, what do you mean? I though excess went in the back.

A.    The new policy is -- right now they have a top stock program. That's why I asked when was this picture taken. When this picture was taken we didn't have top stock. This was the shelving. This was shopable shelving. But they since then converted the top shelf to stop stock.

Q.    What is top stock?

A.    Top stock is if you have two or more bottles that goes up to the top, you can get three cases. So say you have 18 bottles of shampoo left, you can put up to 18 bottles there if it's quantities of six. So three boxes of six. Anything more than that would have to go to the back. As far as soap goes, they can put two cases of bar soap up there as well.

Q.    When was it that you know about what time the top stock --

C. MARSHALL

A.    I want to say the program is not that old so maybe I think we got certified last year for top stock.

MR. MULLANE:  No further questions.

EXAMINATION BY

MR. MOSBACHER:

Q.    Just to be clear, the top stock program was not in force in May and June of 2014?

A.    No, it wasn't.

Q.    Was it is in force during the time that you were assistant manager in the health and beauty department?

A.    No, it wasn't.

MR. MOSBACHER:  Thank you.  I don't think I have any further questions.

(Whereupon, at 3:51 P.M., the Examination of this witness was concluded.)

            o        o        o        o

C. MARSHALL

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_____
CIARA MARSHALL

Subscribed and sworn to before me this _____ day of _____ 20____.

_____
NOTARY PUBLIC

Case 7:17-cv-01289-KMK-PED    Document 24-8    Filed 02/23/18    Page 52 of 65

52

EXHIBITS

NUMBER      DESCRIPTION                    PAGE

(None)

INDEX

EXAMINATION BY                           PAGE

MR. MOSBACHER                            4

MR. MULLANE                             35

MR. MOSBACHER                           45

MR. MULLANE                             48

MR. MOSBACHER                           50

INFORMATION AND/OR DOCUMENTS REQUESTED

(None)

QUESTIONS MARKED FOR RULINGS

(None)

DIAMOND REPORTING   (877) 624-3287   info@diamondreporting.com

52

C E R T I F I C A T E

STATE OF NEW YORK          )
                          :  SS.:
COUNTY OF ORANGE           )


    I, SANDRA NOEL BARTELS, a Notary Public for and within the State of New York, do hereby certify:

    That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

    I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of December 2017.


_____
SANDRA NOEL BARTELS

C. MARSHALL

**0**

**01289** [1] - 1:6

**1**

**1** [7] - 3:17, 21:4, 22:2, 39:22, 40:8, 40:16, 44:7
**10** [1] - 47:10
**10940** [1] - 2:6
**11768** [1] - 2:11
**12** [4] - 7:5, 31:4, 36:19, 47:10
**1201** [1] - 7:17
**12550** [2] - 1:19, 7:19
**12586** [1] - 4:13
**12:00** [2] - 30:22, 30:24
**14** [1] - 7:5
**15** [4] - 7:3, 9:25, 12:9, 37:4
**17** [1] - 1:6
**18** [3] - 22:7, 49:17, 49:19

**2**

**2** [3] - 21:3, 22:6, 39:18
**2002** [1] - 7:5
**2012** [5] - 13:16, 27:9, 38:5, 41:4, 46:21
**2013** [11] - 13:16, 13:20, 27:9, 38:5, 38:13, 38:22, 38:23, 39:4, 39:12, 41:4, 46:21
**2014** [19] - 12:15, 12:23, 13:20, 23:5, 39:22, 39:23, 40:8, 40:9, 40:16, 40:17, 44:7, 44:8, 44:19, 46:5, 50:11
**2015** [2] - 37:21, 39:18
**2017** [7] - 1:10, 7:6, 22:3, 22:8, 36:19, 38:22, 53:20
**20___** [1] - 51:19
**2104** [1] - 7:23
**24** [2] - 9:11, 40:16
**25** [3] - 39:22, 40:8, 44:7
**26th** [1] - 53:20
**2:00** [2] - 42:4, 42:9

**3**

**30** [3] - 3:16, 10:7, 46:5
**300** [2] - 7:11, 7:18
**35** [1] - 52:13
**376** [1] - 21:13
**3:00** [1] - 42:9
**3:04** [1] - 1:11
**3:51** [1] - 50:20

**4**

**4** [1] - 52:12
**45** [1] - 52:14
**48** [2] - 47:6, 52:15

**5**

**5** [1] - 39:23
**50** [6] - 47:6, 47:12, 47:13, 47:17, 47:18, 52:16
**51** [1] - 4:12
**5:00** [1] - 43:3

**6**

**6** [3] - 40:9, 40:17, 44:8

**7**

**7** [3] - 1:10, 2:10, 22:3
**744** [1] - 1:18
**7:00** [1] - 43:3

**8**

**845-567-6007** [1] - 7:17
**8:00** [2] - 30:15, 30:17

**A**

**A.M** [2] - 43:3, 43:4
**able** [1] - 26:20
**about** [7] - 13:16, 21:5, 30:22, 34:10, 34:25, 47:2, 49:24
**above** [1] - 51:6
**acceptable** [1] - 20:11
**accepted** [1] - 9:10
**access** [2] - 15:24, 26:11
**accident** [5] - 37:18, 37:19, 40:19, 40:22, 40:23
**accountable** [2] - 27:5, 37:13
**accurate** [2] - 22:24, 23:3
**action** [2] - 27:17, 53:16
**actions** [1] - 26:2
**actually** [3] - 8:16, 28:25, 38:10
**addition** [3] - 8:14, 42:13, 42:22
**address** [3] - 4:11, 7:17, 21:13
**administer** [2] - 3:11, 5:6
**admonish** [1] - 41:6
**admonishes** [1] - 37:24
**admonishment** [1] - 34:17
**adult** [1] - 41:18
**advised** [1] - 28:4
**after** [11] - 3:16, 9:8,

13:19, 27:2, 30:15, 30:17, 38:13, 38:20, 38:22, 39:3, 39:12
**afternoon** [2] - 4:14, 35:13
**again** [3] - 30:2, 34:6, 35:18
**against** [2] - 1:5, 4:22
**ago** [2] - 37:11, 44:15
**AGREED** [2] - 3:5, 3:20
**ah** [3] - 43:16
**aisle** [12] - 11:10, 12:2, 23:4, 23:6, 23:9, 23:10, 23:11, 23:17, 23:19, 44:10, 44:11, 44:20
**aisles** [4] - 23:13, 40:3, 42:3, 42:6
**all** [9] - 3:21, 5:2, 8:14, 9:21, 15:25, 17:8, 25:21, 32:2, 46:14
**allowed** [4] - 25:14, 25:15, 34:4, 34:12
**also** [4] - 9:4, 15:3, 15:4, 17:2
**always** [1] - 12:19
**am** [2] - 53:14, 53:17
**AND** [2] - 3:5, 3:20
**and/or** [3] - 39:22, 39:23, 40:9
**AND/OR** [1] - 52:19
**another** [5] - 13:21, 18:4, 32:17, 32:18, 41:24
**answer** [3] - 5:4, 5:7, 5:13
**ANTHONY** [2] - 1:3, 2:5
**Anthony** [6] - 4:20, 6:14, 6:15, 35:17, 35:22, 40:20
**any** [31] - 5:17, 5:24, 6:11, 9:13, 9:16, 10:8, 10:18, 13:10, 16:3, 27:22, 28:3, 34:17, 35:2, 35:8, 35:22, 35:25, 37:5, 39:5, 40:3, 40:7, 40:12, 41:4, 43:6, 44:6, 44:8, 44:9, 44:11, 50:18, 53:15
**anybody** [1] - 34:13
**anymore** [1] - 27:6
**anyone** [1] - 3:11
**anything** [3] - 11:20, 32:23, 49:20
**anywhere** [1] - 32:22
**AP** [3] - 26:14, 28:11, 28:16
**appearance** [1] - 4:24
**application** [1] - 8:19
**applied** [1] - 8:18
**appreciate** [2] - 21:21, 45:12
**are** [20] - 3:21, 7:10, 15:10, 16:13, 19:17, 20:5, 22:8,

23:16, 24:2, 24:15, 24:20, 24:23, 26:5, 26:7, 31:13, 31:22, 32:9, 45:21, 47:12, 48:7
**area** [17] - 13:14, 15:16, 15:17, 15:21, 15:24, 16:15, 16:18, 16:23, 18:12, 18:17, 22:20, 26:8, 31:11, 31:16, 32:8, 45:5, 45:17
**as** [60] - 3:12, 3:15, 3:21, 4:2, 4:5, 5:9, 6:25, 9:10, 10:4, 10:5, 10:9, 11:14, 12:16, 20:6, 20:12, 20:19, 21:2, 21:4, 21:16, 22:5, 22:16, 22:19, 23:4, 24:11, 24:17, 28:15, 29:2, 29:15, 33:21, 36:6, 36:9, 37:23, 38:9, 39:3, 39:16, 40:10, 40:11, 40:12, 42:16, 43:7, 44:21, 45:4, 45:19, 46:8, 46:21, 47:22, 48:9, 49:2, 49:4, 49:21, 49:22, 49:23
**aside** [1] - 22:2
**ask** [4] - 5:2, 5:8, 30:20, 47:9
**asked** [5] - 5:7, 5:13, 21:5, 46:15, 49:9
**asking** [1] - 4:25
**ASM** [1] - 39:16
**assess** [1] - 25:20
**assist** [1] - 33:14
**assistant** [5] - 8:9, 27:25, 33:21, 48:9, 50:14
**associate** [4] - 18:14, 27:4, 36:7, 45:3
**associates** [1] - 30:20
**assume** [1] - 32:20
**assuming** [1] - 23:8
**at** [54] - 1:17, 5:17, 5:18, 6:24, 8:2, 8:12, 9:13, 9:21, 9:22, 9:25, 10:9, 11:10, 11:16, 11:17, 11:18, 11:25, 12:5, 13:10, 15:18, 16:19, 21:2, 22:6, 22:10, 22:13, 22:25, 24:10, 25:14, 26:5, 30:10, 30:22, 30:24, 31:4, 33:6, 34:8, 35:9, 35:22, 36:15, 37:4, 38:17, 39:5, 39:11, 41:7, 43:14, 43:21, 44:8, 45:13, 46:23, 47:10, 47:20, 47:25, 48:10, 50:20, 51:10
**attorney** [2] - 4:18, 5:9
**Attorneys** [2] - 2:4, 2:9
**August** [1] - 7:5

C. MARSHALL

**authorized** [1] - 3:11
**automative** [1] - 12:25
**automotive** [2] - 8:7, 8:9
**available** [7] - 10:19, 11:11, 11:18, 13:3, 14:24, 18:18, 19:3
**Avenue** [3] - 2:5, 2:10, 7:18
**aware** [2] - 16:13, 41:21
**away** [1] - 29:24

**B**

**B** [1] - 52:2
**back** [18] - 15:20, 17:13, 17:22, 20:14, 20:16, 20:21, 20:23, 28:14, 28:18, 32:16, 32:21, 39:15, 44:19, 46:11, 47:14, 47:17, 49:6, 49:21
**bar** [3] - 15:3, 45:25, 49:22
**BARTELS** [2] - 53:7, 53:23
**Bartels** [1] - 1:20
**base** [1] - 47:9
**based** [4] - 9:19, 9:20, 45:16, 48:3
**basically** [1] - 20:4
**basis** [1] - 10:5
**Bayview** [1] - 2:10
**be** [32] - 3:8, 3:10, 3:14, 4:25, 5:3, 5:6, 5:11, 5:13, 8:16, 11:2, 11:20, 13:16, 16:6, 20:10, 20:19, 28:16, 30:25, 31:3, 31:5, 32:23, 32:24, 32:25, 34:17, 36:12, 38:14, 41:23, 42:15, 42:16, 42:23, 44:18, 47:6, 50:9
**beauty** [43] - 12:18, 12:20, 12:22, 12:24, 13:10, 13:14, 13:19, 13:24, 14:10, 14:18, 14:21, 15:9, 18:10, 18:12, 18:16, 18:24, 22:22, 23:11, 24:12, 25:7, 26:9, 27:8, 30:8, 31:16, 33:14, 33:19, 33:22, 38:4, 38:8, 38:13, 38:17, 39:4, 39:8, 39:13, 39:24, 41:3, 45:18, 46:6, 46:20, 46:24, 47:23, 48:11, 50:15
**beauty's** [1] - 31:9
**became** [1] - 38:23
**because** [8] - 4:23, 13:21, 21:17, 27:13, 28:18, 40:23, 45:19, 46:17
**become** [2] - 41:20, 41:21

**been** [18] - 4:3, 6:8, 6:11, 12:10, 12:19, 20:25, 22:5, 22:9, 26:19, 29:4, 29:11, 35:2, 35:15, 37:5, 40:17, 43:18, 46:4, 51:4
**before** [12] - 1:19, 3:11, 3:13, 5:25, 20:22, 21:6, 21:10, 25:17, 25:19, 46:4, 46:8, 51:18
**behalf** [1] - 1:14
**being** [4] - 31:10, 34:11, 40:13, 49:2
**believe** [1] - 36:17
**bell** [1] - 40:25
**besides** [1] - 33:16
**best** [2] - 40:10, 40:15
**better** [2] - 29:7, 36:24
**between** [2] - 3:6, 27:9
**bins** [3] - 33:5, 33:6, 33:8
**bit** [1] - 45:10
**BJs** [1] - 37:3
**black** [2] - 22:8, 45:14
**blood** [1] - 53:16
**blue** [1] - 41:15
**board** [1] - 47:15
**body** [29] - 15:4, 16:14, 19:4, 19:9, 19:14, 19:22, 20:12, 20:18, 22:15, 31:22, 32:10, 38:7, 40:4, 40:13, 41:7, 41:12, 41:18, 41:21, 44:11, 44:12, 44:20, 44:22, 45:22, 45:25, 46:5, 46:13, 46:22, 47:3, 48:12
**both** [3] - 13:25, 22:10, 38:11
**bottles** [7] - 20:13, 20:15, 20:22, 20:23, 49:16, 49:18, 49:19
**bottom** [3] - 20:10, 43:19, 46:2
**box** [3] - 32:15, 33:5, 33:7
**boxes** [2] - 17:22, 49:20
**bring** [3] - 20:21, 32:15, 32:21
**Broadway** [1] - 1:18
**Brody** [1] - 35:14
**BRODY** [1] - 2:9
**brought** [4] - 32:3, 32:8, 35:17, 46:11
**bump** [1] - 11:5
**BURDEN** [4] - 1:3, 2:5
**Burden** [10] - 4:20, 4:21, 6:15, 6:16, 6:18, 35:17, 35:18, 35:23, 40:20
**business** [1] - 42:12
**but** [19] - 5:12, 13:7, 16:9, 19:13, 19:22, 20:11,

20:19, 20:24, 21:16, 21:22, 23:18, 28:15, 35:6, 43:13, 43:22, 43:24, 45:4, 46:10, 49:12
**BY** [8] - 2:6, 2:11, 4:6, 35:11, 45:8, 48:21, 50:7, 52:11
**by** [27] - 1:15, 3:5, 3:10, 3:16, 4:3, 5:15, 9:16, 11:14, 12:3, 28:8, 28:22, 35:16, 35:17, 39:25, 41:23, 42:6, 47:5, 47:8, 47:25, 48:4, 48:5, 48:12, 49:2, 51:10, 53:13, 53:16

**C**

**C** [5] - 2:2, 4:2, 51:2, 53:2
**calendar** [1] - 12:14
**call** [2] - 17:6, 25:2
**called** [4] - 4:2, 9:18, 21:19, 24:6
**came** [4] - 21:17, 28:14, 28:18, 39:15
**camera** [2] - 26:11, 41:25
**cameras** [3] - 26:3, 26:7, 26:8
**can** [25] - 9:24, 11:20, 15:18, 16:19, 17:7, 17:8, 17:10, 17:12, 17:15, 17:21, 18:5, 20:10, 20:23, 37:16, 37:20, 40:5, 40:24, 41:16, 45:22, 45:24, 47:6, 49:17, 49:18, 49:22
**can you** [2] - 41:4, 48:2
**can't** [4] - 40:6, 44:16, 44:17, 48:6
**canned** [2] - 19:21, 20:8
**cap** [3] - 11:7, 31:7, 32:19
**Cap** [4] - 30:17, 30:19, 36:7, 36:9
**Capron** [1] - 4:12
**caps** [5] - 10:25, 11:17, 12:3, 13:7, 17:18
**care** [1] - 40:23
**cart** [7] - 17:24, 18:6, 18:7, 18:15, 18:23, 32:12, 32:16
**carts** [2] - 17:2, 31:15
**case** [2] - 20:15, 22:7
**cases** [2] - 49:17, 49:22
**cashier** [1] - 8:3
**catch** [1] - 11:23
**CBL** [3] - 19:8, 19:16, 19:19
**CBLs** [6] - 9:18, 10:2, 10:11, 10:18, 19:7,

19:22
**center** [1] - 24:18
**certain** [3] - 11:2, 15:11, 20:17
**certainly** [1] - 5:19
**certificate** [1] - 10:13
**certification** [1] - 3:8
**certifications** [1] - 10:9
**certified** [1] - 50:4
**CERTIFY** [1] - 51:8
**certify** [3] - 51:4, 53:9, 53:14
**cetera** [1] - 15:7
**changed** [1] - 46:15
**check** [1] - 45:2
**children** [1] - 36:2
**Chris** [1] - 35:14
**CHRISTOPHER** [1] - 2:11
**Ciara** [1] - 4:10
**CIARA** [2] - 1:14, 51:15
**circumstance** [4] - 25:6, 31:9, 32:7, 32:13
**circumstances** [7] - 28:21, 30:9, 31:25, 35:3, 36:23, 37:6, 37:9
**Civil** [1] - 1:17
**clean** [1] - 42:10
**clear** [1] - 50:9
**clerk** [1] - 16:9
**client** [1] - 6:8
**coaching** [1] - 26:4
**code** [2] - 7:21, 10:14
**come** [8] - 15:10, 15:12, 16:14, 25:20, 27:5, 35:20, 39:24, 39:25
**comes** [3] - 16:3, 16:5, 19:13
**coming** [2] - 21:10, 21:22
**common** [3] - 20:4, 41:11, 41:14
**complaints** [1] - 40:12
**complete** [1] - 10:3
**completed** [4] - 5:11, 9:8, 10:10, 10:17
**compliances** [1] - 10:14
**computer** [4] - 9:18, 9:20, 16:6, 16:11
**concluded** [1] - 50:22
**conditioners** [2] - 19:4, 19:10
**conditions** [1] - 36:22
**conducted** [1] - 8:24
**connection** [3] - 22:7, 39:6, 39:13
**consequences** [1] - 37:23
**contact** [2] - 39:24, 39:25
**continue** [1] - 27:11
**continued** [1] - 38:14
**converted** [1] - 49:13

**copies** [2] - 5:19, 22:8
**copy** [3] - 3:14, 3:17, 21:22
**correct** [7] - 7:2, 12:7, 36:20, 38:5, 39:20, 43:7, 51:9
**corrective** [3] - 26:2, 27:16, 28:5
**correctives** [1] - 26:5
**correctly** [2] - 17:24, 17:25
**Cortez** [1] - 9:4
**cosmetics** [6] - 8:5, 12:25, 38:12, 38:14, 38:18, 41:3
**could** [9] - 8:15, 17:3, 26:11, 26:14, 28:16, 32:22, 36:12, 42:5, 45:23
**couldn't** [1] - 43:10
**counsel** [5] - 3:6, 3:17, 23:22, 48:25, 49:2
**counsel's** [2] - 35:10, 41:13
**COUNTY** [1] - 53:5
**couple** [2] - 42:16, 48:23
**course** [2] - 9:25, 20:9
**Court** [1] - 3:13
**COURT** [1] - 1:2
**courtesy** [1] - 21:16
**cover** [2] - 26:7, 26:8
**covered** [1] - 19:7
**CSM** [1] - 38:23
**curling** [1] - 15:4
**currently** [2] - 37:2, 46:12
**customer** [8] - 8:3, 11:14, 29:20, 38:24, 41:12, 43:8, 43:15, 43:25
**customer's** [2] - 11:23, 40:24
**customers** [4] - 29:12, 41:24, 43:19, 43:21
**CV** [1] - 1:6
**cycle** [1] - 42:18

## D

**D** [3] - 3:2, 51:2, 52:9
**daily** [2] - 42:20, 42:21
**dangerously** [1] - 43:8
**date** [1] - 39:19
**DATE** [1] - 1:10
**dated** [1] - 22:7
**dates** [1] - 44:15
**day** [6] - 26:12, 30:13, 36:18, 42:24, 51:19, 53:20
**days** [4] - 3:16, 40:3, 40:8, 44:6
**dealt** [1] - 10:18
**December** [3] - 1:10, 22:3,

53:20
**Defendant** [3] - 1:7, 1:14, 2:9
**delivered** [2] - 21:9, 21:11
**deodorant** [1] - 15:4
**department** [28] - 8:4, 8:5, 12:18, 13:16, 13:19, 13:22, 14:6, 14:19, 14:21, 14:25, 18:24, 20:19, 25:19, 27:9, 31:6, 33:22, 38:8, 39:9, 39:14, 39:24, 41:2, 44:23, 45:3, 46:20, 46:24, 47:23, 50:15
**departments** [8] - 12:6, 12:10, 12:13, 12:21, 38:11, 38:15, 38:19, 39:2
**depends** [2] - 26:4, 30:12
**deposition** [6] - 3:8, 3:9, 3:14, 21:2, 22:6, 35:21
**DEPOSITION** [1] - 1:13
**describe** [2] - 11:15, 17:3
**DESCRIPTION** [1] - 52:4
**designated** [1] - 7:21
**determine** [3] - 26:12, 26:20, 30:10
**devices** [1] - 31:14
**did** [12] - 7:4, 13:12, 13:24, 14:22, 17:24, 18:2, 20:17, 20:18, 23:5, 26:19, 27:11, 36:8
**did it** [2] - 48:4, 48:5
**did they** [1] - 34:16
**did you** [28] - 8:19, 8:22, 9:9, 9:12, 10:3, 10:8, 13:9, 13:13, 14:19, 19:7, 19:23, 20:3, 26:25, 27:20, 27:24, 28:9, 28:20, 33:17, 33:22, 34:2, 34:9, 34:20, 36:23, 39:4, 39:23, 39:25, 43:6, 44:8
**didn't** [5] - 27:5, 28:24, 37:11, 40:25, 49:10
**different** [6] - 12:6, 12:10, 23:17, 23:19, 28:19, 45:21
**differently** [1] - 46:18
**discipline** [2] - 27:21, 33:17
**disciplined** [2] - 35:3, 37:5
**disciplining** [1] - 34:25
**discussed** [1] - 19:8
**discusses** [1] - 19:16
**display** [4] - 17:19, 19:9, 19:11, 19:13
**displayed** [1] - 11:12
**displays** [2] - 17:21, 33:19

**DISTRICT** [2] - 1:2, 1:2
**divided** [1] - 38:18
**division** [1] - 18:10
**do** [16] - 6:23, 9:2, 16:24, 25:4, 25:25, 27:3, 29:15, 30:4, 30:16, 32:6, 32:12, 33:12, 36:4, 42:4, 43:17, 53:9
**do they** [1] - 23:13
**do you** [29] - 5:21, 6:3, 6:5, 6:15, 6:18, 6:22, 7:15, 8:24, 10:16, 12:13, 12:21, 13:18, 22:13, 22:16, 22:19, 23:23, 23:25, 24:2, 24:11, 24:16, 24:20, 25:3, 28:8, 36:9, 36:14, 37:2, 40:7, 45:16, 49:5
**Docket** [1] - 1:5
**document** [3] - 21:4, 21:8, 21:23
**DOCUMENTS** [1] - 52:19
**documents** [1] - 5:18
**does** [2] - 7:20, 16:16
**doing** [1] - 11:5
**Dolson** [1] - 2:5
**domestics** [2] - 8:6, 13:2
**don't** [22] - 6:4, 6:17, 6:20, 7:22, 11:14, 13:22, 17:6, 28:14, 28:17, 35:8, 39:19, 43:17, 43:24, 44:14, 44:16, 46:2, 47:7, 47:11, 47:18, 48:5, 50:18
**done** [12] - 16:8, 16:20, 18:19, 19:4, 26:17, 27:4, 30:11, 31:17, 31:19, 31:23, 33:9, 43:22
**down** [5] - 24:21, 31:2, 40:2, 42:2, 44:20
**duly** [3] - 4:3, 51:5, 53:11
**during** [13] - 12:14, 13:24, 14:9, 14:17, 15:8, 28:13, 30:14, 33:13, 33:21, 37:4, 38:8, 48:9, 50:13
**dyes** [1] - 15:7

## E

**E** [9] - 2:2, 3:2, 51:2, 52:2, 52:9, 53:2
**each** [2] - 20:7, 25:22
**earlier** [4] - 22:6, 34:24, 38:2, 41:13
**EAST** [2] - 1:6, 2:10
**effect** [2] - 3:12, 3:15
**eight** [3] - 36:12, 41:25, 42:17
**either** [1] - 41:5
**else** [3] - 14:5, 42:3, 42:19

**employee** [10] - 7:2, 9:10, 10:9, 26:21, 27:11, 27:18, 27:22, 28:6, 35:2, 35:4
**employees** [9] - 15:25, 20:7, 28:23, 29:19, 30:7, 30:11, 31:12, 33:23, 41:6
**employment** [1] - 36:18
**encompass** [1] - 7:4
**encountered** [2] - 25:24, 29:19
**end** [12] - 10:25, 11:7, 11:10, 11:17, 11:25, 12:3, 13:7, 17:18, 32:18, 32:19, 38:25, 39:10
**endangering** [1] - 44:2
**ending** [1] - 8:9
**enough** [2] - 32:2, 37:12
**entire** [1] - 44:19
**entity** [1] - 40:11
**equals** [1] - 47:18
**Eric** [1] - 9:4
**ESQ** [2] - 2:6, 2:11
**ESQS** [1] - 2:9
**estimate** [2] - 9:24, 48:2
**et** [1] - 15:7
**ever** [19] - 5:24, 13:9, 18:21, 19:7, 19:23, 25:5, 26:17, 28:9, 28:20, 29:4, 35:22, 36:2, 39:23, 39:25, 40:9, 40:17, 43:6, 44:18, 48:11
**every** [5] - 18:13, 40:23, 41:25, 42:15, 45:20
**everybody** [1] - 6:21
**everything** [3] - 11:4, 42:11, 43:5
**exactly** [3] - 28:17, 47:7, 47:15
**EXAMINATION** [6] - 4:6, 35:11, 45:8, 48:21, 50:7, 52:11
**examination** [2] - 53:10, 53:12
**Examination** [1] - 50:21
**examined** [1] - 4:5
**example** [2] - 12:17, 43:9
**except** [1] - 3:21
**excess** [8] - 11:15, 20:20, 20:21, 46:10, 46:14, 49:4, 49:5, 49:6
**exhibit** [2] - 45:13, 47:20
**Exhibit 1** [11] - 21:3, 21:9, 22:2, 22:5, 22:12, 22:13, 22:14, 29:25, 34:7, 45:14, 47:22
**Exhibit 2** [1] - 22:11
**exhibits** [1] - 5:18

expected [2] - 18:13, 20:6
experience [2] - 11:16, 48:3
eye [1] - 11:24

**F**

F [2] - 3:2, 53:2
fact [1] - 10:6
fair [2] - 22:23, 23:3
fall [1] - 44:3
familiar [1] - 7:10
family [1] - 36:2
far [6] - 11:14, 12:16, 20:12, 45:4, 46:8, 49:21
Federal [1] - 1:16
feet [1] - 48:5
few [2] - 10:24, 45:15
filed [1] - 4:22
filing [1] - 3:7
finalized [1] - 16:6
find [2] - 32:17, 32:22
finger [4] - 24:2, 24:15, 24:24
finish [2] - 5:3, 5:8
first [9] - 4:3, 8:18, 11:6, 16:7, 21:6, 22:10, 23:20, 40:21, 51:5
fit [1] - 20:9
five [2] - 8:6, 48:8
five-foot-nine [1] - 48:8
fix [3] - 29:23, 30:6, 30:8
flooding [1] - 11:3
floor [9] - 16:18, 16:23, 18:8, 18:18, 20:16, 23:7, 31:11, 47:21, 47:23
flush [1] - 20:24
follow [3] - 7:22, 45:10, 48:23
follows [1] - 4:5
food [2] - 10:12, 10:13
foot [1] - 48:8
footage [2] - 26:12, 26:15
for [50] - 2:4, 2:9, 3:6, 3:18, 4:8, 4:19, 7:15, 8:18, 9:12, 10:19, 10:24, 11:18, 12:17, 14:24, 18:9, 18:16, 18:18, 19:3, 19:17, 20:8, 22:3, 22:12, 23:10, 23:12, 26:12, 27:17, 33:7, 35:4, 35:8, 35:19, 36:6, 36:8, 36:9, 37:5, 37:14, 37:17, 41:11, 41:24, 42:12, 42:25, 43:9, 44:19, 45:3, 46:3, 46:14, 47:11, 48:5, 50:4, 53:8
FOR [1] - 52:22
force [3] - 3:15, 50:10, 50:13

foregoing [1] - 51:8
forks [1] - 17:5
form [2] - 3:21, 18:4
forth [1] - 53:11
found [3] - 11:25, 34:18, 36:24
four [1] - 42:18
freight [2] - 30:18, 43:3
frequence [1] - 41:14
fresh [1] - 13:5
from [20] - 11:20, 13:20, 16:17, 16:22, 17:13, 17:17, 18:11, 18:17, 18:22, 19:24, 20:6, 23:14, 31:10, 31:13, 35:14, 38:5, 43:3, 43:7, 43:20, 48:24
front [4] - 17:14, 32:18, 38:25, 39:10
full [1] - 31:22
furniture [1] - 13:2
FURTHER [2] - 3:20, 51:8
further [7] - 27:16, 28:3, 35:8, 45:6, 50:5, 50:18, 53:14

**G**

G [1] - 9:6
gave [2] - 21:17, 51:6
gel [1] - 15:6
general [3] - 15:15, 19:12, 33:3
generic [1] - 19:20
gentlemen [1] - 28:8
get [9] - 5:10, 11:13, 17:7, 26:4, 26:14, 30:6, 30:19, 41:17, 49:17
give [2] - 10:3, 34:9
given [3] - 5:22, 51:10, 53:13
GM [7] - 15:13, 16:14, 16:17, 16:23, 18:11, 18:17, 31:10
go [14] - 11:6, 16:11, 16:17, 17:21, 20:16, 20:23, 31:8, 44:20, 44:25, 45:23, 45:24, 47:5, 47:16, 49:21
goes [3] - 20:12, 49:16, 49:22
going [9] - 20:5, 20:25, 22:4, 22:11, 23:20, 24:14, 24:24, 43:22, 45:4
good [2] - 4:14, 35:13
goods [4] - 13:2, 19:9, 19:21, 20:9
got [6] - 37:13, 37:25, 38:21, 40:22, 46:10,

50:3
grab [1] - 43:20
Grace [1] - 9:5
Greenwich [1] - 9:5
groceries [3] - 13:3, 13:8, 19:21
grocery [2] - 13:4, 23:12
grooves [1] - 20:9
grown [1] - 41:17
guess [5] - 10:5, 38:3, 39:6, 41:13, 48:25

**H**

H [2] - 4:2, 52:2
had [30] - 4:23, 10:22, 12:10, 13:15, 14:23, 15:3, 15:4, 18:10, 20:13, 20:15, 21:3, 25:16, 26:19, 26:21, 27:3, 27:4, 27:13, 28:21, 29:4, 30:11, 31:25, 35:2, 38:2, 39:3, 39:10, 39:13, 40:9, 42:4, 46:4, 46:9
hair [1] - 15:6
hand [2] - 15:5, 53:20
hands [1] - 43:14
has [11] - 10:5, 12:6, 12:19, 15:24, 16:6, 16:10, 17:10, 20:25, 22:5, 29:3, 46:15
have [58] - 4:21, 5:20, 5:21, 6:2, 7:20, 8:22, 9:15, 18:25, 19:6, 20:13, 20:16, 21:5, 22:9, 22:12, 23:11, 23:13, 23:17, 25:12, 25:18, 26:15, 26:18, 27:5, 28:24, 29:11, 30:7, 31:6, 31:18, 31:20, 31:21, 31:24, 32:7, 32:15, 32:17, 32:20, 32:24, 33:7, 33:11, 33:15, 35:8, 35:15, 37:11, 39:5, 39:25, 42:10, 43:2, 45:6, 45:15, 45:20, 45:25, 46:13, 47:5, 49:8, 49:10, 49:15, 49:17, 49:21, 50:18, 53:19
have you [21] - 5:24, 6:8, 6:11, 7:25, 18:18, 18:21, 19:2, 19:4, 19:16, 25:5, 26:17, 31:16, 31:23, 31:25, 33:9, 33:12, 35:22, 35:25, 36:2, 37:5, 40:17
haven't [1] - 6:2
having [3] - 4:3, 22:10, 51:4
hazmat [1] - 10:14

HBA [2] - 8:4, 38:11
he [7] - 21:22, 28:11, 28:14, 28:15, 28:18, 49:3
health [36] - 12:17, 12:20, 12:22, 12:24, 13:10, 13:14, 13:18, 13:23, 14:10, 14:18, 14:20, 15:9, 18:9, 18:12, 18:16, 18:24, 22:21, 23:11, 24:12, 25:7, 26:8, 27:8, 30:7, 31:9, 31:16, 33:14, 33:18, 33:22, 38:3, 45:18, 46:6, 46:20, 46:24, 47:23, 48:10, 50:15
hear [2] - 17:25, 28:10
heard [4] - 6:7, 17:24, 40:18, 40:21
height [10] - 11:2, 45:17, 46:3, 47:2, 47:7, 47:11, 47:19, 48:2, 48:4, 48:19
heights [1] - 45:21
Heiler [1] - 28:9
held [8] - 1:17, 7:25, 8:11, 9:13, 22:6, 27:4, 37:13, 48:12
help [1] - 43:15
her [1] - 28:4
here [9] - 4:23, 5:5, 21:10, 21:17, 21:22, 35:20, 43:16, 47:15, 49:2
hereby [2] - 51:4, 53:9
HEREBY [1] - 3:5
herein [1] - 3:7
hereinbefore [2] - 51:11, 53:11
hereunto [1] - 53:19
higher [3] - 48:15, 48:18, 48:20
him [3] - 26:15, 28:11, 28:25
his [3] - 4:21, 6:19, 28:25
hm [1] - 8:17
holes [1] - 47:16
honestly [1] - 40:5
horizontal [7] - 25:3, 25:9, 26:22, 29:6, 29:21, 30:3, 34:8
horizontally [3] - 41:14, 44:13, 44:23
hours [7] - 9:11, 10:2, 10:7, 30:15, 37:18, 42:2, 42:16
house [1] - 21:12
how [17] - 5:14, 9:8, 10:18, 11:15, 18:15, 19:8, 19:16, 19:20, 22:24, 30:22, 36:8, 39:7, 39:14, 40:4, 41:20, 41:21, 48:7

C. MARSHALL

**how do** [1] - 36:5
**how is** [2] - 16:8, 16:20
**how many** [2] - 10:2, 26:25
**how often** [3] - 41:10, 42:13, 42:14
**hung** [1] - 20:12

---

**I**

**I** [140] - 3:2, 4:2, 4:18, 5:2, 5:3, 5:8, 5:21, 6:2, 6:4, 6:14, 6:17, 6:20, 6:23, 7:13, 7:22, 7:24, 8:3, 8:6, 8:7, 8:8, 9:2, 9:11, 9:15, 10:7, 11:14, 13:12, 13:15, 13:16, 13:21, 13:22, 14:22, 17:6, 17:8, 17:24, 18:25, 19:6, 20:17, 20:22, 21:4, 21:21, 25:4, 25:12, 25:18, 25:19, 26:3, 26:14, 26:18, 27:4, 27:5, 27:14, 28:11, 28:14, 28:16, 28:17, 28:24, 28:25, 29:7, 29:15, 30:6, 30:19, 31:8, 31:18, 31:20, 31:24, 33:11, 33:15, 35:7, 36:4, 36:11, 36:17, 36:24, 37:10, 37:11, 37:13, 37:25, 38:3, 38:10, 38:20, 38:23, 39:6, 39:10, 39:15, 40:5, 40:6, 40:21, 40:22, 40:23, 40:24, 41:13, 41:16, 42:5, 43:13, 43:14, 43:24, 44:6, 44:14, 44:15, 44:16, 44:25, 45:5, 45:6, 45:12, 46:2, 46:15, 46:19, 46:21, 47:6, 47:10, 47:18, 48:5, 48:6, 48:25, 49:5, 49:9, 50:2, 50:3, 50:17, 50:18, 51:2, 51:4, 51:5, 51:8, 52:2, 52:9, 53:2, 53:7, 53:14, 53:16, 53:19
**I'll** [6] - 4:25, 11:6, 20:24, 23:21, 24:23, 25:2
**I'm** [16] - 4:18, 4:23, 16:9, 20:25, 21:7, 22:4, 22:11, 23:8, 23:20, 24:8, 24:14, 24:24, 36:12, 43:16, 43:22, 48:8
**I've** [5] - 5:11, 6:7, 27:3, 43:18, 43:22
**if** [42] - 3:12, 3:15, 5:12, 5:18, 5:20, 6:14, 9:24, 10:3, 17:3, 17:22, 17:24, 20:8, 20:9, 20:11, 20:12,

20:15, 20:21, 25:24, 26:12, 29:17, 29:19, 30:3, 30:5, 30:10, 30:14, 30:20, 30:22, 30:24, 31:6, 32:14, 33:5, 34:18, 37:20, 40:7, 42:4, 43:13, 43:15, 44:11, 44:23, 45:2, 49:15, 49:19
**immediate** [1] - 27:23
**immediately** [1] - 30:8
**improperly** [6] - 28:22, 40:13, 41:7, 41:12, 41:19, 41:22
**in** [117] - 4:19, 5:24, 6:11, 6:12, 6:25, 7:12, 8:7, 8:8, 8:14, 9:22, 10:5, 10:16, 11:16, 12:5, 12:11, 12:23, 13:7, 13:10, 13:13, 14:10, 14:20, 14:25, 15:11, 15:12, 15:20, 16:3, 16:4, 16:6, 16:11, 16:14, 17:14, 18:9, 18:24, 19:13, 19:24, 20:14, 20:16, 22:6, 22:9, 22:14, 23:17, 24:12, 25:6, 25:9, 25:20, 26:5, 26:21, 27:7, 27:14, 28:18, 29:2, 29:5, 29:21, 29:22, 30:2, 30:4, 30:7, 31:15, 32:6, 32:22, 33:4, 33:6, 33:14, 33:18, 33:22, 34:8, 34:24, 35:4, 35:16, 35:20, 37:3, 37:18, 38:4, 38:8, 38:18, 39:4, 39:8, 39:24, 39:25, 40:11, 41:5, 41:15, 42:3, 42:13, 42:17, 42:22, 43:13, 44:10, 44:19, 45:3, 45:17, 46:6, 46:7, 46:17, 46:20, 46:24, 47:14, 47:17, 47:20, 47:21, 47:23, 49:6, 50:10, 50:13, 50:14, 53:17
**IN** [1] - 53:19
**inches** [1] - 47:13
**incident** [1] - 40:18
**include** [2] - 13:5, 13:25
**indicating** [1] - 49:2
**individual** [2] - 17:9, 40:11
**INFORMATION** [1] - 52:19
**insignia** [2] - 23:22, 23:24
**inspect** [2] - 40:3, 44:9
**inspecting** [1] - 45:4
**inspection** [1] - 44:21
**inspections** [2] - 42:15, 42:23
**instance** [3] - 20:8, 37:15, 41:4
**instances** [1] - 20:17

**instead** [1] - 26:22
**instruct** [1] - 34:2
**instructions** [2] - 5:21, 34:10
**insufficient** [1] - 32:9
**interested** [1] - 53:17
**interests** [1] - 35:16
**internally** [1] - 32:23
**interview** [4] - 8:22, 8:23, 8:25, 9:9
**into** [2] - 20:9, 33:8
**involved** [1] - 6:11
**irons** [1] - 15:4
**is** [50] - 4:14, 4:17, 5:5, 6:24, 7:9, 7:17, 7:23, 10:13, 10:14, 11:4, 11:10, 14:8, 15:22, 16:3, 16:10, 16:25, 17:22, 19:15, 19:20, 21:7, 21:22, 23:10, 23:18, 26:10, 30:17, 31:10, 32:9, 32:11, 35:14, 38:24, 42:10, 42:11, 43:5, 43:14, 45:2, 46:3, 46:12, 46:14, 46:21, 47:8, 47:14, 47:16, 48:2, 49:7, 49:15, 50:2, 50:13, 51:9, 53:10, 53:12
**IS** [2] - 3:5, 3:20
**is that** [11] - 5:8, 7:2, 11:9, 12:6, 15:17, 15:21, 22:23, 23:9, 24:5, 25:13, 37:15
**is this** [1] - 23:3
**IT** [2] - 3:5, 3:20
**it** [70] - 4:14, 5:4, 5:9, 5:13, 5:14, 6:7, 7:9, 8:20, 10:5, 11:20, 11:22, 12:5, 13:15, 14:8, 16:3, 16:16, 16:24, 17:6, 17:10, 17:15, 17:21, 20:21, 20:24, 21:11, 23:18, 23:21, 25:19, 26:3, 27:3, 27:10, 28:16, 29:21, 29:23, 30:6, 30:12, 30:13, 30:14, 30:17, 30:22, 30:24, 31:5, 31:12, 31:22, 32:8, 32:14, 32:15, 32:19, 32:21, 33:5, 33:6, 33:7, 33:8, 34:11, 36:12, 38:11, 42:5, 42:15, 42:16, 43:10, 43:23, 47:3, 47:9, 47:15, 47:17, 47:21, 50:12, 50:16
**it's** [30] - 7:7, 10:4, 11:12, 11:15, 15:20, 16:4, 17:5, 17:9, 17:14, 17:17, 17:20, 18:4, 18:6, 18:13, 18:22, 20:4, 20:6, 20:8,

20:11, 23:22, 23:23, 24:6, 25:15, 28:16, 29:23, 33:4, 43:20, 44:15, 48:20, 49:19
**item** [6] - 11:9, 11:15, 11:23, 29:20, 30:2, 34:7
**items** [18] - 11:18, 11:21, 16:19, 16:20, 18:22, 19:3, 24:20, 25:8, 26:21, 29:9, 29:12, 29:13, 29:22, 32:11, 32:14, 39:8, 39:14, 43:9
**its** [1] - 25:2
**itself** [2] - 47:7, 47:21

---

**J**

**jack** [5] - 17:4, 18:10, 18:23, 32:12, 32:16
**jacks** [2] - 16:24, 31:14
**job** [7] - 8:19, 20:19, 25:20, 29:23, 31:6, 36:24, 43:4
**Judge** [1] - 3:13
**judicial** [1] - 21:8
**June** [11] - 23:5, 39:22, 39:23, 40:8, 40:9, 40:16, 40:17, 44:7, 44:8, 46:5, 50:10
**just** [23] - 7:23, 8:13, 11:6, 11:23, 12:22, 14:4, 18:4, 18:6, 18:7, 19:12, 19:20, 22:11, 24:9, 33:5, 42:16, 42:20, 43:24, 45:10, 47:8, 47:20, 47:25, 48:23, 50:9

---

**K**

**keeps** [1] - 49:3
**keying** [1] - 37:17
**kid** [1] - 41:17
**kind** [2] - 24:18, 24:25
**knew** [2] - 29:7, 34:14
**know** [26] - 6:3, 6:5, 6:15, 6:18, 7:15, 11:14, 13:18, 17:6, 28:8, 28:11, 28:14, 28:16, 28:17, 36:4, 36:5, 36:9, 36:14, 39:19, 44:16, 45:16, 46:2, 47:7, 47:11, 47:18, 48:6, 49:24
**knowledge** [4] - 20:5, 23:7, 29:18, 40:10
**knows** [1] - 6:21

---

**L**

**L** [5] - 3:2, 4:2, 51:2
**label** [1] - 33:7
**ladder** [2] - 30:6, 43:11

DIAMOND REPORTING    (877) 624-3287 info@diamondreporting.com

**ladies** [1] - 45:24
**laid** [1] - 26:13
**last** [2] - 36:18, 50:4
**late** [3] - 4:20, 6:15, 30:14
**later** [1] - 37:18
**law** [1] - 4:19
**lawsuit** [2] - 4:22, 35:17
**laying** [1] - 25:2
**layout** [1] - 45:21
**layouts** [1] - 45:20
**learn** [2] - 9:9, 34:16
**learning** [2] - 9:19, 9:20
**leave** [2] - 5:19, 36:23
**leaving** [1] - 28:15
**Leeverdia** [4] - 4:21, 6:18, 35:18, 35:23
**LEEVERDIA** [2] - 1:3, 2:5
**left** [8] - 7:8, 24:10, 32:11, 38:20, 39:3, 45:22, 45:23, 49:18
**less** [1] - 23:6
**let** [2] - 5:8, 21:6
**let's** [3] - 23:5, 31:21, 32:20
**lie** [1] - 43:22
**lift** [1] - 17:6
**lifted** [1] - 29:13
**like** [22] - 5:20, 10:24, 11:12, 16:14, 17:4, 19:3, 19:21, 20:22, 23:6, 25:6, 25:9, 25:16, 25:19, 26:13, 29:13, 31:8, 34:15, 42:4, 42:17, 43:11, 44:14, 46:9
**liking** [1] - 37:13
**listed** [1] - 8:15
**listen** [1] - 43:15
**litigation** [1] - 6:12
**little** [6] - 18:6, 24:18, 28:17, 45:10, 47:16
**LLP** [2] - 1:18, 2:4
**load** [1] - 22:10
**located** [8] - 7:11, 15:14, 23:24, 24:9, 24:15, 25:8, 34:8, 38:8
**location** [1] - 9:22
**log** [1] - 24:5
**logo** [1] - 24:3
**long** [3] - 10:4, 10:5, 36:8
**look** [6] - 5:18, 15:18, 16:19, 23:6, 30:10, 45:3
**looked** [1] - 22:25
**looking** [5] - 22:13, 24:10, 45:13, 47:20, 47:25
**looks** [1] - 17:4
**loose** [1] - 32:14
**lower** [3] - 11:19, 48:16, 48:19
**LP** [2] - 1:6, 2:10

## M

**M** [1] - 4:2
**ma'am** [2] - 39:19, 43:16
**made** [2] - 14:24, 19:2
**make** [9] - 11:22, 18:18, 25:21, 26:25, 32:18, 42:2, 42:11, 43:4, 43:25
**making** [1] - 11:4
**management** [1] - 42:7
**manager** [28] - 8:4, 8:5, 8:6, 8:10, 13:17, 13:19, 13:24, 14:18, 15:9, 20:19, 25:19, 26:15, 27:8, 28:12, 28:16, 33:14, 33:22, 36:11, 37:11, 38:4, 38:24, 39:4, 41:3, 44:24, 46:19, 48:10, 50:14
**manager's** [2] - 31:6, 37:13
**managers** [2] - 27:25, 38:21
**manner** [1] - 29:5
**many** [3] - 12:6, 12:10, 17:22
**MARKED** [1] - 52:22
**marked** [4] - 20:25, 21:3, 21:8, 22:5
**marriage** [1] - 53:16
**Marshal** [1] - 4:15
**MARSHALL** [2] - 1:15, 51:15
**Marshall** [5] - 4:10, 4:16, 4:17, 35:7, 35:13
**MART** [2] - 1:6, 2:10
**materials** [2] - 16:13, 16:22
**matter** [2] - 4:20, 53:18
**matters** [1] - 43:13
**may** [4] - 3:10, 3:14, 5:11, 5:17
**May** [6] - 23:5, 39:22, 40:8, 40:16, 44:7, 50:10
**maybe** [8] - 11:13, 13:15, 32:17, 36:12, 41:16, 43:8, 45:2, 50:3
**me** [12] - 5:8, 6:3, 21:6, 21:19, 21:20, 28:15, 34:14, 40:25, 45:4, 48:20, 51:10, 51:18
**mean** [3] - 43:24, 44:15, 49:5
**meaning** [1] - 30:15
**meant** [1] - 7:24
**measures** [1] - 28:5
**members** [2] - 36:2, 42:7
**memory** [1] - 45:16
**men's** [7] - 13:25, 14:7, 14:11, 22:15, 23:14,

23:16, 45:23
**mention** [1] - 6:14
**mentioned** [3] - 17:23, 26:6, 34:24
**merchandise** [22] - 10:19, 11:10, 14:20, 14:23, 15:15, 15:19, 16:2, 16:25, 17:13, 18:5, 18:11, 18:16, 19:12, 29:5, 31:10, 31:13, 32:3, 32:7, 32:25, 33:2, 34:10, 35:4
**met** [3] - 35:22, 35:25, 36:3
**middle** [1] - 23:25
**Middletown** [1] - 2:6
**might** [1] - 41:17
**minute** [1] - 8:23
**Miss** [3] - 4:15, 4:16, 4:17
**Misses** [1] - 4:14
**money** [1] - 36:25
**monitor** [1] - 9:17
**Monroe** [1] - 37:3
**months** [2] - 36:12, 45:20
**moon** [1] - 41:15
**Morales** [1] - 28:2
**more** [8] - 8:16, 20:15, 20:21, 23:6, 24:9, 36:24, 49:16, 49:20
**morning** [1] - 42:18
**Mosbacher** [1] - 4:18
**MOSBACHER** [9] - 2:6, 4:7, 35:7, 45:9, 50:8, 50:17, 52:12, 52:14, 52:16
**mother** [2] - 21:17, 21:23
**mother's** [1] - 21:11
**mouthwash** [1] - 15:6
**move** [4] - 16:22, 17:13, 18:11, 18:16
**moved** [2] - 13:21, 31:10
**MR** [14] - 4:7, 35:7, 35:12, 45:6, 45:9, 48:22, 50:5, 50:8, 50:17, 52:12, 52:13, 52:14, 52:15, 52:16
**Mr** [3] - 28:10, 28:20, 40:20
**Ms** [2] - 35:7, 35:13
**much** [2] - 32:24, 35:19
**MULLANE** [7] - 2:11, 35:12, 45:6, 48:22, 50:5, 52:13, 52:15
**Mullane** [1] - 35:14
**my** [20] - 4:17, 5:3, 5:8, 6:5, 6:12, 6:24, 19:15, 20:19, 21:11, 23:25, 24:14, 24:24, 25:20, 27:23, 27:25, 28:11,

28:15, 35:14, 43:13, 53:20

## N

**N** [4] - 2:2, 3:2, 51:2, 52:9
**name** [7] - 4:8, 4:17, 6:14, 28:9, 28:10, 35:14, 40:25
**nature** [4] - 16:22, 19:9, 25:25, 30:5
**need** [1] - 43:15
**needed** [5] - 17:14, 27:17, 41:5, 42:17, 43:10
**never** [4] - 19:11, 19:13, 19:22, 48:4
**new** [2] - 45:21, 49:7
**NEW** [2] - 1:2, 53:4
**New** [10] - 1:19, 1:21, 2:6, 2:11, 4:4, 4:12, 7:12, 7:18, 44:10, 53:8
**Newburgh** [14] - 1:19, 7:12, 7:18, 9:22, 11:17, 12:5, 12:11, 15:10, 22:17, 38:5, 40:12, 44:10, 46:7, 48:10
**nine** [1] - 48:8
**no** [47] - 5:16, 6:2, 6:4, 6:10, 6:13, 6:17, 6:20, 7:23, 13:7, 13:21, 15:23, 18:21, 19:11, 23:10, 23:16, 23:18, 27:16, 27:19, 28:7, 28:24, 29:7, 29:10, 32:21, 35:6, 35:24, 36:16, 38:16, 38:23, 39:13, 39:21, 40:6, 40:14, 41:9, 42:4, 42:20, 43:13, 44:17, 44:25, 45:5, 45:6, 45:19, 47:14, 48:4, 50:5, 50:12, 50:16, 53:17
**No** [8] - 1:5, 14:6, 16:4, 31:5, 33:4, 36:11, 39:10, 40:21
**Noel** [1] - 1:20
**NOEL** [2] - 53:7, 53:23
**non** [1] - 1:13
**non-party** [1] - 1:13
**None** [3] - 52:5, 52:20, 52:23
**noon** [1] - 42:18
**Northport** [1] - 2:11
**not** [20] - 10:4, 11:3, 16:4, 16:9, 20:5, 20:7, 25:15, 32:2, 33:4, 34:4, 35:6, 36:12, 39:15, 43:20, 43:22, 44:21, 45:19, 50:3, 50:10, 53:14
**NOTARY** [1] - 51:22
**Notary** [3] - 1:20, 4:4, 53:7

C. MARSHALL

**notch** [6] - 47:6, 47:10, 47:12, 47:17, 47:18
**notches** [2] - 47:8, 48:5
**nothing** [1] - 25:22
**notice** [1] - 41:10
**noticed** [1] - 28:21
**notified** [4] - 40:18, 41:5, 41:20, 41:23
**November** [3] - 7:5, 36:19, 37:21
**now** [12] - 13:23, 16:17, 20:16, 22:4, 24:24, 29:3, 45:19, 46:2, 46:12, 46:17, 48:23, 49:7
**number** [6] - 7:15, 7:21, 7:23, 8:11, 23:9, 23:10
**NUMBER** [1] - 52:4
**numbers** [1] - 23:12

## O

**O** [2] - 3:2, 51:2
**O'Connor** [2] - 35:15
**O'CONNOR** [2] - 2:9
**oath** [2] - 3:12, 5:6
**objections** [2] - 3:21, 5:12
**observation** [1] - 27:2
**observed** [1] - 29:20
**occur** [4] - 16:21, 37:19, 42:15, 42:17
**occurred** [3] - 30:14, 37:23, 42:24
**occurring** [1] - 40:19
**October** [2] - 22:7, 39:18
**OF** [3] - 1:2, 53:4, 53:5
**of** [158] - 1:13, 1:14, 1:17, 1:18, 1:20, 1:21, 3:8, 3:9, 3:13, 3:14, 3:16, 3:17, 3:22, 4:4, 4:19, 4:25, 5:2, 5:20, 6:7, 6:8, 7:2, 8:4, 8:5, 8:6, 8:11, 8:13, 8:14, 8:21, 9:10, 9:13, 9:16, 9:25, 10:2, 10:8, 10:15, 10:22, 11:5, 11:10, 11:15, 12:2, 12:14, 12:23, 14:18, 14:20, 14:23, 15:9, 15:11, 16:22, 17:19, 18:4, 18:13, 19:5, 19:9, 19:12, 19:13, 19:20, 19:24, 20:7, 20:9, 21:22, 22:8, 22:17, 22:24, 23:4, 23:5, 23:24, 24:10, 24:16, 24:17, 24:18, 24:25, 25:10, 25:22, 25:24, 26:8, 26:15, 26:22, 27:8, 27:20, 27:25, 28:4, 28:9, 28:10, 28:15, 29:8, 29:18, 29:22, 30:5, 30:7, 30:12,

30:19, 31:12, 31:22, 32:3, 32:19, 33:9, 33:13, 34:9, 34:17, 35:19, 35:25, 36:18, 36:19, 37:8, 37:21, 37:22, 37:23, 38:4, 39:4, 39:6, 39:20, 39:22, 39:23, 40:3, 40:7, 40:9, 40:10, 40:15, 40:18, 40:21, 40:23, 41:3, 41:4, 41:6, 42:7, 42:16, 43:7, 43:11, 43:19, 44:2, 44:6, 45:10, 45:17, 46:5, 46:10, 46:23, 47:2, 48:2, 48:24, 49:18, 49:19, 49:20, 49:22, 50:10, 50:21, 51:10, 51:19, 53:8, 53:12, 53:15, 53:17, 53:20
**off** [4] - 16:5, 20:20, 24:18
**offer** [2] - 33:17, 34:20
**office** [5] - 4:19, 6:5, 6:9, 6:12, 29:2
**offices** [1] - 1:18
**okay** [2] - 10:4, 45:11
**old** [1] - 50:3
**on** [53] - 1:14, 7:11, 7:22, 9:17, 11:18, 16:25, 17:10, 18:5, 19:18, 19:22, 20:7, 20:18, 21:19, 23:21, 23:24, 24:9, 24:15, 24:25, 25:2, 25:9, 25:22, 26:5, 27:14, 29:8, 29:21, 30:3, 30:12, 30:21, 31:23, 32:10, 32:11, 32:16, 32:18, 33:23, 34:2, 38:24, 39:22, 40:6, 40:7, 40:16, 42:18, 43:19, 44:6, 44:17, 45:16, 45:25, 46:6, 46:13, 47:4, 47:18, 48:3, 48:24
**once** [7] - 5:10, 16:10, 27:3, 27:4, 28:4, 41:15
**One** [3] - 2:5, 36:7, 36:9
**one** [13] - 7:22, 8:20, 11:15, 14:4, 21:3, 21:6, 27:25, 30:7, 30:19, 31:7, 34:23, 37:17, 41:6
**one-sheet** [1] - 8:20
**ones** [1] - 30:20
**only** [8] - 7:7, 7:13, 10:12, 23:11, 27:3, 27:13, 37:15, 44:25
**onto** [4] - 17:12, 29:13, 31:15, 32:4
**open** [1] - 22:12
**operations** [1] - 14:20
**opportunity** [1] - 40:2
**or** [56] - 4:15, 11:21, 14:4,

14:24, 16:2, 17:18, 18:23, 20:12, 23:6, 25:8, 26:7, 29:12, 29:20, 30:6, 31:6, 32:12, 32:16, 34:17, 35:21, 35:23, 36:2, 36:22, 37:6, 37:9, 37:22, 38:18, 38:22, 39:5, 39:6, 40:11, 40:17, 40:18, 41:5, 41:10, 41:16, 41:17, 41:21, 42:6, 43:10, 43:11, 44:7, 44:9, 44:21, 45:3, 45:24, 47:6, 47:10, 48:15, 48:18, 49:15, 53:16
**ORANGE** [1] - 53:5
**orientation** [2] - 25:3, 25:9
**oriented** [2] - 24:24, 25:11
**original** [2] - 3:9, 3:17
**other** [12] - 12:21, 12:22, 14:15, 17:19, 20:8, 21:3, 25:22, 34:23, 35:2, 35:6, 42:7, 42:23
**others** [1] - 33:12
**our** [2] - 6:8, 29:23
**out** [5] - 5:10, 20:24, 30:18, 35:19, 47:9
**outcome** [1] - 53:17
**outside** [1] - 15:17
**over** [9] - 9:24, 11:3, 11:6, 12:9, 20:12, 22:11, 28:17, 32:3, 45:5
**overnight** [4] - 8:7, 30:25, 31:3, 37:10
**overnighters** [2] - 42:25, 43:2
**own** [2] - 42:3, 43:14

## P

**P** [3] - 2:2, 3:2
**P.M** [9] - 1:11, 30:15, 30:17, 30:23, 30:24, 31:4, 42:9, 50:20
**PAGE** [2] - 52:4, 52:11
**pallet** [10] - 17:4, 17:7, 17:13, 17:17, 18:10, 18:23, 31:14, 31:21, 32:11, 32:16
**pallets** [1] - 16:25
**paper** [1] - 8:21
**part** [4] - 22:16, 23:24, 24:16, 24:17
**particular** [7] - 8:12, 23:4, 27:17, 34:25, 44:9, 44:10, 44:20
**parties** [3] - 1:15, 3:7, 53:15
**party** [1] - 1:13
**past** [3] - 6:12, 6:25, 22:10
**paste** [1] - 15:5

**patience** [1] - 45:12
**peg** [1] - 47:14
**people** [2] - 20:18, 33:18
**perfect** [2] - 42:12, 43:5
**perform** [3] - 14:19, 44:21, 45:2
**period** [6] - 13:24, 14:17, 15:2, 15:8, 28:13, 36:10
**perms** [1] - 15:6
**person** [1] - 31:7
**personally** [4] - 6:3, 28:25, 40:24, 44:8
**personnel** [2] - 16:21, 19:25
**pets** [1] - 12:25
**pharmacy** [1] - 12:24
**phone** [1] - 21:19
**photograph** [8] - 22:23, 23:21, 23:25, 24:10, 24:17, 24:18, 34:9, 45:15
**photographs** [1] - 22:9
**physically** [1] - 16:11
**picture** [6] - 39:20, 42:11, 43:5, 47:25, 49:9, 49:10
**pictures** [1] - 46:16
**piece** [1] - 8:20
**pint** [1] - 35:22
**place** [5] - 11:19, 32:10, 41:12, 41:18, 51:11
**placed** [2] - 11:9, 30:21
**placing** [1] - 31:13
**plain** [7] - 26:22, 26:23, 29:6, 29:21, 29:22, 30:3, 34:8
**Plaintiff's** [10] - 21:2, 21:4, 21:9, 21:25, 22:2, 22:5, 29:25, 34:7, 45:14, 47:21
**Plaintiffs** [2] - 1:4, 2:4
**Please** [1] - 4:8
**please** [2] - 43:16, 43:17
**point** [4] - 23:20, 38:17, 39:5, 44:9
**pointing** [1] - 24:8
**policy** [1] - 49:7
**positioned** [1] - 25:8
**positions** [4] - 7:25, 8:12, 8:15, 9:13
**possible** [1] - 44:12
**power** [1] - 16:24
**practice** [2] - 41:11, 43:21
**present** [2] - 5:5, 12:14
**pretty** [1] - 37:12
**previously** [3] - 21:2, 44:6, 46:16
**price** [1] - 45:2
**print** [1] - 33:7
**prior** [1] - 35:21

C. MARSHALL

**probably** [1] - 10:7
**Procedure** [1] - 1:17
**procedures** [2] - 16:21, 33:24
**proceed** [1] - 5:15
**proceeding** [1] - 5:25
**producing** [1] - 11:23
**product** [5] - 16:2, 16:5, 24:25, 25:24, 28:22
**products** [11] - 14:2, 14:7, 14:11, 14:13, 14:15, 15:10, 23:14, 23:15, 24:15, 25:6, 25:10
**program** [6] - 46:11, 46:12, 46:15, 49:8, 50:2, 50:10
**prongs** [1] - 17:12
**proper** [1] - 34:3
**protect** [1] - 35:16
**PUBLIC** [1] - 51:22
**public** [8] - 10:19, 14:25, 15:18, 15:22, 16:19, 17:15, 19:17, 31:12
**Public** [3] - 1:20, 4:4, 53:8
**pull** [1] - 17:10
**pump** [1] - 17:7
**punishment** [1] - 34:17
**purchase** [7] - 14:24, 16:19, 17:15, 18:18, 19:3, 19:18, 31:12
**pursuant** [1] - 1:16
**put** [12] - 16:11, 18:5, 20:13, 20:18, 21:25, 27:14, 29:21, 32:2, 33:4, 47:10, 49:18, 49:22
**putting** [2] - 31:22, 33:6

### Q

**quantities** [1] - 49:19
**question** [11] - 5:4, 5:9, 5:10, 5:11, 5:13, 5:14, 5:15, 5:16, 19:15, 21:5
**QUESTIONS** [1] - 52:22
**questions** [9] - 5:2, 5:7, 35:8, 35:10, 45:7, 48:24, 50:6, 50:19

### R

**R** [6] - 2:2, 3:2, 4:2, 51:2, 53:2
**raised** [2] - 5:12, 11:7
**range** [1] - 10:4
**rating** [1] - 27:15
**razors** [1] - 15:6
**re** [1] - 32:15
**reach** [1] - 43:10
**ready** [1] - 42:12
**really** [3] - 19:15, 21:4,

23:22
**reason** [1] - 44:18
**reasons** [2] - 37:6, 37:9
**recall** [5] - 10:16, 12:13, 37:16, 37:20, 40:7
**receive** [5] - 9:12, 10:8, 19:23, 20:3, 43:6
**received** [6] - 9:21, 15:11, 16:12, 21:23, 40:10, 40:12
**receiver** [1] - 16:10
**receiving** [10] - 15:13, 15:16, 16:9, 16:15, 16:18, 16:23, 18:11, 18:17, 31:11, 33:3
**recently** [1] - 7:7
**recognize** [8] - 6:22, 22:14, 22:16, 22:19, 24:3, 24:11, 40:24, 47:22
**recollection** [1] - 40:16
**record** [2] - 4:9, 53:12
**recorded** [1] - 32:24
**refer** [1] - 49:4
**reference** [1] - 24:14
**referenced** [1] - 45:15
**referencing** [1] - 30:2
**referring** [2] - 47:13, 49:3
**reflecting** [1] - 34:6
**regards** [2] - 39:7, 40:19
**registering** [1] - 32:25
**registers** [2] - 12:4, 32:18
**related** [1] - 53:15
**remember** [4] - 8:24, 12:22, 13:22, 44:14
**removing** [1] - 43:9
**repercussions** [1] - 37:22
**report** [1] - 28:20
**represent** [1] - 4:20
**representation** [2] - 22:24, 23:4
**reprimand** [1] - 37:24
**REQUESTED** [1] - 52:19
**requested** [1] - 4:24
**required** [1] - 28:3
**requirement** [2] - 11:3, 46:3
**reserved** [1] - 3:22
**respective** [2] - 1:15, 3:6
**responsibilities** [1] - 39:7
**responsibility** [3] - 29:18, 30:18, 30:25
**responsible** [1] - 41:24
**result** [1] - 37:23
**retained** [1] - 35:15
**return** [2] - 29:12, 29:20
**returned** [1] - 33:2
**reviewing** [1] - 41:25
**rid** [1] - 46:10

**right** [7] - 29:23, 43:16, 45:19, 45:24, 46:2, 46:11, 49:7
**ring** [1] - 40:25
**rocket** [7] - 17:2, 17:23, 18:15, 18:23, 31:14, 32:12, 32:16
**room** [2] - 15:20, 17:22
**round** [1] - 48:24
**Route** [2] - 7:11, 7:18
**Rules** [1] - 1:17
**RULINGS** [1] - 52:22
**run** [3] - 26:3, 26:15, 39:10
**running** [1] - 26:6

### S

**S** [5] - 2:2, 3:2, 4:2, 52:2
**safe** [1] - 39:12
**safety** [2] - 10:12, 10:13
**said** [3] - 20:22, 25:19, 44:14
**sale** [3] - 10:20, 11:18, 11:20
**same** [4] - 3:12, 3:15, 3:17, 23:17
**Sandra** [1] - 1:19
**SANDRA** [2] - 53:7, 53:23
**saw** [3] - 29:15, 30:5, 43:8
**say** [16] - 9:11, 10:7, 13:15, 17:8, 21:21, 23:5, 24:9, 24:23, 31:21, 39:12, 41:16, 42:8, 47:12, 49:5, 49:17, 50:2
**saying** [1] - 43:15
**scan** [1] - 33:8
**scanned** [2] - 16:3, 16:4
**schedule** [1] - 35:19
**sealing** [1] - 3:7
**second** [5] - 24:2, 27:15, 37:17, 37:25, 48:24
**section** [12] - 13:10, 15:11, 18:12, 18:17, 22:22, 24:12, 25:7, 39:4, 41:3, 45:18, 46:7, 48:11
**sections** [1] - 23:18
**see** [12] - 19:8, 20:17, 23:23, 23:25, 24:16, 24:20, 25:3, 26:3, 40:4, 42:5, 44:11, 46:19
**seen** [7] - 25:5, 25:16, 29:12, 29:17, 31:16, 33:12, 43:18
**selling** [1] - 11:21
**separate** [4] - 23:14, 23:18, 38:18, 38:21
**separated** [2] - 38:18, 38:20
**Serafina** [1] - 28:2
**series** [1] - 4:25

**served** [2] - 4:23, 28:18
**service** [4] - 3:16, 8:4, 8:8, 38:24
**set** [2] - 53:11, 53:20
**several** [2] - 14:15, 43:18
**sex** [1] - 14:4
**shampoo** [2] - 14:13, 49:18
**shampoos** [4] - 15:5, 19:3, 19:10, 48:13
**share** [2] - 27:20, 27:24
**shared** [3] - 38:10, 38:11, 38:15
**shaving** [1] - 15:6
**she** [2] - 21:19, 36:6
**sheet** [1] - 8:20
**shelf** [5] - 43:19, 46:13, 47:4, 48:3, 49:13
**shelves** [18] - 17:18, 17:21, 18:23, 19:18, 23:7, 25:21, 29:13, 31:15, 31:23, 32:4, 32:9, 32:10, 42:11, 45:17, 46:6, 46:23, 47:10, 48:25
**shelving** [14] - 10:25, 11:2, 11:4, 24:9, 24:11, 24:12, 33:23, 34:3, 46:3, 48:12, 48:15, 48:18, 49:11, 49:12
**shift** [1] - 24:24
**shopable** [1] - 49:12
**short** [1] - 43:10
**should** [2] - 11:2, 21:5
**show** [5] - 5:17, 20:25, 21:6, 22:4, 23:21
**showing** [1] - 21:7
**shown** [1] - 22:14
**shows** [1] - 47:21
**side** [5] - 15:15, 23:12, 24:10, 25:2, 45:22
**sideways** [1] - 20:14
**signed** [3] - 3:10, 3:12, 3:15
**silver** [1] - 18:7
**since** [1] - 49:12
**sir** [2] - 6:10, 6:13
**situation** [1] - 44:3
**six** [4] - 41:25, 45:20, 49:19, 49:20
**slip** [1] - 17:12
**small** [1] - 23:23
**so** [33] - 7:7, 14:23, 15:8, 18:9, 21:6, 22:4, 22:10, 24:8, 26:4, 26:11, 27:14, 28:16, 29:25, 30:14, 30:19, 31:8, 31:21, 32:6, 32:20, 37:13, 39:3, 44:3, 46:2, 46:11, 46:14, 47:6,

C. MARSHALL

47:8, 47:10, 47:15, 49:17, 49:20, 50:3
**soap** [5] - 14:11, 15:5, 31:22, 49:22, 49:23
**soaps** [4] - 15:3, 19:4, 19:9, 48:13
**Sobo** [6] - 1:18, 4:19, 6:5, 6:6
**SOBO** [2] - 2:4
**sold** [1] - 14:10
**some** [10] - 5:17, 6:24, 8:13, 10:5, 17:18, 22:9, 24:15, 24:20, 37:8, 43:11
**someone** [1] - 43:9
**something** [15] - 11:13, 11:21, 14:5, 17:9, 19:21, 20:11, 23:21, 25:13, 25:16, 30:5, 41:23, 42:3, 42:19, 43:12, 43:20
**sometimes** [1] - 5:9
**soon** [1] - 9:8
**sorry** [1] - 31:5
**sorts** [2] - 10:15, 11:5
**soups** [1] - 45:25
**SOUTHERN** [1] - 1:2
**space** [4] - 32:2, 32:9, 32:17, 32:21
**spark** [3] - 24:4, 24:6, 24:7
**specific** [3] - 19:8, 22:20, 34:10
**specifically** [1] - 49:3
**specified** [1] - 51:11
**split** [1] - 38:25
**spoken** [1] - 5:3
**sporting** [1] - 12:25
**SS** [1] - 53:4
**stable** [1] - 11:4
**stack** [5] - 10:18, 20:5, 20:7, 29:12, 34:14
**stacked** [15] - 14:24, 19:2, 24:21, 25:22, 26:21, 28:22, 29:5, 29:8, 34:11, 39:8, 39:14, 40:4, 41:22, 44:12, 44:22
**stacking** [4] - 14:19, 33:23, 34:3, 35:4
**staff** [1] - 26:12
**stand** [1] - 43:19
**start** [1] - 47:9
**State** [3] - 1:20, 4:4, 53:8
**STATE** [1] - 53:4
**state** [1] - 4:8
**stated** [1] - 44:7
**STATES** [1] - 1:2
**stenographer** [1] - 5:5
**step** [1] - 16:7
**steps** [1] - 16:20
**still** [2] - 31:3, 32:11

**STIPULATED** [2] - 3:5, 3:20
**stock** [13] - 19:20, 30:18, 46:9, 46:12, 46:17, 49:8, 49:11, 49:13, 49:14, 49:15, 49:25, 50:4, 50:9
**stocked** [2] - 40:13, 41:7
**stocker** [2] - 8:7, 8:8
**stockers** [1] - 30:25
**stocking** [2] - 10:25, 43:3
**stood** [1] - 48:12
**stop** [4] - 10:25, 42:10, 43:2, 49:13
**store** [17] - 7:11, 7:13, 7:16, 7:20, 7:23, 8:2, 11:17, 15:10, 15:12, 22:17, 22:20, 22:25, 28:15, 30:4, 32:22, 37:12, 39:16
**stored** [4] - 19:17, 46:5, 46:23, 47:3
**STORES** [2] - 1:6, 2:10
**stores** [3] - 4:22, 6:21, 28:19
**Street** [2] - 4:12, 21:14
**STUART** [1] - 2:6
**Stuart** [1] - 4:18
**stuff** [1] - 20:7
**subject** [1] - 35:9
**submit** [1] - 8:19
**submitted** [1] - 5:16
**subpoena** [3] - 4:24, 21:8, 40:22
**Subpoena** [1] - 1:16
**Subscribed** [1] - 51:18
**such** [1] - 53:12
**supervisor** [1] - 27:23
**supervisors** [1] - 27:22
**sure** [7] - 11:4, 25:21, 36:13, 42:2, 42:11, 43:4, 43:25
**switch** [1] - 45:22
**sworn** [5] - 3:10, 4:3, 51:5, 51:18, 53:11
**system** [1] - 27:14

## T

**T** [6] - 3:2, 51:2, 52:2, 53:2
**take** [4] - 20:20, 26:2, 31:2
**taken** [6] - 1:15, 22:9, 39:20, 46:17, 49:9, 49:10
**takes** [1] - 5:10
**taking** [1] - 35:19
**talk** [2] - 28:24, 28:25
**tall** [1] - 48:7
**Tashawn** [5] - 36:4, 36:5, 36:8, 36:15
**tell** [7] - 40:5, 40:6, 44:16,

44:17, 47:15, 47:17, 48:6
**ten** [2] - 37:18, 41:25
**term** [1] - 11:6
**testified** [4] - 4:5, 5:24, 36:17, 38:2
**testify** [1] - 51:5
**testimony** [5] - 34:24, 46:22, 51:6, 51:10, 53:13
**tests** [1] - 11:5
**than** [7] - 11:19, 12:22, 20:15, 20:22, 34:23, 48:19, 49:20
**thank** [2] - 35:18, 50:17
**that** [193] - 3:7, 3:9, 3:13, 3:20, 5:2, 5:5, 5:13, 7:4, 7:7, 7:15, 7:22, 8:2, 8:15, 9:3, 9:9, 9:13, 9:16, 9:21, 9:25, 10:10, 10:17, 10:18, 11:7, 11:13, 11:18, 11:21, 12:9, 12:11, 13:5, 13:19, 13:22, 13:24, 13:25, 14:9, 14:17, 14:25, 15:8, 15:14, 15:24, 16:8, 16:12, 16:13, 16:20, 16:22, 17:7, 17:24, 17:25, 18:3, 18:7, 18:19, 19:5, 19:9, 19:12, 19:16, 19:22, 19:24, 20:10, 20:11, 20:15, 20:20, 21:25, 22:2, 22:9, 22:16, 22:19, 22:23, 23:6, 23:13, 23:18, 24:3, 24:11, 24:15, 24:16, 24:20, 25:2, 25:3, 25:6, 25:7, 25:8, 25:9, 25:10, 25:17, 25:21, 25:22, 25:25, 26:7, 26:8, 26:13, 26:16, 26:17, 26:20, 26:21, 27:2, 27:4, 27:5, 27:7, 27:11, 27:17, 27:21, 27:24, 28:5, 28:21, 29:2, 29:5, 29:15, 29:17, 29:19, 29:22, 30:5, 30:8, 30:11, 30:21, 30:24, 31:2, 31:16, 31:19, 31:23, 32:3, 32:13, 32:20, 32:21, 32:23, 32:24, 33:2, 33:6, 33:9, 33:12, 34:7, 34:11, 34:14, 34:15, 34:16, 34:18, 34:20, 34:23, 34:25, 35:3, 35:4, 35:6, 36:14, 36:17, 37:14, 37:19, 38:3, 38:9, 39:11, 39:12, 39:20, 40:6, 40:25, 41:18, 41:21, 41:23, 42:6, 42:24, 43:8,

43:17, 43:25, 44:2, 44:3, 44:4, 44:9, 44:12, 44:17, 44:19, 44:20, 45:4, 45:5, 46:5, 46:10, 46:14, 47:3, 47:11, 47:22, 48:6, 48:12, 49:4, 49:16, 49:21, 49:24, 50:3, 50:14, 51:4, 51:8, 53:12, 53:13, 53:14, 53:16
**That** [1] - 53:10
**that's** [25] - 5:14, 7:11, 7:13, 7:24, 8:13, 9:6, 10:4, 10:12, 11:9, 16:7, 17:8, 21:8, 21:13, 22:21, 23:24, 24:9, 24:25, 25:13, 30:2, 30:3, 34:7, 42:25, 45:13, 46:15, 49:8
**the** [344] - 1:13, 1:14, 1:15, 1:16, 1:17, 1:20, 2:4, 2:9, 3:6, 3:7, 3:8, 3:9, 3:10, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:22, 4:4, 4:8, 4:19, 4:20, 5:2, 5:5, 5:7, 5:11, 5:12, 5:14, 5:21, 6:12, 6:14, 6:15, 6:25, 7:10, 7:13, 7:15, 7:20, 7:23, 8:25, 9:9, 9:13, 9:20, 9:22, 9:24, 10:12, 10:19, 11:3, 11:10, 11:17, 11:25, 12:2, 12:3, 12:5, 12:9, 12:14, 12:23, 13:10, 13:14, 13:18, 14:17, 14:18, 14:20, 14:25, 15:10, 15:11, 15:15, 15:17, 15:18, 15:20, 15:21, 16:5, 16:6, 16:7, 16:9, 16:10, 16:11, 16:12, 16:14, 16:17, 16:18, 16:19, 16:21, 16:22, 16:23, 16:25, 17:7, 17:13, 17:14, 17:15, 17:17, 17:21, 17:23, 18:8, 18:9, 18:11, 18:12, 18:16, 18:17, 18:23, 18:24, 19:12, 19:17, 19:19, 19:22, 20:9, 20:10, 20:14, 20:16, 20:20, 20:21, 20:23, 21:13, 21:19, 22:10, 22:17, 22:20, 22:21, 22:24, 23:5, 23:7, 23:16, 23:17, 23:21, 23:24, 23:25, 24:4, 24:10, 24:11, 24:12, 24:16, 24:17, 24:25, 25:7, 25:20, 26:3, 26:5, 26:8, 26:11, 26:12, 26:14, 27:4, 27:7, 27:8,

27:14, 27:20, 27:21, 28:4, 28:8, 28:15, 29:2, 29:13, 29:17, 29:21, 30:3, 30:4, 30:7, 30:10, 30:12, 30:17, 30:18, 30:19, 30:20, 31:5, 31:10, 31:11, 31:13, 31:14, 31:15, 31:23, 32:3, 32:4, 32:8, 32:10, 32:11, 32:12, 32:15, 32:16, 32:18, 32:22, 33:2, 33:4, 33:8, 33:13, 33:18, 34:8, 34:9, 34:23, 36:9, 36:14, 36:18, 37:10, 37:11, 37:12, 37:15, 37:17, 38:3, 38:4, 38:7, 38:8, 38:24, 38:25, 39:4, 39:7, 39:8, 39:10, 39:13, 39:15, 39:19, 39:24, 40:2, 40:4, 40:10, 40:12, 40:15, 40:21, 40:22, 40:24, 41:3, 41:7, 41:12, 41:21, 41:25, 42:2, 42:6, 42:7, 42:10, 42:13, 42:17, 42:20, 42:22, 42:24, 43:2, 43:19, 43:20, 43:21, 43:25, 44:6, 44:11, 44:22, 44:23, 44:25, 45:3, 45:13, 45:14, 45:16, 45:17, 45:20, 45:21, 45:22, 45:23, 45:24, 45:25, 46:2, 46:3, 46:6, 46:7, 46:11, 46:12, 46:13, 46:14, 46:20, 46:22, 46:23, 46:24, 47:2, 47:3, 47:4, 47:5, 47:6, 47:7, 47:10, 47:11, 47:14, 47:17, 47:18, 47:20, 47:21, 47:22, 47:23, 47:25, 48:2, 48:10, 48:12, 48:13, 48:15, 48:18, 48:24, 48:25, 49:6, 49:7, 49:11, 49:13, 49:16, 49:21, 49:25, 50:2, 50:9, 50:13, 50:14, 50:20, 51:5, 51:6, 51:8, 51:10, 53:8, 53:10, 53:13, 53:15, 53:17
**their** [3] - 27:14, 35:16, 35:25
**them** [12] - 5:19, 5:20, 8:13, 20:14, 27:14, 29:15, 31:7, 34:2, 34:9, 34:21, 36:3
**themselves** [2] - 31:15, 44:2
**then** [11] - 8:21, 13:17, 17:17, 20:10, 33:8, 36:11, 38:23, 38:25,

46:8, 46:10, 49:12
**there** [50] - 5:11, 5:15, 8:15, 9:4, 10:13, 10:17, 10:24, 12:3, 12:10, 12:19, 13:7, 17:22, 19:11, 19:13, 20:17, 23:10, 23:18, 25:7, 25:21, 26:7, 26:10, 26:19, 29:3, 29:11, 30:21, 31:3, 32:2, 32:4, 32:9, 32:11, 32:21, 32:23, 32:24, 34:16, 35:2, 41:18, 42:23, 43:14, 44:11, 44:18, 45:2, 46:4, 46:9, 46:22, 47:14, 47:16, 49:19, 49:23
**there's** [1] - 43:18
**these** [3] - 10:10, 26:13, 46:16
**they** [25] - 15:11, 15:12, 16:24, 22:8, 24:23, 26:4, 26:5, 27:13, 29:13, 29:19, 29:20, 30:20, 31:6, 38:20, 38:25, 42:17, 42:18, 43:2, 45:20, 46:10, 46:11, 46:17, 49:8, 49:12, 49:22
**things** [4] - 10:15, 11:5, 19:17, 35:6
**think** [3] - 41:4, 50:3, 50:18
**this** [26] - 4:19, 8:12, 21:6, 21:17, 21:22, 22:7, 23:4, 23:23, 26:13, 27:7, 29:14, 30:2, 31:8, 32:6, 35:9, 36:19, 45:17, 49:9, 49:10, 49:11, 50:21, 51:19, 53:15, 53:18, 53:20
**those** [14] - 5:20, 8:14, 10:14, 11:5, 11:25, 19:17, 31:14, 37:8, 37:23, 38:14, 40:3, 40:8, 42:14, 44:15
**though** [1] - 49:5
**three** [10] - 40:3, 40:8, 41:16, 42:5, 42:8, 42:14, 42:21, 42:22, 49:17, 49:20
**through** [2] - 16:14, 21:23
**throughout** [1] - 42:24
**TIME** [1] - 1:11
**time** [32] - 3:22, 5:10, 5:17, 6:25, 10:16, 13:11, 13:24, 14:9, 14:17, 15:2, 15:8, 26:19, 28:13, 29:4, 30:12, 33:6, 33:13, 33:21, 34:23, 35:9,

35:19, 36:10, 38:9, 39:5, 39:11, 44:9, 44:25, 48:9, 48:11, 49:25, 50:14, 51:10
**timeframe** [1] - 27:7
**times** [9] - 22:25, 26:25, 29:11, 41:17, 43:14, 43:18, 45:15, 46:4, 46:22
**to** [178] - 1:16, 3:10, 3:11, 3:21, 3:22, 5:4, 5:7, 5:10, 5:16, 5:20, 7:5, 8:6, 8:14, 9:11, 10:3, 10:18, 11:13, 11:14, 11:15, 11:22, 11:23, 13:15, 13:20, 13:21, 14:25, 15:10, 15:24, 16:6, 16:11, 16:17, 16:18, 16:23, 17:6, 17:7, 17:14, 17:18, 17:20, 17:21, 18:7, 18:11, 18:12, 18:15, 18:17, 18:18, 18:23, 20:5, 20:7, 20:13, 20:16, 20:20, 20:21, 20:23, 20:24, 20:25, 21:10, 21:11, 21:16, 21:17, 21:21, 22:4, 22:11, 23:6, 23:20, 24:8, 24:14, 24:24, 24:25, 25:20, 25:21, 26:3, 26:20, 27:3, 27:5, 27:11, 27:12, 27:21, 27:22, 28:15, 28:20, 28:24, 28:25, 29:18, 29:23, 30:10, 30:18, 31:2, 31:8, 31:11, 32:2, 32:8, 32:10, 32:15, 32:17, 32:21, 32:24, 33:2, 33:7, 33:17, 34:14, 34:20, 35:9, 35:16, 35:20, 35:21, 36:6, 37:12, 38:5, 38:14, 39:7, 39:10, 39:12, 39:15, 40:2, 40:3, 40:10, 40:12, 40:15, 40:19, 41:6, 41:12, 41:13, 42:4, 42:5, 42:8, 42:9, 42:10, 42:13, 42:14, 42:20, 42:22, 43:2, 43:3, 43:4, 43:7, 43:20, 43:21, 43:22, 43:24, 43:25, 44:11, 44:19, 44:20, 44:21, 45:2, 45:22, 45:23, 45:24, 46:21, 47:5, 47:10, 47:13, 47:16, 48:20, 49:3, 49:4, 49:13, 49:16, 49:18, 49:21, 50:2, 50:9, 51:5, 51:18, 53:15
**today** [6] - 4:23, 4:25, 5:5,

21:10, 22:3, 35:20
**today's** [1] - 35:21
**together** [1] - 38:12
**told** [1] - 21:20
**too** [3] - 17:22, 32:24, 43:10
**took** [4] - 27:21, 28:5, 40:23, 43:13
**tooth** [1] - 15:5
**top** [33] - 10:25, 20:7, 20:18, 23:24, 24:16, 24:25, 25:10, 25:20, 25:22, 29:8, 29:21, 30:3, 34:8, 43:20, 45:25, 46:6, 46:9, 46:12, 46:13, 46:23, 47:4, 48:3, 48:18, 48:25, 49:8, 49:10, 49:13, 49:14, 49:15, 49:16, 49:25, 50:4, 50:9
**total** [1] - 14:6
**touch** [1] - 43:17
**train** [1] - 33:23
**training** [6] - 9:12, 9:16, 19:23, 20:3, 33:17, 43:7
**transcript** [2] - 51:9
**transferred** [2] - 17:18, 18:22
**transported** [2] - 16:25, 17:20
**trial** [1] - 3:22
**truck** [4] - 16:5, 16:10, 16:12
**true** [3] - 21:22, 51:9, 53:12
**truth** [1] - 51:5
**truthfully** [2] - 5:7, 5:14
**try** [3] - 11:13, 11:22, 20:24
**turn** [3] - 5:4, 20:14, 22:11
**turned** [1] - 20:23
**two** [19] - 8:6, 17:5, 20:8, 20:13, 20:15, 20:22, 30:18, 30:19, 37:11, 38:21, 41:16, 42:5, 42:8, 42:14, 42:20, 42:22, 49:15, 49:22
**type** [15] - 10:8, 10:22, 14:23, 17:19, 18:4, 19:5, 19:24, 33:9, 33:13, 34:17, 37:22, 39:6, 43:6, 43:11, 44:2

## U

**U** [1] - 3:2
**um** [1] - 8:17
**um-hm** [1] - 8:17
**unacceptable** [1] - 34:14
**under** [6] - 30:9, 32:12, 33:18, 34:13, 36:22,

C. MARSHALL

44:3
**understand** [2] - 5:12, 5:21
**understanding** [1] - 6:24
**understood** [1] - 46:21
**Union** [1] - 7:18
**UNITED** [1] - 1:2
**unload** [1] - 16:10
**unsigned** [1] - 3:14
**until** [2] - 33:4, 39:15
**up** [14] - 17:7, 24:21, 32:15, 33:5, 33:7, 40:2, 42:2, 45:10, 46:9, 49:2, 49:16, 49:18, 49:23
**upon** [1] - 3:17
**upper** [3] - 17:5, 17:6, 24:17
**ups** [1] - 48:23
**us** [1] - 21:16
**use** [1] - 41:13
**used** [4] - 3:14, 11:17, 18:10, 36:6
**using** [2] - 18:15, 29:25
**usual** [1] - 11:19

**V**

**Van** [3] - 28:9, 28:10, 28:20
**vegetables** [1] - 13:6
**verbal** [2] - 26:4, 27:14
**verbally** [1] - 34:20
**vertical** [2] - 26:22, 29:22
**vertically** [3] - 24:23, 25:10, 29:8
**very** [1] - 35:18
**video** [3] - 9:17, 26:15, 27:21
**videos** [4] - 9:17, 10:22, 26:7, 27:2
**videotape** [1] - 30:10
**view** [1] - 27:20
**volume** [1] - 11:22
**VPI** [1] - 11:22

**W**

**W** [1] - 2:6
**Waggenen** [2] - 28:9, 28:21
**Waggenen's** [1] - 28:10
**waived** [1] - 3:9
**WAL** [2] - 1:6, 2:10
**WAL-MART** [2] - 1:6, 2:10
**Walden** [1] - 4:12
**walk** [4] - 15:18, 40:2, 42:2, 42:6
**walking** [1] - 42:6
**wall** [1] - 37:12
**Walmart** [41] - 4:22, 6:21,

6:22, 7:2, 7:8, 7:11, 8:2, 8:12, 8:19, 9:10, 9:14, 9:21, 10:2, 10:10, 11:16, 12:5, 12:11, 14:10, 16:21, 19:24, 20:6, 22:17, 24:5, 24:7, 25:14, 29:19, 31:13, 35:16, 36:6, 36:9, 36:15, 36:19, 36:23, 37:4, 38:4, 40:11, 41:8, 41:11, 43:7, 46:7, 48:10
**Walmart's** [1] - 43:21
**want** [5] - 9:11, 10:3, 13:15, 21:21, 50:2
**was** [68] - 4:4, 8:3, 8:6, 8:7, 8:8, 8:20, 9:4, 9:16, 10:24, 12:3, 12:9, 13:16, 13:22, 16:12, 19:11, 19:13, 19:22, 20:21, 21:11, 22:2, 25:18, 25:20, 25:21, 26:4, 27:7, 27:10, 27:17, 28:3, 28:11, 28:15, 28:22, 29:17, 30:13, 30:22, 30:24, 32:2, 32:14, 32:21, 32:24, 33:2, 34:11, 34:14, 34:18, 36:19, 37:10, 37:17, 38:11, 38:17, 39:20, 40:4, 40:22, 41:22, 42:21, 43:9, 44:11, 46:5, 46:9, 46:23, 47:3, 47:11, 48:15, 49:9, 49:10, 49:11, 50:10, 50:21, 53:11
**was it** [7] - 14:4, 37:24, 41:11, 41:14, 41:15, 49:24, 50:13
**was that** [4] - 9:21, 21:9, 39:17, 41:22
**was there** [4] - 12:17, 13:4, 43:4, 48:11
**wash** [21] - 15:5, 16:14, 19:22, 20:12, 20:18, 22:15, 32:10, 40:4, 40:13, 41:7, 41:12, 41:18, 41:22, 44:11, 44:20, 45:22, 45:25, 46:5, 46:13, 46:23, 47:3
**washes** [4] - 19:14, 38:7, 44:12, 44:22
**Washington** [1] - 21:14
**wasn't** [6] - 11:21, 36:11, 43:25, 45:5, 50:12, 50:16
**watch** [1] - 19:19
**watched** [2] - 10:23, 19:16
**watching** [5] - 9:17, 10:2, 10:10, 10:17, 27:2
**way** [8] - 16:3, 25:23,

26:21, 34:11, 35:5, 42:6, 47:3, 53:17
**we** [17] - 4:20, 4:23, 5:17, 19:7, 21:3, 23:11, 23:17, 35:15, 42:4, 42:10, 45:15, 46:9, 47:8, 48:4, 48:5, 49:10, 50:3
**we'll** [2] - 5:19, 24:8
**week** [2] - 41:15, 41:17
**welcome** [1] - 15:22
**well** [8] - 19:15, 19:19, 20:6, 21:25, 29:2, 29:16, 38:9, 49:23
**went** [2] - 47:8, 49:6
**were** [34] - 9:9, 11:17, 11:18, 11:25, 12:14, 13:3, 13:23, 14:18, 15:9, 20:18, 25:8, 25:10, 26:20, 27:8, 29:22, 30:4, 30:20, 33:6, 33:13, 38:3, 38:7, 38:13, 38:14, 39:8, 39:14, 41:2, 41:5, 42:18, 44:12, 46:19, 46:22, 50:14
**were you** [1] - 41:24
**weren't** [2] - 44:22, 44:23
**what** [36] - 5:8, 7:4, 7:24, 7:25, 10:22, 12:13, 12:16, 12:21, 13:13, 14:23, 16:20, 17:3, 17:6, 20:3, 20:25, 21:7, 22:5, 23:9, 25:25, 28:13, 30:4, 30:9, 30:12, 30:15, 32:6, 36:22, 37:22, 38:17, 46:2, 47:7, 47:11, 47:18, 48:2, 49:5, 49:25
**What is** [4] - 4:11, 18:3, 22:14, 49:14
**what was** [4] - 29:17, 34:2, 34:3, 47:2
**what were** [1] - 37:8
**wheel** [1] - 18:7
**wheels** [2] - 17:10, 18:6
**when** [20] - 5:3, 15:9, 15:12, 16:2, 16:4, 16:21, 25:18, 28:14, 28:18, 29:11, 37:10, 39:17, 39:20, 40:22, 45:5, 46:22, 47:3, 49:9, 49:24
**when did** [1] - 37:19
**when were** [1] - 46:16
**when you** [9] - 8:18, 13:23, 15:8, 26:6, 29:4, 42:8, 46:19, 47:12, 49:4
**where** [22] - 11:10, 11:12, 15:17, 15:21, 16:18, 17:14, 18:5, 18:7, 20:17, 23:25, 25:6, 26:5, 28:22, 31:9, 31:11, 32:2, 32:7, 32:8, 37:2, 42:10, 46:13,

47:16
**where is** [1] - 15:14
**WHEREOF** [1] - 53:19
**Whereupon** [1] - 50:20
**wherever** [1] - 17:14
**whether** [3] - 18:22, 34:11, 44:21
**which** [6] - 19:8, 21:4, 38:24, 41:5, 46:9, 46:20
**while** [2] - 33:18, 41:2
**white** [2] - 22:8, 45:14
**who** [9] - 4:21, 8:24, 13:22, 15:24, 20:18, 26:3, 27:24, 30:21, 34:13
**who was** [2] - 9:3, 13:18
**whose** [1] - 53:10
**why** [2] - 46:15, 49:8
**wife** [2] - 4:21, 6:19
**will** [8] - 5:3, 5:4, 5:6, 5:13, 5:15, 5:16, 47:17
**with** [29] - 3:12, 3:15, 5:19, 6:12, 7:10, 8:9, 9:6, 10:18, 13:16, 16:24, 17:5, 18:5, 22:7, 24:14, 26:14, 27:22, 27:24, 28:5, 31:7, 32:8, 36:18, 39:7, 39:13, 39:24, 40:19, 40:25, 42:7, 45:25, 47:9
**within** [4] - 3:8, 9:11, 22:20, 53:8
**WITNESS** [1] - 53:19
**witness** [8] - 1:14, 3:10, 3:16, 3:18, 4:3, 50:21, 53:10, 53:13
**women's** [5] - 13:25, 14:7, 14:11, 23:14, 23:16
**word** [2] - 17:23, 41:13
**words** [1] - 42:3
**work** [14] - 4:18, 13:9, 13:13, 18:9, 19:5, 19:24, 27:12, 28:3, 31:23, 33:10, 33:13, 36:6, 36:8, 37:2
**worked** [7] - 6:25, 7:14, 9:25, 14:10, 29:2, 34:13, 36:15
**workers** [1] - 29:2
**working** [5] - 8:2, 10:9, 10:17, 30:4, 31:7
**would** [54] - 5:20, 10:7, 11:13, 11:22, 13:5, 19:19, 19:20, 20:10, 20:13, 20:16, 20:19, 25:25, 26:2, 30:4, 30:7, 30:9, 30:15, 30:19, 30:25, 31:3, 31:5, 31:8, 31:12, 32:6, 32:12, 32:14, 32:17, 32:22,

C. MARSHALL

32:23, 32:25, 33:5, 33:7, 34:16, 41:10, 41:18, 41:20, 41:21, 41:23, 42:14, 42:15, 42:16, 42:17, 42:23, 43:2, 43:14, 44:3, 44:18, 44:25, 47:5, 47:8, 47:9, 47:15, 49:4, 49:21

**writer** [1] - 8:8

**written** [2] - 5:16, 37:25

## X

**X** [4] - 1:3, 1:8, 52:2, 52:9

## Y

**yeah** [2] - 33:20, 44:5

**year** [6] - 12:14, 12:23, 28:17, 36:19, 44:19, 50:4

**years** [9] - 7:3, 7:4, 9:25, 12:9, 13:13, 36:14, 37:4, 37:11, 44:15

**yell** [3] - 43:14, 43:21, 43:24

**Yes** [2] - 22:18, 34:19

**yes** [84] - 5:23, 6:23, 7:3, 7:9, 7:13, 8:13, 8:20, 8:23, 9:2, 9:7, 9:15, 9:18, 9:23, 10:21, 11:8, 11:12, 12:8, 12:12, 12:19, 13:4, 13:7, 13:12, 14:3, 14:8, 14:12, 14:14, 14:16, 14:22, 15:13, 15:20, 16:16, 17:11, 17:16, 17:20, 18:13, 18:20, 18:25, 19:6, 20:2, 21:15, 21:19, 21:24, 22:15, 22:21, 23:2, 23:8, 24:4, 24:6, 24:13, 24:19, 24:22, 25:4, 25:12, 25:18, 26:10, 26:14, 26:18, 26:24, 27:10, 27:13, 27:23, 29:15, 31:18, 31:20, 31:24, 32:5, 33:11, 33:15, 33:25, 34:5, 34:13, 34:22, 36:21, 37:7, 38:6, 38:10, 40:5, 42:25, 44:16, 46:8, 46:25, 47:24, 48:14, 48:17

**York** [10] - 1:19, 1:21, 2:6, 2:11, 4:4, 4:13, 7:12, 7:18, 44:10, 53:9

**YORK** [2] - 1:2, 53:4

**you** [155] - 4:25, 5:3, 5:4, 5:6, 5:8, 5:12, 5:13, 5:16, 5:17, 5:18, 5:19, 5:20, 5:22, 7:7, 7:10, 9:8, 9:9, 9:21, 9:24, 9:25, 10:3, 10:10, 10:17, 10:22, 11:7, 11:13, 11:21, 13:9, 14:9, 14:17, 14:24, 15:3, 15:4, 16:13, 17:3, 17:7, 17:12, 17:23, 18:2, 18:5, 18:7, 18:10, 18:21, 19:8, 19:19, 19:20, 20:5, 20:6, 20:13, 20:15, 20:25, 21:5, 21:6, 21:7, 21:10, 21:16, 21:18, 21:21, 21:23, 22:4, 22:12, 24:8, 25:16, 25:24, 25:25, 26:2, 26:11, 26:19, 26:20, 27:8, 27:21, 27:22, 28:4, 28:5, 28:21, 29:3, 30:3, 30:4, 30:5, 30:10, 30:16, 31:21, 31:22, 32:3, 32:6, 32:7, 32:8, 32:12, 32:14, 32:17, 32:20, 32:22, 32:25, 33:5, 33:6, 33:13, 33:16, 33:18, 34:24, 35:3, 35:9, 35:18, 36:5, 36:17, 37:15, 37:20, 38:2, 38:3, 39:3, 39:12, 39:19, 40:5, 40:6, 40:9, 41:2, 41:5, 41:10, 41:17, 41:20, 41:21, 41:23, 42:2, 42:6, 43:8, 43:15, 43:22, 44:16, 44:17, 44:19, 44:23, 45:24, 46:13, 46:16, 47:5, 47:8, 47:9, 47:12, 47:15, 47:17, 47:22, 48:6, 48:7, 48:11, 49:3, 49:15, 49:16, 49:17, 49:18, 49:24, 50:14, 50:17

**you've** [6] - 6:25, 8:11, 8:15, 9:13, 29:12, 31:19

**your** [28] - 4:8, 4:11, 4:24, 9:25, 10:16, 11:16, 15:3, 21:17, 21:23, 23:6, 27:20, 29:18, 33:21, 34:24, 35:19, 36:18, 37:4, 40:10, 40:15, 41:6, 42:3, 45:12, 45:16, 46:21, 47:9, 48:3, 48:9, 48:19

**yourself** [6] - 13:9, 18:21, 29:3, 29:4, 31:19, 33:16

## Z

**zone** [9] - 42:5, 42:9, 42:14, 42:15, 42:21, 42:23, 43:4

**zoned** [1] - 37:12

## °

**°** [4] - 50:24