PLAINTIFF'S EXHIBIT 2

10-18-17 E0





PLAINTIFF'S
EXHIBIT

1

10-18-17 Ec